# EXHIBIT B

Account Information for IAT HONG                                                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

## ACCOUNT INFORMATION FOR IAT HONG

### MASTER ACCOUNTS

| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |
|---|---|---|---|

### CUSTOMER SUMMARY FOR IAT HONG

| Title: | IAT HONG |
|---|---|
| Applicant ID: | 2096369 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640   - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE, TANQUES JARDINS, DE LISBOA EDF VISTA, LINDA 12 ANDAR C, TAIPA, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | hongih820 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

**CAFFI - Risk Ranking 2**

RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder

RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder

### ACCOUNT SUMMARY FOR ▓ 6749

▓ 5749

| ID: | ▓ 6749 (alias: ▓ 6749) hongih820-cash) | hongih820-cash) (VAN: ▓ 6749) | Equity yesterday: | 188,399 USD |
|---|---|---|---|---|
| Type: | Active Trader | | Started: | 15 Apr 2014 |
| Activated Capabilities: | STK | | Approved: | 16 Apr 2014 |
| Status: | Open.    Clearing Status | | Opened: | 16 Apr 2014 |
| Phylum: | C - Customer | | Funded: | 24 Apr 2014 |
| Priority | NOT SET Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |

|  | TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic |
|---|---|---|---|---|

### PRIOR NOTES

Hide all

| 1. Note | | hide |
|---|---|---|
| Non-disclosed account automatically created | | |
| | Operator: ACES | Date: 16 Apr 2014 |

### CUSTOMER CONFIGS

Account Config
Nothing Set
Edit Account Config

Internal Account Settings

SEC-IB-E-0000085

Internal Account Settings
Nothing Set
Edit Account Settings

### ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

Decision: Accepted   (Initial)

Proclamations:

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary History of the applicant, this applicant is given a Risk Rating of:

**2**

Deciding User: ACES
Deciding Time: 16 Apr 2014 16:03:24 EDT

Additional Remarks: Non-disclosed account automatically created\n

### ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

### ADDITIONAL APPLICANT/REGISTRATION INFORMATION

#### APPLICANT INFO

| | |
|---|---|
| Applicant ID: 2096369 | Primary Phone: 85362818329 |
| Country of Legal residence: Macao Special Administrative Region of China | Secondary Telephone: 85362835982 |
| Applicant Citizenship: Macao Special Administrative Region of China | |
| | Mailing Address: ESTRADA DE SETE, TANQUES JARDINS |
| Market Data Status: Professional | DE LISBOA EDF VISTA,LINDA 12 ANDAR C,TAIPA |
| | Macao Special Administrative Region of China |
| | |
| | Marketing/Sales Info: |
| | |
| | Whitebranding ID: ustrader2 |

Change Applicant Information   |

### IPO CERTIFICATION INFORMATION

No response

### EXCESS SWEEP

None

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | N/A | N/A | 0 |

SEC-IB-E-0000086

Account Information for IAT HONG                                                                                              https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

| | | | |
|---|---|---|---|
| Options | N/A | N/A | 0 |
| Commodities | N/A | N/A | 0 |
| Bond | N/A | N/A | 0 |
| FX | N/A | N/A | 0 |
| CFD | N/A | N/A | 0 |

**FINANCIAL INFORMATION**

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |
| Net Income | N/A | Sources of Funds (Other than regular income) | Sources Of Income |
| Total Assets | N/A | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

**INVESTMENT OBJECTIVES**

N/A

Edit Objective

**TAX BASIS CONFIGURATION**

| TAX BASIS | LAST EDIT | EDITED BY |
|---|---|---|
| FIFO (First In First Out) | | |

**W8 INFO**

| BASIC INFORMATION | ADDITIONAL INFORMATION | | |
|---|---|---|---|
| | ATTRIBUTE NAME | ATTRIBUTE VALUE (US-ASCII) | ATTRIBUTE VALUE (NATIVE) |
| Tax Payer ID:<br>Form: View W-8Ben<br>Submitted: 15 Apr 2014 04:13:42 EDT<br>For Interest: No<br>For Dividend: No<br>For Broker: No<br>Expiration Date: None | owner_type | Individual | Individual |
| | account_title | Mr. IAT HONG | Mr. IAT HONG |
| | citizenship | Macao Special Administrative Region of China | Macao Special Administrative Region of China |
| | country | Macao Special Administrative Region of China | Macao Special Administrative Region of China |
| | address | ESTRADA DE SETE TANQUES JARDINS | ESTRADA DE SETE TANQUES JARDINS |
| | part_2_9a | part_2_9a | part_2_9a |
| | part_2_9a_country | Macao Special Administrative Region of China | Macao Special Administrative Region of China |
| | city_state | DE LISBOA EDF VISTA, LINDA 12 ANDAR C TAIPA | DE LISBOA EDF VISTA, LINDA 12 ANDAR C TAIPA |

View W8 Logs

**US TAX INFO**

3 of 6                                                                                                                                                           3/18/2015 11:43 AM

SEC-IB-E-0000087

Account Information for IAT HONG                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

No Tax Info or W9 form available or applicable.

| IRS TAX VERIFICATION STATUS |
|---|
| No TIN Verification done with IRS. |

| NON-DISCLOSED INFORMATION |
|---|

Direct Trading: Yes                            Reporting only QI: no

| COMMISSION SCHEDULE |
|---|

| EXCHANGE | CURRENCY / UNIT | TYPE | MINIMUM | MAXIMUM | MAX UNIT | MAX MARKUP AMOUNT | VALUE | PASS THROUGH FEES | MIN AS TICKET CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| STK | | | | | | | | | |
| USD stocks | USD Stocks | Absolute Amount | 15.0 | | | 0.075 | 0.03 <= 2000<br>0.025 <= 5000<br>0.02<br>OTHERWISE | no | no |

Show History

| INTEREST MARKUPS |
|---|

| CURRENCY | UNIT | DEBIT MARKUP | CREDIT MARKUP<br>SHORT CREDIT MARKUP | SHORT CFD CREDIT<br>SHORT INDEX CFD CREDIT | LONG CFD DEBIT<br>LONG INDEX CFD DEBIT |
|---|---|---|---|---|---|
| AUD | % | - | - / - | - / - | - / - |
| CAD | % | - | - / - | - / - | - / - |
| CHF | % | - | - / - | - / - | - / - |
| EUR | % | - | - / - | - / - | - / - |
| GBP | % | - | - / - | - / - | - / - |
| HKD | % | - | - / - | - / - | - / - |
| JPY | % | - | - / - | - / - | - / - |
| USD | % | - | - / - | - / - | - / - |

| INVESTOR CATEGORY |
|---|

No Investor Category
History

| APPLICANT ASSOCIATED ENTITIES |
|---|

Show all

| MR. IAT HONG (ACCOUNT HOLDER) |
|---|

**Mr. IAT HONG**
Individual (21733926)

Personal Info
Citizenship: Macao Special Administrative
Region of China
DOB:        1980

Employer Info
Employment Status: SELFEMPLOYED
Occupation: EMPLOYER
Employer: POK IAT NEW TECHNOLOGY

3/18/2015 11:43 AM

SEC-IB-E-0000088

Account Information for IAT HONG

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

Ownership percentage: 100.0
**Detailed Ownership Information**

Contact Info
Home Phone: 85362818329
Work Phone: 85362835982
Home (PRIMARY): (853) +85362818329
    details

Work (ADDITIONAL): (853) +85362835982
    details

Legal IDs
National ID: [redacted] (Macao Special
Administrative Region of China)

Addresses
Residential Address: ESTRADA DE SETE.
TANQUES JARDINS
DE LISBOA EDF VISTA,LINDA 12 ANDAR
C,TAIPA
Macao Special Administrative Region of
China
Mailing Address: Same as residential address

INVESTMENT CO LTD
Employer Business: Other
Employer Address: ESTRADA DE SETE
TANQUES, JARDINS DE LISBOA EDF VISTA
LINDA 12 ANDAR C,TAIPA,MACAU
Macao Special Administrative Region of
China

| Change Info | Request Proof of ID and DOB | Request Proof of Address | Request Proof of SSN | Mark as PEP | Ownership History |

| Sessions: | User: hongih820 ([redacted]6749) | Active in TWS:Yes | Token Type: N/A |

**ACCOUNT ASSOCIATED ENTITIES** [redacted]6749

Show all

No Associated Entity

**COMPLIANCE/REGULATORY INFORMATION**

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | N/A | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | N/A | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | No Decision | No Decision |

Edit Compliance Information       Change Arbitration Agreement

**U.S. SEC LARGE TRADER ID INFORMATION**

Show information on U.S. SEC large Trader ID Information

**EXCHANGE MEMBERSHIP AND COMMISSION INFO**

| COMMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |

5 of 6

3/18/2015 11:43 AM

SEC-IB-E-0000089

Account Information for IAT HONG

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

| SUBMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |
|---|---|---|---|
| Securities | Bundled | | |
| Commodities | Bundled | | |

| EXCHANGE CODE | CLASS |
|---|---|
| Add an Exchange class | |
| REGULATORY CODE | CLASS |
| Add a Regulatory class | |

### EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

### OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|---|---|---|
| Search (# 87441461) for Mr. IAT HONG (Account Holder) | | Complete - no match found hide |
| IAT HONG | No Matches found. | Processing time: 14 Mar 2015 08:08:55 EDT |

### WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 87441462) for Mr. IAT HONG (Account Holder) | | Complete - no match found hide |
| IAT HONG | No Matches found. | Processing time: 15 Apr 2014 04:16:41 EDT |

### DOCUMENT SUBMISSION TASKS

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| W-8Ben for IAT HONG | IBLLC-US-2115719.pdf   via E-mail 15 Apr 2014 04:29:53 EDT | Tentatively Accepted (ewong) on 16 Apr 2014 00:31:56 EDT | Accept  Reject Under Review |
| Proof of identity and date of birth for Mr. IAT HONG (Account Holder) | National ID IBLLC-US-2115719.pdf   via E-mail 15 Apr 2014 04:29:53 EDT | Tentatively Accepted (ewong) on 16 Apr 2014 00:31:56 EDT | Accept  Reject Under Review |
| Proof of address for Mr. IAT HONG (Account Holder) | Government Issued Letters IBLLC-US-2115719.pdf   via E-mail 15 Apr 2014 04:29:53 EDT | Tentatively Accepted (ewong) on 16 Apr 2014 00:31:56 EDT | Accept  Reject Under Review |

### COMPLIANCE REVIEWS

No compliance reviews required for this Account.

3/18/2015 11:43 AM

SEC-IB-E-0000090


6749

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding
► Section references are to the Internal Revenue Code.  ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**

|  | Instead, use Form |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct | |
| of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, | |
| foreign private foundation, or government of a U.S. possession that received effectively connected income or that is | |
| claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . | W-8ECI or W-8EXP |
| Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to | |
| claim they are a foreign person exempt from backup withholding. | |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |
| Note: See instructions for additional exceptions. | |

### Part I  Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner
HONG IAT

**2** Country of incorporation or organization

**3** Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
ESTRADA DE SETE TANQUES JARDINS DE LISBOA EDF VISTA LINDA 11 ANDAR C. TAIPA MACAU
City or town, state or province. Include postal code where appropriate.
Macau
Country (do not abbreviate)
MACAU

**5** Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.
Country (do not abbreviate)

**6** U.S. taxpayer identification number, if required (see instructions)
☐ SSN or ITIN  ☐ EIN

**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)

### Part II  Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☑ The beneficial owner is a resident of MACAU within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .......... of the treaty identified on line 9a above to claim a .............% rate of withholding on (specify type of income): ...........................
Explain the reasons the beneficial owner meets the terms of the treaty article: ...........................

### Part III  Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►
Signature of beneficial owner (or individual authorized to sign for beneficial owner)
Date (MM-DD-YYYY) 04/01/2014
Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.
Cat. No. 25047Z
Form **W-8BEN** (Rev. 2-2006)

HONG IAT

SEC-IB-E-0000592





新鴻基投資服務有限公司－澳門分行
Sun Hung Kai Investment Services Limited – Macau Branch

I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness.

| Name of Certifier | MAK HOI NING |
| --- | --- |
| Job Title | IC |
| Date | 1 APR 2014 |
| Signature | *(signature)* |



SEC-IB-E-0000593

674 9



澳 門 特 別 行 政 區 政 府
Governo da Região Administrativa Especial de Macau
治 安 警 察 局
Corpo de Polícia de Segurança Pública

熊日

| 新鴻基投資服務有限公司-澳門分行 |
|---|
| Sun Hung Kai Investment Services Limited - Macau Branch |
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. |

| Name of Certifier | MAK HOI NING |
| Job Title | I.C |
| Date | 1 APR 2014 |
| Signature | M.Mak |

澳門氹仔七潭公路葡京花園美景台１２樓Ｃ
ESTRADA DE SETE TANQUES JARDINS DE
LISBOA EDF VISTA LINDA 12 ANDAR C
TAIPA MACAU



L146    R R 0 2 3 4 1 6 9 4 2 M 0

發函編號 X14069860        發函日期 10/03/2014
Nossa referência          Data de emissão

通知書（行政處罰決定）  編號： X14069860

　　茲就本局交通廳發出之控訴書（通知信編號： ___E14038186___ ，
資料詳見"行政違法列表"）所展開之行政處罰程序，台端於指定期限內並未自願繳
付罰款、提交書面答辯或指出違法者身份。

　　現於　___2014年3月7日___　，由治安警察局交通廳廳長鄧偉警務總長，
經16/CPSP/2013號批示授權，並根據第3/2007號法律《道路交通法》第138條第3款規
定，對上述列表之行政違法行為作出處罰決定。

　　台端應自接獲本通知書(___2014年3月13日___)起計十五日內前往治安警察局
交通廳繳付罰款，或 a) 十五日內向治安警察局提出聲明異議； b) 三十日內向保安
司提出任意訴願；c) 三十日內向行政法院提起司法上訴。提出聲明異議、任意訴願、
司法上訴既不中止有關申訴期間，亦不中止有關決定之效力。如不繳付罰款，則按
稅務執行的規定進行強制徵收，並按《道路交通法》第140條執行俏有之之程序。

　　如有任何疑問，請親臨治安警察局交通廳查詢。地址：士多紐拜斯大馬路。

　　特此

通知

交通廳交通監控警司處處長

張映順警司

注意：　如 台端在接收此通知書前已自願繳交有關罰款，則無須理會此通知書。

SEC-IB-E-0000594

 6749

| Form **W-8BEN**<br>(Rev. February 2006)<br>Department of the Treasury<br>Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner<br>for United States Tax Withholding**<br>▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions.<br>▶ Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |
|---|---|---|

**Do not use this form for:**                                                                                                      **Instead, use Form:**
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI or W-8IMY
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . W-8ECI or W-8EXP
- Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to*
  *claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY
- Note: *See instructions for additional exceptions.*

**Part I** **Identification of Beneficial Owner** (See instructions.)

| 1 Name of individual or organization that is the beneficial owner<br>**HONG IAT** | 2 Country of incorporation or organization |
|---|---|

3 Type of beneficial owner: ☑ Individual ☐ Corporation ☐ Disregarded entity ☐ Partnership ☐ Simple trust<br>☐ Grantor trust ☐ Complex trust ☐ Estate ☐ Government ☐ International organization<br>☐ Central bank of issue ☐ Tax-exempt organization ☐ Private foundation

| 4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.<br>ESTRADA DE SETE TANQUES JARDINS DE LISBOA EDF VISTA LINDA 11 ANDAR C TAIPA MACAU | |
|---|---|
| City or town, state or province. Include postal code where appropriate.<br>Macau | Country (do not abbreviate)<br>MACAU |

| 5 Mailing address (if different from above) | |
|---|---|
| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |

| 6 U.S. taxpayer identification number, if required (see instructions)<br>☐ SSN or ITIN  ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)

**Part II** **Claim of Tax Treaty Benefits** (if applicable)

9 I certify that (check all that apply):
- a ☑ The beneficial owner is a resident of _MACAU_ within the meaning of the income tax treaty between the United States and that country.
- b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
- c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
- d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
- e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............% rate of withholding on (specify type of income): ...................................<br>Explain the reasons the beneficial owner meets the terms of the treaty article: ...................................................

**Part III** **Notional Principal Contracts**

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV** **Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

Sign Here ▶ _[signature]_  Date (MM-DD-YYYY) _04/01/2014_  Capacity in which acting
Signature of beneficial owner (or individual authorized to sign for beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 25047Z  Form **W-8BEN** (Rev. 2-2006)

_HONG IAT_

SEC-IB-E-0000592





Hong Iat

| 新鴻基投資服務有限公司－澳門分行 | |
| Sun Hung Kai Investment Services Limited - Macau Branch | |
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. | |
| Name of Certifier | MAK HOI NING |
| Job Title | IC |
| Date | 1 APR 2014 |
| Signature | *[signature]* |



Macau Special Administrative Region
Permanent Resident Identity Card
If this card is found, please mail it back to PO Box 1089, Macau
[logo:] [Seal of the Government of Macau]

SEC-IB-E-0000593

6749



Macau Special Administrative Region

Public Security Police Force of Macau

Hong Iat

| 新鴻基投資服務有限公司－澳門分行 Sun Hung Kai Investment Services Limited · Macau Branch | |
|---|---|
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. | |
| Name of Certifier | MAK HOI NING |
| Job Title | I C |
| Date | 1 APR 2014 |
| Signature | CMak |

ESTRADA DE SETE TANQUES JARDINS DE
LISBOA EDF VISTA LINDA 12 ANDAR C
TAIPA MACAU

L146    R R 0 2 3 4 1 6 9 4 2 M 0

Notice Number: X14069860        Issuing Date: March 10, 2014

Notice (administrative penalty decision) Number: X14069860

    Regarding the administrative penalty procedures carried out according to the letter of complaint (notice number: E14038186) issued by the Traffic Department within our bureau, you have not willingly paid the penalty, submitted a written response, or pointed out the identity of the person who has broken the law within the specified timeframe.

    On March 7, 2014, Xie Wei, head of the Traffic Department within the Public Security Police Force, was authorized by No. 16/CPSP/2013 approval and made the penalty decision toward the aforesaid illegal administrative behaviors according to Section Three under Article 138 of the *Road Traffic Law* (No.3/2007 law).

    You should go to the Traffic Department within the Public Security Police Force to pay the penalty within 15 days after the day when you receive this notice (March 13, 2014), or a) submit a written objection to the Public Security Police Force within 15 days; or b) submit any appeal to the Secretariat for Security within 30 days; or c) file a judicial lawsuit with an administrative court within 30 days. Submitting a written objection, submitting any appeal, or filing a lawsuit will not suspend related appeal or effect of related decisions. If penalty is not

paid, then it will be compulsorily collected according to related tax rules, and related procedures will be carried out according to Article 140 of the *Road Traffic Law*.

If you have any questions, please visit the Traffic Department within the Public Security Police Force in person for inquiries. The address is: Avenida de Sidonio Pais.

The notice is hereby issued.

Division Chief of Police Division under Traffic Monitoring and Control Section under Transit Department
[signed]
Chief Zhang Yingshun

Notice: If you have already willingly paid related penalty before receiving this notice, then please ignore this notice.

SEC-IB-E-0000594

Registration Status                                   https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820&ac...

# REGISTRATION STATUS

**MASTER ACCOUNTS**

| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |
|---------|------------------------------------------|---------------------------------------------------|--------------------------------------------|

**CUSTOMER SUMMARY FOR IAT HONG**

| Title: | IAT HONG |
|--------|----------|
| Applicant ID: | 2096369 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640   - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE, TANQUES JARDINS, DE LISBOA EDF VISTA, LINDA 12 ANDAR C, TAIPA, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | hongih820 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| **CAFFI - Risk Ranking 2** | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

**ACCOUNT SUMMARY FOR ▓▓ 6749**

▓▓ 6749

| ID: | ▓▓ 6749 (alias: ▓▓ 6749-▓▓ -hongih820-cash) (VAN: ▓▓ 6749-▓▓ -hongih820-cash) | Equity yesterday: | 188,399 USD |
|-----|-------------------------------------------------------------|-------------------|-------------|
| Type: | Active Trader | Started: | 15 Apr 2014 |
| Activated Capabilities: | STK | Approved: | 16 Apr 2014 |
| Status: | Open.    Clearing Status | Opened: | 16 Apr 2014 |
| Phylum | C - Customer | Funded: | 24 Apr 2014 |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

| TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic |
|-------------|------------------|----------------|---------------------|

| Registration Process | Dynamic Registration Tasks | Approval Requirements | Customer Tasks |
|----------------------|-----------------------------|------------------------|-----------------|

| Summary of Steps | | | |
|------------------|--|--|--|
| Online steps Completed | Paper PDF Forms Not required | Funding Instruction Not required | 407 Letter Not required |
| ID Documents Received | Equifax Not required | OFAC Status Completed WordCheck Status Completed | Other compliance checks Not required |

| Application | |
|-------------|--|
| Application Type: FULL | Process Type: CUST_ENTRY - CUSTOMER |
| Current Sequence: APPLICATION | Multi Account Eligible: No |
| Status: APP STATUS | Multi Master Account: |

SEC-IB-E-0000179

Registration Status

https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820&ac...

| | View All Registration Steps |
|---|---|
| **Application Steps** | |
| APPLICATION | |
| APP_STATUS | |
| - | |

### ONLINE STEPS REQUIRED TO OPEN OR UPGRADE ACCOUNT

Sort Steps By Name

| Account | Registration Step | Status/ Date Completed | Type |
|---|---|---|---|
| All required online steps completed   Hide all | | | |
| 6749 | **Margin and Products** | 16 Apr 2014 22:10:24 EDT | to complete |
| 6749 | **Market Data Selection** | 13 Feb 2015 10:58:35 EST | to complete |
| 6749 | **W-8Ben**  Current Status: W-0 | 15 Apr 2014 04:13:42 EDT | to complete |

### OTHER ONLINE STEPS (NOT REQUIRED TO OPEN OR UPGRADE ACCOUNT)

No other registration steps required for this Account.

### DOCUMENT COPY OF ONLINE FORMS

| Account | Registration Step | Status/ Date Completed | Type |
|---|---|---|---|
| All documents received   Hide all | | | |
| 6749 | **W-8Ben**  Current Status: W-0 | 16 Apr 2014 00:31:56 EDT | to send |

### DOCUMENT SUBMISSION STEPS

| Document required | Document received | Processing notes | Account id |
|---|---|---|---|
| All required documents sent   Hide all | | | |
| Proof of identity and date of birth for Mr. IAT HONG (Account Holder) | Received National ID via E-mail on 15 Apr 2014 04:29:53 EDT | Tentatively Accepted (ewong) on 16 Apr 2014 00:31:56 EDT | U1346749 |
| Proof of address for Mr. IAT HONG (Account Holder) | Received Government Issued Letters via E-mail on 15 Apr 2014 04:29:53 EDT | Tentatively Accepted (ewong) on 16 Apr 2014 00:31:56 EDT | U1346749 |

407 LETTER/EMAIL FROM EMPLOYER REQUIRED DUE TO BROKER-DEALER AFFILIATION

3/18/2015 11:48 AM

SEC-IB-E-0000180

Registration Status

https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820&ac...

No Employer Email (407 letter) required for this Account.

**EQUIFAX ID / ADDRESS VERIFICATION REPORTS**

No Equifax/CDC verification reports for this Account.

**OFAC, SANCTIONED AND CONTROL LIST / PROHIBITED CUSTOMER LIST SEARCHES**

| Name | Matches | |
|---|---|---|
| Search (# 87441461) for Mr. IAT HONG (Account Holder) | | Complete – no match found hide |
| IAT HONG | No Matches found. | Processing time: 14 Mar 2015 08:08:55 EDT |

**WORLDCHECK TASKS**

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 87441462) for Mr. IAT HONG (Account Holder) | | Complete – no match found hide |
| IAT HONG | No Matches found. | Processing time: 15 Apr 2014 04:16:41 EDT |

**COMPLIANCE REVIEWS**

No compliance reviews required for this Account.

**HFCIP COMPLIANCE REVIEWS**

No compliance reviews required for this Account.

3 of 3

3/18/2015 11:48 AM

SEC-IB-E-0000181

Additional Account Information                                                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820&ac...

## ADDITIONAL ACCOUNT INFORMATION

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR IAT HONG | |
|---|---|
| Title: | IAT HONG |
| Applicant ID: | 2096369 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640  - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE, TANQUES JARDINS, DE LISBOA EDF VISTA, LINDA 12 ANDAR C, TAIPA, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | hongih820 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

| ACCOUNT SUMMARY FOR ⬛6749 | |
|---|---|
| ⬛6749 | |

| ID: | ⬛6749 (alias: ⬛6749-⬛ hongih820-cash) (VAN: ⬛6749-⬛ hongih820-cash) | | Equity yesterday: | 188,399 USD |
|---|---|---|---|---|
| Type: | Active Trader | | Started: | 15 Apr 2014 |
| Activated Capabilities: | STK | | Approved: | 16 Apr 2014 |
| Status: | Open.    Clearing Status | | Opened: | 16 Apr 2014 |
| Phylum | C - Customer | | Funded: | 24 Apr 2014 |
| Priority | NOT SET Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |
| | TMS tickets        TMS sticky notes          Assign to ASG        Account Diagnostic | | | |

Login (3 years) | Login (All) | Account Configuration | OFAC Check History | Token Share | PTAM Info | Consolidation Info

| AM LOGIN ACTIVITY (LAST 3 YEARS) | | | |
|---|---|---|---|

### Showing 3 years of AM login attempts

Start/Stop IP Tracking

| USER NAME | LOGIN DATE | RESULT | REMOTE HOST |
|---|---|---|---|
| hongih820 | 2015-03-04 11:03:32 | Success | 14.23.81.218 |
| hongih820 | 2015-03-04 11:03:12 | Success | 14.23.81.218 |
| hongih820 | 2015-03-04 11:03:10 | Success | 14.23.81.218 |
| hongih820 | 2015-02-13 10:57:18 | Success | 113.76.147.96 |
| hongih820 | 2015-02-13 10:53:34 | Success | 113.76.147.96 |
| hongih820 | 2015-02-13 10:53:32 | Success | 113.76.147.96 |
| hongih820 | 2015-02-13 10:53:29 | Success | 113.76.147.96 |

1 of 2                                                                                              3/18/2015 11:49 AM

SEC-IB-E-0000555

Additional Account Information                                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820&ac...

| hongih820 | 2014-08-13 11:11:33 | Success | 222.240.173.125 |
|-----------|---------------------|---------|-----------------|
| hongih820 | 2014-08-13 10:34:17 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:33:43 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:31:42 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:29:37 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:29:17 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:29:09 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:29:00 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:28:56 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:24:31 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:24:16 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:23:19 | Success | 222.240.173.125 |
| hongih820 | 2014-08-13 10:23:15 | Success | 222.240.173.125 |
| hongih820 | 2014-04-24 11:53:47 | Success | 222.240.173.125 |
| hongih820 | 2014-04-24 11:51:39 | Success | 222.240.173.125 |
| hongih820 | 2014-04-24 11:48:28 | Success | 222.240.173.125 |
| hongih820 | 2014-04-24 11:48:06 | Success | 222.240.173.125 |
| hongih820 | 2014-04-24 11:48:03 | Success | 222.240.173.125 |
| hongih820 | 2014-04-24 11:47:59 | Success | 222.240.173.125 |
| hongih820 | 2014-04-24 10:32:49 | Success | 122.100.230.96 |
| hongih820 | 2014-04-24 10:23:06 | Success | 122.100.230.96 |
| hongih820 | 2014-04-24 06:01:40 | Success | 122.100.230.96 |
| hongih820 | 2014-04-24 06:00:15 | Failed | 122.100.230.96 |
| hongih820 | 2014-04-24 05:47:17 | Success | 122.100.230.96 |
| hongih820 | 2014-04-24 05:31:30 | Success | 122.100.230.96 |

3/18/2015 11:49 AM

SEC-IB-E-0000556

Summary Information for IAT HONG

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

## SUMMARY INFORMATION FOR IAT HONG

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR IAT HONG | |
|---|---|
| Title: | IAT HONG |
| Applicant ID: | 2096369 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640  - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE, TANQUES JARDINS, DE LISBOA EDF VISTA, LINDA 12 ANDAR C, TAIPA, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | hongih820 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| CAFFI - Risk Ranking 2 | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

| ACCOUNT SUMMARY FOR | 6749 | |
|---|---|---|
| | 6749 | |

| ID: | 6749  (alias:  6749-  hongih820-cash) | 6749-  hongih820-cash) (VAN:  6749- | Equity yesterday: | 333,359 USD |
|---|---|---|---|---|
| Type: | Active Trader | | Started: | 15 Apr 2014 |
| Activated Capabilities: | STK | | Approved: | 16 Apr 2014 |
| Status: | Open.    Clearing Status | | Opened: | 16 Apr 2014 |
| Phylum: | C - Customer | | Funded: | 24 Apr 2014 |
| Priority | NOT SET Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |
| TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic | |

| ACCOUNT APPROVAL DECISION | |
|---|---|
| DATE OPENED | DATE CLOSED |
| 2014-04-16 16:34:27 | |

Decision: Accepted   (Initial)

Proclamations:

4/9/2015 11:00 AM

SEC-IB-E-0000604

Summary Information for IAT HONG                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

**Decision: Accepted   (Initial)**

**Proclamations:**

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

2

Deciding User: ACES
Deciding Time: 16 Apr 2014 16:03:24 EDT

Additional Remarks: Non-disclosed account automatically created\n

| ACCOUNT CAPABILITIES | |
|---|---|
| **Approved Capabilities** | [MULT, STK] |
| **Activated Capabilities** | [STK] |

### ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

### ADDITIONAL APPLICANT/REGISTRATION INFORMATION

| APPLICANT INFO | |
|---|---|
| Applicant ID: 2096369 | Primary Phone: 85362818329 |
| **Country of Legal residence:** Macao Special Administrative Region of China | Secondary Telephone: 85362835982 |
| Applicant Citizenship: Macao Special Administrative Region of China | Mailing Address: ESTRADA DE SETE, TANQUES JARDINS DE LISBOA EDF VISTA,LINDA 12 ANDAR C,TAIPA |
| Market Data Status: Professional | Macao Special Administrative Region of China |
| | Marketing/Sales Info: |
| | Whitebranding ID: ustrader2 |

Change Applicant Information   |

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | N/A | N/A | 0 |
| Options | N/A | N/A | 0 |
| Commodities | N/A | N/A | 0 |
| Bond | N/A | N/A | 0 |
| FX | N/A | N/A | 0 |
| CFD | N/A | N/A | 0 |

### FINANCIAL INFORMATION

2 of 4

| | | | | 4/9/2015 11:00 AM |
|---|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A | |

SEC-IB-E-0000605

Summary Information for IAT HONG                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |
| Net Income | N/A | Sources of Funds (Other than regular income) | Sources Of Income |
| Total Assets | N/A | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

### INVESTMENT OBJECTIVES

N/A

Edit Objective

### DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | N/A | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | N/A | N/A |

### COMPLIANCE / REGULATORY INFORMATION

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | N/A | N/A |
| Is the account holder i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | N/A | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | No Decision | No Decision |

Edit Compliance Information        Change Arbitration Agreement

### APPLICANT ASSOCIATED ENTITIES

Show all

#### MR. IAT HONG (ACCOUNT HOLDER)

**Mr. IAT HONG**
Individual (21733920)

*Ownership*
Ownership percentage: 100.0
Detailed Ownership Information

*Personal Info*
Citizenship: Macao Special Administrative Region of China
DOB: ▮▮▮ 1980

*Legal IDs*
National ID: ▮▮▮▮ (Macao Special

*Employer Info*
Employment Status: SELFEMPLOYED
Occupation: EMPLOYER
Employer: POK IAT NEW TECHNOLOGY INVESTMENT CO LTD
Employer Business: Other
Employer Address: ESTRADA DE SETE

4/9/2015 11:00 AM

3 of 4

SEC-IB-E-0000606

Summary Information for IAT HONG

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

| Ownership | | |
|---|---|---|
| **Ownership percentage:** 100.0 | **DOB:** ▮▮▮▮ 1980 | **Employer:** POK IAT NEW TECHNOLOGY INVESTMENT CO LTD |
| Detailed Ownership Information | Legal IDs | **Employer Business:** Other |
| Contact Info | **National ID:** ▮▮▮▮▮▮ (Macao Special Administrative Region of China) | **Employer Address:** ESTRADA DE SETE TANQUES, JARDINS DE LISBOA EDF VISTA |
| **Home Phone:** 85362818329 | | LINDA 12 ANDAR C,TAIPA,MACAU |
| **Work Phone:** 85362835982 | Address | Macao Special Administrative Region of China |
| **Home (PRIMARY):** (853) +85362818329 details | **Residential Address:** ESTRADA DE SETE, TANQUES JARDINS DE LISBOA EDF VISTA,LINDA 12 ANDAR C,TAIPA | |
| **Work (ADDITIONAL):** (853) +85362835982 details | Macao Special Administrative Region of China | |
| | **Mailing Address:** Same as residential address | |

Change Info    Request Proof of ID and DOB    Request Proof of Address    Request Proof of SSN    Mark as PEP    Ownership History

**Sessions:**    **User:** hongiat820 (▮▮▮6749)        **Active in TWS:** Yes        **Token Type:** N/A

▮▮▮▮▮▮ Customer Account Supervision System - Interactive Brokers ▮▮▮▮▮▮

4 of 4

4/9/2015 11:00 AM

SEC-IB-E-0000607

Additional Account Information                              https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820...

## ADDITIONAL ACCOUNT INFORMATION

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

### CUSTOMER SUMMARY FOR IAT HONG

| | |
|---|---|
| Title: | IAT HONG |
| Applicant ID: | 2096369 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640   - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE, TANQUES JARDINS, DE LISBOA EDF VISTA, LINDA 12 ANDAR C, TAIPA, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | hongih820 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

### ACCOUNT SUMMARY FOR          6749

| | | | |
|---|---|---|---|
| ID: | 5749 (alias:      6749      hongih820-cash) (VAN:      6749      hongih820-cash) | Equity yesterday: | 333,359 USD |
| Type: | Active Trader | Started: | 15 Apr 2014 |
| Activated Capabilities: | STK | Approved: | 16 Apr 2014 |
| Status: | Open.    Clearing Status | Opened: | 16 Apr 2014 |
| Phylum: | C - Customer | Funded: | 24 Apr 2014 |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

THS tickets          THS sticky notes          Assign to ASG          Account Diagnostic

Login (3 years) | Login (All) | Account Configuration | OFAC Check History | Token Share | PTAM Info | Consolidation Info

### ALL AM LOGIN ACTIVITIES

#### Full list of AM login attempts

| USER NAME | LOGIN DATE | RESULT | REMOTE HOST |
|---|---|---|---|
| hongih820 | 2015-03-04 11:03:32 | Success | 14.23.81.218 |
| hongih820 | 2015-03-04 11:03:12 | Success | 14.23.81.218 |
| hongih820 | 2015-03-04 11:03:10 | Success | 14.23.81.218 |

1 of 2                                                                                      4/9/2015 11:01 AM

SEC-IB-E-0000601

Additional Account Information                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820...

| hongih820 | 2015-03-04 11:03:12 | Success | 14.23.81.218 |
| hongih820 | 2015-03-04 11:03:10 | Success | 14.23.81.218 |
| hongih820 | 2015-02-13 10:57:18 | Success | 113.76.147.96 |

4/9/2015 11:01 AM

SEC-IB-E-0000602

Additional Account Information

https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820...

## ADDITIONAL ACCOUNT INFORMATION

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

### CUSTOMER SUMMARY FOR IAT HONG

| | |
|---|---|
| Title: | IAT HONG |
| Applicant ID: | 2096369 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640  - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE, TANQUES JARDINS, DE LISBOA EDF VISTA, LINDA 12 ANDAR C, TAIPA, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | hongih820 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

### ACCOUNT SUMMARY FOR ⬛6749

| | | | |
|---|---|---|---|
| ID: | ⬛6749 (alias: ⬛6749  hongih820-cash) (VAN: ⬛6749  hongih820-cash) | Equity yesterday: | 333,359 USD |
| Type: | Active Trader | Started: | 15 Apr 2014 |
| Activated Capabilities: | STK | Approved: | 16 Apr 2014 |
| Status: | Open.    Clearing Status | Opened: | 16 Apr 2014 |
| Phylum | C - Customer | Funded: | 24 Apr 2014 |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

Login (3 years)   Login (All)   Account Configuration   OFAC Check History   Token Share   PTAM Info   Consolidation Info

### ALL AM LOGIN ACTIVITIES

#### Full list of AM login attempts

| USER NAME | LOGIN DATE | RESULT | REMOTE HOST |
|---|---|---|---|
| hongih820 | 2015-03-04 11:03:32 | Success | 14.23.81.218 |
| hongih820 | 2015-03-04 11:03:12 | Success | 14.23.81.218 |
| hongih820 | 2015-03-04 11:03:10 | Success | 14.23.81.218 |

4/9/2015 11:01 AM

SEC-IB-E-0000601

Additional Account Information                                           https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=hongih820...

| hongih820 | 2015-03-04 11:03:12 | Success | 14.23.81.218 |
| hongih820 | 2015-03-04 11:03:10 | Success | 14.23.81.218 |
| hongih820 | 2015-02-13 10:57:18 | Success | 113.76.147.96 |

SEC-IB-E-0000602

## SUMMARY INFORMATION FOR IAT HONG

### CUSTOMER SUMMARY FOR IAT HONG

| | |
|---|---|
| **Title:** | IAT HONG |
| **Applicant ID:** | 2096369 |
| **Type:** | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640 - Sun Hung Kai Investment Services Limited |
| **Legal Country:** | Macao Special Administrative Region of China |
| **Mailing Address:** | ESTRADA DE SETE, TANQUES JARDINS, DE LISBOA EDF VISTA, LINDA 12 ANDAR C, TAIPA, Macao Special Administrative Region of China |
| **E-mail Address** | ustrading@shkustrader.com |
| **Primary user name:** | hongih820 |
| **Employer:** | Set/Unset Employer |
| **Good-faith Review:** | |
| **CAFFI - Risk Ranking 2** | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

### ACCOUNT SUMMARY FOR 6749

**6749**

| | | | |
|---|---|---|---|
| **ID:** 6749 (alias: 6749 -hongih820-cash) (VAN: 6749 hongih820-cash) | | **Equity yesterday:** | 1,276,677 USD |
| **Type:** | Active Trader | **Started:** | 15 Apr 2014 |
| **Activated Capabilities:** | STK | **Approved:** | 16 Apr 2014 |
| **Status:** | Open.    Clearing Status | **Opened:** | 16 Apr 2014 |
| **Phylum** | C - Customer | **Funded:** | 24 Apr 2014 |
| **Priority** | NOT SET Change Priority | **Closed:** | |
| **IB Entity:** | IBLLC-US | **Operator:** | |
| **Currency:** | USD | **Estate:** | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

### ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2014-04-16 16:34:27 | |

**Decision:** Accepted   (Initial)

**Proclamations:**

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the

SEC-IB-E-0000425

**Proclamations:**

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

**2**

**Deciding User:** ACES
**Deciding Time:** 16 Apr 2014 16:03:24 EDT

**Additional Remarks:** Non-disclosed account automatically created\n

## ACCOUNT CAPABILITIES

| | |
|---|---|
| Approved Capabilities | [MULT, STK] |
| Activated Capabilities | [STK] |

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

Applicant ID: 2096369
US Tax ID: N/A
Country of Legal residence: Macao Special Administrative Region of China
Applicant Citizenship: Macao Special Administrative Region of China
State of Legal residence: N/A

Market Data Status: Professional

Primary Phone:85362818329
Secondary Telephone:85362835982

Mailing Address #:ESTRADA DE SETE
TANQUES JARDINS
DE LISBOA EDF VISTA, LINDA 12 ANDAR C  TAIPA
Macao Special Administrative Region of China

Marketing/Sales Info:
N/A
Whitebranding ID: ustrader2

Change Applicant Information ▷ |

## INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | N/A | N/A | 0 |
| Options | N/A | N/A | 0 |
| Commodities | N/A | N/A | 0 |
| Bond | N/A | N/A | 0 |
| FX | N/A | N/A | 0 |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |

SEC-IB-E-0000426

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |
| Net Income | N/A | Sources of Funds (Other than regular income) | Sources Of Income |
| Total Assets | N/A | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

N/A

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | N/A | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | N/A | N/A |

## COMPLIANCE / REGULATORY INFORMATION

Add Broker-Dealer Affiliation ▸

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | N/A | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | N/A | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | No Decision | No Decision |

Edit Compliance Information ▸     Change Arbitration Agreement ▸

## APPLICANT ASSOCIATED ENTITIES

Hide all ▸

| Personal Information for **Mr. IAT HONG (Account Holder)** | show ▸ |
|---|---|

### US-ASCII Fields

**Mr. IAT HONG**
Entity ID: 21733926

Ownership percentage: 100.0
Detailed Ownership Information ▸

Citizenship: Macao Special Administrative Region of China
DOB: ▮▮▮▮ 1980
City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID: ▮▮▮▮▮▮ (Macao Special Administrative Region of China)

# of Dependents:
Marital Status:
Mother's Maiden Name:

Occupation: EMPLOYER

Employment Status: SELFEMPLOYED
Employer: BOX IAT NEW TECHNOLOGY

SEC-IB-E-0000427

Detailed Ownership Information >

Drivers Lic #:
Alien ID:
Passport:
National ID: �largeblock▓ (Macao Special
Administrative Region of China)
has Greencard: false
Home Phone: 85362818329
Work Phone: 85362835982

Residential Address: ESTRADA DE SETE, TANQUES
JARDINS
DE LISBOA EDF VISTA,LINDA 12 ANDAR C,TAIPA
Macao Special Administrative Region of China
Mailing Address: Same as residential address
Business Nature Extended:
Country Mismatch Description:

Occupation: EMPLOYER

Employment Status: SELFEMPLOYED
Employer: POK IAT NEW TECHNOLOGY
INVESTMENT CO LTD
Employer Business: Other
Employer Address: ESTRADA DE SETE TANQUES,
JARDINS DE LISBOA EDF VISTA
LINDA 12 ANDAR C,TAIPA,MACAU
Macao Special Administrative Region of China

Change Info >    Request Proof of ID and DOB >    Request Proof of Address >    Request Proof of SSN >    Mark as PEP >    Ownership History >

Sessions:

| User: hongih820 ( ▓▓▓ 6749) | Active in TWS: Yes | Role: OWNER | Token Type: N/A | Entity Setup function moved to User Mgmt page |

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0000428

## REGISTRATION STATUS

### CUSTOMER SUMMARY FOR IAT HONG

| | |
|---|---|
| Title: | IAT HONG |
| Applicant ID: | 2096369 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: 1784840 - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE, TANQUES JARDINS, DE LISBOA EDF VISTA, LINDA 12 ANDAR C, TAIPA, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | hongih820 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| CAFFI - Risk Ranking 2 | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

### ACCOUNT SUMMARY FOR 6749

6749

| | | | |
|---|---|---|---|
| ID: | 6749 (alias: 6749) (VAN: 6749) hongih820-cash) | Equity yesterday: | 1,276,677 USD |
| Type: | Active Trader | Started: | 15 Apr 2014 |
| Activated Capabilities: | STK | Approved: | 16 Apr 2014 |
| Status: | Open.  Clearing Status | Opened: | 16 Apr 2014 |
| Phylum | C - Customer | Funded: | 24 Apr 2014 |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

Registration Process | Dynamic Registration Tasks | Approval Requirements | Customer Tasks

#### Summary of Steps

| | | | |
|---|---|---|---|
| Online steps Completed | Paper PDF Forms Not required | Funding Instruction Not required | 407 Letter Not required |
| ID Documents Received | Equifax Not required | OFAC Status Completed WordCheck Status Completed | Other compliance checks Not required |

#### Application

SEC-IB-E-0000422



| | WordCheck Status | Not required Completed |

**Application**

| | |
|---|---|
| Application Type: FULL | Process Type: CUST_ENTRY - CUSTOMER |
| Current Sequence: APPLICATION | Multi Account Eligible: No |
| Status: APP_STATUS | Multi Master Account: |

View All Registration Steps >

| Application Steps |
|---|
| APPLICATION |
| APP_STATUS |
| - |

**ONLINE STEPS REQUIRED TO OPEN OR UPGRADE ACCOUNT**

Sort Steps By Name

| Account | Registration Step | Status/ Date Completed | Type |
|---|---|---|---|
| | All required online steps completed    Hide all | | |
| 6749 | Margin and Products | 16 Apr 2014 22:10:24 EDT | to complete |
| 6749 | Market Data Selection | 24 Apr 2014 11:54:07 EDT | to complete |
| 6749 | W-8Ben  Current Status: W-0 | 15 Apr 2014 04:13:42 EDT | to complete |

**OTHER ONLINE STEPS (NOT REQUIRED TO OPEN OR UPGRADE ACCOUNT)**

No other registration steps required for this Account.

**DOCUMENT COPY OF ONLINE FORMS**

| Account | Registration Step | Status/ Date Completed | Type |
|---|---|---|---|
| | All documents received    Hide all | | |
| 6749 | W-8Ben  Current Status: W-0 | 16 Apr 2014 00:31:56 EDT | to send |

**DOCUMENT SUBMISSION STEPS**

| Document required | Document received | Processing notes | Account Id |
|---|---|---|---|
| All required documents sent    Hide all | | | |
| Proof of identity and date of birth for Mr. IAT HONG (Account Holder) | Received National ID via E-mail on 15 Apr 2014 04:29:53 EDT | Tentatively Accepted (ewong) on 16 Apr 2014 00:31:56 EDT | 6749 |
| | Received Government | Tentatively Accepted | |

SEC-IB-E-0000423



| Proof of identity and date of birth for Mr. IAT HONG (Account Holder) | Received Notified to via E-mail on 15 Apr 2014 04:29:53 EDT | (ewong) on 16 Apr 2014 00:31:56 EDT | | 6749 |
| Proof of address for Mr. IAT HONG (Account Holder) | Received Government Issued Letters via E-mail on 15 Apr 2014 04:29:53 EDT. | Tentatively Accepted (ewong) on 16 Apr 2014 00:31:56 EDT | | 6749 |

### 407 LETTER/EMAIL FROM EMPLOYER REQUIRED DUE TO BROKER-DEALER AFFILIATION

No Employer Email (407 letter) required for this Account.

### EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

### OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
| --- | --- | --- |
| Search (# 87441461) for Mr. IAT HONG (Account Holder) | | Complete – no match found hide |
| IAT HONG | No Matches found. | Processing time: 27 Sep 2014 04:49:31 EDT |

### WORLDCHECK TASKS

| Name | Matches | |
| --- | --- | --- |
| WorldCheck Search (# 87441462) for Mr. IAT HONG (Account Holder) | | Complete – no match found hide |
| IAT HONG | No Matches found. | Processing time: 15 Apr 2014 04:16:41 EDT |

### COMPLIANCE REVIEWS

No compliance reviews required for this Account.

### HFCIP COMPLIANCE REVIEWS

No compliance reviews required for this Account.

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0000424



# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD  20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached <u>English</u> language documents are true and accurate translations of the original <u>Chinese</u> language documents to the best of our knowledge and belief. The documents are identified as below:

"03_17_2015 12_10_06 EDT (75)", "03_17_2015 16_38_58 EDT (75)", "03_18_2015 11_48_14 EDT (125)", "08_18_2014 21_45_21 EDT_4 (75)", "08_18_2014 21_45_21 EDT_5 (25)", "SEC-HKSFC-E-0000179 (175)", "SEC-HKSFC-E-0000265 (400)", "SEC-HKSFC-E-0000458 (400)", "SEC-HKSFC-E-0000550 (375)"

Executed this <u>29</u><sup>th</sup> day
of <u>June, 2016</u>

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com