# EXHIBIT C

# IBROKER CLIENT ACCOUNT

## MASTER ACCOUNTS

| | | | | | |
|---|---|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) | 2015-09-21 |

### CUSTOMER SUMMARY FOR IAT HONG

I764640

Set/Unset Employer

Good-faith Review:

### ACCOUNT SUMMARY FOR ▮▮9328

▮▮9328

Clearing Status

Change Priority

TMS tickets    TMS sticky notes    Assign to ASG    Account Diagnostic

### PENDING/REJECTED INVOICES

No pending/rejected invoices

### ADVISOR INVOICES (LAST 2 MONTHS)

No Invoices for the last 2 months

### COMMISSION SCHEDULE

| EXCHANGE | CURRENCY / UNIT | TYPE | MINIMUM | MAXIMUM | MAX UNIT | MAX MARKUP AMOUNT | VALUE | PASS THROUGH FEES | MIN AS TICKET CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| STK | | | | | | | | | |
| USD stocks | USD Stocks | Absolute Amount | 15.0 | | | | 0.075 | 0.03 <= 2000<br>0.025 <= 5000<br>0.02 OTHERWISE | no | no |

Show History

### INTEREST MARKUPS

| CURRENCY | UNIT | DEBIT MARKUP | CREDIT MARKUP SHORT CREDIT MARKUP | SHORT CFD CREDIT SHORT INDEX CFD CREDIT | LONG CFD DEBIT LONG INDEX CFD DEBIT | BORROW FIXED RATE MARKUP | BORROW PIB RATE MARKUP |
|---|---|---|---|---|---|---|---|
| AUD | % | - | - / - | - / - | - / - | null | null |
| CAD | % | - | - / - | - / - | - / - | null | null |
| CHF | % | - | - / - | - / - | - / - | null | null |
| EUR | % | - | - / - | - / - | - / - | null | null |
| GBP | % | - | - / - | - / - | - / - | null | null |
| HKD | % | - | - / - | - / - | - / - | null | null |
| JPY | % | - | - / - | - / - | - / - | null | null |
| USD | % | - | - / - | - / - | - / - | null | null |

### CURRENT FEES

| EXCHANGE | CURRENCY / UNIT | TYPE | MINIMUM | MAXIMUM | MAX UNIT | MAX MARKUP AMOUNT | VALUE | PASS THROUGH FEES | MIN AS TICKET CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| STK | | | | | | | | | |
| USD stocks | USD Stocks | Absolute Amount | 15.0 | | | | 0.075 | 0.03 <= 2000<br>0.025 <= 5000<br>0.02 OTHERWISE | no | no |

### FA WRAP FEE/ACATS REQUESTS

No requests

No requests

# REGISTRATION STATUS

## MASTER ACCOUNTS

| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) | 2015-09-21 |
|---|---|---|---|---|

### CUSTOMER SUMMARY FOR IAT HONG

I764640

Set/Unset Employer

| Good-faith Review: | |
|---|---|
| CAFFI - Risk Ranking 2 | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

### ACCOUNT SUMMARY FOR ▓9328

▓9328

Clearing Status

Change Priority

TMS tickets    TMS sticky notes    Assign to ASG    Account Diagnostic

**Registration Process** | Dynamic Registration Tasks | Approval Requirements | Customer Tasks

#### Summary of Steps

| Online steps | Paper PDF Forms | Funding Instruction | 407 Letter |
|---|---|---|---|
| Completed | Not required | Not required | Not required |
| ID Documents | Equifax | OFAC Status | Other compliance checks |
| Received | Not required | Completed | Not required |
| | | WordCheck Status | |
| | | Completed | |

#### Application

| Application Type: FULL | Process Type: CUST_ENTRY - CUSTOMER |
|---|---|
| Current Sequence: APPLICATION | Multi Account Eligible: No |
| Status: APP_STATUS | Multi Master Account: |
| Is mobile application: No | |

View All Registration Steps

#### Application Steps

| APPLICATION |
|---|
| APP_STATUS |
| - |

### ONLINE STEPS REQUIRED TO OPEN OR UPGRADE ACCOUNT

Sort Steps By Name

| Account | Registration Step | Status/Date Completed | Type |
|---|---|---|---|
| All required online steps completed   Hide all | | | |
| ▓9328 | Margin and Products | 24 Sep 2015 23:02:19 EDT | to complete |
| ▓9328 | W-8Ben  Current Status: W-0 | 25 Sep 2015 03:01:39 EDT | to complete |

### OTHER ONLINE STEPS (NOT REQUIRED TO OPEN OR UPGRADE ACCOUNT)

No other registration steps required for this Account.

### DOCUMENT COPY OF ONLINE FORMS

| Account | Registration Step | Status/Date Completed | Type |
|---|---|---|---|
| All documents received   Hide all | | | |
| ▓9328 | W-8Ben | 24 Sep 2015 05:32:17 EDT | to send |





| All documents received Hide all | | | |
|---|---|---|---|
| [redacted]9328 | W-8Ben<br>Current Status: W-0 | 24 Sep 2015 05:32:17 EDT | to send |

## Document submission steps

| Document required | Document received | Processing notes | Account id |
|---|---|---|---|
| All required documents sent Hide all | | | |
| Proof of identity and date of birth for Mr. IAT HONG (Account Holder) | Received National ID via E-mail on 21 Sep 2015 04:00:40 EDT | Tentatively Accepted (ikeaw) on 24 Sep 2015 05:32:17 EDT | [redacted]9328 |
| Proof of address for Mr. IAT HONG (Account Holder) | Received Government Issued Letters via E-mail on 21 Sep 2015 04:00:40 EDT | Tentatively Accepted (ikeaw) on 24 Sep 2015 05:32:17 EDT | [redacted]9328 |

## 407 letter/email from employer required due to broker-dealer affiliation

No Employer Email (407 letter) required for this Account.

## Equifax ID/Address Verification Reports

No Equifax/CDC verification reports for this Account.

## OFAC, Sanctioned and Control List/Prohibited Customer List Searches

| Name | Matches | |
|---|---|---|
| Search (# 115965809) for Mr. IAT HONG (Account Holder) | | Complete - no match found<br>hide |
| IAT HONG | No Matches found. | Processing time: 03 Oct 2015 02:08:43 EDT |

## WorldCheck Tasks

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 115965810) for Mr. IAT HONG (Account Holder) | | Complete - no match found<br>hide |
| IAT HONG | No Matches found. | Processing time: 21 Sep 2015 04:04:08 EDT |

## Compliance reviews

No compliance reviews required for this Account.

## HFCIP Compliance reviews

No compliance reviews required for this Account.

| Form **W-8BEN** | Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals) | OMB No. 1545-1621 |
|---|---|---|
| (Rev. February 2014) Department of the Treasury Internal Revenue Service | ▶ For use by individuals. Entities must use Form W-8BEN-E. <br> ▶ Information about Form W-8BEN and its separate instructions is at www.irs.gov/formw8ben. <br> ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

**Do NOT use this form if:** — Instead, use Form:
- You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8BEN-E
- You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . W-9
- You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . . 8233 or W-4
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

### Part I  Identification of Beneficial Owner (see instructions)

1 Name of individual who is the beneficial owner: **HONG IAT**
2 Country of citizenship: **MACAU**
3 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
**ESTRADA DE SETE TANQUES JARDINS DE LISBOA (EDF VISTA LINDA) 13-ANDAR-C TAIPA MACAU**
City or town, state or province. Include postal code where appropriate: **MACAU**
Country: **MACAU**
4 Mailing address (if different from above)
5 U.S. taxpayer identification number (SSN or ITIN), if required (see instructions)
6 Foreign tax identifying number (see instructions)
7 Reference number(s) (see instructions): [redacted]
8 Date of birth (MM-DD-YYYY) (see instructions): **1990**

### Part II  Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9  I certify that the beneficial owner is a resident of **MACAU** within the meaning of the income tax treaty between the United States and that country.
10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____.
Explain the reasons the beneficial owner meets the terms of the treaty article:

### Part III  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

- I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income to which this form relates or am using this form to document myself as an individual that is an owner or account holder of a foreign financial institution,
- The person named on line 1 of this form is not a U.S. person,
- The income to which this form relates is:
  (a) not effectively connected with the conduct of a trade or business in the United States,
  (b) effectively connected but is not subject to tax under an applicable income tax treaty, or
  (c) the partner's share of a partnership's effectively connected income,
- The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

**Sign Here** ▶ Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY): **09-15-2015**

Print name of signer: **HONG IAT**
Capacity in which acting (if form is not signed by beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2014)



9328

 3220 Cash renew

 4618 Margin

 2076 Comm

IB margin

| 新鴻基投資服務有限公司-澳門分行 Sun Hung Kai Investment Services Limited - Macau Branch | |
|---|---|
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the Individual and can confirm that photograph is a true likeness. | |
| Name of Certifier | UNE Hei Nwo |
| Job Title | MC |
| Date | 15/7/2015 |
| Signature | Leap |

9328  1183804

2015年度現金分享計劃
Plano de Comparticipação Pecuniária no
Desenvolvimento Económico do Ano 2015

澳門特別行政區政府
Governo da Região
Administrativa Especial de Macau

姓名 熊日
Nome HONG IAT

地址 澳門氹仔七源公路葡京花園(美景樓)13-C
Endereço

ESTRADA DE SETE TANQUES
JARDINS DE LISBOA (EDF. VISTA LINDA)
13-ANDAR-C TAIPA
MACAU

注意事項

一、本支票為劃線支票，不可即時兌換現金，請將支票存入抬頭人的銀行帳戶。
二、受益人年齡未滿十八歲，支票抬頭將載明其本人及其父母姓名，支票可存入任一抬頭人的銀行帳戶。
三、如有任何查詢，請親臨設於民政總署綜合服務中心之現金分享發放輔助中心 (地址：澳門南灣大馬路804號中華廣場二樓，辦公時間：星期一至五上午九時至下午六時，公眾假期休息)，致電 (853) 2822 5000，傳真至 (853) 2822 3000 或瀏覽現金分享計劃網頁 www.planocp.gov.mo。
四、如需更新通訊地址，請親臨身份證明局 (地址：澳門南灣大馬路804號中華廣場，辦公時間：星期一至五上午九時至下午六時)，或透過身份證明局網頁 www.dsi.gov.mo 更改資料。

Observações

1. O presente cheque é cruzado e não pode ser levantado em numerário, devendo ser depositado na conta bancária do titular.
2. Ao beneficiário com idade inferior a 18 anos, o cheque é passado à ordem do próprio beneficiário e dos seus pais, podendo ser depositado na conta bancária de qualquer um deles.
3. Para mais informações, é favor deslocar-se ao Centro de Apoio ao Pagamento da Comparticipação Pecuniária, instalado no Centro de Serviços do Instituto para os Assuntos Cívicos e Municipais sito na Avenida da Praia Grande, n.º 804, Edifício "China Plaza", 2.º andar, horário de atendimento: 2.ª a 6.ª feira (excepto aos feriados), das 09:00 às 18:00; telefonar para (853) 2822 5000, mandar fax para (853) 2822 3000 ou visitar o website do Plano de Comparticipação Pecuniária no Desenvolvimento Económico www.planocp.gov.mo.
4. Para actualização do endereço de correspondência, é favor deslocar-se à Direcção dos Serviços de Identificação (sita na Avenida da Praia Grande, n.º 804, Edifício "China Plaza", horário de atendimento: 2.ª a 6.ª feira, das 09:00 às 18:00), ou alterar os respectivos dados através do sítio da internet www.dsi.gov.mo.

---

2015年度現金分享計劃支票
Cheque do Plano de Comparticipação Pecuniária no
Desenvolvimento Económico do Ano 2015

NOT NEGOTIABLE A/C PAYEE ONLY

澳門特別行政區政府
Governo da Região
Administrativa Especial de Macau

支票號碼
Cheque N.º  15-309355-3

MOP 9,000.00

澳門 Macau

日期
Data  2015/08/26

憑此支票祈付          熊日
Pague por este Cheque a   HONG IAT

澳門幣玖仟圓正
NOVE MIL PATACAS

01-01-20-813088

中國銀行戶口號碼    財政局
BOC Conta N°       D.S.F.

新鴻基投資服務有限公司-澳門分行
Sun Hung Kai Investment Services Limited - Macau Branch
I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness.

| Name of Certifier | MAC HEI NING |
| Job Title | S/C |
| Date | 15/9/2015 |
| Signature | (signed) |

簽名 Assinatura