# EXHIBIT F

Account Information for SOU CHENG LAI                                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

# ACCOUNT INFORMATION FOR SOU CHENG LAI

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR SOU CHENG LAI | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2094935 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640   - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C, TAIPA, , MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | laiscl824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| **CAFFI – Risk Ranking 2** | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder | |

| ACCOUNT SUMMARY FOR ███████5376 | | | | |
|---|---|---|---|---|
| | ██████████576 | | | |
| ID: | █████5376 (alias: ██████5376-███████laiscl824-cash) (VAN: ███████5376-laiscl824-cash) | | Equity yesterday: | 0 USD |
| Type: | Active Trader | | Started: | 11 Apr 2014 |
| Activated Capabilities: | STK | | Approved: | 12 Feb 2015 |
| Status: | Open.    Clearing Status | | Opened: | 13 Feb 2015 |
| Phylum: | C - Customer | | Funded: | |
| Priority: | NOT SET Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |
| | TMS tickets         TMS sticky notes         Assign to ASG         Account Diagnostic | | | |

| PRIOR NOTES | |
|---|---|
| Hide all | |
| **1. Note** | hide |
| Reopen of an ND client account. | |
| Operator: ACES                      Date: 12 Feb 2015 | |
| **2. Note** | hide |
| Submitting account for reopening at customer's request. | |
| Operator: tiee                      Date: 12 Feb 2015 | |
| **3. Note** | hide |
| Non-disclosed account automatically created | |
| Operator: ACES                      Date: 15 Apr 2014 | |

3/17/2015 11:31 AM

SEC-IB-E-0000078

Account Information for SOU CHENG LAI

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

| Operator: ACES | Date: 15 Apr 2014 | |
|---|---|---|
| **4. Note** | | hide |
| IB's Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on legal name, DOB and location not an exact match. | | |
| **Operator: ewong** | **Date: 14 Apr 2014** | |

### CUSTOMER CONFIGS

Account Config
Nothing Set
Edit Account Config

Internal Account Settings
Nothing Set
Edit Account Settings

### ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

Decision: Accepted   (Reopen)

Proclamations:

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

2

Deciding User: ACES
Deciding Time: 12 Feb 2015 21:53:20 EST

Additional Remarks: Reopen of an ND client account.\n

| PRIOR APPROVAL DECISIONS | Show all |
|---|---|
| Decision: Accepted (Initial) On 15 Apr 2014 16:03:34 EDT | show |

**Decision: Accepted   (Initial)**

**Proclamations:**

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

2

**Deciding User:** ACES
**Deciding Time:** 15 Apr 2014 16:03:34 EDT

**Additional Remarks:** Non-disclosed account automatically created\n

### ACCOUNT UPGRADE DECISIONS

3/17/2015 11:31 AM

SEC-IB-E-0000079

Account Information for SOU CHENG LAI                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

All Requested Capabilities: MULT STK

Decision: Accepted

Proclamations:
Deciding Officer:
Deciding Time: 12 Feb 2015 21:53:20 EST

Additional Remarks:

## ADDITIONAL APPLICANT / REGISTRATION INFORMATION

### APPLICANT INFO

| | |
|---|---|
| Applicant ID: 2094935 | Primary Phone: 85366435744 |
| Country of Legal residence: Macao Special Administrative Region of China | Secondary Telephone: 85366601729 |
| Applicant Citizenship: Macao Special Administrative Region of China | |
| Market Data Status: Professional | Mailing Address: ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C |
| | TAIPA,MACAU |
| | Macao Special Administrative Region of China |
| | Marketing/Sales Info: |
| | Whitebranding ID: ustrader2 |

Change Applicant Information   |

### IPO CERTIFICATION INFORMATION

No response

### EXCESS SWEEP

None

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | N/A | N/A | 0 |
| Options | N/A | N/A | 0 |
| Commodities | N/A | N/A | 0 |
| Bond | N/A | N/A | 0 |
| FX | N/A | N/A | 0 |
| CFD | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |
| Net Income | N/A | Sources of Funds (Other than regular income) | Sources Of Income |
| Total Assets | N/A | Accredited Investor for Private Placement? | No |

3/17/2015 11:31 AM

SEC-IB-E-0000080

Account Information for SOU CHENG LAI

Invited to Private Placement?    No

## INVESTMENT OBJECTIVES

N/A

Edit Objective

## TAX BASIS CONFIGURATION

| TAX BASIS | LAST EDIT | EDITED BY |
|---|---|---|
| FIFO (First In First Out) | | |

## W8 INFO

| BASIC INFORMATION | ADDITIONAL INFORMATION | | |
|---|---|---|---|
| Tax Payer ID:<br>Form: View W-8Ben<br>Submitted: 11 Apr 2014<br>06:11:06 EDT<br>For Interest: No<br>For Dividend: No<br>For Broker: No<br>Expiration Date: None | **ATTRIBUTE NAME** | **ATTRIBUTE VALUE (US-ASCII)** | **ATTRIBUTE VALUE (NATIVE)** |
| | owner_type | Individual | Individual |
| | account_title | Ms. SOU CHENG LAI | Ms. SOU CHENG LAI |
| | citizenship | Macao Special Administrative Region of China | Macao Special Administrative Region of China |
| | country | Macao Special Administrative Region of China | Macao Special Administrative Region of China |
| | address | ESTRADA DE SETE TANQUES 40 EDF VISTA LINDA 12 ANDAR C | ESTRADA DE SETE TANQUES 40 EDF VISTA LINDA 12 ANDAR C |
| | part_2_9a | part_2_9a | part_2_9a |
| | part_2_9a_country | Macao Special Administrative Region of China | Macao Special Administrative Region of China |
| | city_state | TAIPA, MACAU | TAIPA, MACAU |

View W8 Logs

## US TAX INFO

No Tax Info or W8 form available or applicable.

## IRS TAX VERIFICATION STATUS

No TIN Verification done with IRS.

## NON-DISCLOSED INFORMATION

Direct Trading: Yes                Reporting only QI: no

## COMMISSION SCHEDULE

| EXCHANGE | CURRENCY / UNIT | TYPE | MINIMUM | MAXIMUM | Max Unit | MAX MARKUP AMOUNT | VALUE | PASS THROUGH FEES | MIN AS TICKET CHARGE |
|---|---|---|---|---|---|---|---|---|---|

3/17/2015 11:31 AM

SEC-IB-E-0000081

Account Information for SOU CHENG LAI                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

| STK | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| USD stocks | USD Stocks | Absolute Amount | 15.0 | | | 0.075 | 0.03 <= 2000 0.025 <= 5000 0.02 OTHERWISE | no | no |

Show History

## INTEREST MARKUPS

| CURRENCY | UNIT | DEBIT MARKUP | CREDIT MARKUP SHORT CREDIT MARKUP | SHORT CFD CREDIT SHORT INDEX CFD CREDIT | LONG CFD DEBIT LONG INDEX CFD DEBIT |
|---|---|---|---|---|---|
| AUD | % | - | - / - | - / - | - / - |
| CAD | % | - | - / - | - / - | - / - |
| CHF | % | - | - / - | - / - | - / - |
| EUR | % | - | - / - | - / - | - / - |
| GBP | % | - | - / - | - / - | - / - |
| HKD | % | - | - / - | - / - | - / - |
| JPY | % | - | - / - | - / - | - / - |
| USD | % | - | - / - | - / - | - / - |

## INVESTOR CATEGORY

No Investor Category History

## APPLICANT ASSOCIATED ENTITIES

Show all

### MS. SOU CHENG LAI (ACCOUNT HOLDER)

**Ms. SOU CHENG LAI**
Individual (21896890)

Ownership
Ownership percentage: 100.0
Detailed Ownership Information

Contact Info
Home Phone: 85366435744
Work Phone: 85366601729
Home (PRIMARY): (853) +85366435744
details

Work (ADDITIONAL): (853) +85366601729
details

Personal Info
Citizenship: Macao Special Administrative Region of China
DOB: ▇▇▇1969

Legal IDs
National ID: ▇▇▇▇▇ (Macao Special Administrative Region of China)

Addresses
Residential Address: ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C TAIPA,MACAU
Macao Special Administrative Region of China
Mailing Address: Same as residential address

Employer Info
Employment Status: UNEMPLOYED

Change Info      Request Proof of ID and DOB      Request Proof of Address      Request Proof of SSN      Mark as PEP      Ownership History

3/17/2015 11:31 AM

SEC-IB-E-0000082

Account Information for SOU CHENG LAI

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

| Sessions: | User: laisc(824 (        )376) | Active in TWS:Yes | Token Type: N/A |
|---|---|---|---|

### ACCOUNT ASSOCIATED ENTITIES ▇▇ 5376

Show all

No Associated Entity

### COMPLIANCE/REGULATORY INFORMATION

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | N/A | N/A |
| Is the account holder: i) a **director**; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | N/A | N/A |
| Is exactly a **registered financial advisor**? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | No Decision | No Decision |

Edit Compliance Information        Change Arbitration Agreement

### U.S. SEC LARGE TRADER ID INFORMATION

Show information on U.S. SEC large Trader ID Information

### EXCHANGE MEMBERSHIP AND COMMISSION INFO

| COMMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |
|---|---|---|---|
| Securities | Bundled | | |
| Commodities | Bundled | | |

| EXCHANGE CODE | CLASS |
|---|---|
| Add an Exchange class | |

| REGULATORY CODE | CLASS |
|---|---|
| Add a Regulatory class | |

### EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

3/17/2015 11:31 AM

SEC-IB-E-0000083

Account Information for SOU CHENG LAI

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

### OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|---|---|---|
| Search (# 87313842) for Ms. SOU CHENG LAI (Account Holder) | | Complete – no match found hide |
| SOU CHENG LAI | No Matches found. | Processing time: 14 Mar 2015 11:10:39 EDT |

### WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 87313843) for Ms. SOU CHENG LAI (Account Holder) | | False positive – Not an actual match. hide |
| SOU CHENG LAI | Match found. Name Match: Kun **Cheng LAI** Name Match: Wen **Cheng LAI** Name Match: Chung **Cheng LAI** Name Match: **Lai** King **CHENG** Name Match: **Sou** Tion **LAI** See Match Details | Processing time: 11 Apr 2014 06:14:57 EDT Additional Notes: IB's Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on legal name, DOB and location not an exact match. (ewong - 14 Apr 2014 22:10:25 EDT ) |

### DOCUMENT SUBMISSION TASKS

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| W-8Ben for SOU CHENG LAI | IBLLC-US-2112171.pdf  via E-mail 11 Apr 2014 06:43:35 EDT | Tentatively Accepted (ewong) on 14 Apr 2014 22:08:50 EDT | [Accept] [Reject] Under Review |
| Proof of identity and date of birth for Ms. SOU CHENG LAI (Account Holder) | National ID IBLLC-US-2112171.pdf  via E-mail 11 Apr 2014 06:43:35 EDT | Tentatively Accepted (ewong) on 14 Apr 2014 22:08:50 EDT | [Accept] [Reject] Under Review |
| Proof of address for Ms. SOU CHENG LAI (Account Holder) | Utility Bill IBLLC-US-2112171.pdf  via E-mail 11 Apr 2014 06:43:35 EDT | Tentatively Accepted (ewong) on 14 Apr 2014 22:08:50 EDT | [Accept] [Reject] Under Review |

### COMPLIANCE REVIEWS

No compliance reviews required for this Account.

3/17/2015 11:31 AM

SEC-IB-E-0000084



Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

**Certificate of Foreign Status of Beneficial Owner
for United States Tax Withholding**

► Section references are to the Internal Revenue Code.   ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**

|  |  | **Instead, use Form:** |
|---|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | . . . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct | | |
| of a trade or business in the United States | . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, | | |
| foreign private foundation, or government of a U.S. possession that received effectively connected income or that is | | |
| claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | . . . . | W-8ECI or W-8EXP |

Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to
claim they are a foreign person exempt from backup withholding.*

| • A person acting as an intermediary | . . . . . . . . . . . . . | W-8IMY |
|---|---|---|

Note: *See instructions for additional exceptions.*

## Part I   Identification of Beneficial Owner (See instructions.)

| 1   Name of individual or organization that is the beneficial owner | 2   Country of incorporation or organization |
|---|---|
| LAI SOU CHENG | |

**3** Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust

☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization

☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

ESTRADA DE SETE TANQUES 40 EDF VISTA LINDA 1) ANDAR C TAIPA MACAU

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| MACAU | MACAU |

**5** Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6   U.S. taxpayer identification number, if required (see instructions) | 7   Foreign tax identifying number, if any (optional) |
|---|---|
| ☐ SSN or ITIN   ☐ EIN | |

**8** Reference number(s) (see instructions)

## Part II   Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☑ The beneficial owner is a resident of MACAU within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............ % rate of withholding on (specify type of income): ..........................

Explain the reasons the beneficial owner meets the terms of the treaty article: .............................................

..............................................................................................................

## Part III   Notional Principal Contracts

**11** ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►

| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) 04/01/2014 | Capacity in which acting |
|---|---|---|

For Paperwork Reduction Act Notice, see separate instructions.       Cat. No. 25047Z       Form **W-8BEN** (Rev. 2-2006)

LAI SOU CHENG



| 新鴻基投資服務有限公司-澳門分行 | |
|---|---|
| Sun Hung Kai Investment Services Limited - Macau Branch | |
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. | |
| Name of Certifier | MAK HOI NING |
| Job Title | IC |
| Date | 1 / 4 / 2014 |
| Signature | Mak |



SEC-IB-E-0000571

 

# 電費單 · FACTURA · BILL

澳電 cem

澳門電力股份有限公司 Companhia de Electricidade de Macau - CEM, SA

| | |
|---|---|
| 黎素晶<br>LAI SOU CHENG<br>七潭公路, 40<br>美景臺, 12樓 C<br>氹仔 | 客戶姓名<br>黎素晶<br>LAI SOU CHENG<br>七潭公路, 40<br>美景臺, 12樓 C<br>氹仔 |

ESTRADA DE SETE TANQUES
40 EDF VISTA LINDA
12 ANDAR C TAIPA MACAU

安裝地址

合約號碼 5000313860
收費類別 A1
按金 澳門幣 219.00

帳單編號: 1651408492
發票時期: 由 25/01/2014 至 26/02/2014

發票日期: 26/02/2014

| | 單位 | 單位價格 | 金額 (澳門幣) |
|---|---|---|---|
| 功率費 | 11.5 | 3.372 | 38.78 |
| 電費 | 231 | 0.963 | 222.45 |
| 收費調整系數 | 231 | 0.360 | 83.16 |
| 政府稅 | | | 2.50 |
| 本期費用 | | | 346.89 |
| | | | |
| 本月政府電費補貼 | | | -200.00 |
| 上月費用 | | | 260.00 |
| 繳費 (10/02/2014) - 多謝 | | | -260.00 |
| 上月零數撥來 | | | 4.71 |
| 零數撥入下月 | | | -1.60 |

請於此日期前繳付 13/03/2014                150.00

本月電費將於 13/03/2014 透過自動轉賬從您的中國銀行戶口內扣除。
於到期付款日後繳費須繳付逾期附加費。
若於 21/03/2014 仍未繳費, 供電服務將被暫停。



### 用電量紀錄圖

度
800
600
510
400
200

2 3 4 5 6 7 8 9 10 11 12 1 2
2013          2014

平均每月用電量 510 度
過去12個月

### 讀錶資料

| | | | |
|---|---|---|---|
| 共 | 33 | 日用電量 | |
| 由 | 25/01/2014 | 至 | 26/02/2014 |
| 下月抄錶日期 | | 26/03/2014 | |

| 電錶號碼 | 本月讀數 | 上月讀數 | 乘數 | 用電量(度) |
|---|---|---|---|---|
| 164621 | 48788 | 48557 | 1.0 | 231 |

資訊
累積未使用政府電費補貼 302.33 。

新鴻基投資服務有限公司－澳門分行
Sun Hung Kai Investment Services Limited - Macau Branch

I hereby certify that this is a true copy of the original document
which I have seen and that I have met the individual and can
confirm that photograph is a true likeness.

| Name of Certifier | MAK HOI NING |
|---|---|
| Job Title | IC |
| Date | 1/4/2014 |
| Signature | CMak |

請於繳費時交回此部份

| 5000313860<br>合約號碼 | 150.00<br>應付金額 | 13/03/2014<br>到期付款日 | 21/03/2014<br>暫免截電限期 | BOC01<br>自動轉賬繳費 |
|---|---|---|---|---|

澳門電力股份有限公司 Companhia de Electricidade de Macau - CEM, SA

SEC-IB-E-0000572

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

► Section references are to the Internal Revenue Code.   ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send it to the IRS.

OMB No. 1545-1621

**Do not use this form for:**                                                                                                    Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions)   .   .   .   .   W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions)   .   .   .   .   .   .   W-8ECI or W-8EXP

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   W-8IMY

**Note:** *See instructions for additional exceptions.*

### Part I   Identification of Beneficial Owner (See instructions.)

| 1  Name of individual or organization that is the beneficial owner | 2  Country of incorporation or organization |
|---|---|
| LAI SOU CHENG | |

3  Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
ESTRADA DE SEIF TANRIES 40  EDF VISTA LINDA 1) ANDAR C  TAIPA MACAU

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| MACAU | MACAU |

5  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6  U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN   ☐ EIN | 7  Foreign tax identifying number, if any (optional) |
|---|---|
| | |

8  Reference number(s) (see instructions)

### Part II   Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):
a  ☑ The beneficial owner is a resident of ......MACAU..... within the meaning of the income tax treaty between the United States and that country.
b  ☑ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c  ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d  ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e  ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............... of the treaty identified on line 9a above to claim a ................ % rate of withholding on (specify type of income): ............................
Explain the reasons the beneficial owner meets the terms of the treaty article: ..............................................

### Part III   Notional Principal Contracts

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ►  Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)  04/01/2014   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

LAI SOU CHENG

SEC-IB-E-0000570



Lai Sou Cheng

| 新鴻基投資服務有限公司 - 澳門分行 | |
| :-- | :-- |
| Sun Hung Kai Investment Services Limited - Macau Branch | |
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. | |
| Name of Certifier | MAK HOI NING |
| Job Title | IC |
| Date | 1 / 4 / 2014 |
| Signature | C Mak |



Macau Special Administrative Region
Permanent Resident Identity Card
If this card is found, please mail it back to PO Box 1089, Macau
[logo:] [Seal of the Government of Macau]

SEC-IB-E-0000571

. 電 費 單 · FACTURA · BILL  

澳門電力股份有限公司 Companhia de Electricidade de Macau · CEM, SA

**LAI SOU CHENG**

Customer's Name: **LAI SOU CHENG**

ESTRADA DE SETE TANQUES
40 EDF VISTA LINDA
12 ANDAR C TAIPA MACAU

Installation Address: Apt. 12C, edf. Vista Linda

40 Estrada De Sete Tanques

Taipa, Macau

----------------------------------------------

Contract Number: 5000313860

Bill Type: A1

Amount: MOP$219.00

Bill Number: 1651408492

Billing Cycle: From January 25, 2014 to February 26, 2014      Billing Date: February 26, 2014

|  | Unit | Unit Price | Amount (MOP$) |
|---|---|---|---|
| Power Cost | 11.5 | 3.372 | 38.78 |
| Electricity Fee | 231 | 0.963 | 222.45 |
| Fee Adjustment Coefficient | 231 | 0.360 | 83.16 |
| Government Tax |  |  | 2.50 |
| Fee During This Cycle |  |  | 346.89 |
|  |  |  |  |
| Government Electricity Fee Subsidy This Month |  |  | **-200.00** |
| Last Month's Fee |  |  | 260.00 |
| Amount Paid (February 10, 2014) – Thank you |  |  | -260.00 |
| Last Month's Balance |  |  | 4.71 |
| Balance Allocated to Next Month |  |  | -1.60 |
| Please pay this amount before: March 13, 2014 |  |  | 150.00 |

This month's electricity fee will be deducted from your Bank of China account through automatic transfer on **March 13, 2014.**
If you pay the fee after the due date, then you will have to pay an extra fee for passing the due date.
If you still have not paid your electricity bill before **March 21, 2014,** then power supply will be suspended.



(amount payable)

| Power usage record | Chart information |
| --- | --- |

A total of 33 days for power usage



From January 25, 2014 to February 26, 2014
Next month's reading date: March 26, 2014

| Electricity Meter Number | This Month's Reading | Last Month's Reading | Multiplier | Power Usage (k/W) |
| --- | --- | --- | --- | --- |
| 164621 | 48788 | 48557 | 1.0 | 231 |

The average monthly power usage in the past 12 months was 510 k/W.

Information
Accumulated unused government electricity fee subsidy is 302.33.

Please return this
portion when paying your electricity bill.



新鴻基投資服務有限公司－澳門分行
Sun Hung Kai Investment Services Limited - Macau Branch

I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness.

| Name of Certifier | MAK HOI NING |
| --- | --- |
| Job Title | IC |
| Date | 1/4/2014 |
| Signature | CMak |

Receipt

Valid if
stamped



| 5000313860 Contract Number | 150.00 Amount Payable | March 13, 2014 Due Date | March 21, 2014 Due Date to Avoid Suspension of Power Supply | BOC01 Bank for Automatic Transfer |
| --- | --- | --- | --- | --- |



SEC-IB-E-0000572

# REGISTRATION STATUS

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR SOU CHENG LAI | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2054935 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client Master: I764640   - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C, TAIPA, , MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | laiscl824 |
| Employer: | Sxt/Unset Employer |
| Good-faith Review: | |
| **CAFFI – Risk Ranking 2** | |
| RELATIONSHIP TO CURRENT NL RISK COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder | |

| ACCOUNT SUMMARY FOR ▇▇▇5376 | | | |
|---|---|---|---|

▇▇▇5376

| ID: | ▇▇5376 (alias: ▇▇5376-▇▇▇▇ laiscl824-cash) (VAN: ▇▇5376-laiscl824-cash) | | Equity yesterday: | 0 USD |
|---|---|---|---|---|
| Types: | Active Trader | | Started: | 11 Apr 2014 |
| Activated Capabilities: | STK | | Approved: | 12 Feb 2015 |
| Status: | Open.     Clearing Status | | Opened: | 13 Feb 2015 |
| Phylum: | C - Customer | | Funded: | |
| Priority | NOT SET Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

| Registration Process | Dynamic Registration Tasks | Approval Requirements | Customer Tasks |
|---|---|---|---|

| Summary of Steps | | | |
|---|---|---|---|
| Online steps Completed | Paper PDF Forms Not required | Funding Instruction Not required | 407 Letter Not required |
| ID Documents Received | Equifax Not required | OFAC Status Completed WordCheck Status Completed | Other compliance checks Not required |

| Application | |
|---|---|
| Application Type: FULL | Process Type: CUST_ENTRY - CUSTOMER |
| Current Sequence: APPLICATION | Multi Account Eligible: No |
| Status: APP_STATUS | Multi Master Account: |

3/17/2015 12:10 PM

SEC-IB-E-0000562

Registration Status

https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laiscl824&acc...

### View All Registration Steps

| Application Steps |
| --- |
| APPLICATION |
| APP_STATUS |
| - |

### ONLINE STEPS REQUIRED TO OPEN OR UPGRADE ACCOUNT

Sort Steps By Name

| Account | Registration Step | Status/<br>Date Completed | Type |
| --- | --- | --- | --- |
| All required online steps completed   Hide all | | | |
| U1345376 | Margin and Products | 15 Apr 2014 21:48:05 EDT | to complete |
| U1345376 | Market Data Selection | 25 Apr 2014 10:17:09 EDT | to complete |
| U1345376 | W-8Ben<br><br>Current Status: W-0 | 11 Apr 2014 06:11:06 EDT | to complete |

### OTHER ONLINE STEPS (NOT REQUIRED TO OPEN OR UPGRADE ACCOUNT)

No other registration steps required for this Account.

### DOCUMENT COPY OF ONLINE FORMS

| Account | Registration Step | Status/<br>Date Completed | Type |
| --- | --- | --- | --- |
| All documents received   Hide all | | | |
| U1345376 | W-8Ben<br><br>Current Status: W-0 | 14 Apr 2014 22:08:50 EDT | to send |

### DOCUMENT SUBMISSION STEPS

| Document required | Document received | Processing notes | Account id |
| --- | --- | --- | --- |
| All required documents sent   Hide all | | | |
| Proof of identity and date of birth for Ms. SOU CHENG LAI (Account Holder) | Received National ID via E-mail on 11 Apr 2014 06:43:35 EDT | Tentatively Accepted (ewong) on 14 Apr 2014 22:03:50 EDT | U1345376 |
| Proof of address for Ms. SOU CHENG LAI (Account Holder) | Received Utility Bill via E-mail on 11 Apr 2014 06:43:35 EDT | Tentatively Accepted (ewong) on 14 Apr 2014 22:06:50 EDT | U1345376 |

407 LETTER /EMAIL FROM EMPLOYER REQUIRED DUE TO BROKER-DEALER AFFILIATION

3/17/2015 12:10 PM

SEC-IB-E-0000563

Registration Status                                         https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laiscl824&acc...

No Employer Email (407 letter) required for this Account.

### EQUIFAX ID / ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

### OFAC, SANCTIONED AND CONTROL LIST / PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|---|---|---|
| Search (# 87313842) for Ms. SOU CHENG LAI (Account Holder) | | Complete – no match found hide |
| SOU CHENG LAI | No Matches found. | Processing time: 14 Mar 2015 11:10:39 EDT |

### WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 87313843) for Ms. SOU CHENG LAI (Account Holder) | | False positive – Not an actual match. hide |
| SOU CHENG LAI | Match found.<br>Name Match: Kun **Cheng LAI**<br>Name Match: Wen **Cheng LAI**<br>Name Match: Chung **Cheng LAI**<br>Name Match: **Lai** King **CHENG**<br>Name Match: **Sou** Tien **LAI**<br>See Match Details | Processing time: 11 Apr 2014 06:14:57 EDT |

### COMPLIANCE REVIEWS

No compliance reviews required for this Account.

### HFCIP COMPLIANCE REVIEWS

No compliance reviews required for this Account.

3/17/2015 12:10 PM

SEC-IB-E-0000564

Additional Account Information                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laiscl824&acc...

## ADDITIONAL ACCOUNT INFORMATION

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR SOU CHENG LAI | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2094935 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640  - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C, TAIPA, , MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | laiscl824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

### ACCOUNT SUMMARY FOR █████5376

█████5376

| ID: | █████5376 (alias: █████5376-laiscl824-cash) (VAN: █████5376-laiscl824-cash) | | Equity yesterday: | 0 USD |
|---|---|---|---|---|
| Type: | Active Trader | | Started: | 11 Apr 2014 |
| Activated Capabilities: | STK | | Approved: | 12 Feb 2015 |
| Status: | Open.    Clearing Status | | Opened: | 13 Feb 2015 |
| Phylum: | C - Customer | | Funded: | |
| Priority | NOT SET Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |
| | TMS tickets        TMS sticky notes        Assign to ASG        Account Diagnostic | | | |

| Login (3 years) | Login (All) | Account Configuration | OFAC Check History | Token Share | PTAM Info | Consolidation Info |
|---|---|---|---|---|---|---|

#### AM LOGIN ACTIVITY (LAST 3 YEARS)

**Showing 3 years of AM login attempts**

Start/Stop IP Tracking

| USER NAME | LOGIN DATE | RESULT | REMOTE HOST |
|---|---|---|---|
| laiscl824 | 2014-12-31 09:56:29 | Success | 14.123.216.112 |
| laiscl824 | 2014-06-11 00:46:42 | Success | 125.88.77.13 |
| laiscl824 | 2014-04-25 10:21:31 | Success | 122.100.230.96 |
| laiscl824 | 2014-04-25 10:16:44 | Success | 122.100.230.96 |
| laiscl824 | 2014-04-24 05:57:44 | Success | 122.100.230.96 |
| laiscl824 | 2014-04-24 05:57:01 | Success | 122.100.230.96 |

1 of 1                                                                                              3/17/2015 4:04 PM

SEC-IB-E-0000171

IBroker Client Account                                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laiscl824&acc...

# IBROKER CLIENT ACCOUNT

| MASTER ACCOUNTS | | |
|---|---|---|
| I764640    Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

### CUSTOMER SUMMARY FOR SOU CHENG LAI

| | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2094935 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client Master: I764640    - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C, TAIPA, , MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | laiscl824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

### ACCOUNT SUMMARY FOR ███████ 5376

██████████ 5376

| | | | |
|---|---|---|---|
| ID: | ███ 5376 (alias: ███ 5376-  ████████-laiscl824-cash) (VAN: ███ 5376-laiscl824-cash) | Equity yesterday: | 0 USD |
| Type: | Active Trader | Started: | 11 Apr 2014 |
| Activated Capabilities: | STK | Approved: | 12 Feb 2015 |
| Status: | Open.      Clearing Status | Opened: | 13 Feb 2015 |
| Phylum: | C - Customer | Funded: | |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

### PENDING/REJECTED INVOICES

No pending/rejected invoices

### ADVISOR INVOICES (LAST 2 MONTHS)

No Invoices for the last 2 months

### COMMISSION SCHEDULE

| EXCHANGE | CURRENCY / UNIT | TYPE | MINIMUM | MAXIMUM | MAX UNIT | MAX MARKUP AMOUNT | VALUE | PASS THROUGH FEES | MIN AS TICKET CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| STK | | | | | | | | | |
| USD stocks | USD Stocks | Absolute Amount | 15.0 | | | 0.075 | 0.03 <= 2000 0.025 <= 5000 0.02 OTHERWISE | no | no |

1 of 2                                                                              3/17/2015 4:06 PM

SEC-IB-E-0000468

IBroker Client Account                                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laiscl824&acc...

Show History

**INTEREST MARKUPS**

No Record

**CURRENT FEES**

| EXCHANGE | CURRENCY / UNIT | TYPE | MINIMUM | MAXIMUM | MAX UNIT | MAX MARKUP AMOUNT | VALUE | PASS THROUGH FEES | MIN AS TICKET CHARGE |
|----------|-----------------|------|---------|---------|----------|-------------------|-------|-------------------|----------------------|
| STK      |                 |      |         |         |          |                   |       |                   |                      |
| USD stocks | USD Stocks    | Absolute Amount | 15.0 |   |          | 0.075             | 0.03 <= 2000<br>0.025 <= 5000<br>0.02<br>OTHERWISE | no | no |

**FA WRAP FEE/ACATS REQUESTS**

No requests

3/17/2015 4:06 PM

SEC-IB-E-0000469

Additional Account Information                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?u...



## ADDITIONAL ACCOUNT INFORMATION

### MASTER ACCOUNTS

| | | | |
|---|---|---|---|
| 1764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

### CUSTOMER SUMMARY FOR SOU CHENG LAI

| | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2094935 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: 1764640   - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C, TAIPA, , MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | laiscl824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

5376

| | | Equity yesterday: | 0 USD |
|---|---|---|---|
| ID: | 5376 (alias:  5376   laiscl824-cash) (VAN:  5376- laiscl824-cash) | Started: | 11 Apr 2014 |
| Type: | Active Trader | Approved: | 12 Feb 2015 |
| Activated Capabilities: | STK | Opened: | 13 Feb 2015 |
| Status: | Open.    Clearing Status | Funded: | |
| Phylum: | C - Customer | Closed: | |
| Priority: | NOT SET Change Priority | Operator: | |
| IB Entity: | IBLLC-UB | Estate: | |
| Currency: | USD | | |

YMS tickets          YMS sticky notes          Assign to ASG          Account Diagnostic

| Login (3 years) | Login (All) | Account Configuration | OFAC Check History | Token Share | PTAM Info | Consolidation Info |

#### All AM Login Activities

**Full list of AM login attempts**

| USER NAME | LOGIN DATE | RESULT | REMOTE HOST |
|---|---|---|---|
| laiscl824 | 2014-12-31 09:56:29 | Success | 14.123.216.112 |
| laiscl824 | 2014-06-11 00:46:42 | Success | 125.88.77.13 |
| laiscl824 | 2014-04-25 10:21:31 | Success | 122.100.230.96 |
| laiscl824 | 2014-04-25 10:16:44 | Success | 122.100.230.96 |
| laiscl824 | 2014-04-24 05:57:44 | Success | 122.100.230.96 |
| laiscl824 | 2014-04-24 05:57:01 | Success | 122.100.230.96 |

Customer Account Supervision System - Interactive Brokers

1 of 1

SEC-IB-E-0000077

Summary Information for SOU CHENG LAI                         https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laiscl824&a...

## SUMMARY INFORMATION FOR SOU CHENG LAI

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR SOU CHENG LAI | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2094935 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640  - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C, TAIPA, , MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | laiscl824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

CAFFI - Risk Ranking 2

RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder
RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder

| ACCOUNT SUMMARY For U1345376 | | | |
|---|---|---|---|

████376

| ID: | 5376  (alias: ███5376- ███-laiscl824-cash) (VAN: ███5376-███-laiscl824-cash) | Equity yesterday: | 0 USD |
|---|---|---|---|
| Type: | Active Trader | Started: | 11 Apr 2014 |
| Activated Capabilities: | STK | Approved: | 12 Feb 2015 |
| Status: | Open.    Clearing Status | Opened: | 13 Feb 2015 |
| Phylum: | C - Customer | Funded: | |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

| ACCOUNT APPROVAL DECISION | |
|---|---|

| DATE OPENED | DATE CLOSED |
|---|---|
| 2015-02-13 16:31:14 | |
| 2014-04-15 16:34:27 | 2015-02-10 15:02:04 |

1 of 4                                        Decision: Accepted  (Reopen)                                        4/9/2015 10:56 AM

Summary Information for SOU CHENG LAI                 https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laiscl824&a...

2014-04-15 16:34:27                                    2015-02-10 15:02:04

Decision: Accepted   (Reopen)

Proclamations:

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

2

Deciding User: ACES
Deciding Time: 12 Feb 2015 21:53:20 EST

Additional Remarks: Reopen of an ND client account.\n

| PRIOR APPROVAL DECISIONS | Show all |
| --- | --- |
| Decision: Accepted (Initial) On 15 Apr 2014 16:03:34 EDT | show |

Decision: Accepted   (Initial)

Proclamations:

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

2

Deciding User: ACES
Deciding Time: 15 Apr 2014 16:03:34 EDT

Additional Remarks: Non-disclosed account automatically created\n

| ACCOUNT CAPABILITIES | |
| --- | --- |
| Approved Capabilities | [MULT, STK] |
| Activated Capabilities | [STK] |

| ACCOUNT UPGRADE DECISIONS |
| --- |

All Requested Capabilities: MULT STK

Decision: Accepted

Proclamations:
Deciding Officer:
Deciding Time: 12 Feb 2015 21:53:20 EST

Additional Remarks:

| ADDITIONAL APPLICANT/ REGISTRATION INFORMATION | |
| --- | --- |

2 of 4                                                                              4/9/2015 10:56 AM

SEC-IB-E-0000670

Summary Information for SOU CHENG LAI                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laiscl824&a...



### ADDITIONAL APPLICANT/REGISTRATION INFORMATION

#### APPLICANT INFO

Applicant ID: 2094935
Country of Legal residence: Macao Special Administrative Region of China
Applicant Citizenship: Macao Special Administrative Region of China

Market Data Status: Professional

Primary Phone: 85366435744
Secondary Telephone: 85366601729

Mailing Address: ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C TAIPA, MACAU
Macao Special Administrative Region of China

Marketing/Sales Info:

Whitebranding ID: ustrader2

Change Applicant Information   |

#### INVESTMENT EXPERIENCE

|  | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | N/A | N/A | 0 |
| Options | N/A | N/A | 0 |
| Commodities | N/A | N/A | 0 |
| Bond | N/A | N/A | 0 |
| FX | N/A | N/A | 0 |
| CFD | N/A | N/A | 0 |

#### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |
| Net Income | N/A | Sources of Funds (Other than regular income) | Sources of Income |
| Total Assets | N/A | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

#### INVESTMENT OBJECTIVES

N/A

Edit Objective

#### DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | N/A | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | N/A | N/A |

#### COMPLIANCE/REGULATORY INFORMATION

Add Broker-Dealer Affiliation

3 of 4                                                                                    4/9/2015 10:56 AM

SEC-IB-E-0000671

Summary Information for SOU CHENG LAI                    https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=laisci824&a...

## COMPLIANCE/REGULATORY INFORMATION

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | N/A | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | N/A | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | No Decision | No Decision |

Edit Compliance Information      Change Arbitration Agreement

## APPLICANT ASSOCIATED ENTITIES

Show all

### MS. SOU CHENG LAI (ACCOUNT HOLDER)

**Ms. SOU CHENG LAI**
Individual (2169680)

Personal Info
Citizenship: Macao Special Administrative Region of China
DOB: _____ 1969

Employer Info
Employment Status: UNEMPLOYED

Ownership Info
Ownership percentage: 100.0
Detailed Ownership Information

Legal IDs
National ID: _____ (Macao Special Administrative Region of China)

Contact Info
Home Phone: 85366435744
Work Phone: 85366601729
Home (PRIMARY): (853) +85366435744
details

Work (ADDITIONAL): (853) +85366601729
details

Addresses
Residential Address: ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C TAIPA, MACAU
Macao Special Administrative Region of China
Mailing Address: Same as residential address

Change Info    Request Proof of ID and DOB    Request Proof of Address    Request Proof of SSN    Mark as PEP    Ownership History

Sessions:    User: laisci824 ____ (3376)    Active in TWS: Yes    Token Type: N/A

Customer Account Supervision System - Interactive Brokers

4 of 4                                                                    4/9/2015 10:56 AM

SEC-IB-E-0000672

**SUMMARY INFORMATION FOR SOU CHENG LAI**

**Customer Summary for SOU CHENG LAI**

| | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2094935 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: 1784640 - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C, TAIPA, , MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | laiscl824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| **CAFFI - Risk Ranking 2** | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

**Account Summary For ████5376**

████5376

| | | | | |
|---|---|---|---|---|
| ID: | ████5376 (alias: ███5376- laiscl824-cash) (VAN: ███5376-laiscl824-cash) | Equity yesterday: | 754,894 USD |
| Type: | Active Trader | Started: | 11 Apr 2014 |
| Activated Capabilities: | STK | Approved: | 15 Apr 2014 |
| Status: | Open.    Clearing Status | Opened: | 15 Apr 2014 |
| Phylum: | C - Customer | Funded: | 25 Apr 2014 |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

**Account Approval Decision**

| DATE OPENED | DATE CLOSED |
|---|---|
| 2014-04-15 16:34:27 | |

**Decision: Accepted  (Initial)**

**Proclamations:**

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the

SEC-IB-E-0000542

**Proclamations:**

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

**2**

**Deciding User:** ACES
**Deciding Time:** 15 Apr 2014 16:03:34 EDT

**Additional Remarks:** Non-disclosed account automatically created\n

### ACCOUNT CAPABILITIES

| Approved Capabilities | [MULT. STK] |
|---|---|
| Activated Capabilities | [STK] |

### ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

### ADDITIONAL APPLICANT/REGISTRATION INFORMATION

#### APPLICANT INFO

| | |
|---|---|
| Applicant ID: 2094935 | Primary Phone:85366435744 |
| US Tax ID: N/A | Secondary Telephone:85366601729 |
| Country of Legal residence: Macao Special Administrative Region of China | |
| Applicant Citizenship: Macao Special Administrative Region of China | Mailing Address #:ESTRADA DE SETE TANQUES |
| State of Legal residence: N/A | 40 EDF VISTA LINDA 12 ANDAR C |
| | TAIPA, N/A  MACAU |
| Market Data Status: Professional | Macao Special Administrative Region of China |
| | |
| | Marketing/Sales Info: |
| | N/A |
| | Whitebranding ID: ustrader2 |

Change Applicant Information ▸ |

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| **Stocks** | N/A | N/A | 0 |
| **Options** | N/A | N/A | 0 |
| **Commodities** | N/A | N/A | 0 |
| **Bond** | N/A | N/A | 0 |
| **FX** | N/A | N/A | 0 |
| **CFD** | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |

SEC-IB-E-0000543

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |
| Net Income | N/A | Sources of Funds (Other than regular income) | Sources Of Income |
| Total Assets | N/A | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

N/A

Edit Objective

## DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | N/A | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | N/A | N/A |

## COMPLIANCE / REGULATORY INFORMATION

Add Broker-Dealer Affiliation >

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | N/A | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | N/A | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | No Decision | No Decision |

Edit Compliance Information >    Change Arbitration Agreement >

## APPLICANT ASSOCIATED ENTITIES

Hide all >

| Personal Information for Ms. SOU CHENG LAI (Account Holder) | show > |
|---|---|

**US-ASCII Fields**

**Ms. SOU CHENG LAI**
Entity ID: 21695890

Ownership percentage: 100.0
Detailed Ownership Information >

Citizenship: Macao Special Administrative Region of China
DOB: ███████ 1969
City of Birth:
Drivers Lic #:
Alien ID:
Passport:
National ID: ███████ (Macao Special Administrative Region of China)

# of Dependents:
Marital Status:
Mother's Maiden Name:

Occupation:

Employment Status: UNEMPLOYED
Employer:

SEC-IB-E-0000544

Detailed Ownership Information ▸

Drivers Lic #:
**Alien ID:**
**Passport:**
**National ID:** [REDACTED] (Macao Special
Administrative Region of China)
**has Greencard:** false
**Home Phone:** 85366435744
**Work Phone:** 85366601729

**Occupation:**

**Employment Status:** UNEMPLOYED
**Employer:**
**Employer Business:**
**Employer Address:**

**Residential Address:** ESTRADA DE SETE TANQUES,
40 EDF VISTA LINDA 12 ANDAR C
TAIPA, MACAU
Macao Special Administrative Region of China
**Mailing Address:** Same as residential address
**Business Nature Extended:**
**Country Mismatch Description:**

Change Into ▸   Request Proof of ID and DOB ▸   Request Proof of Address ▸   Request Proof of SSN ▸   Mark as PEP ▸   Ownership History ▸

**Sessions:**

| User: la sci824 [REDACTED] 5376) | Active in TWS:Yes | Role: OWNER | Token Type: N/A | Entity Tampo function moved to User Mgmt page |

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0000545

## REGISTRATION STATUS

| CUSTOMER SUMMARY FOR SOU CHENG LAI | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2094935 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: 1764640 - - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES, 40 EDF VISTA LINDA 12 ANDAR C, TAIPA, , MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | laiscl824 |
| Employer: | Set /Unset Employer |
| Good-faith Review: | |
| CAFFI - Risk Ranking 2 | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

| ACCOUNT SUMMARY FOR ███5376 | |
|---|---|

| | | | |
|---|---|---|---|
| ID: | ██████5376 (alias: ███5376-██████laiscl824-laiscl824-cash) (VAN: ███5376-██████ | Equity yesterday: | 754,894 USD |
| Type: | Active Trader | Started: | 11 Apr 2014 |
| Activated Capabilities: | STK | Approved: | 15 Apr 2014 |
| Status: | Open.   Clearing Status | Opened: | 15 Apr 2014 |
| Phylum: | C - Customer | Funded: | 25 Apr 2014 |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

THS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

Registration Process | Dynamic Registration Tasks | Approval Requirements | Customer Tasks

| Summary of Steps | | | |
|---|---|---|---|
| Online steps Completed | Paper PDF Forms Not required | Funding Instruction Not required | 407 Letter Not required |
| ID Documents Received | Equifax Not required | OFAC Status Completed WordCheck Status Completed | Other compliance checks Not required |

| Application |
|---|

SEC-IB-E-0000538



WorldCheck Status        Not required
Completed

| Application | |
| --- | --- |
| Application Type: FULL | Process Type: CUST_ENTRY - CUSTOMER |
| Current Sequence: APPLICATION | Multi Account Eligible: No |
| Status: APP_STATUS | Multi Master Account: |

View All Registration Steps ›

| Application Steps |
| --- |
| APPLICATION |
| APP_STATUS |
| - |

### ONLINE STEPS REQUIRED TO OPEN OR UPGRADE ACCOUNT

Sort Steps By Name

| Account | Registration Step | Status/ Date Completed | Type |
| --- | --- | --- | --- |
| All required online steps completed     Hide all | | | |
| 5376 | Margin and Products | 15 Apr 2014 21:48:05 EDT | to complete |
| 5376 | Market Data Selection | 25 Apr 2014 10:17:09 EDT | to complete |
| 5376 | W-8Ben<br><br>Current Status: W-0 | 11 Apr 2014 06:11:06 EDT | to complete |

### OTHER ONLINE STEPS (NOT REQUIRED TO OPEN OR UPGRADE ACCOUNT)

No other registration steps required for this Account.

### DOCUMENT COPY OF ONLINE FORMS

| Account | Registration Step | Status/ Date Completed | Type |
| --- | --- | --- | --- |
| All documents received     Hide all | | | |
| 5376 | W-8Ben<br><br>Current Status: W-0 | 14 Apr 2014 22:08:50 EDT | to send |

### DOCUMENT SUBMISSION STEPS

| Document required | Document received | Processing notes | Account id |
| --- | --- | --- | --- |
| All required documents sent     Hide all | | | |
| Proof of identity and date of birth for Ms. SOU CHENG LAI (Account Holder) | Received National ID via E-mail on 11 Apr 2014 06:43:35 EDT | Tentatively Accepted (evong) on 14 Apr 2014 22:08:50 EDT | U1345376 |
| | Received Utility Bill on | Tentatively Accepted | |

SEC-IB-E-0000539

| | | | |
|---|---|---|---|
| Proof of identity and date of birth for Ms. SOU CHENG LAI (Account Holder) | Received Document ID via E-mail on 11 Apr 2014 06:43:35 EDT | (ewong) on 14 Apr 2014 22:08:50 EDT | U1345376 |
| Proof of address for Ms. SOU CHENG LAI (Account Holder) | Received Utility Bill via E-mail on 11 Apr 2014 06:43:35 EDT | Tentatively Accepted (ewong) on 14 Apr 2014 22:08:50 EDT | U1345376 |

### 407 LETTER/EMAIL FROM EMPLOYER REQUIRED DUE TO BROKER-DEALER AFFILIATION

No Employer Email (407 letter) required for this Account.

### EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

### OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|---|---|---|
| Search (# 87313842) for Ms. SOU CHENG LAI (Account Holder) | | Complete - no match found. hide |
| SOU CHENG LAI | No Matches found. | Processing time: 27 Sep 2014 04:51:19 EDT |

### WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 87313843) for Ms. SOU CHENG LAI (Account Holder) | | False positive - Not an actual match. hide |
| SOU CHENG LAI | Match found. Name Match: Kun **Cheng LAI** Name Match: Wen **Cheng LAI** Name Match: Chung **Cheng LAI** Name Match: **Lai** King **CHENG** Name Match: **Sou** Tien **LAI** See Match Details | Processing time: 11 Apr 2014 06:14:57 EDT |

### COMPLIANCE REVIEWS

No compliance reviews required for this Account.

### HFCIP COMPLIANCE REVIEWS

No compliance reviews required for this Account.

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0000540

Customer Account Supervision System - Interactive Brokers

SEC-IB-E-0000541



**STI**

# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached <u>English</u> language documents are true and accurate translations of the original <u>Chinese</u> language documents to the best of our knowledge and belief. The documents are identified as below:

"03_17_2015 12_10_06 EDT (75)", "03_17_2015 16_38_58 EDT (75)", "03_18_2015 11_48_14 EDT (125)", "08_18_2014 21_45_21 EDT_4 (75)", "08_18_2014 21_45_21 EDT_5 (25)", "SEC-HKSFC-E-0000179 (175)", "SEC-HKSFC-E-0000265 (400)", "SEC-HKSFC-E-0000458 (400)", "SEC-HKSFC-E-0000550 (375)"

Executed this <u>29th</u> day of <u>June, 2016</u>

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com