# EXHIBIT G

Account Information for SOU CHENG LAI                                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

## ACCOUNT INFORMATION FOR SOU CHENG LAI

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR SOU CHENG LAI | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2179095 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640  - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES 40, JARDINS DE LISBOA, (EDF VISTA LINDA), 12 ANDAR C TAIPA, MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | iscmar824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| **CAFFI - Risk Ranking 2** | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

| ACCOUNT SUMMARY FOR 2615 | | | |
|---|---|---|---|
| ID: | 2615 (alias: 2615- iscmar824-marg) (VAN: 2615- iscmar824-marg) | Equity yesterday: | 553,422 USD |
| Type: | Active Trader | Started: | 13 Oct 2014 |
| Activated Capabilities: | STK MRGN | Approved: | 16 Oct 2014 |
| Status: | Open.    Clearing Status | Opened: | 16 Oct 2014 |
| Phylum: | C - Customer | Funded: | 13 Nov 2014 |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets            TMS sticky notes            Assign to ASG            Account Diagnostic

| PRIOR NOTES | |
|---|---|
| Hide all | |

| 1. Note | hide |
|---|---|
| Non-disclosed account automatically created | |
| Operator: ACES                    Date: 16 Oct 2014 | |

| 2. Note | hide |
|---|---|
| IB Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on the full name not being an exact match. | |
| Operator: tgordon                    Date: 15 Oct 2014 | |

| CUSTOMER CONFIGS |
|---|

SEC-IB-E-0000187

Account Information for SOU CHENG LAI                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

**Account Config**
Nothing Set
Edit Account Config

**Internal Account Settings**
Nothing Set
Edit Account Settings

**ACCOUNT APPROVAL DECISION**

CLICK to see Account Reopen History

Decision: Accepted   (Initial)

Proclamations:

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant; this applicant is given a Risk Rating of:

**2**

Deciding User: ACES
Deciding Time: 16 Oct 2014 16:01:08 EDT

Initial Capabilities: MRGN MULT STK

Additional Remarks: Non-disclosed account automatically created\n

**ACCOUNT UPGRADE DECISIONS**

No Upgrade Decisions yet

**ADDITIONAL APPLICANT / REGISTRATION INFORMATION**

**APPLICANT INFO**

| | |
|---|---|
| Applicant ID: 2179095 | Primary Phone: 85366435744 |
| Country of Legal residence: Macao Special Administrative Region of China | Secondary Telephone: 85366601729 |
| Applicant Citizenship: Macao Special Administrative Region of China | |
| Market Data Status: Professional | Mailing Address: ESTRADA DE SETE TANQUES 40, JARDINS DE LISBOA (EDF VISTA LINDA),12 ANDAR C TAIPA,MACAU Macao Special Administrative Region of China |
| | Marketing/Sales Info: |
| | Whitebranding ID: ustrader2 |

Change Applicant Information

**IPO CERTIFICATION INFORMATION**

No response

**EXCESS SWEEP**

3/17/2015 4:26 PM

SEC-IB-E-0000188

Account Information for SOU CHENG LAI                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

None

## INVESTMENT EXPERIENCE

|  | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | N/A | N/A | 0 |
| Options | N/A | N/A | 0 |
| Commodities | N/A | N/A | 0 |
| Bond | N/A | N/A | 0 |
| FX | N/A | N/A | 0 |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |
| Net Income | N/A | Sources of Funds (Other than regular income) | Sources Of Income |
| Total Assets | N/A | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

## INVESTMENT OBJECTIVES

N/A

Edit Objective

## TAX BASIS CONFIGURATION

| TAX BASIS | LAST EDIT | EDITED BY |
|---|---|---|
| FIFO (First In First Out) | | |

## W8 INFO

| BASIC INFORMATION | ADDITIONAL INFORMATION | | |
|---|---|---|---|
| Tax Payer ID:<br>Form: View W-8Ben<br>Submitted: 13 Oct 2014 03:16:15 EDT<br>For Interest: No<br>For Dividend: No<br>For Broker: No<br>Expiration Date: None | **ATTRIBUTE NAME** | **ATTRIBUTE VALUE (US-ASCII)** | **ATTRIBUTE VALUE (NATIVE)** |
| | owner_type | Individual | Individual |
| | account_title | Ms. SOU CHENG LAI | Ms. SOU CHENG LAI |
| | citizenship | Macao Special Administrative Region of China | Macao Special Administrative Region of China |
| | country | Macao Special Administrative Region of China | Macao Special Administrative Region of China |
| | address | ESTRADA DE SETE TANQUES 40 JARDINS DE LISBOA | ESTRADA DE SETE TANQUES 40 JARDINS DE LISBOA |
| | part_2_9a | part_2_9a | part_2_9a |
| | part_2_9a_country | Macao Special Administrative Region of China | Macao Special Administrative Region of China |

3/17/2015 4:26 PM

SEC-IB-E-0000189

Account Information for SOU CHENG LAI                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

| | city_state | (EDF VISTA LINDA), 12 ANDAR C. TAIPA MACAU | (EDF VISTA LINDA), 12 ANDAR C. TAIPA MACAU |
|---|---|---|---|

View W8 Logs

## US TAX INFO

No Tax Info or W9 form available or applicable.

## IRS TAX VERIFICATION STATUS

No TIN Verification done with IRS.

## NON-DISCLOSED INFORMATION

Direct Trading: Yes                          Reporting only QI: no

## COMMISSION SCHEDULE

| EXCHANGE | CURRENCY / UNIT | TYPE | MINIMUM | MAXIMUM | MAX UNIT | MAX MARKUP AMOUNT | VALUE | PASS THROUGH FEES | MIN AS TICKET CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| STK | | | | | | | | | |
| USD stocks | USD Stocks | Absolute Amount | 15.0 | | | 0.075 | 0.03 <= 2000 0.025 <= 5000 0.02 OTHERWISE | no | no |

Show History

## INTEREST MARKUPS

| CURRENCY | UNIT | DEBIT MARKUP | CREDIT MARKUP SHORT CREDIT MARKUP | SHORT CFD CREDIT SHORT INDEX CFD CREDIT | LONG CFD DEBIT LONG INDEX CFD DEBIT |
|---|---|---|---|---|---|
| AUD | % | - | - / - | - / - | - / - |
| CAD | % | - | - / - | - / - | - / - |
| CHF | % | - | - / - | - / - | - / - |
| EUR | % | - | - / - | - / - | - / - |
| GBP | % | - | - / - | - / - | - / - |
| HKD | % | - | - / - | - / - | - / - |
| JPY | % | - | - / - | - / - | - / - |
| USD | % | - | - / - | - / - | - / - |

## INVESTOR CATEGORY

No Investor Category History

## APPLICANT ASSOCIATED ENTITIES

Show all

3/17/2015 4:26 PM

SEC-IB-E-0000190

Account Information for SOU CHENG LAI

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

**MS. SOU CHENG LAI (ACCOUNT HOLDER)**

## Ms. SOU CHENG LAI
Individual (23822440)

**Ownership**
Ownership percentage: 100.0
Detailed Ownership Information

**Contact Info**
Home Phone: 85366435744
Work Phone: 85366001729
Home (PRIMARY): (853) +85366435744
details

Work (ADDITIONAL): (853) +85366001729
details

**Personal Info**
Citizenship: Macao Special Administrative
Region of China
DOB: ████ 1969

**Legal IDs**
National ID: ████ (Macao Special
Administrative Region of China)

**Addresses**
Residential Address: ESTRADA DE SETE
TANQUES 40, JARDINS DE LISBOA
(EDF VISTA LINDA),12 ANDAR C
TAIPA,MACAU
Macao Special Administrative Region of
China
Mailing Address: Same as residential address

**Employer Info**
Employment Status: RETIRED

| Change Info | Request Proof of ID and DOB | Request Proof of Address | Request Proof of SSN | Mark as PEP | Ownership History |
|---|---|---|---|---|---|

| Sessions: | User: lscmar824███2615) | Active In TWS:Yes | Token Type: N/A |
|---|---|---|---|

**ACCOUNT ASSOCIATED ENTITIES** ███2615

Show all

No Associated Entity

**COMPLIANCE / REGULATORY INFORMATION**

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | N/A | N/A |
| Is the account holder: i) a **director**; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | N/A | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | No Decision | No Decision |

Edit Compliance Information     Change Arbitration Agreement

3/17/2015 4:26 PM

SEC-IB-E-0000191

Account Information for SOU CHENG LAI                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

## U.S. SEC LARGE TRADER ID INFORMATION

Show information on U.S. SEC large Trader ID Information

## EXCHANGE MEMBERSHIP AND COMMISSION INFO

| COMMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |
|---|---|---|---|
| Securities | Bundled | | |
| Commodities | Bundled | | |

| EXCHANGE CODE | CLASS |
|---|---|
| Add an Exchange class | |
| REGULATORY CODE | CLASS |
| Add a Regulatory class | |

## EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

## OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches |
|---|---|
| Search (# 94937493) for Ms. SOU CHENG LAI (Account Holder) | Complete - no match found<br>hide |
| SOU CHENG LAI | No Matches found. | Processing time: 14 Mar 2015 05:09:46 EDT |

## WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 94937494) for Ms. SOU CHENG LAI (Account Holder) | | False positive - Not an actual match.<br>hide |
| SOU CHENG LAI | Match found.<br>Name Match: Kun **Cheng LAI**<br>Name Match: Wen **Cheng LAI**<br>Name Match: Chung **Cheng LAI**<br>Name Match: **Lai** King **CHENG**<br>Name Match: **Sou** Tien **LAI**<br>See Match Details | Processing time: 13 Oct 2014 03:27:54 EDT<br>Additional Notes:<br>IB Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on the full name not being an exact match.<br>(tgordon - 15 Oct 2014 16:01:26 EDT ) |

## DOCUMENT SUBMISSION TASKS

SEC-IB-E-0000192

Account Information for SOU CHENG LAI                                                            https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

Reject Multiple

| Document Submission Task | Document Received | Status | Actions |
|---|---|---|---|
| W-8Ben for SOU CHENG LAI | IBLLC-US-2348716.pdf   via E-mail 13 Oct 2014 04:09:02 EDT | Tentatively Accepted (elai) on 14 Oct 2014 00:10:31 EDT | Accept Reject Under Review |
| Proof of identity and date of birth for Ms. SOU CHENG LAI (Account Holder) | National ID IBLLC-US-2348716.pdf   via E-mail 13 Oct 2014 04:09:02 EDT | Tentatively Accepted (elai) on 14 Oct 2014 00:10:31 EDT | Accept Reject Under Review |
| Proof of address for Ms. SOU CHENG LAI (Account Holder) | Utility Bill IBLLC-US-2348716.pdf   via E-mail 13 Oct 2014 04:09:02 EDT | Tentatively Accepted (elai) on 14 Oct 2014 00:10:31 EDT | Accept Reject Under Review |

**COMPLIANCE REVIEWS**

No compliance reviews required for this Account.

3/17/2015 4:26 PM

SEC-IB-E-0000193

22615

Form **W-8BEN**
(Rev. February 2014)

Department of the Treasury
Internal Revenue Service

**Certificate of Foreign Status of Beneficial Owner for United
States Tax Withholding and Reporting (Individuals)**

▶ For use by individuals. Entities must use Form W-8BEN-E.
▶ Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben*.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do NOT use this form if:**                                                                                     **Instead, use Form:**

- You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8BEN-E
- You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . W-9
- You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S.
  (other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . . 8233 or W-4
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

## Part I   Identification of Beneficial Owner (see instructions)

| 1 | Name of individual who is the beneficial owner | 2 | Country of citizenship |
|---|---|---|---|
| | LAI SOU CHENG | | MACAU |

3   Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
ESTRADA DE SETE TANQUES 4D JARDINS DE LISBOA ( EDF VISTA LINDA ) 12 ANDAR C TAIPA

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| MACAU | MACAU |

4   Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

| 5   U.S. taxpayer identification number (SSN or ITIN), if required (see instructions) | 6   Foreign tax identifying number (see instructions) |
|---|---|
| | |

| 7   Reference number(s) (see instructions) | 8   Date of birth (MM-DD-YYYY) (see instructions) |
|---|---|
| 3506 | 1969 |

## Part II   Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9   I certify that the beneficial owner is a resident of    MACAU                              within the meaning of the income tax treaty
between the United States and that country.

10   Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____
of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____
.
Explain the reasons the beneficial owner meets the terms of the treaty article: _____
_____

## Part III   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further
certify under penalties of perjury that:

- I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income to which this form relates or
  am using this form to document myself as an individual that is an owner or account holder of a foreign financial institution,
- The person named on line 1 of this form is not a U.S. person,
- The income to which this form relates is:
  (a) not effectively connected with the conduct of a trade or business in the United States,
  (b) effectively connected but is not subject to tax under an applicable income tax treaty, or
  (c) the partner's share of a partnership's effectively connected income,
- The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between
  the United States and that country, and
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or
any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days
if any certification made on this form becomes incorrect.

**Sign Here**        ╳ _____        09-30-2014
                              Signature of beneficial owner (or individual authorized to sign for beneficial owner)        Date (MM-DD-YYYY)

LAI SOU CHENG
Print name of signer                                                                 Capacity in which acting (if form is not signed by beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.            Cat. No. 25047Z            Form **W-8BEN** (Rev. 2-2014)

SEC-IB-E-0000595

電 費 單 · FACTURA · BILL  2615

 澳電 cem

| 黎素晶<br>LAI SOU CHENG<br>七潭公路，40<br>美景臺，12樓 C<br>氹仔 | 客戶姓名 | 黎素晶<br>LAI SOU CHENG<br>七潭公路，40<br>美景臺，12樓 C<br>氹仔 |
|---|---|---|

ESTRADA DE SETE TANQUES 40
JARDINS DE LISBOA (EDF VISTA LINDA)
12 ANDAR C TAIPA

| | 安裝地址 | |
|---|---|---|
| | 合約號碼 | 5000313860 |
| | 收款類別 | A1 |
| | 按金 | 澳門幣 219.00 |

賬單編號： 1751562571
發單時期： 由 23/08/2014 至 22/09/2014

發單日期： 22/09/2014

| | 單位 | 單位價格 | 金額（澳門幣） |
|---|---|---|---|
| 功率費 | 11.5 | 3.372 | 38.78 |
| 電費 | 790 | 0.963 | 760.77 |
| 收費調整系數 | | | 284.40 |
| 政府稅 | | | 2.50 |
| 本期費用 | | | 1,086.45 |
| 本月政府電費補貼 | | | -200.00 |
| 上月費用 | | | 720.00 |
| 繳費 (08/09/2014) - 多謝 | | | -720.00 |
| 上月零數撥來 | | | 7.06 |
| 零數撥入下月 | | | -3.51 |

新鴻基投資服務有限公司 - 澳門分行
Sun Hung Kai Investment Services Limited - Macau Branch
I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness.
Name of Certifier: MAK HOI NING
Job Title: IC
Date: 30/09/2014
Signature: CHANG

請於繳費日期前繳付： 07/10/2014 ............... 890.00

本月電費將於 07/10/2014 透過自動轉賬於您的中國銀行戶口內扣除。
於到期付款日後繳費需繳付逾期附加費。
若於 15/10/2014 仍未繳費，供電服務將被暫停。

| 用電量紀錄圖 | 讀數資料 |
|---|---|

| | | 共 31 日用電量 | |
|---|---|---|---|
| | | 由 23/08/2014 至 | 22/09/2014 |
| | | 下月抄錶日期 | 22/10/2014 |

507

| 電錶號碼 | 本月讀數 | 上月讀數 | 乘數 | 用電量（度） |
|---|---|---|---|---|
| 164621 | 52955 | 52165 | 1.0 | 790 |

年度   9 10 11 12 1 2 3 4 5 6 7 8 9
            2013
平均每月用電量 507 度
過去 12 個月

資訊
按計劃規定，累積未使用政府電費補貼可於計劃結束後24個月內繼續使用，上限
為澳門幣4,800(200x24)。
歡迎16歲以下青少年及兒童參加於10月12日上午11時至下午4時30分假氹石廣場
舉行的電力同樂日，豐富獎品包括iPad Air及Beats Pro耳機！
累積未使用政府電費補貼 302.33。

收據

請於繳費時交回此部份

蓋印有效

| 5000313860<br>合約號碼 | 890.00<br>應付金額 | 07/10/2014<br>到期付款日 | 15/10/2014<br>避免截電日期 | BCC01<br>自動轉賬銀行 |
|---|---|---|---|---|







| 新鴻基投資服務有限公司－澳門分行 |
| Sun Hung Kai Investment Services Limited - Macau Branch |

| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. | |
|---|---|
| Name of Certifier | NAT HOI NING |
| Job Title | IC |
| Date | 30 / 09 / 2014 |
| Signature | *(signature)* |



SEC-IB-E-0000597

 2615

| Form **W-8BEN** | Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals) | OMB No. 1545-1621 |
|---|---|---|
| (Rev. February 2014) Department of the Treasury Internal Revenue Service | ► For use by individuals. Entities must use Form W-8BEN-E. ► Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben*. ► Give this form to the withholding agent or payer. Do not send to the IRS. | |

**Do NOT use this form if:** | Instead, use Form:
* You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8BEN-E
* You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . W-9
* You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
* You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . 8233 or W-4
* A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

**Part I    Identification of Beneficial Owner (see instructions)**

| 1 | Name of individual who is the beneficial owner   LAI SOU CHENG | 2 Country of citizenship   MACAU |
|---|---|---|

3  Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
ESTRADA DE SETE TANQUES 4D JARDINS DE LISBOA ( EDF VISTA LINDA ) 12 ANDAR C TAIPA

City or town, state or province. Include postal code where appropriate.   MACAU     Country   MACAU

4  Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.     Country

| 5 | U.S. taxpayer identification number (SSN or ITIN), if required (see instructions) | 6 | Foreign tax identifying number (see instructions) |
|---|---|---|---|

| 7 | Reference number(s) (see instructions)   3806 | 8 | Date of birth (MM-DD-YYYY) (see instructions)   1969 |
|---|---|---|---|

**Part II    Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)**

9  I certify that the beneficial owner is a resident of   MACAU   within the meaning of the income tax treaty
between the United States and that country.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____
of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____
Explain the reasons the beneficial owner meets the terms of the treaty article: _____

**Part III    Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

* I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income to which this form relates or am using this form to document myself as an individual that is an owner or account holder of a foreign financial institution,
* The person named on line 1 of this form is not a U.S. person,
* The income to which this form relates is:
  (a) not effectively connected with the conduct of a trade or business in the United States,
  (b) effectively connected but is not subject to tax under an applicable income tax treaty, or
  (c) the partner's share of a partnership's effectively connected income,
* The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and
* For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

Sign Here ►  梁素卿   09-30-2014
Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)

LAI SOU CHENG
Print name of signer          Capacity in which acting (if form is not signed by beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2014)

SEC-IB-E-0000595

(Lai Sou Cheng)

電費單 · FACTURA · BILL  2615


澳電
cem

LAI SOU CHENG

Customer's Name: LAI SOU CHENG

Apt. 12C, edf. Vista Linda, 40
Estrada De Sete Tanques
Taipa, Macau

*ESTRADA DE SETE TANQUES 40*
*JARDINS DE LISBOA (EDF VISTA LINDA)*
*12 ANDAR C TAIPA*

Installation Address: Apt. 12C, edf. Vista Linda, 40

Estrada De Sete Tanques

Taipa, Macau

--------------------------------------------
Contract Number:   5000313860
Bill Type:         A1
Amount:            MOP$219.00

Bill Number: 1751562571
Billing Cycle: From August 23, 2014 to September 22, 2014    Billing Date: September 22, 2014

|  | Unit | Unit Price | Amount (MOP$) |
|---|---|---|---|
| Power Cost | 11.5 | 3.372 | 38.78 |
| Electricity Fee | 790 | 0.963 | 760.77 |
| Fee Adjustment Coefficient | 790 | 0.360 | 284.40 |
| Government Tax | 790 | 0.96 | 2.50 |
| Fee During This Cycle | | | 1,086.45 |
| Government Electricity Fee Subsidy This Month | | | -200.00 |
| Last Month's Fee | | | 720.00 |
| Amount Paid (September 8, 2014) – Thank you | | | -720.00 |
| Last Month's Balance | | | 7.06 |
| Balance Allocated to Next Month | | | -3.51 |

新鴻基投資服務有限公司-澳門分行
Sun Hung Kai Investment Services Limited - Macau Branch
I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness.

| Name of Certifier | *MAK HOI NING* |
|---|---|
| Job Title | *IC* |
| Date | *30/09/2014* |
| Signature | *M.H.N* |

| Please pay this amount before: October 7, 2014 | **890.00** |
|---|---|

This month's electricity fee will be deducted
from your Bank of China account through
automatic transfer on **October 7, 2014**.


(amount payable)

If you still have not paid your electricity bill
before **October 15, 2014**, then power supply
will be suspended.

| Power usage record | Chart Information |
|---|---|



The average monthly power usage in the past 12 months was 507 k/W.

A total of 31 days for power usage From August 23, 2014 to September 22, 2014
Next month's reading date: **October 22, 2014**

| Electricity Meter Number 164621 | This Month's Reading 52955 | Last Month's Reading 52165 | Multiplier 1.0 | Power Usage (k/W) 790 |
|---|---|---|---|---|

Information

According to the plan, any accumulated unused government electricity fee subsidy can be continuously used within 24 months after the plan ends, and the upper limit is MOP$4,800 (200 * 24).

Teenagers who are 16 years old or below and children are welcomed to attend the Electricity Celebration Day held at the Praca do Tap Seac from 11:00am to 4:30pm on October 12, and gifts include iPad Air and Beats Pro headphones!

Accumulated unused government electricity fee subsidy is 302.33.

Please return this portion when paying your electricity bill

Receipt
Valid
if
stamped



| 5000313860 Contract Number | 890.00 Amount Payable | October 7, 2014 Due Date | October 15, 2014 Due Date to Avoid Suspension of Power Supply | BOC01 Bank for Automatic Transfer |
|---|---|---|---|---|



SEC-IB-E-0000596



Lai Sou Cheng



Macau Special Administrative Region
Permanent Resident Identity Card
If this card is found, please mail it back to PO Box 1089, Macau
[logo:] [Seal of the Government of Macau]

SEC-IB-E-0000597

Registration Status

https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=lscmar824&ac...

# REGISTRATION STATUS

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| 1764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR SOU CHENG LAI | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2179095 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: 1764640   - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES 40, JARDINS DE LISBOA, (EDF VISTA LINDA), 12 ANDAR C TAIPA, MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | lscmar824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| **CAFFI – Risk Ranking 2** | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder | |

### ACCOUNT SUMMARY FOR ▮▮▮▮2615

2615

| ID: | 2615 (alias: ▮▮2615-▮▮▮lscmar824-marg) (VAN: ▮2615-▮▮ lscmar824-marg) | Equity yesterday: | 553,422 USD |
|---|---|---|---|
| Type: | Active Trader | Started: | 13 Oct 2014 |
| Activated Capabilities: | STK MRGN | Approved: | 16 Oct 2014 |
| Status: | Open.    Clearing Status | Opened: | 16 Oct 2014 |
| Phylum: | C - Customer | Funded: | 13 Nov 2014 |
| Priority | NOT SET Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

Registration Process | Dynamic Registration Tasks | Approval Requirements | Customer Tasks

| Summary of Steps | | | |
|---|---|---|---|
| Online steps Completed | Paper PDF Forms Not required | Funding Instruction Not required | 407 Letter Not required |
| ID Documents Received | Equifax Not required | OFAC Status Completed WordCheck Status Completed | Other compliance checks Not required |

| Application | |
|---|---|
| Application Type: FULL | Process Type: CUST_ENTRY - CUSTOMER |
| Current Sequence: APPLICATION | Multi Account Eligible: No |
| Status: APP_STATUS | Multi Master Account: |

1 of 3

3/17/2015 5:16 PM

SEC-IB-E-0000098

Registration Status                                   https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=lscmar824&ac...

**View All Registration Steps**

| Application Steps |
|---|
| APPLICATION |
| APP_STATUS |
| - |

**ONLINE STEPS REQUIRED TO OPEN OR UPGRADE ACCOUNT**

Sort Steps By Name

| Account | Registration Step | Status/Date Completed | Type |
|---|---|---|---|
| All required online steps completed    Hide all | | | |
| U1422615 | Margin and Products | 16 Oct 2014 23:51:05 EDT | to complete |
| U1422615 | **W-8Ben**<br>Current Status: W-0 | 13 Oct 2014 03:16:15 EDT | to complete |

**OTHER ONLINE STEPS (NOT REQUIRED TO OPEN OR UPGRADE ACCOUNT)**

No other registration steps required for this Account.

**DOCUMENT COPY OF ONLINE FORMS**

| Account | Registration Step | Status/Date Completed | Type |
|---|---|---|---|
| All documents received    Hide all | | | |
| U1422615 | **W-8Ben**<br>Current Status: W-0 | 14 Oct 2014 00:10:31 EDT | to send |

**DOCUMENT SUBMISSION STEPS**

| Document required | Document received | Processing notes | Account id |
|---|---|---|---|
| All required documents sent    Hide all | | | |
| Proof of identity and date of birth for Ms. SOU CHENG LAI (Account Holder) | Received National ID via E-mail on 13 Oct 2014 04:09:02 EDT | Tentatively Accepted (elai) on 14 Oct 2014 00:10:31 EDT | U1422615 |
| Proof of address for Ms. SOU CHENG LAI (Account Holder) | Received Utility Bill via E-mail on 13 Oct 2014 04:09:02 EDT | Tentatively Accepted (elai) on 14 Oct 2014 00:10:31 EDT | U1422615 |

**407 LETTER/EMAIL FROM EMPLOYER REQUIRED DUE TO BROKER-DEALER AFFILIATION**

No Employer Email (407 letter) required for this Account.

2 of 3                                                                                     3/17/2015 5:16 PM

SEC-IB-E-0000099

Registration Status

https://ibcust101:6443/CAST/DocumentHandling/accountInformation?user_name=lscmar824&ac...

### EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

### OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|---|---|---|
| Search (# 94937493) for Ms. SOU CHENG LAI (Account Holder) | | Complete - no match found<br>hide |
| SOU CHENG LAI | No Matches found. | Processing time: 14 Mar 2015 05:09:46 EDT |

### WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 94937494) for Ms. SOU CHENG LAI (Account Holder) | | False positive - Not an actual match.<br>hide |
| SOU CHENG LAI | Match found.<br>Name Match: Kun **Cheng LAI**<br>Name Match: Wan **Cheng LAI**<br>Name Match: Chung **Cheng LAI**<br>Name Match: **Lai** King **CHENG**<br>Name Match: **Sou** Tien **LAI**<br>See Match Details | Processing time: 13 Oct 2014 03:27:54 EDT |

### COMPLIANCE REVIEWS

No compliance reviews required for this Account.

### HFCIP COMPLIANCE REVIEWS

No compliance reviews required for this Account.

3/17/2015 5:16 PM

SEC-IB-E-0000100

Additional Account Information                                          https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

## ADDITIONAL ACCOUNT INFORMATION

**MASTER ACCOUNTS**

| 1764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

**CUSTOMER SUMMARY FOR SOU CHENG LAI**

| Title: | SOU CHENG LAI |
|---|---|
| Applicant ID: | 2179095 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  **Master:** 1764640  - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES 40, JARDINS DE LISBOA, (EDF VISTA LINDA), 12 ANDAR C TAIPA, MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | iscmar824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

U1422615

| ID: | 2615 (alias: 2615-  iscmar824-marg) (VAN: 2615- | | Equity yesterday: | 869,738 USD |
|---|---|---|---|---|
| Type: | Active Trader | | Started: | 13 Oct 2014 |
| Activated Capabilities: | STK MRGN | | Approved: | 16 Oct 2014 |
| Status: | Open.   Clearing States | | Opened: | 16 Oct 2014 |
| Phylum: | C - Customer | | Funded: | 13 Nov 2014 |
| Priority | NOT SET Change Priority | | Closed: | |
| IB Entity: | IBLLC-US | | Operator: | |
| Currency: | USD | | Estate: | |

YMS tickets          YMS sticky notes          Assign to ASG          Account Diagnostic

| Login (3 years) | Login (All) | Account Configuration | OFAC Check History | Token Share | PTAM Info | Consolidation Info |

**ALL AM LOGIN ACTIVITIES**

**Full list of AM login attempts**

| USER NAME | LOGIN DATE | RESULT | REMOTE HOST |
|---|---|---|---|

Customer Account Supervision System - Interactive Brokers

1 of 1

3/20/2015 3:02 PM
SEC-IB-E-0000470

Summary Information for SOU CHENG LAI

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

## SUMMARY INFORMATION FOR SOU CHENG LAI

| MASTER ACCOUNTS | | | |
|---|---|---|---|
| I764640 | Sun Hung Kai Investment Services Limited | Hong Kong Special Administrative Region of China | IBroker (Non-disclosed Introducing Broker) |

| CUSTOMER SUMMARY FOR SOU CHENG LAI | |
|---|---|
| Title: | SOU CHENG LAI |
| Applicant ID: | 2179095 |
| Type: | INDIVIDUAL - Non-disclosed IBroker Client  Master: I764640  - Sun Hung Kai Investment Services Limited |
| Legal Country: | Macao Special Administrative Region of China |
| Mailing Address: | ESTRADA DE SETE TANQUES 40, JARDINS DE LISBOA, (EDF VISTA LINDA), 12 ANDAR C TAIPA, MACAU, Macao Special Administrative Region of China |
| E-mail Address | ustrading@shkustrader.com |
| Primary user name: | lscmar824 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |
| CAFFI - Risk Ranking 2 | |
| RELATIONSHIP TO CURRENT ML RISK COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |
| RELATIONSHIP TO Non FATF COUNTRY - Applicant (Legal Residence/Mailing Address) Account Holder | |

| ACCOUNT SUMMARY FOR ▆▆▆2615 | | | | | |
|---|---|---|---|---|---|
| | 2615 | | | | |
| ID: | ▆▆2615 (alias: ▆▆2615- ▆▆-lscmar824-marg) (VAN: ▆▆2615-▆▆-lscmar824-marg) | | | Equity yesterday: | 1,131,113 USD |
| Type: | Active Trader | | | Started: | 13 Oct 2014 |
| Activated Capabilities: | STK MRGN | | | Approved: | 16 Oct 2014 |
| Status: | Open.    Clearing Status | | | Opened: | 16 Oct 2014 |
| Phylum | C - Customer | | | Funded: | 13 Nov 2014 |
| Priority | NOT SET Change Priority | | | Closed: | |
| IB Entity: | IBLLC-US | | | Operator: | |
| Currency: | USD | | | Estate: | |
| | TMS tickets | TMS sticky notes | Assign to ASG | Account Diagnostic | |

| ACCOUNT APPROVAL DECISION | |
|---|---|
| DATE OPENED | DATE CLOSED |
| 2014-10-16 16:34:35 | |

Decision: Accepted   (Initial)

Proclamations:

4/9/2015 11:06 AM

SEC-IB-E-0000608

Summary Information for SOU CHENG LAI                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

Decision: Accepted   (Initial)

Proclamations:

I have reviewed the foregoing account application. Based upon the facts and circumstances presented including, but not limited to: the nature of the applicant's business and the markets it serves; the type of account for which the applicant has applied (i.e., cleared or execution-only, proprietary or customer, fully-disclosed or omnibus); the type, purpose and anticipated activity of the account; the nature and duration of IB's relationship with the applicant; publicly available information regarding the anti-money laundering and supervisory regime of the jurisdiction in which the applicant is located, formed and regulated and the jurisdiction where persons with a large ownership interest in the account are located; and the known disciplinary history of the applicant, this applicant is given a Risk Rating of:

**2**

Deciding User: ACES
Deciding Time: 16 Oct 2014 16:01:08 EDT

Initial Capabilities: MRGN MULT STK

Additional Remarks: Non-disclosed account automatically created\n

### ACCOUNT CAPABILITIES

| | |
|---|---|
| **Approved Capabilities** | [MRGN, MULT, STK] |
| **Activated Capabilities** | [STK, MRGN] |

### ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

### ADDITIONAL APPLICANT / REGISTRATION INFORMATION

#### APPLICANT INFO

| | |
|---|---|
| Applicant ID: 2179095 | Primary Phone: 85366435744 |
| **Country of Legal residence:** Macao Special Administrative Region of China | **Secondary Telephone:** 85366601729 |
| **Applicant Citizenship:** Macao Special Administrative Region of China | |
| | Mailing Address: ESTRADA DE SETE TANQUES 40, JARDINS DE LISBOA |
| **Market Data Status:** Professional | (EDF VISTA LINDA),12 ANDAR C TAIPA,MACAU |
| | Macao Special Administrative Region of China |
| | Marketing/Sales Info: |
| | Whitebranding ID: ustrader2 |

Change Applicant Information    |

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| **Stocks** | N/A | N/A | 0 |
| **Options** | N/A | N/A | 0 |
| **Commodities** | N/A | N/A | 0 |
| **Bond** | N/A | N/A | 0 |
| **FX** | N/A | N/A | 0 |
| **CFD** | N/A | N/A | 0 |

4/22/2015 11:06 AM

### FINANCIAL INFORMATION

SEC-IB-E-0000609

Summary Information for SOU CHENG LAI                                    https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

| FA | N/A | N/A | 0 |
|----|-----|-----|---|
| CFD | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | N/A | Estimated Liquid Net Worth | N/A |
| Net Income | N/A | Sources of Funds<br>(Other than regular income) | Sources Of Income |
| Total Assets | N/A | Accredited Investor<br>for Private Placement? | No |
| | | Invited to Private Placement? | No |

### INVESTMENT OBJECTIVES

N/A

Edit Objective

### DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|----------|--------|---------------|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer? | N/A | N/A |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | N/A | N/A |

### COMPLIANCE / REGULATORY INFORMATION

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|----------|--------|---------------|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a self-regulatory organization? | N/A | N/A |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | N/A | N/A |
| Is exactly a registered financial advisor? | N/A | N/A |
| Accepted Futures Arbitration Agreement? | No Decision | No Decision |

Edit Compliance Information     Change Arbitration Agreement

### APPLICANT ASSOCIATED ENTITIES

Show all

### MS. SOU CHENG LAI (ACCOUNT HOLDER)

**Ms. SOU CHENG LAI**
Individual (2362440)

Personal Info
Citizenship: Macao Special Administrative
Region of China
DOB: ████969

Employer Info
Employment Status: RETIRED

SEC-IB-E-0000610

Summary Information for SOU CHENG LAI

https://ibcust101:6443/CAST/DocumentHandling/searchAccounts

## Ms. SOU CHENG LAI
Individual (2382240)

Ownership
**Ownership percentage: 100.0**
**Detailed Ownership Information**

Contact Info
**Home Phone:** 85366435744
**Work Phone:** 85366601729
**Home (PRIMARY):** (853) +85366435744
details

**Work (ADDITIONAL):** (853) +85366601729
details

**Citizenship:** Macao Special Administrative Region of China
**DOB:** ████ 1969

Legal ID
**National ID:** ████████ (Macao Special Administrative Region of China)

Addresses
**Residential Address:** ESTRADA DE SETE TANQUES 40, JARDINS DE LISBOA (EDF VISTA LINDA),12 ANDAR C TAIPA,MACAU
Macao Special Administrative Region of China
**Mailing Address:** Same as residential address

**Employment Status:** RETIRED

| Change Info | Request Proof of ID and DOB | Request Proof of Address | Request Proof of SSN | Mark as PEP | Ownership History |
| --- | --- | --- | --- | --- | --- |

**Sessions:** | User: iscrna(824 (████2615) | Active in TWS:Yes | Token Type: N/A |

Customer Account Supervision System- Interactive Brokers

4 of 4

4/9/2015 11:06 AM

SEC-IB-E-0000611



# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached <u>English</u> language documents are true and accurate translations of the original <u>Chinese</u> language documents to the best of our knowledge and belief. The documents are identified as below:

"03_17_2015 12_10_06 EDT (75)", "03_17_2015 16_38_58 EDT (75)", "03_18_2015 11_48_14 EDT (125)", "08_18_2014 21_45_21 EDT_4 (75)", "08_18_2014 21_45_21 EDT_5 (25)", "SEC-HKSFC-E-0000179 (175)", "SEC-HKSFC-E-0000265 (400)", "SEC-HKSFC-E-0000458 (400)", "SEC-HKSFC-E-0000550 (375)"

Executed this <u>29</u>th day
of <u>June, 2016</u>

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com