# EXHIBIT J

**新鴻基金融集團**
**SUN HUNG KAI FINANCIAL**

28/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong
香港銅鑼灣希慎道33號利園28樓

## Third Party Authorisation – Individual or Joint Account 第三者授權表格 - 個人或聯名帳戶

| To#/致: | | |
|---|---|---|
| ☐ | Sun Hung Kai Investment Services Limited | 新鴻基投資服務有限公司 |
| ☐ | SHK Online (Securities) Limited | 新鴻基科網 (證券) 有限公司 |
| ☐ | Sun Hung Kai Commodities Limited | 新鴻基期貨有限公司 |
| ☐ | Sun Hung Kai Bullion Company Limited | 新鴻基金業有限公司 |
| ☐ | Sun Hung Kai Forex Limited | 新鴻基外匯有限公司 |

SD144132

RECEIVED BY
Account Opening Team
0 2 DEC 2014

(The above companies are together hereinafter referred to as "SHKF" 以上公司以下統稱為「新鴻基金融」)

#Please select one company and that company is hereinafter referred to as the "Selected Company". 請選擇其一公司而以下將稱其為「選定公司」

I/We, the undersigned, hereby notify the Selected Company of the following arrangement and agree to the Terms and Conditions contained herein
本人/吾等，以下署名者，現告知選定公司作以下安排並同意載於本表格之條款及條件 (choose applicable box 選擇合適者)：

☑ Appointment 委任     ☐ Revocation of the authority of an Authorised Third Party 撤銷授權第三者之授權

Please provide a separate authorisation for each Authorised Third Party 請就每位被授權的第三者作個別授權書。

### A. DETAILS OF APPOINTMENT/REVOCATION OF AUTHORITY 委任/撤銷授權之詳情

Name (in English): HONG HAT          姓名(中文): 熊 A

Alias 別名 (if any) (如有): _____ NIL _____

Relationship with me/us: 與本人/吾等的關係: SON

Identity Card/Passport No. 身份證/護照號碼: [redacted] (Note)

In case the Authorised Third Party is not an immediate family member* of the Client, please clearly state the reason of the authorisation
若獲授第三者並非客戶之直系親屬*，請註明授權原因

Nationality 國籍: Chinese (Note)

Education level: 學歷: ☐ Primary or below 小學或以下  ☑ Secondary or above 中學或以上

Residential Address 住址: 水仔七澤公路薪海花園美景臺12樓C

U.S. Address 美國地址 ☐ Yes 是  ☑ No 否

Home Tel No.住宅電話號碼: N/L          Mobile No. 手提電話號碼: (853) 62818329

Office Tel No.辦公室電話號碼: N/L          E-mail address 電子郵件地址: hongiat@hotmail.com

In case the Authorized Third Party is acting on behalf of other SHKF accounts, please specify the number of accounts and the names of the account holders.
若獲授第三者係代其他新鴻基金融戶口持有人作出投資或須披露指示，請註明戶口數量及戶口持有人名稱。

a) Please specify the number of accounts 請註明戶口數量: _____/_____ accounts/個戶口

b) Please state the names of the account holders. 請填寫戶口持有人名稱。

1. _____  2. _____  3. _____

Instructions and offers (if applicable) 指示及提議(如適用):
☐ Trading only 只有買賣指示
☑ All 所有指示 (If the Authorized Third Party is a non-immediate family member* of the Client,
this option cannot be ticked. 如授權第三者不是客戶的直系親屬*，此項不可能被勾選。)

Authorised Third Party's Signature 授權第三者簽名:

### B. APPLICANT(S) / CLIENT(S) SIGNATURE(S) 客戶確認

Applicant(s) / Client(s) signature (s) 客戶簽署:

*confirmed client onboarding client + signature case refer to true certified old version + gone through thoroughly*

For Internal Use Only

Signed by Investment Consultant 由客戶經理簽署

CALL

CE No.: AVA406

Date 日期: 26 NOV 2014

Endorsement by Sales Head 由銷售主管簽署

Date 日期: 2 Dec 2014

Date 日期: 26 NOV 2014

Applicant(s) / Client(s) Name(s) 客戶姓名: LAI SOU CHENG

Account No (s) (for Client(s) only) 帳戶號碼: [3355] [3506]

Identity Card/Passport No.身份證/護照號碼: [redacted]

* Signature(s) should be the same as that appears in opening account documents 簽名須與開戶文件相符。
(Note) the IC/ SHKF staff who has signed the copies of the identity document of the authorized third party is required to sign with date next to the "Certified true copy" stamp on a copy of the document. The name of the IC/ SHKF staff should be clearly written on the copy. 核對客戶身份證明文件副本之IC/新鴻基金融員工須於該副本上之「副本真確」印章旁簽名及日期，並於副本上清楚寫上該IC/新鴻基金融員工之姓名。
*Immediate family member includes spouse, parents, children, step-children, sibling, grandparents and grandchildren. 直系親屬包括配偶、父母、子女、繼子女、兄弟姊妹、祖父母及孫兒。

Page 1 of 3

(Version: November 2014)

Confidential pursuant to Securities Exchange Act s.24(d).

**C. RELATED DISCLOSURE & DECLARATION BY APPOINTED AUTHORISED THIRD PARTY 委任授權第三者相關身分透露及聲明**

Employer (if self-employed, please so state) 僱主（如屬自僱，請註明）: 博日新技術投資有限公司

Being a person licensed by or registered with the Hong Kong Securities and Futures Commission or an employee of such person? Yes/No* (If yes, please specify.) 是否香港證券及期貨事務監察委員會註冊人士或該人士之僱員？是/否*（如是，請註明。）

______________________________

Nature of Business of Employer 僱主業務性質: 物業投資 Position 職位: 僱主

Years of Service with Employer 服務僱主年期: ~ 1 yr

Authorised Third Party to provide the following declaration 授權第三者作出以下聲明：

I am the individual appointed as the Authorised Third Party hereunder and declare and confirm that 本人乃於此獲委任為授權第三者之人士並聲明及確認

☑ I am not an employee / sales agent of SHK 本人並非新鴻基的僱員/ 銷售代理人

☐ I am an employee / sales agent of SHK and the spouse of the Applicant / Client* named immediately below: 本人是新鴻基的僱員/ 銷售代理人，但亦是下述申請人/客戶的配偶*

Applicant's / Client's name 申請人/客戶之姓名:

By signing this Authorisation, I, the undersigned Authorised Third Party, hereby confirm that I have received a copy of ***Sun Hung Kai Financial Statement of Practice in regard to Personal Data (Privacy) Ordinance to Individuals other than the Applicants and Clients*** and agree to the terms therein contained. 於本申請書上簽署，本人現確認其已收到「新鴻基金融集團 - 申請人及客戶以外的其他人士關於個人資料(私隱)條例之操作聲明」副本乙份並同意載於其上之條款。

Signature of Authorised Third Party:

______________________________

授權第三者簽署

#Note 附註: It is SHK's policy that none of its employees / sales agents is allowed to be an Authorised Third Party, except where the employee / sales agent is the spouse of the relevant Applicant / Client. 按照新鴻基的政策，除非其僱員/銷售代理人是客戶的配偶，否則僱員/銷售代理人概不能擔任授權第三者。

**D. PERSON OR ENTITY ULTIMATELY RESPONSIBLE FOR ORIGINATING THE INSTRUCTION IN RELATION TO A TRANSACTION 最終負責作出交易指示的人士或法人團體:**

☑ Account holder/ All of the joint-account holders 帳戶持有人/ 所有帳戶共同持有人

☐ One of the joint-account holders, please specify the name 其中一位帳戶共同持有人，請指定姓名: ______________________________

☐ Authorized Third Party (As appointed by this Authorisation) 此授權表格委任之第三者

☐ Others (Please complete "DECLARATION OF PERSON/ENTITY ULTIMATELY RESPONSIBLE FOR ORIGINATING THE INSTRUCTION IN RELATION TO A TRANSACTION (FOR INDIVIDUAL/JOINT ACCOUNT)") 其他(請填寫「最終負責作出交易指示的人士之聲明」)

| FOR OFFICE USE ONLY 只供內部使用 | SIGNATURE VERIFIED BY: | ENTERED BY: | CHECKED BY: |
|---|---|---|---|
| | [signature] | [signature] 02 DEC 2014 | [signature] |

(Version: November 2014)

Confidential pursuant to Securities Exchange Act s.24(d).

## E. TERMS AND CONDITIONS 條款

(i) In this Authorisation, unless the context otherwise specifies,

a) words and expressions defined in the Client Agreement, shall have the same meanings in this Authorisation.
b) words in the singular shall include the plural and vice versa. all references to one gender shall include all genders and references to a person shall include individual, body corporate or unincorporate.
c) in the event of inconsistencies between the Chinese and English versions of this Authorisation, the English version shall apply and prevail.
d) the following words and expressions shall have the following meanings:
"Applicant(s)" or "Applicant" means the person(s) or person who intend(s) to apply for the account(s) specified in the Account Application.
"Client Agreement" means the Client Agreement(s) and Schedules (July 2013 Edition) of the Selected Company as amended from time to time.
"Terms and Conditions" means the terms and conditions contained in this Authorisation.

(ii) The provisions contained in the Account Application and in the Client Agreement ("Provisions") shall apply to this Authorisation. The Terms and Conditions are in addition to and without prejudice to the Provisions and in case of any inconsistency between the Terms and Conditions and the Provisions, the Provisions shall prevail. For the avoidance of doubt, in case of any inconsistency between the Account Application and the Client Agreement, the Client Agreement shall prevail.

(iii) I/We undertake to ratify and confirm all instructions given or purported to be given by the Authorised Third Party appointed hereunder for and on my/our behalf (which the Selected Company believes in good faith to have been given by such Authorised Third Party), including without limitation but subject to applicable laws, any instructions which may be given or purported to be given by such Authorised Third Party during the period from and including the date of the Selected Company's actual receipt of my/our written notice of revocation of the authority of such Authorised Third Party to and including the fifth day subsequent to the actual receipt by the Selected Company of such written notice of revocation.

(iv) I/We agree that any subsequent appointment of a new Authorised Third Party or any revocation of authority or change of the Authorised Third Party appointed hereunder must be notified to the Selected Company in writing and that subject to applicable laws, such subsequent appointment, revocation or change shall not take effect until 5 days after the actual receipt by the Selected Company of such written notice.

(v) Subject to applicable laws, any instruction given or purported to be given by the Authorised Third Party appointed hereunder after:

a) my/our revocation of such Authorised Third Party's authority; or
b) the commencement of liquidation or bankruptcy (as the case may be) in respect of me/us or the occurrence of any analogous event;

shall continue to be valid and effective in the Selected Company's favour until 5 days after the actual receipt by the Selected Company of a written notice informing the Selected Company of the occurrence of the relevant event from me/us (in case of the said revocation) or in case of the said liquidation or bankruptcy, the liquidator, the trustee in bankruptcy or similar officer.

(vi) I/We acknowledge that the Selected Company will not normally accept from any Authorised Third Party instructions for the withdrawal of funds or scrips, CCASS settlement instructions or instructions with respect to non-trading activities of the Account, except where the beneficiary(ies) of such instructions is/are me/us or a third party specified in my/our standing authority acceptable to the Selected Company or in exceptional circumstances as determined at the absolute discretion of the Selected Company.

(vii) I/We have been explained and fully understand that there are substantial risks in authorising a third party to trade or operate my/our account on my/our behalf, and such risks may include, without limitation, the incurring of indebtedness on my/our behalf and that it is possible that instructions could be given by persons not properly authorised. I/We accept all of the risks associated with such authorisation, operation or arrangement and hereby undertake to indemnify and keep indemnified the Selected Company from and against all losses, damages, costs, expenses and liabilities howsoever arising out of or in connection with this Authorisation. any reliance on or acting on by the Selected Company any instruction given or purported given in accordance with this Authorisation.

(viii) This paragraph (viii) is applicable to Applicant(s) only. I/We acknowledge that the receipt from me/us of this Authorisation by the Selected Company shall not affect the Selected Company's right to reject my/our Account Application in its absolute discretion without giving any reason therefor and without incurring any liability whatsoever to me/us or any third party.

(i) 在本授權書, 除非文意另有規定,:

a) 客戶協議所定義的詞語, 在本授權書具有相同的含義.
b) 單數詞語包括眾數詞語 ，反之亦然。提到一種性別之處 ，包括所有性別。「人士」一詞，包括商號或獨資經營、合伙經營、 集團及法人公司 ，反之亦然。
c) 倘若本授權的中英文版本不相符，則以英文版為準。
d) 下列詞語具有以下含義：
- "申請人" 乃指打算申請開戶申請表中所指定之賬戶之人士。
- "客戶協議" 指選定公司不時修訂之客戶協議和附表（2013 年七月版）。
- "條款及條件" 指載於本授權的條款及條件。

(ii) 載於開戶申請表及客戶協議中的的條文（"該等條文"）將適用於本授權。條款將附加及不妨礙該等條文, 如有任何不一致, 僅以該等條文為準。為免生疑問，如開戶申請表和客戶協議有任何不一致，僅以客戶協議為準。

(iii) 本人/吾等承諾追認並確認所有由藉本授權書任命的授權第三者代表本人/吾等給予或看來是由授權第三者代表本人/吾等給予的指示（包括但不限於但在符合適用法律的情況下，由該授權第三者的有關權限被終止之日直至新鴻基確實收到該終止權限的書面通知後第五天的期間內，任何由授權第三者代表本人/吾等給予或看來是由授權第三者代表本人/吾等給予的指示）；

(iv) 本人/吾等同意有關日後委任新的授權第三者及對藉本授權書任命的授權第三者的撤消或變更須以書面通知選定公司，惟在符合適用法律的情況下該日後的委任、變更、撤消或免任乃於選定公司確實收到有關書面通知第五天後才生效；

(v) 在符合適用法律的情況下，任何由藉本授權書任命的授權第三者代表本人/吾等或看來是由授權第三者代表本人/吾等在以下事情發生以後所給予的指示：

a) 本人/吾等撤消該授權第三者的權限；或
b) 本人/吾等破產或清盤生效或相類似的事情發生；

應繼續有效並惠於選定公司直到選定公司收到(如上述撤消授權的話)本人/吾等, 或(如上述清盤或破產的話)清盤人，破產案受託人或類似人員發出通知有關該事情之發生之書面通知之第五天後。

(vi) 本人/吾等確認新鴻基通常不會接受提取款項或股票的指示、中央結算系統交收指示或該帳戶內關於非交易活動的指示；除非有關指示的受益人乃本人/吾等或本人/吾等常設授權所/指明的被選定公司認為可接受的第三者或在選定公司酌情決定的特殊情況。

(vii) 本人／吾等已獲解釋並完全理解容許授權第三者代表本人／吾等運作或於本人帳戶買賣的重大風險，此風險可能包括, 但不限於, 以本人／吾等名義引致的借貸，並且指示可能由未獲正式授權第三者所發出。本人／吾等接納此等授權, 運作, 安排的一切風險，並據此作出不可撤回的聲明，承諾彌償選定公司不論如何因此等指示而產生或與此等指示有關, 任何選定公司依賴或執行此等授權所發出或意圖發出之指示的一切所有損失、賠償、費用及支出及責任。

(viii) 此第(viii) 項祗適用於申請人, 本人/吾等同意選定公司接收本表格將不影響其在毋須提供理由之情況下拒絕其開戶申請表之絕對酌情權, 選定公司亦不會因此招致對申請人或任何第三方之任何責任。



| 新鴻基投資服務有限公司－澳門分行 Sun Hung Kai Investment Services Limited - Macau Branch | |
|---|---|
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. | |
| Name of Certifier | MAK HOI NING |
| Job Title | IC |
| Date | 26 NOV 2014 |
| Signature | [signature] |



CTM

澳門電訊有限公司
Companhia de Telecomunicações
de Macau S.A.R.L.

熊日
氹仔
七潭公路
葡京花園美景臺
12 樓 C

| 賬號： | 1729110-0 | 發單日期： | 19/10/2014 |
|---|---|---|---|
| | | 繳費限期： | 10/11/2014 |
| 按金: | 澳門幣 0.00 | 餘額合共： | 澳門幣 -4.70 |
| 預繳金額： | 澳門幣 0.00 | 發單編號 :0035936800<br>頁數：1 | |

由2014年10月1日至12月31日期間，憑工銀信用卡成功辦理CTM自動轉賬繳費，
即享每個服務賬戶$25信用卡現金獎賞，最高可獲 $150！申請www.ctm.net

賬單日期: 19/09/2014 - 18/10/2014

新鴻基投資服務有限公司-澳門分行
Sun Hung Kai Investment Services Limited - Macau Branch

I hereby certify that this is a true copy of the original document which I have seen and that I have met the Individual and can confirm that photograph is a true likeness.

| | |
|---|---|
| Name of Certifier | MAK HOI NING |
| Job Title | IC |
| Date | 26 NOV 2014 |
| Signature | [signature] |

賬項摘要 62835982

| 日期 | 賬目 | 金額 |
|---|---|---|
| | 前期金額 | -149.72 |
| 19/10/2014-18/11/2014 | 智能手機優用數據計劃 $160 | 160.00 |
| | IDD直通國際長途電話 | 27.02 |
| | 特別優惠 | -42.00 |
| | 餘額合共： | -4.70 |

**CTM積分獎賞計劃**

| 積分獎賞賬戶類型 | 積分獎賞賬戶 | 可使用之積分 | 已使用之積分 | 積分獎賞之有效日期 |
|---|---|---|---|---|
| 個人服務 | 62835982 | 628 | 0 | 31/01/2016 |

每日話音通話時間一覽表（分鐘/不包括 WAP 無線上網服務使用時間）

| 日期 | 19/09 | 20/09 | 21/09 | 22/09 | 23/09 | 24/09 | 25/09 | 26/09 | 27/09 | 28/09 | 29/09 | 30/09 | 01/10 | 02/10 | 03/10 | 04/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 分鐘 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| 日期 | 05/10 | 06/10 | 07/10 | 08/10 | 09/10 | 10/10 | 11/10 | 12/10 | 13/10 | 14/10 | 15/10 | 16/10 | 17/10 | 18/10 | | |
| 分鐘 | 0 | 0 | 1 | 18 | 5 | 3 | 0 | 2 | 0 | 0 | 0 | 5 | 0 | 0 | | |

每日視像通話時間一覽表（分鐘/不包括 WAP 無線上網服務使用時間）

| 日期 | 19/09 | 20/09 | 21/09 | 22/09 | 23/09 | 24/09 | 25/09 | 26/09 | 27/09 | 28/09 | 29/09 | 30/09 | 01/10 | 02/10 | 03/10 | 04/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 分鐘 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 日期 | 05/10 | 06/10 | 07/10 | 08/10 | 09/10 | 10/10 | 11/10 | 12/10 | 13/10 | 14/10 | 15/10 | 16/10 | 17/10 | 18/10 | | |
| 分鐘 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |

存根

熊日

| | | | | |
|---|---|---|---|---|
| 賬號： | 1729110-0 | 前期金額： | -149.72 | |
| 發單日期： | 19/10/2014 | 本月金額： | 145.02 | 繳費限期：10/11/2014 |
| | | 餘額合共： | -4.70 | |

Eng 中 Sitemap Ledge a complaint ContactUs

Public Register of Licensed Persons and Registered Institutions

Print

Home | Public Register | Search by name | Search by activity | List of sponsors

License status

Active Active and Inactive

Choose one of the following search option

Name search

By: English name Chinese name

on : Corporation Individual

HONG IAT

Central Entity Number (CE No.) Search

Search

Sorry, there is no name matched with "HONG IAT" in the Register.

In case of doubt, please contact the SFC at enquiry@sfc.hk.
Please follow these instructions in order to view Chinese characters properly in this *Register*.

Last update: 01 Dec 2014

Confidential pursuant to Securities Exchange Act s.24(d).

HKSFC - Public Register of Licensed Persons and Registered Institutions 頁 1 / 1

Eng 中 Sitemap Lodge a complaint Contact Us

# Public Register of Licensed Persons and Registered Institutions

Print

Home Public Register Search by name Search by activity List of sponsors

**License status**

Active Active and inactive

**Choose one of the following search option**

Name search

By: English name Chinese name

on : Corporation Individual

[illegible]

Central Entity Number (CE No.) Search

Search

Sorry, there is no name matched with "[illegible]" in the Register.

In case of doubt, please contact the SFC at enquiry@sfc.hk.
Please follow these instructions in order to view Chinese characters properly in this *Register*.

Last update: 01 Dec 2014

http://www.sfc.hk/publicregWeb?locale=en

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000185

HKSFC - Public Register of Licensed Persons and Registered Institutions 頁 1 / 1

Eng 繁 Sitemap Lodge a complaint Contact Us

Public Register of Licensed Persons and Registered Institutions

Print

Home Public Register Search by name Search by activity List of sponsors

License status

Active Active and inactive

Choose one of the following search option

Name search

By: English name Chinese name

on : Corporation Individual

[illegible]公司

Central Entity Number (CE No.) Search

Search

Sorry, there is no name matched with "[illegible]" in the Register.

In case of doubt, please contact the SFC at enquiry@sfc.hk.
Please follow these instructions in order to view Chinese characters properly in this *Register*.

Last update: 01 Dec 2014

http://www.sfc.hk/publicregWeb?locale=en

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000186

**新鴻基金融集團**
**SUN HUNG KAI FINANCIAL**

42/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong
香港銅鑼灣希慎道33號利園42樓

**Third Party Authorisation – Individual or Joint Account 第三者授權表格 (個人或聯名帳戶)**

✳ Refer to next form

| To 致: | ☑ | Sun Hung Kai Investment Services Limited | 新鴻基投資服務有限公司 |
| 致: | ☐ | SHK Online (Securities) Limited | 新鴻基科網 (證券) 有限公司 |
| | ☐ | Sun Hung Kai Commodities Limited | 新鴻基期貨有限公司 |
| | ☐ | Sun Hung Kai Bullion Company Limited | 新鴻基金業有限公司 |
| | ☐ | Sun Hung Kai Forex Limited | 新鴻基外匯有限公司 |

(The above companies are together hereinafter referred to as "SHKF"  以上公司以下統稱爲「新鴻基金融」)

#Please select one company and that company is hereinafter referred to as the "Selected Company".

請選擇其一公司而以下將稱其爲「選定公司」

I/We, the undersigned, hereby notify the Selected Company of the following arrangement and agree to the Terms and Conditions contained herein 本人/吾等，以下署名者，現告知選定公司作以下安排並同意截於本表格之條款及條件 (choose applicable box 選擇合適者)：

☑ Appointment 委任        ☐ Revocation of the authority of an Authorised Third Party 撤銷授權第三者之授權

Please supply a separate authorisation for each Authorised Third Party 請提供各授權第三者的個別授權書。

**A. DETAILS OF APPOINTMENT/REVOCATION OF AUTHORITY 委任/撤銷授權之詳情**

Name (in English): HONG   IAT                                      姓名(中文): 熊 日

                                                                  Relationship with me/us: SON

Alias 別名: (if any) (如有): NIL                                    與本人/吾等的關係

MACAU
HKID Card/Passport No. 香港身份證/護照號碼: [redacted]              (Please provide photocopy with   "COPY" marked on it)
                                                                  (請提供影印本並在其上標示「副本」字樣)

Address 地址: 氹仔七澤公路葡京花園美景雪12樓C

Telephone No. 電話號碼: NIL                                        Fax No. 傳真號碼: NIL

Mobile No. 手提電話號碼: (853) 62818329                            E-mail address 電子郵件地址: hongiat@hotmail.com

                                                                  Instructions & if applicable, offers 指示及提議(如適用):

Specimen Signature 簽名式樣: 熊 日                                 ☐ trading only 買賣指示    ☑ all 所有指示

**B. APPLICANT(S) / CLIENT(S)' SIGNATURE(S) 客戶確認**

Signature (s) 客戶簽署#:                                           Approved for and on behalf of the Selected Company by
                                                                  經由下列人士爲及代表選定公司批核
蔡素娟

Date 日期: 26 NOV 2014

Applicant(s) / Client(s) Name(s) 客戶姓名: LAI SOU CHENG

Account No.(s) (for Client(s) only) 帳戶號碼: [redacted] 32√ 3506    Signature 簽署                     Date 日期:

HKID Card/Passport No.香港身份證/護照號碼: [redacted]
MACAU

# Signature(s) should be the same as the signature(s) on the account opening documents 簽名須與開戶文件相同。

Page 1 of 3

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-HKSFC-E-0000187

## E. TERMS AND CONDITIONS 條款

(i) In this Authorisation, unless the context otherwise specifies,
   a) words and expressions defined in the Client Agreement, shall have the same meanings in this Authorisation.
   b) words in the singular shall include the plural and vice versa, all references to one gender shall include all genders and references to a person shall include individual, body corporate or unincorporate.
   c) in the event of inconsistencies between the Chinese and English versions of this Authorisation, the English version shall apply and prevail.
   d) the following words and expressions shall have the following meanings:
      "Applicant(s)" or "Applicant" means the person(s) or person who intend(s) to apply for the account(s) specified in the Account Application.
      "Client Agreement" means the Client Agreement(s) and Schedules (December 2009 Edition) of the Selected Company as amended from time to time.
      "Terms and Conditions" means the terms and conditions contained in this Authorisation.

(ii) The provisions contained in the Account Application and in the Client Agreement ("Provisions") shall apply to this Authorisation. The Terms and Conditions are in addition to and without prejudice to the Provisions and in case of any inconsistency between the Terms and Conditions and the Provisions, the Provisions shall prevail. For the avoidance of doubt, in case of any inconsistency between the Account Application and the Client Agreement, the Client Agreement shall prevail.

(iii) I/We undertake to ratify and confirm all instructions given or purported to be given by the Authorised Third Party appointed hereunder for and on my/our behalf (which the Selected Company believes in good faith to have been given by such Authorised Third Party), including without limitation but subject to applicable laws, any instructions which may be given or purported to be given by such Authorised Third Party during the period from and including the date of the Selected Company's actual receipt of my/our written notice of revocation of the authority of such Authorised Third Party to and including the fifth day subsequent to the actual receipt by the Selected Company of such written notice of revocation.

(iv) I/We agree that any subsequent appointment of a new Authorised Third Party or any revocation of authority or change of the Authorised Third Party appointed hereunder must be notified to the Selected Company in writing and that subject to applicable laws, such subsequent appointment, revocation or change shall not take effect until 5 days after the actual receipt by the Selected Company of such written notice.

(v) Subject to applicable laws, any instruction given or purported to be given by the Authorised Third Party appointed hereunder after:
   a) my/our revocation of such Authorised Third Party's authority; or
   b) the commencement of liquidation or bankruptcy (as the case may be) in respect of me/us or the occurrence of any analogous event;
   shall continue to be valid and effective in the Selected Company's favour until 5 days after the actual receipt by the Selected Company of a written notice informing the Selected Company of the occurrence of the relevant event from me/us (in case of the said revocation) or in case of the said liquidation or bankruptcy, the liquidator, the trustee in bankruptcy or similar officer.

(vi) I/We acknowledge that the Selected Company will not normally accept from any Authorised Third Party instructions for the withdrawal of funds or scrips, CCASS settlement instructions or instructions with respect to non-trading activities of the Account, except where the beneficiary(ies) of such instructions is/are me/us or a third party specified in my/our standing authority acceptable to the Selected Company or in exceptional circumstances as determined at the absolute discretion of the Selected Company.

(vii) I/We have been explained and fully understand that there are substantial risks in authorising a third party to trade or operate my/our account on my/our behalf, and such risks may include, without limitation, the incurring of indebtedness on my/our behalf, and that it is possible that instructions could be given by persons not properly authorised. I/We accept all of the risks associated with such authorisation, operation or arrangement and hereby undertake to indemnify and keep indemnified the Selected Company from and against all losses, damages, costs, expenses and liabilities howsoever arising out of or in connection with this Authorisation, any reliance on or acting on by the Selected Company any instruction given or purported given in accordance with this Authorisation.

(viii) This paragraph (viii) is applicable to Applicant(s) only. I/We acknowledge that the receipt from me/us of this Authorisation by the Selected Company shall not affect the Selected Company's right to reject my/our Account Application in its absolute discretion without giving any reason therefor and without incurring any liability whatsoever to me/us or any third party.

(i) 在本授權書，除非文意另有規定：
   a) 客戶協議所定義的詞語，在本授權書具有相同的含義。
   b) 單數詞語包括眾數詞語，反之亦然。提到一種性別之處，包括所有性別。「人士」一詞，包括商號或獨資經營、合伙經營、集團及法人公司，反之亦然。
   c) 倘若本授權的中英文版本不相符，則以英文版爲準。
   d) 下列詞語具有以下含義：
      - "申請人" 乃指打算申請開戶申請表中所指定之賬戶之人士。
      - "客戶協議" 指選定公司不時修訂之客戶協議和附表（2009 年十二月版）。
      - "條款及條件" 指載於本授權的條款及條件。

(ii) 載於開戶申請表及客戶協議中的的條文（"該等條文"）將適用於本授權。條款將附加及不妨礙該等條文，如有任何不一致，概以該等條文爲準。爲免生疑問，如開戶申請表和客戶協議有任何不一致，概以客戶協議爲準。

(iii) 本人/吾等承諾追認並確認所有由藉本授權書任命的授權第三者代表本人/吾等給予或看來是由授權第三者代表本人/吾等給予的指示（包括但不限於但在符合適用法律的情況下，由該授權第三者的有關權限被終止之日直至新選定公司實際收到該終止權限的書面通知後第五天的期間內，任何由授權第三者代表本人/吾等給予或看來是由授權第三者代表本人/吾等給予的指示）；

(iv) 本人/吾等同意有關日後委任新的授權第三者及對藉本授權書任命的授權第三者的撤消或變更須經書面通知選定公司，惟在符合適用法律的情況下該日後的委任、變更、撤消或免任乃於選定公司實際收到有關書面通知第五天後才生效；

(v) 在符合適用法律的情況下，任何由藉本授權書任命的授權第三者代表本人/吾等或看來是由授權第三者代表本人/吾等在以下事情發生以後所給予的指示：
   a) 本人/吾等撤消該授權第三者的權限；或
   b) 本人/吾等破產或清盤生效或相類似的事情發生；
   應繼續有效並惠於選定公司直到選定公司收到(如上述撤消授權的話)本人/吾等，或(如上述清盤或破產的話)清盤人，破產案受託人或類似人員發出通知有關該事情之發生之書面通知之第五天後。

(vi) 本人/吾等確認新鴻基通常不會接受提取款項或股票的指示、中央結算系統交收指示或該帳戶內關於非交易活動的指示：除非有關指示的受益人乃本人/吾等或本人/吾等常設授權所指明的獲選定公司認爲可接受的第三者或在選定公司酌情決定的特殊情況。

(vii) 本人／吾等已獲解釋並完全理解容許授權第三者代表本人／吾等運作或於本人帳戶買賣的重大風險，此風險可能包括，但不限於，以本人／吾等名義引致的借貸，並且指示可能由未獲正式授權第三者所發出。本人／吾等接納此等授權、運作、安排的一切風險，並藉此作出不可撤回的聲明，承諾彌償選定公司不論如何因此等指示而產生或與此等指示有關，任何選定公司依賴或執行此等授權所發出或意圖發出之指示的一切所有損失、賠償、費用及支出及責任。

(viii) 此第(viii) 項祇適用於申請人。本人/吾等同意選定公司接收本表格將不影響其在毋須提供理由之情況下拒絕其開戶申請表之絕對酌情權，選定公司亦不會因此招致對申請人或任何第三方之任何責任。

Confidential pursuant to Securities Exchange Act s.24(d).

AML-WLF On-Demand Search

Currently

[Request Summary] [Alert Summary] [Customer Screening] [Payment Screening] [Deposit Screening] [Change Password] [Logout]

Customer Screening

No hits against watch-lists being detected
Reference ID: CUS_RQ_20141127110349875

Area of Business:* Bullion / Equities / FX / Futures & Options / SHKF Corporate Finance / SHKF Fund Management / SHKF Insurance / Wealth Management

Customer Account No:

Customer Name:* HONG IAT

Other Names: (separated by "|") 洪日

Customer Type:* INDIV - Individual

Address:* 氹仔
七潭公路
[illegible]
17樓C

Country:* MO - MACAO

ID / Passport / BR Number:* [redacted]

Date of Birth:* 1990-[redacted]
(Date Format: yyyy-MM-dd)

Sex: M

Occupation:

Company:

AE Code:* 0621172, 0621180

Related Parties

Name: (separated by "|")

ID / Passport Number: (separated by "|")

Beneficiary

Designated Bank Account Name: (separated by "|")

Remarks:

http://192.168.2.93:8080/actimizeODS/screening/customerScreening.htm 27/11/2014





| 新鴻基投資服務有限公司－澳門分行<br>Sun Hung Kai Investment Services Limited - Macau Branch | |
|---|---|
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. | |
| Name of Certifier | MAK HOI NING |
| Job Title | IC |
| Date | 26 NOV 2014 |
| Signature | [signature] |

This copy is authorised for SHKF to open A/C only

澳門特別行政區
REGIÃO ADMINISTRATIVA ESPECIAL DE MACAU
永久性居民身份證
BILHETE DE IDENTIDADE DE RESIDENTE PERMANENTE

<<<<<<<1002045
6908245F2002042<<<<<<<<<<<<<<P3
LAI<<SOU<CHENG<<<<<<<<<<<<<<<<

新鴻基金融集團
SUN HUNG KAI FINANCIAL

# MEMORANDUM

To : Credit Dept / Branch Operations

From : Macau Branch

Date : 26 NOV 2014

Subject : Identification of ML&T in Account Opening & CDD

Reference : MC 288 / 2014

Number of pages: 1

| SHK A/C No. | Name of Account Holder(s) | Name of Ultimate Beneficiary (if not A/C holder) |
|---|---|---|
| [redacted]3255<br>[redacted]3506 | 1) LAI SOU CHENG<br>2) | 1)<br>2) |
| TFB Sub A/C No. | Name of Authorized Person(s) | Name of Authorized Third Party |
| [redacted]736-3 | 1)<br>2) | 1) HONG IAT<br>2) |

As a SFC licensed person, I declare that I have checked the name of above account holders and related person(s) against the ML&T List maintained by Credit Dept, which can be accessed via SHK Intranet website. * ( please circle )

| My checking result : NAME MATCH | Yes / (No) ( remark : ) |
|---|---|

To my best knowledge and diligence, I further declare that the above account holder(s) and / or related person(s) are :

| | |
|---|---|
| 1) 公眾人物(PEP) 或 其關連人 | Yes / (No) ( remark : ) |
| 2) 香港證監會註冊人士 / 持牌法團 之 僱員或其關連人 | Yes / (No) ( remark : ) |
| 3) 任何地區上市公司 之 董事或高級人員或其關連人 | Yes / (No) ( remark : ) |
| 4) 博彩公司 / 博彩中介人 / 娛樂場酒店 之 僱員或其關連人 | Yes / (No) ( remark : ) |

I have also collected the true copy of below documents for the company's record : (please tick, if any)

Identity document
(✓) Macau ID Card
( ) HKID Card
( ) PRC ID Card
( ) Passport
( ) MSAR Travel Permit
( ) Document of Identity
( ) PRC Travel Pass
( ) MSAR Entry Pass of Port(s)

Reference document
( ) proof of active bank account
(✓) proof of residential address
( ) proof of investment experience
( ) employer's consent letter

| Declared by | Doc. Checked by | Noted by | Noted by |
|---|---|---|---|
| [signature] | [signature] | [signature] | [signature] |
| AE - MAK HOI NING | Settlement staff | Tony Wong / Aggie Aoleong | Credit Dept / Client Onboarding |

Macau Manager's or Credit Dept comment: (if any) Type ( ) – Require En.CDD ( )

香港銅鑼灣希慎道33號利園28樓
電話 : (852) 3920 2888 傳真 : (852) 3920 2789 網址 : www.shkf.com
28/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong
General Line : (852) 3920 2888 Fax : (852) 3920 2789 Website : www.shkf.com

**新鴻基金融集團**
**SUN HUNG KAI FINANCIAL**

28/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong
香港銅鑼灣希慎道33號利園28樓

---

**Third Party Authorisation – Individual or Joint Account  第三者授權表格 – 個人或聯名帳戶**

SD 144132

| To 予: | ☑ | Sun Hung Kai Investment Services Limited | 新鴻基投資服務有限公司 |
| 致: | ☐ | SHK Online (Securities) Limited | 新鴻基科網 (證券) 有限公司 |
| | ☐ | Sun Hung Kai Commodities Limited | 新鴻基期貨有限公司 |
| | ☐ | Sun Hung Kai Bullion Company Limited | 新鴻基金銀有限公司 |
| | ☐ | Sun Hung Kai Forex Limited | 新鴻基外匯有限公司 |

RECEIVED BY
Account Opening Team
0 2 DEC 2014

(The above companies are together hereinafter referred to as "SHKF" 以上公司可以下統稱為「新鴻基金融」)

#Please select one company and that company is herein after referred to as the "Selected Company". 請揀擇其一公司而以下將稱為「選定公司」

I/We, the undersigned, hereby notify the Selected Company of the following arrangement and agree to the Terms and Conditions contained herein.
本人等，以下簽名者，現在知會選定公司作以下安排並同意載於本表格之條款及條件 (choose applicable box 揀擇合適格)：

☑ Appointment 委任          ☐ Revocation of the authority of an Authorised Third Party 撤銷授權第三者之授權

Please provide a separate authorization for each Authorised Third Party 請提供各授權第三者的個別授權書

**A.  DETAILS OF APPOINTMENT/REVOCATION OF AUTHORITY 委任/撤銷授權之詳情**

Name (in English): __HONG IAT__          Name (in Chinese): Hog Iat

Alias 別名: (if any) (如有) : __NIL__          Relationship with me/us: __SON__
                                              與本人/客戶的關係：

Identity Card/Passport No. 身份證/護照號碼: ▓▓▓▓▓ (Note)

In case the Authorised Third Party is not an immediate family member* of the Client, please clearly state the reason of the authorization
若授權第三者並非客戶之直系親屬*，請注明授權原因

Nationality 國籍: __Chinese__ (Note)

Education level: 學歷: ☐ Primary or below 小學或以下   ☑ Secondary or above 中學或以上

Residential Address: Apt. 12C, edf. Vista Linda, Estrada De Sete Tanques, Taipa, Macau

Home Tel No.住宅電話號碼 __NIL__          Mobile No. 手提電話號碼 __(853) 62818329__

Office Tel No.辦公室電話號碼 __NIL__          E-mail address 電子郵件地址: __honjiat@hotmail.com__

In case the Authorised Third Party is acting on behalf of other SHKF account, please specify the number of account and the names of the account holders.
若授權第三者現同時持有其他新鴻基金融戶口內行使人指示或買賣權限者，請註明戶口數目及戶口持有人姓名。

a) Please specify the number of account. 請註明戶口數目 _____ / _____ account(s)個戶口。

b) Please state the names of the account holders. 請註明戶口持有人姓名。

1. _____  3. _____

2. _____          Authorised Third Party's Signature 授權第三者簽名：

Instructions and offers (if applicable)  指示及盤項(如適用於)：
☐ Trading only 只作買賣盤
☐ All 所有指示 (If the Authorised Third Party is a non-immediate family member* of the Client,
this option cannot be ticked. 如授權第三者並非客戶之直系親屬*，此選項不能被揀擇。)

**B.  APPLICANT(S) / CLIENT(S)' SIGNATURE(S) 客戶確認**

Applicant(s)' / Client(s)' Signature(s) 客戶簽署*          confirmed client onboarding
                                                          client = signature same as HKID
                                                          and photo not present
                                                          signed present

For Internal Use Only

Secured by Investment Consultant 客戶戶經理簽署
[signature]
Date 日期: 26 NOV 2014   CE No. 中央編號: AVA406

Endorsement by Sales Head 由銷售主管簽署
[signature]
Date 日期: 2 Dec 2014

Date 日期: 26 NOV 2014

Applicant(s)' / Client(s)' Name(s) 客戶姓名: __LAI SOU CHENG__

Account No.(s) (for Client(s) only) 帳戶號碼: ▓▓▓3 2 8 ▓6

Identity Card/Passport No.身份證/護照號碼: ▓▓▓▓

*Applicants must read the above instructions/declaration... (fine print, partially illegible)

Part 1 of 1                                    (Version: November 2014)

Confidential pursuant to Securities Exchange Act s.24(d).          SEC-HKSFC-E-0000179

**C. RELATED DISCLOSURE & DECLARATION BY APPOINTED AUTHORISED THIRD PARTY 委任授權第三者相關身分透露及聲明**

Employer (if self-employed, please so state) 僱主（如屬自僱，請請註明）: Borixin Technology Investment Co., Ltd.

Being a person licensed by or registered with the Hong Kong Securities and Futures Commission or an employee of such person? Yes/No* (If yes, please specify.) 是否香港證券及期貨事務監察委員會註冊人士或該人士之僱員? 是/否* (如是，請註明。)

______________________________

Nature of Business of Employer 僱主業務性質: Property investment Position 職位: Employer

Years of Service with Employer 服務僱主年期: ~1 yr

Being a person licensed by or registered with the Hong Kong Securities and Futures Commission or an employee of such person? Yes/No* (If yes, please specify.) 是否香港證券及期貨事務監察委員會註冊人士或該人士之僱員? 是/否* (如是，請註明。)

No

Nature of Business of Employer 僱主業務性質: Property Management Position 職位: Employer

Years of Service with Employer 服務僱主年期: ~1 yr

Authorised Third Party to provide the following declaration 授權第三者作出以下聲明：

I am the individual appointed as the Authorised Third Party hereunder and declare and confirm that 本人乃經根據委任為授權第三者之人士並聲明及確認

☑ I am not an employee / sales agent of SHK 本人並非新鴻基的僱員/ 銷售代理人

☐ I am an employee / sales agent of SHK and the spouse of the Applicant / Client # named immediately below: 本人是新鴻基的僱員/ 銷售代理人，但亦是下述申請人/客戶的配偶#

Applicant's / Client's name 申請人/客戶之姓名:

By signing this Authorisation, I, the undersigned Authorised Third Party, hereby confirm that I have received a copy of ***Sun Hung Kai Financial Statement of Practice in regard to Personal Data (Privacy) Ordinance to Individuals other than the Applicants and Clients*** and agree to the terms therein contained. 於本申請書上簽署，本人現確認其已收到「新鴻基金融集團 - 申請人及客戶以外的其他人士關於個人資料(私隱)條例之操作聲明」並本乙份並同意載於其上之條款。

Signature of Authorised Third Party:

______________________________

授權第三者簽署

#Note 附註: It is SHK's policy that none of its employees / sales agents is allowed to be an Authorised Third Party, except where the employee / sales agent is the spouse of the relevant Applicant / Client. 按照新鴻基的政策，除非其僱員/銷售代理人是客戶的配偶，否則僱員/銷售代理人概不能擔任授權第三者。

D. PERSON OR ENTITY ULTIMATELY RESPONSIBLE FOR ORIGINATING THE INSTRUCTION IN RELATION TO A TRANSACTION 最終負責作出交易指示的人士或法人團體:

☑ Account holder/ All of the joint-account holders 帳戶持有人/ 所有帳戶共同持有人

☐ One of the joint-account holders, please specify the name 其中一位帳戶共同持有人，請指定姓名:

______________________________

☐ Authorized Third Party (As appointed by this Authorisation) 此授權書指委任之第三者

☐ Others (Please complete "DECLARATION OF PERSON/ENTITY ULTIMATELY RESPONSIBLE FOR ORIGINATING THE INSTRUCTION IN RELATION TO A TRANSACTION (FOR INDIVIDUAL/JOINT ACCOUNT)") 其他(請填寫最終負責作出交易指示的人士之聲明)

| FOR OFFICE USE ONLY 只供內部使用 | SIGNATURE VERIFIED BY: | ENTERED BY: 02 DEC 20[illegible] | CHECKED BY: |
|---|---|---|---|

Page 2 of 2 (Version: November 2014)

## E. TERMS AND CONDITIONS 條款

(i) In this Authorisation, unless the context otherwise specifies,

a) words and expressions defined in the Client Agreement, shall have the same meanings in this Authorisation.

b) words in the singular shall include the plural and vice versa, all references to one gender shall include all genders and references to a person shall include individual, body corporate or unincorporate.

c) in the event of inconsistencies between the Chinese and English versions of this Authorisation, the English version shall apply and prevail.

d) the following words and expressions shall have the following meanings:
"Applicant(s)" or "Applicant" means the person(s) or person who intend(s) to apply for the account(s) specified in the Account Application.
"Client Agreement" means the Client Agreement(s) and Schedules (July 2013 Edition) of the Selected Company as amended from time to time.
"Terms and Conditions" means the terms and conditions contained in this Authorisation.

(ii) The provisions contained in the Account Application and in the Client Agreement ("Provisions") shall apply to this Authorisation. The Terms and Conditions are in addition to and without prejudice to the Provisions and in case of any inconsistency between the Terms and Conditions and the Provisions, the Provisions shall prevail. For the avoidance of doubt, in case of any inconsistency between the Account Application and the Client Agreement, the Client Agreement shall prevail.

(iii) I/We undertake to ratify and confirm all instructions given or purported to be given by the Authorised Third Party appointed hereunder for and on my/our behalf (which the Selected Company believes in good faith to have been given by such Authorised Third Party), including without limitation but subject to applicable laws, any instructions which may be given or purported to be given by such Authorised Third Party during the period from and including the date of the Selected Company's actual receipt of my/our written notice of revocation of the authority of such Authorised Third Party to and including the fifth day subsequent to the actual receipt by the Selected Company of such written notice of revocation.

(iv) I/We agree that any subsequent appointment of a new Authorised Third Party or any revocation of authority or change of the Authorised Third Party appointed hereunder must be notified to the Selected Company in writing and that subject to applicable laws, such subsequent appointment, revocation or change shall not take effect until 5 days after the actual receipt by the Selected Company of such written notice.

(v) Subject to applicable laws, any instruction given or purported to be given by the Authorised Third Party appointed hereunder after:

a) my/our revocation of such Authorised Third Party's authority; or

b) the commencement of liquidation or bankruptcy (as the case may be) in respect of me/us or the occurrence of any analogous event;

shall continue to be valid and effective in the Selected Company's favour until 5 days after the actual receipt by the Selected Company of a written notice informing the Selected Company of the occurrence of the relevant event from me/us (in case of the said revocation) or in case of the said liquidation or bankruptcy, the liquidator, the trustee in bankruptcy or similar officer.

(vi) I/We acknowledge that the Selected Company will not normally accept from any Authorised Third Party instructions for the withdrawal of funds or scrips, CCASS settlement instructions or instructions with respect to non-trading activities of the Account, except where the beneficiary(ies) of such instructions is/are me/us or a third party specified in my/our standing authority acceptable to the Selected Company or in exceptional circumstances as determined at the absolute discretion of the Selected Company.

(vii) I/We have been explained and fully understand that there are substantial risks in authorising a third party to trade or operate my/our account on my/our behalf, and such risks may include, without limitation, the incurring of indebtedness on my/our behalf, and that it is possible that instructions could be given by persons not properly authorised. I/We accept all of the risks associated with such authorisation, operation or arrangement and hereby undertake to indemnify and keep indemnified the Selected Company from and against all losses, damages, costs, expenses and liabilities howsoever arising out of or in connection with this Authorisation, any reliance on or acting on by the Selected Company any instruction given or purported given in accordance with this Authorisation.

(viii) This paragraph (viii) is applicable to Applicant(s) only. I/We acknowledge that the receipt from me/us of this Authorisation by the Selected Company shall not affect the Selected Company's right to reject my/our Account Application in its absolute discretion without giving any reason therefor and without incurring any liability whatsoever to me/us or any third party.

(i) 在本授權書，除非文意另有規定：

a) 客戶協議所定義的詞語，在本授權書具有相同的含義。

b) 單數詞語包括眾數詞語，反之亦然；提與一種性別之處，包括所有性別；「人士」一詞，包括個人或獨資經營者、合伙經營、團體及法人公司，反之亦然。

c) 倘若本授權的中英文版本不相符，則以英文版為準。

d) 下列詞語具有以下含義：
- "申請人" 乃指打算申請開戶申請表中所指定之賬戶之人士。
- "客戶協議" 指選定公司不時修訂之客戶協議和附表（2013 年七月版）。
- "條款及條件" 指載於本授權的條款及條件。

(ii) 載於開戶申請表及客戶協議中所的條文（"該等條文"）將適用於本授權。條款與條件是附加於且不妨礙該等條文，如有任何不一致，概以該等條文為準。為免生疑問，如開戶申請表和客戶協議有任何不一致，應以客戶協議為準。

(iii) 本人/吾等承諾追認並肯定所有由按本授權書任命的授權第三者代表本人/吾等給予或看來是由授權第三者代表本人/吾等給予的指示（包括但不限於但在符合適用法律的情況下，由該授權第三者的有關權限被終止之日直至選定公司實際收到該終止權限的書面通知後第五天的期間內，任何由授權第三者代表本人/吾等給予或看來是由授權第三者代表本人/吾等給予的指示）；

(iv) 本人/吾等同意有關日後委任新的授權第三者及對按本授權書任命的授權第三者的撤消或變更須以書面通知選定公司，在符合適用法律的情況下該日後的委任、變更、撤消或免任乃於選定公司確實收到有關書面通知第五天後才生效；

(v) 在符合適用法律的情況下，任何由按本授權書任命的授權第三者代表本人/吾等或看來是由授權第三者代表本人/吾等在以下事情發生以後所給予的指示：

a) 本人/吾等撤消該授權第三者的權限；或

b) 本人/吾等破產或清盤生效或相類似之事情發生：

應繼續有效並適用於選定公司直到選定公司收到(如上述撤消授權的話)本人/吾等，或(如上述清盤或破產的話)清盤人、破產案受託人或類似人員發出通知有關該事情之發生之書面通知之第五天後。

(vi) 本人/吾等確認選定公司通常不會接受提取款項或證券的指示、中央結算系統交收指示或該帳戶內屬於非交易活動的指示；除非有關指示的受益人乃本人/吾等或本人/吾等常設授權所指明的選定公司認為可接受的第三者或在選定公司酌情決定的特殊情況。

(vii) 本人／吾等已獲解釋並完全理解容許授權第三者代表本人／吾等運作或於本人帳戶買賣的重大風險，此風險可能包括，但不限於，以本人／吾等名義引致的負債，並且指示可能由未獲正式授權第三者所發出。本人／吾等接納此等授權、運作、安排的一切風險，並據此作出不可撤回的承諾，承諾彌償選定公司不論如何因此等指示而產生或與此等指示有關，任何選定公司依賴或執行此等授權所發出或看來是發出之指示的一切所有損失，索償、費用及支出及責任。

(viii) 此第(viii)項只適用於申請人。本人/吾等同意選定公司接收本授權時不影響其在毋須提供理由之情況下拒絕其開戶申請表之絕對酌情權，選定公司亦不會因此招致對申請人或任何第三方之任何責任。

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000181



Hong Iat

| 新鴻基投資服務有限公司－澳門分行<br>Sun Hung Kai Investment Services Limited - Macau Branch | |
|---|---|
| I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm that photograph is a true likeness. | |
| Name of Certifier | MAK Hoi NING |
| Job Title | IC |
| Date | 26 Nov 2014 |
| Signature | [signature] |

Macau Special Administrative Region
Permanent Resident Identity Card
If this card is found, please mail it back to PO Box 1089, Macau
[logo:] [Seal of the Government of Macau]

Confidential pursuant to Securities Exchange Act s.24(d).

CTM 澳門電訊有限公司 Companhia de Telecomunicações de Macau S.A.R.L.

Hong Iat
[redacted] Taipa, Macau

| Account Number | 1729110-0 | Issuing Date | October 19, 2014 |
|---|---|---|---|
| | | Payment Due Date | November 10, 2014 |
| Amount | MOP$0.00 | Total Balance | MOP$-4.70 |
| Pre-Paid Amount | MOP$0.00 | Bill Number: 0035936800<br>Page: 1 | |

Between October 1, 2014 and December 31, 2014, you can use your ICBC credit card to successfully pay your bills through CTM automatic transfer.
You can immediately enjoy $25 credit card cash reward for each service account, and the highest amount can be $150. Please apply through www.ctm.net.

新鴻基投資服務有限公司-澳門分行
Sun Hung Kai Investment Services Limited - Macau Branch
I hereby certify that this is a true copy of the original document which I have seen and that I have met the Individual and can confirm that photograph is a true likeness.

| Name of Certifier | MAK HOI NING |
|---|---|
| Job Title | IC |
| Date | 26 NOV 2014 |
| Signature | [signature] |

Billing Cycle: September 19, 2014 to October 18, 2014

| Account Summary: | | |
|---|---|---|
| Date | Account Item | Amount |
| October 19, 2014 to November 18, 2014 | Amount brought forward | -149.72 |
| | Smartphone data plan $160 | 160.00 |
| | IDD direct international long-distance call | 27.02 |
| | Special discount | -42.00 |
| | Total balance | **-4.70** |

**CTM point reward plan**

| Account type for point reward | Account for point reward | Points that can be used | Points that have already been used | Valid date of point reward |
|---|---|---|---|---|

| Personal service | 62835982 | 628 | 0 | January 31, 2016 |
|---|---|---|---|---|

Daily phone call duration list (minutes/excluding the time using WAP service for getting online)

| 日期 | 19/09 | 20/09 | 21/09 | 22/09 | 23/09 | 24/09 | 25/09 | 26/09 | 27/09 | 28/09 | 29/09 | 30/09 | 01/10 | 02/10 | 03/10 | 04/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 分鐘 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| 日期 | 05/10 | 06/10 | 07/10 | 08/10 | 09/10 | 10/10 | 11/10 | 12/10 | 13/10 | 14/10 | 15/10 | 16/10 | 17/10 | 18/10 | | |
| 分鐘 | 0 | 0 | 1 | 16 | 5 | 3 | 0 | 2 | 0 | 0 | 0 | 5 | 0 | 0 | | |

(Date, Minutes, Date, Minutes)

Daily video call duration list (minutes/excluding the time using WAP service for getting online)

| 日期 | 19/09 | 20/09 | 21/09 | 22/09 | 23/09 | 24/09 | 25/09 | 26/09 | 27/09 | 28/09 | 29/09 | 30/09 | 01/10 | 02/10 | 03/10 | 04/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 分鐘 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 日期 | 05/10 | 06/10 | 07/10 | 08/10 | 09/10 | 10/10 | 11/10 | 12/10 | 13/10 | 14/10 | 15/10 | 16/10 | 17/10 | 18/10 | | |
| 分鐘 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |

(Date, Minutes, Date, Minutes)

Stub

Hong Iat

Account Number: 1729110-0
Bill Date: October 19, 2014

Amount brought forward: -149.72
Balance This Month: 145.02
Total Balance: -4.70
Payment Due Date: November 10, 2014

Confidential pursuant to Securities Exchange Act s.24(d).

HKSFC - Public Register of Licensed Persons and Registered Institutions Page 1/1

Sitemap Lodge a complaint Contact Us

Public Register of Licensed Persons and Registered Institutions

Print

Home Public Register Search by name Search by activity List of sponsors

**License status**

Active Active and Inactive

**Choose one of the following search option**

Name search

By: English name Chinese name

on : Corporation Individual

HONG IAT

Central Entity Number (CE No.) Search

Search

Sorry, there is no name matched with "HONG IAT" in the Register.

In case of doubt, please contact the SFC at enquiry@sfc.hk.
Please follow these instructions in order to view Chinese characters properly in this Register.

Last update: 01 Dec 2014

http://www.sfc.hk/publicregWeb?locale=en

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000184

# HKSFC - Public Register of Licensed Persons and Registered Institutions

Page 1/1

Eng 繁 Sitemap Lodge a complaint Contact Us

Public Register of Licensed Persons and Registered Institutions

Print

Home Public Register Search by name Search by activity List of sponsors

**License status**

Active Active and inactive

**Choose one of the following search option**

Name search

By: English name Chinese name

on : Corporation Individual

[illegible]

Central Entity Number (CE No.) Search

Search

Sorry, there is no name matched with "[illegible]" in the Register.

In case of doubt, please contact the SFC at enquiry@sfc.hk.
Please follow these instructions in order to view Chinese characters properly in this *Register*.

Last update: 01 Dec 2014

http://www.sfc.hk/publicregWeb?locale=en

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000185

# HKSFC - Public Register of Licensed Persons and Registered Institutions

Page 1/1

Eng 繁 Sitemap Lodge a complaint Contact us

Public Register of Licensed Persons and Registered Institutions

Print

Home Public Register Search by name Search by activity List of sponsors

**License status**

Active Active and Inactive

**Choose one of the following search option**

Name search

By: English name Chinese name

on: Corporation Individual

[illegible]

Central Entity Number (CE No.) Search

Search

Sorry, there is no name matched with "[illegible]" in the Register.

In case of doubt, please contact the SFC at enquiry@sfc.hk.
Please follow these instructions in order to view Chinese characters properly in this Register.

Last update: 01 Dec 2014

http://www.sfc.hk/publicregWeb?locale=en

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000186

**新鴻基金融集團**
**SUN HUNG KAI FINANCIAL**

42/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong
香港銅鑼灣希慎道33號利園42樓

**Third Party Authorisation — Individual or Joint Account 第三者授權表格 - 個人或聯名帳戶**

*# Refer to next form*

| | | |
|---|---|---|
| To#: ☑ | Sun Hung Kai Investment Services Limited | 新鴻基投資服務有限公司 |
| 致: ☐ | SHK Online (Securities) Limited | 新鴻基科網（證券）有限公司 |
| ☐ | Sun Hung Kai Commodities Limited | 新鴻基期貨有限公司 |
| ☐ | Sun Hung Kai Bullion Company Limited | 新鴻基金業有限公司 |
| ☐ | Sun Hung Kai Forex Limited | 新鴻基外匯有限公司 |

(The above companies are together hereinafter referred to as "SHKF" 以上公司以下統稱為「新鴻基金融」)

#Please select one company and that company is hereinafter referred to as the "Selected Company".

請選擇其一公司而以下將稱其為「選定公司」。

I/We, the undersigned, hereby notify the Selected Company of the following arrangement and agree to the Terms and Conditions contained herein 本人/吾等，以下署名者，現告知選定公司作出下列安排並同意載於本表格之條款及條件(choose applicable box 選擇合適者):

☑ Appointment 委任          ☐ Revocation of the authority of an Authorised Third Party 撤銷授權第三者之授權

Please supply a separate authorisation for each Authorised Third Party 請為每位授權第三者的個別受權書。

**A. DETAILS OF APPOINTMENT/REVOCATION OF AUTHORITY 委任/撤銷授權之詳情**

Name (in English): Hong Iat          Name (in Chinese): Hong Iat

Alias 別名: (if any) (如有): NIL          Relationship with me/us: SON
根本人/吾等的關係:

MACAU          *(Please provide photocopy with "COPY" marked on it)*
HKID Card/Passport No. 香港身份證/護照號碼: [redacted]          (請提供影印本並在其上標示「副本」字樣)

Address: Apt. 12C, edf. Vista Linda, Estrada De Sete Tanques, Taipa, Macau

Telephone No.電話號碼: NIL          Fax No.傳真號碼: NIL

Mobile No. 手提電話號碼: (853) 62818329          E-mail address: 電子郵件地址: hongiat@hotmail.com

Instructions & if applicable, offers: 指示及如適用的通知:

Specimen Signature 簽名式樣: Hong Iat          ☐ trading only 買賣指示     ☑ all 所有指示

**B. APPLICANT(S) / CLIENT(S)' SIGNATURE(S) 客戶確認**

Signature (s) 客戶簽署#:          Approved for and on behalf of the Selected Company by
經由下列人士為及代表選定公司批核

Lai Sou Cheng

Date 日期: 26 NOV 2014
Applicant(s) / Client(s)' Name(s) 客戶姓名: LAI SOU CHENG          Signature 簽署          Date 日期
Account No.(s) (for Client(s) only) 帳戶號碼: [redacted] 3806
HKID Card/Passport No.香港身份證/護照號碼: MACAU

# Signature(s) should be the same as the signature(s) on the account opening documents 簽名須與開戶文件相同。

Confidential pursuant to Securities Exchange Act s.24(d).          SEC-HKSFC-E-0000187

## E. TERMS AND CONDITIONS 條款

(i) In this Authorisation, unless the context otherwise specifies,

a) words and expressions defined in the Client Agreement, shall have the same meanings in this Authorisation.

b) words in the singular shall include the plural and vice versa, all references to one gender shall include all genders and references to a person shall include individual, body corporate or unincorporate.

c) in the event of inconsistencies between the Chinese and English versions of this Authorisation, the English version shall apply and prevail.

d) the following words and expressions shall have the following meanings:

"Applicant(s)" or "Applicant" means the person(s) or person who intend(s) to apply for the account(s) specified in the Account Application.

"Client Agreement" means the Client Agreement(s) and Schedules (December 2009 Edition) of the Selected Company as amended from time to time.

"Terms and Conditions" means the terms and conditions contained in this Authorisation.

(ii) The provisions contained in the Account Application and in the Client Agreement ("Provisions") shall apply to this Authorisation. The Terms and Conditions are in addition to and without prejudice to the Provisions and in case of any inconsistency between the Terms and Conditions and the Provisions, the Provisions shall prevail. For the avoidance of doubt, in case of any inconsistency between the Account Application and the Client Agreement, the Client Agreement shall prevail.

(iii) I/We undertake to ratify and confirm all instructions given or purported to be given by the Authorised Third Party appointed hereunder for and on my/our behalf (which the Selected Company believes in good faith to have been given by such Authorised Third Party), including without limitation but subject to applicable laws, any instructions which may be given or purported to be given by such Authorised Third Party during the period from and including the date of the Selected Company's actual receipt of my/our written notice of revocation of the authority of such Authorised Third Party to and including the fifth day subsequent to the actual receipt by the Selected Company of such written notice of revocation.

(iv) I/We agree that any subsequent appointment of a new Authorised Third Party or any revocation of authority or change of the Authorised Third Party appointed hereunder must be notified to the Selected Company in writing and that subject to applicable laws, such subsequent appointment, revocation or change shall not take effect until 5 days after the actual receipt by the Selected Company of such written notice.

(v) Subject to applicable laws, any instruction given or purported to be given by the Authorised Third Party appointed hereunder after:

a) my/our revocation of such Authorised Third Party's authority; or

b) the commencement of liquidation or bankruptcy (as the case may be) in respect of me/us or the occurrence of any analogous event;

shall continue to be valid and effective in the Selected Company's favour until 5 days after the actual receipt by the Selected Company of a written notice informing the Selected Company of the occurrence of the relevant event from me/us (in case of the said revocation) or in case of the said liquidation or bankruptcy, the liquidator, the trustee in bankruptcy or similar officer.

(vi) I/We acknowledge that the Selected Company will not normally accept from any Authorised Third Party instructions for the withdrawal of funds or scrips, CCASS settlement instructions or instructions with respect to non trading activities of the Account, except where the beneficiary(ies) of such instructions is/are me/us or a third party specified in my/our standing authority acceptable to the Selected Company or in exceptional circumstances as determined at the absolute discretion of the Selected Company.

(vii) I/We have been explained and fully understand that there are substantial risks in authorising a third party to trade or operate my/our account on my/our behalf, and such risks may include, without limitation, the incurring of indebtedness on my/our behalf, and that it is possible that instructions could be given by persons not properly authorised. I/We accept all of the risks associated with such authorisation, operation or arrangement and hereby undertake to indemnify and keep indemnified the Selected Company from and against all losses, damages, costs, expenses and liabilities howsoever arising out of or in connection with this Authorisation, any reliance on or acting on by the Selected Company any instruction given or purported given in accordance with this Authorisation.

(viii) This paragraph (viii) is applicable to Applicant(s) only. I/We acknowledge that the receipt from me/us of this Authorisation by the Selected Company shall not affect the Selected Company's right to reject my/our Account Application in its absolute discretion without giving any reason therefor and without incurring any liability whatsoever to me/us or any third party.

(i) 在本授權書，除非文意另有規定：

a) 客戶協議所定義的詞語，在本授權書具有相同的含義，

b) 單數詞語包括複數詞語，反之亦然，提到一種性別之處，包括所有性別，「人士」一詞，包括個人或獨資經營、合伙經營、團體及法人公司，反之亦然。

c) 如若本授權書的中英文版本不相符，則以英文版爲準。

d) 下列詞語具有以下含義：

- "申請人" 乃指打算申請開戶申請表中所指定之帳戶之人士。
- "客戶協議" 指選定公司不時修訂之客戶協議和附表（2009 年十二月版）。
- "條款及條件" 指載於本授權的條款及條件。

(ii) 載於開戶申請表及客戶協議中的的條文（"該等條文"）將適用於本授權。條款將附加及不妨礙該等條文，如有任何不一致，概以該等條文爲準。爲免生疑問，如開戶申請表和客戶協議有任何不一致，概以客戶協議爲準。

(iii) 本人/吾等承諾追認並確認所有由根本授權書任命的授權第三者代表本人/吾等給予或看來是由授權第三者代表本人/吾等給予的指示（包括但不限於在符合適用法例的情況下，由該授權第三者的有關授權被終止之日前至選定公司實際收到該終止授權的書面通知後第五天的期間內，任何由授權第三者代表本人/吾等給予或看來是由授權第三者代表本人/吾等給予的指示）；

(iv) 本人/吾等同意有關日後委任新的授權第三者及對於本授權書任命的授權第三者的撤銷或變更必須以書面通知選定公司，惟在符合適用法例的情況下該日後的委任、變更、撤銷或更改乃於選定公司實際收到有關書面通知第五天後才生效；

(v) 在符合適用法律的情況下，任何由根本授權書任命的授權第三者代表本人/吾等或看來是由授權第三者代表本人/吾等在以下事情發生以後所給予的指示：

a) 本人/吾等撤銷該授權第三者的權限；或

b) 本人/吾等的清盤或破產生效或相類似的事情發生；

應繼續有效並由於選定公司直到選定公司收到(由上述撤銷授權的話)本人/吾等，或(如上述清盤或破產的話)清盤人，破產案受託人或類似人員發出通知有關該事情之發生之書面通知之第五天後。

(vi) 本人/吾等確認選定公司通常不會接受提取款項或股票的指示、中央結算系統交收指示或跟帳戶內關於非交易活動的指示，除非有關指示的受益人乃本人/吾等或本人/吾等常設授權所指明的獲選定公司認可接受的第三者或在選定公司酌情決定的特殊情況。

(vii) 本人／吾等已獲解釋並完全理解容許授權第三者代表本人／吾等運作或於本人帳戶買賣的重大風險，此風險可能包括，但不限於，以本人／吾等名義引致的債，並且指示可能由未經正式授權第三者作發出。本人／吾等接納此等授權、運作、安排的一切風險，並謹此作出不可撤回的承諾，承諾彌償選定公司不論如何因此等指示而產生或與此等指示有關，任何選定公司依賴或執行此等授權所發出或看來發出之指示的一切所有損失、損害、費用及支出及責任。

(viii) 此第(viii) 項條款適用於申請人。本人/吾等確認選定公司接收本授權將不影響其在毋須提供理由之情況下拒絕其開戶申請表之絕對酌情權，選定公司亦不會因此招致對申請人或任何第三方之任何責任。

Confidential pursuant to Securities Exchange Act s.24(d).

AML-WLF On-Demand Search

Currently

[Request Summary] [Alert Summary] [Customer Screening] [Payment Screening] [Deposit Screening] [Change Password] [Logout]

Customer Screening

Area of Business:* Bullion
Equities
FX
Futures & Options
SHKF Corporate Finance
SHKF Fund Management
SHKF Insurance
Wealth Management

No hits against watch-lists being detected
Reference ID: CUS_RQ_20141127110318675

Customer Account No:

Customer Name:* HONG IAT

Other Names: : Hong Iat
(separated by "|")

Customer Type:* INDIV - Individual

Address: Apt. 12C, edf. Vista Linda, Estrada De Sete Tanques, Taipa, Macau

Country:* MO - MACAO

ID / Passport / BR Number:*

Date of Birth:* 1990-
(Date Format: yyyy-MM-dd)

Sex: M

Occupation:

Company:

AE Code:* 0621172, 0621189

Related Parties

Name:
(separated by "|")

ID / Passport Number:
(separated by "|")

Beneficiary

Designated Bank Account Name:
(separated by "|")

Remarks:

Confidential pursuant to Securities Exchange Act s.24(d).



LAI, SOU CHENG
C F
04-02-2020
04-02-2003
04-02-2010
This copy is authorised for SHKF to open A/C only

Lai Sou Cheng

新鴻基投資服務有限公司 - 澳門分行
Sun Hung Kai Investment Services Limited - Macau Branch
I hereby certify that this is a true copy of the original document which I have seen and that I have met the individual and can confirm the photograph is a true likeness.
Name of Certifier MAK HOI NING
Job Title IC
Date 26 NOV 2014
Signature
REGIÃO ADMINISTRATIVA ESPECIAL DE MACAU
BILHETE DE IDENTIDADE DE RESIDENTE PERMANENTE
LAI<<SOU<CHENG<<<<<<<<<<<<<<<<<

Macau Special Administrative Region
Permanent Resident Identity Card
If this card is found, please mail it back to PO Box 1089, Macau
[logo:] [Seal of the Government of Macau]

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000190

新鴻基金融集團
SUN HUNG KAI FINANCIAL

# MEMORANDUM

To : Credit Dept / Branch Operations
From : Macau Branch
Date : 26 NOV 2014
Subject : Identification of ML&T in Account Opening & CDD
Reference : MC 288 / 2014
Number of pages : 1

| SHK A/C No. | Name of Account Holder(s) | Name of Ultimate Beneficiary (if not A/C holder) |
|---|---|---|
| [redacted]3255<br>[redacted]3506 | 1) LAI SOU CHENG<br>2) | 1)<br>2) |
| TFB Sub A/C No. | Name of Authorized Person(s) | Name of Authorized Third Party |
| [redacted]736-3 | 1)<br>2) | 1) HONG IAT<br>2) |

As a SFC licensed person, I declare that I have checked the name of above account holders and related person(s) against the ML&T List maintained by Credit Dept. which can be accessed via SHK Intranet website. *( please circle )

| My checking result : NAME MATCH | Yes / (No) ( remark : ) |
|---|---|

To my best knowledge and diligence. I further declare that the above account holder(s) and / or related person(s) are :

| | |
|---|---|
| 1) Politically exposed person (PEP) or related person | Yes / (No) ( remark : ) |
| 2) Person registered with the Securities and Futures Commission of Hong Kong / licensed corporation employee or related person | Yes / (No) ( remark : ) |
| 3) Board member of any locally listed company or related person | Yes / (No) ( remark : ) |
| 4) Gaming company / gaming agent / entertainment hotel employee or related person | Yes / (No) ( remark : ) |

I have also collected the true copy of below documents for the company's record : (please tick, if any)

| Identity document | | Reference document |
|---|---|---|
| (✓) Macau ID Card | ( ) MSAR Travel Permit | ( ) proof of active bank account |
| ( ) HKID Card | ( ) Document of Identity | (✓) proof of residential address |
| ( ) PRC ID Card | ( ) PRC Travel Pass | ( ) proof of investment experience |
| ( ) Passport | ( ) MSAR Entry Pass of Port(s) | ( ) employer's consent letter |

| Declared by | Doc. Checked by | Noted by | Noted by |
|---|---|---|---|
| [signature] | [signature] | [signature] | [signature] |
| AE - MAK HOI NING | Settlement staff | Tony Wong / Aggie Aoleong | Credit Dept / Client Onboarding |

Macau Manager's or Credit Dept comment: (if any) Type ( ) – Require En.CDD ( )

香港銅鑼灣希慎道33號利園28樓
電話 : (852) 3920 2888 傳真 : (852) 3920 2789 網址 : www.shkf.com
28/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong
General Line : (852) 3920 2888 Fax : (852) 3920 2789 Website : www.shkf.com



# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached English language documents are true and accurate translations of the original Chinese language documents to the best of our knowledge and belief. The documents are identified as below:

"03_17_2015 12_10_06 EDT (75)", "03_17_2015 16_38_58 EDT (75)", "03_18_2015 11_48_14 EDT (125)", "08_18_2014 21_45_21 EDT_4 (75)", "08_18_2014 21_45_21 EDT_5 (25)", "SEC-HKSFC-E-0000179 (175)", "SEC-HKSFC-E-0000265 (400)", "SEC-HKSFC-E-0000458 (400)", "SEC-HKSFC-E-0000550 (375)"

Executed this 29th day of June, 2016

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com