# EXHIBIT K

小日子

8/13/14 11:28 AM

hi~我今日想將港幣戶口d錢轉翻去美股到~

好的

唔該曬~港股唔係睇得幾准 哈哈 美股我睇中幾個.想入d落去

幫我睇睇 全部入翻美股後 總共有幾錢得嘛?~

港股,尤其細價股較易被人為因素影響,如果係有消息,坐吓順風車都無妨,但唔好去咁盡;相對美股,市場更國際化,交投較活躍,無咁易獨大。

等一等,幫你睇睇

Confidential pursuant to Securities Exchange Act s.24(d).　　　SEC-HKSFC-E-0000585

小日子

等一等，幫你睇睇

所以美股較為安全d.

8/13/14 11:50 AM

今日轉帳時間已過，明天轉數後，媽咪戶口有現金約 USD491,050

自己戶口現有USD376,744.32

8/13/14 11:55 AM

ok 感謝囉~

按多少計？

現在未知匯率，我攞高少少 7.78計，但實際唔會咁高

Confidential pursuant to Securities Exchange Act s.24(d).　　SEC-HKSFC-E-0000586

Xiao – X   Cat - C

C – Hi, today I wish to convert HK dollar account to US stocks…

X – Alright

C – Thank you. I am not getting the hang of the HK stocks ha ha I saw a few American stocks I would like to sink some dollars into

C – Take a look for me converting all assets into US stocks how much money do I have

X – HK stocks, especially small camp stocks are more vulnerable to man manufactured factors, if you have information, it is alright to ride the wave, but you should not bet the wad on it  conversely US stocks, the market in global, exchanges are more active, it is not easy to dominate.

X – Wait a moment, taking a look for you

C – Therefore US stocks are safer

X – Today is too late to effect the transfer, tomorrow after the transfer, mom's account has about 491,050 USD cash

X – Your account has 376,744.32 USD

C – OK thanks

C – At what rate

X – Don't know the rate right now, I used a higher rate of 7.78 for calculation, but actual will not be so high



小日子

8/21/14 9:32 AM

媽咪戶口100萬，全數轉到美股，是嗎？

對的 麻煩囉你～

8/21/14 10:12 AM

唔好客氣

另外，明天我放假一天，如有任何查詢或指示，請致電我司 28780195

8/21/14 4:13 PM

ok～錢轉到就冇問題的啦～

8/21/14 4:20 PM

錢已轉

Confidential pursuant to Securities Exchange Act s.24(d).　　SEC-HKSFC-E-0000587

Xiao – X   Cat - C

X – Mom's account of 1,000,000, all to be converted to US stocks, right?

C – Right please do it

X – Don't mention it

X – By the way, I am taking a day off tomorrow, if you have any  uestions or instruction, please call my company 28780195

C – OK, no problem as long as the funds get transferred

X – Fund already transferred

# 小日子

8/29/14 3:29 PM

ok

我存咗兩百萬入我戶口到 今日可以匯過去嗎?

8/29/14 3:35 PM

幾點入？

剛剛

轉唔切了，星期一先轉到

8/29/14 5:49 PM

甘好啦 我媽咪戶口d錢唔洗拿住啦

8/29/14 6:03 PM

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000588

Xiao – X; Cat - C

    C – OK

    C – I deposited 2,000,000 into my account can it be transferred today?

    X – At what time

    C – Just now

    X – Not transferrable, it will be transferred Monday

    C – Just right money from my mother's account would not be held

小日子

11/12/14 10:26 AM

今日自己戶口會轉 HKD177.5萬去大豐銀行

媽咪戶口會轉數入孖展戶口

11/12/14 12:15 PM

👌👌

麻煩你啦~

唔麻煩 😊

11/12/14 1:37 PM

麥小姐匯到嚟了嗎?我而家係澳門順便拿埋

你電話幾多呢?.我手機冇係手到比你

Xiao – X   Cat - C

X – Today my account will transfer HONG KONG DOLLAR 1,775,000 into Tai Fung Bank Mom's account will be transferred into the guaranteed account

C – 

C – Thank you for your troubles

X – Not a problem 😊

C – Did Miss Mai's transfer get there   My home is in Macau is along the way

C – What's your telephone number? My cell does not have yours

**小日子**



汇到翻香港未啦？

11/17/14 9:51 AM

汇到4.1就入啦.

喺香港，未入到機，晏少少有

兩個戶口，#300@4.10入5萬股？

系的

Confidential pursuant to Securities Exchange Act s.24(d).　　　　　　　　　　　　　　　　　SEC-HKSFC-E-0000593

小日子

11/17/14 10:28 AM

媽咪戶口平均價$4.16
自己戶口平均價$4.25

11/17/14 11:59 AM

 

11/18/14 9:55 AM

 早晨 可唔可以帮我查下 我户口 一开始嘅投入系几多美金 最好我妈咪户口都话埋我知~

早晨，好的

11/18/14 10:01 AM

自己戶口：USD1,016,048.89
媽咪戶口：USD580,624.61

Xiao – X   Cat - C

C – Did the transfer arrive in HK

C – Enter it when 4.1 transfer arrives.

X – Yes on HK, not entered into machine, wait a moment

X – Two accounts,  300   4.10 enter 50,000 shares

C – Yes

X – (TN: Blurred, illegible stock  uote image. Not translated.)

X – Mom's account average price $4.16

Own account average price   4.25

C – 👌

C – Good morning can you help me check my account from the beginning of investment how much in US dollars best let me know mom's account also

X – Good morning, alright

X – Own account: USD 1,016,048.89

Mom's account: USD 580,624.61



**小日子**



12/3/14 12:39 PM

Beware of cash offers. Please verify the identity of the contact first by phone or video.



我嗰邊同我媽咪一樣都入呢幾只股拉 加上15k嘅南京銀行

12/3/14 12:51 PM

買入：
中恆集團600252，3萬股
南京銀行601009，1.5萬股



Beware of cash offers. Please verify the identity of the contact first by phone or video.



浦发银行600000、，中恒集团600252、各入3萬股现价

12/3/14 12:55 PM



Call cancelled by caller

  

小日子

12/3/14 1:14 PM

已入齊：
浦发银行600000　3萬股
@12.5499
中恒集团600252　3萬股
@15.2735
南京银行601009　1.5萬股
@13.0183

12/3/14 1:33 PM



自己戶口



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000603

Xiao – X   Cat - C

C – My side and my mom are the same both enter your same amount of shares plus 15,000 in Nan-Jing Bank

X – Buy in:

Zhong-Heng Group 600252, 30,000 shares

Nan-Jing Bank 601009, 150,000 shares

C – Pu-Fa Bank 600000, Zhong-Heng Group 600252, each enter 30,000 shares at current price

C – Call cancelled by caller

X – Already entered:

Pu-Fa Bank 600000     30000 shares     12.5499

Zhong-Heng Group 600252    30000 shares    15.2735

Nan-Jing Bank 601009     15000 shares     13.0183

X – (TN: Blurred, illegible stock   uote image. Not translated.)

X – Own account

X – (TN: Blurred, illegible stock   uote image. Not translated.)