小日子

1/7/15 11:48 AM

 幫我睇好就放民生 將錢入浦發.

 港股隻昆明 高翻四蚊就放左還錢入內地吧

民行中午收10.43，最高10.61，漲停價11.46，睇吓下午會唔會上返，11左右放？

 10.6都好放了 太慢了

咁我下午幫你排10.60沽5萬民生銀行

浦發諗住邊個位入？

 ok

 16一下都ok

**小日子**

ok

16一下都ok

沽貨後再排盤

大概入3萬股

先入都冇問題.而家有一百萬現金剩嗎?

78萬

先入左先呢

入幾多?

中午收15.90

Confidential pursuant to Securities Exchange Act s.24(d).　　　　　　　　　　　　　　SEC-HKSFC-E-0000680

小日子

1/7/15 12:10 PM

可以就五萬啦.

1/7/15 12:54 PM

會差咗少少錢，如果先沽民行就可以買到

定係今日先入4萬，聽日d錢返到再補？

1/7/15 1:00 PM

先入四萬啦.我放民生唔係即時有得用嘎嗎?.

1/7/15 1:04 PM

a股t+1交收，可以比你用返，只係條數會亂少少

Confidential pursuant to Securities Exchange Act s.24(d).　　　　SEC-HKSFC-E-0000682

小日子

1/7/15 1:04 PM

a股t+1交收，可以比你用返，只係條數會亂少少

先用左先呢.浦發 睇定d就入啦.

咁我先排民行沽盤

晏少少睇吓隻浦發回幾多先

ok?

沽出5萬股民生銀行（600016）@10.60?

1/7/15 1:16 PM

個市回緊，未必做到

Confidential pursuant to Securities Exchange Act s.24(d).　　SEC-HKSFC-E-0000683

小日子

1/7/15 1:38 PM

而家買浦發啦

市場價買入4萬股浦發銀行（600000）

15.65落唔到就15.7樓下

不高於15.70買入

好.

而家市價買入啦

1/7/15 1:44 PM

已買入4萬股浦發銀行（600000）@15.68

1/7/15 2:06 PM

Confidential pursuant to Securities Exchange Act s.24(d).　　　　　　　　　　　　　　　　　SEC-HKSFC-E-0000684

← 小日子

1/7/15 1:44 PM

已買入4萬股浦發銀行（600000）@15.68

1/7/15 2:06 PM




1/7/15 3:42 PM

民生銀行沽盤做唔到

1/7/15 4:46 PM

明天可用現金約：
媽咪戶口CNY815,174.86
自己戶口CNY787,563.18

1/7/15 4:47 PM


冇問題.





Confidential pursuant to Securities Exchange Act s.24(d).

**小日子**

1/7/15 5:00 PM

好的 感謝曬..民生同外運都升太慢了 所以差唔多就回本呢

民行都叫跟個指數行吖，隻外運就破位升唔穿，差d

係咯.所以外運一到價位就走

希望呢兩日做到，耐就唔多妥

聽日唔的都放呢 好多好噶股票入唔到 冇錢

以為會睇埋星期五添~ 不過喺第二d度賺返仲好

無辦法啦，要調動資金置業，差好遠呢~

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-E-0000686

小日子

以為會睇埋星期五添～不過喺第二d度賺返仲好

無辦法啦，要調動資金置業，差好遠呢～

唉.又話會有厲好消息.拖左我成個月 我媽咪一買只華泰 又漲成七個點..

老闆比料，要睇吓時間幾耐啦，太長，值搏率唔高

佢話好快的.

算啦.都係穩陣d睇好幾隻 唔好聽人地講甘多.

我都想話媽咪好犀利呀，買親隻隻都升，漲停添～

Confidential pursuant to Securities Exchange Act s.24(d).　　　SEC-HKSFC-E-0000687

Xiao – X   Cat - C

C – Help me look for a good time to dump Ming-Sheng take the money and buy Pu-Fa.

C – When Honk Kong stock Kun-Ming umps four dollars dump it and transfer the funds to interior

X – Ming-Sheng Bank noon closing at 10.43, highest was 10.61, uptick price halted at 11.46, will check if it rebounds up in the afternoon, let go around 11

C – Let go at 10.6 its too slow

X – I will list it for you to sell 50000 shares of Ming-Sheng Bank at 10.60

X – How do you want Pu-Fa listed

C – OK

C – Anything under 16 will be ok

X – Will list it after sale of product

X – Will buy about 30000 shares

C – No problem listing buy first. Do I have over a million cash leftover

X – 780000

C – Enter buy first

X – At what rate

X – Noon closing at 15.90

C – If possible 50,000

X – It will be a little short, but if you sell Ming-Sheng first then you can buy it

X – Best if order 40000 today first, tomorrow when the money returns then you can fill-in the rest

C – First buy 40000, can I immediately use the funds when I have sold Ming-Sheng

X – A stocks + transaction, allows you to immediately use, only that the accounting will be slightly complicated

C – First things first. Enter Pu-Fa when you can get it

X – I will list the sale of Ming-Heng first

X – In a moment I will check on the price for Pu-Fa

X – OK

X – List sale 50000 shares of Ming-Sheng Bank (600016)   10.6

X – The market is tight, may not happen

C – Still want to buy Pu-Fa

X – Buy 40000 shares of Pu-Fa Bank (600000) at market price

C – 15.65 or so to under 15.7

X – Buy not higher than 15.70

C – Alright

C – Still buy at market price

X – Just bought 40000 shares of Pu-Fa Bank (600000)   15.68

C – 👋

X – Sell of Ming-Sheng Bank not executed

X – Tomorrow's available funds are:

Mom's account CNY 815,174.86

Own account CNY 787,563.18

C – No problem.

C – Alright thank you very much..Ming-Sheng and Foreign Transportation both go up too slowly therefore its about time to dump them

X – Ming-Sheng goes with the index, Foreign Transport could not break out, a bit shabby

C – Yes. So sell when Foreign Transport hit the bench mark

X – Hope we can get it done in two days, then there will be no problems

C – Tomorrow we are dumping  saw a lot of good stocks but no money

X – I thought it will look better Friday, but it's a second rebound

X – Got no solution, need to transfer funds buy properties, a long way to go

C – Sigh. There was some good news. Hung on to me for a month my mother bought Hua-Tai and it went up seven points..

X – The boss's expectations, must see how long it takes, too long, return rate not high

C – He said he was very   uick

C – Forget it. Its best to safely look well at a few don't listen to other people's words

X – I am thinking mom was pretty sharp, everything she bought went up, rose stopped then added