## 小日子

1/29/15 5:02 PM

內地股差唔多噶啦 要翻美股了

係呢，美股每月扣費組合，差唔多又扣了

媽咪都轉咗d錢過去，但只係現金戶口

冇問題 先轉住先..唔係取消左扣費了嗎？

1/29/15 5:07 PM

媽咪嗰邊需要撥d過嚟展嗎？

未扣，每月1號扣

暫時唔需要

Confidential pursuant to Securities Exchange Act s.24(d).　　　SEC-HKSFC-E-0000729

# 小日子

1/29/15 5:07 PM

> 媽咪歌邊需要撥d過孖展嗎？

> 未扣，每月1號扣

暫時唔需要

> 明白。但孖展戶口無錢都會被取消

暫時冇咩好股票 我睇定d先. 我歌邊嘎需要扣費嘎就取消先啦. 我啊邊d人錢冇咁快可以翻黎...

> 嗯...會唔會考慮自己歌邊擺返幾千蚊美金入去，留住個戶口？

> 有冇取消個報價提示？

Confidential pursuant to Securities Exchange Act s.24(d).　　　　　　　　　　　　　　　　　　　　　　　　　SEC-HKSFC-E-0000730

# 小日子

> 嗯...會唔會考慮自己歌邊擺返幾千蚊美金入去，留住個戶口？

> 有冇取消個報價提示？

我之前米有d幾萬係港股戶口的？

你移去美股啦~

> 好

我自己先取消先得噶？

> 係呀

甘我自己今晚或者幾時取消啦

> 都知道你好忙，但要快d，呢

Confidential pursuant to Securities Exchange Act s.24(d).    SEC-HKSFC-E-0000731

Xiao – X   Cat - C

C – Mainland stocks are about all flat need to speculate US stocks

X – Yes, US stocks monthly fee deductions, about time for another fee payment

X – Mom already transferred her funds there, but only the cash account

C – No problem go ahead and transfer it first…was my fee charge cancelled

X – Does Mom's side need to be moved to guaranteed account?

X – Not yet, fees are deducted at the first of each month

C – Not for now

X – Understand. But guaranteed account will be cancelled if there are not funds in the account

C – Right now there are no good looking stocks I will keep on looking. On my side, if its going to charge fee then cancel it. The people on my side couldn't transfer the money over that fast…

X – Umh…Would you like to consider park a few thousand US dollars, to keep the account open

X – Did you cancel the market price advisory

C – I've still got a few ten-thousand in Hong Kong stock account

C – Why don't you transfer the into US stocks –

X – Good

C – I need to cancel it myself

X – Yes

C – Then I will cancel it tonight or some time later

X – I know you are very busy, but you must hurry, (TN: Remaining text cut off.)

小日子

2/6/15 11:59 AM

我呢段時間打算將d錢回籠翻美股嗰邊呢..

2/6/15 12:13 PM

係呀……終於 

呢邊好大機會要農曆年後先有顯著波幅，過返美股歌邊都好

咁。。媽咪個孖展戶口…？

2/6/15 2:54 PM

轉去孖展要幾耐？

2/6/15 3:07 PM

即日可以。每日截數時間係

Confidential pursuant to Securities Exchange Act s.24(d).                                    SEC-HKSFC-E-0000732

# 小日子

2/6/15 2:54 PM

轉去孖展要幾耐？

2/6/15 3:07 PM

即日可以。每日截數時間係 15:00

甘等我禮拜一決定好話你知 甘我禮拜一晚可以即時用到？

好，等你決定。

是的，最好上午通知我，晚上可用

ok

2/6/15 4:07 PM


LAI SOU CHENG

Confidential pursuant to Securities Exchange Act s.24(d).

Xiao – X   Cat - C

C – These days I am thinking about bringing the money back-in and speculate on US stocks..

X – Yes..finally 

X –There are a lot of opportunities but will have to be after the Luna New Year for it to have any significant movement, going back to US stocks should be alright

X – Then.. Mom's guaranteed account…?

C – How long would it take to transfer to guaranteed account

X – It can be done the same day. Every day cut off hour is 15:00

C – Then wait for me to decide on Monday will let you know after I have decided then I can immediately use it that Monday evening

X – Alright, wait for your decision.

X – Yes, best let me know in the morning, you can then use it in the evening

C – OK

X – Lai Sou Cheng

# 小日子

2/9/15 1:11 PM

hi

2/9/15 2:32 PM

唔記得左 而家移過去得嘛

2/9/15 2:36 PM

無問題，現在轉

2/9/15 4:13 PM

LAI SOU CHENG
市值（港元折合）
上海A股+港股+美股
$3,485,338.41
現金
$1,968,648.59
現金+股票
$5,453,987.00

Xiao – X; Cat - C

X – Hi

C – I had forgotten did I make the transfer

X – Not a problem, transferring now

X – Lai Sou Cheng

Market value (Converted to Hong Kong Dollars)

Shanghai A stock + Hong Kong stock + US stock

$3, 485, 648.59

Cash + stocks

$5,453,987.00

X – (TN: Illegible stock price quote chart, not translated)

**小日子**

2/10/15 1:56 PM

麥小姐 我媽咪個孖展戶口 唔知密碼帳號😠

2/10/15 2:02 PM

之前無啟動？

好似係…

2/10/15 2:07 PM

嗯…

我再send多次個歡迎函件比你，入面有帳號，登入名稱

ok

但密碼要自set呀

Confidential pursuant to Securities Exchange Act s.24(d).　　　　　SEC-HKSFC-E-0000735

Xiao – X   Cat - C

C – Miss Mai I do not recall my Mom's guaranteed account coded account number 

X – You did not use it earlier

C – It seems to be…

X – Umh…

X – I will send you multiple invitation mails, there should be account number on them, used ID

C – OK

X – (TN: Text cut off, could be "But you need to get the password on your own")

小日子

3/5/15 12:40 PM

麥小姐幫我打個價啦.17.4

3/5/15 12:44 PM

沽出2萬股中珠控股（600568）@17.40

3/5/15 12:45 PM

👌

3/5/15 1:13 PM

已沽出2萬股中珠控股（600568）@17.40

突然升甘多.....

4"

Confidential pursuant to Securities Exchange Act s.24(d).　　　　　　　　　　SEC-HKSFC-E-0000757

# 小日子

3/5/15 1:13 PM

已沽出2萬股中珠控股（600568）@17.40

突然升甘多……

🔊 4"

3/5/15 1:19 PM

係囉。。排高少少都仲得

知道，會轉的

3/5/15 4:17 PM

LAI SOU CHENG
市值（港元折合）
上海A股+港股+滬股
$9,041,031.00
現金
($2,889,949.28)
現金+股票

Confidential pursuant to Securities Exchange Act s.24(d).　　SEC-HKSFC-E-0000758

Xiao – X; Cat - C

    C – Miss Mai help me list the price at 17.4

    X – Sell 20000 shares of Zhong-Zu Control Stocks (60568) @ 17.40

    C - 👌

    X – Already listed 20000 shares of Zhong-Zu Control Stocks (60568) @ 17.40

    C – Suddenly rose so high….

    C - 📡 4"

    X – Yes. Listing slightly higher is better

    X – Understand, it will change

    X – Lai Sou Cheng

    Market Value (Converted at Hong Kong Dollars)

    Shanghai A Stocks + Hong Kong Stocks + US Stocks

    $9,041,031.00

    Cash

    ($2,889,949.28)

    Cash + Stocks

    (TN: Rest of text was cut off)