# EXHIBIT M

CONFIDENTIAL



Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date : 28/12/2014



中华人民共和国外交部请各国军政机关对持照人予以通行
的便利和必要的协助。

*The Ministry of Foreign Affairs of the People's Republic of China
requests all civil and military authorities of foreign countries to allow the
bearer of this passport to pass freely and afford assistance in case of need.*

| 护照 PASSPORT | 类别 / Type | 国家码 / Country Code | 护照号 / Passport No. |
|---|---|---|---|

P    CHN

姓 / Surname    郑 / ZHENG

名 / Given names    博 / BO

性别 / Sex    男 / M

出生地点 / Place of birth    湖南 / HUNAN

出生日期 / Date of birth    1986

签发地点 / Place of issue    北京 / BEIJING

签发日期 / Date of issue    17 APR 2008

有效期至 / Date of expiry    16 APR 2018

签发机关 / Authority    公安部出入境管理局    Exit & Entry Administration Ministry of Public Security

POCHNZHENG<<BO<<<<<<<<<<<<<<<<<<<<<<<<<
<<<<<06

Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date: 29/12/2014

Confidential pursuant to Securities Exchange Act s.24(d).



**招商银行** **信用卡**
CHINA MERCHANTS BANK | Credit Card

COPY

G2

温馨提示

410004
湖南省长沙市
芙蓉南路一段５７８号佳馨园８栋７０１

郑博　先生

0102567629001001　　　20150103

还款提醒
您的最晚还款日是1月3日，请勿错过您的还款期限。本期需要还款的总计金额为￥16,462.73元。

现金分期 全新登场！
信用卡现金分期，5万以内个人资金周转，没有比这更方便，无担保、无抵押、不等待，实时审核放款，最长24期分期还款，全力支持您毕业规划、培训进修、家庭装修、店铺翻新、用车保养……等各类资金需求。轻松将信用额度转至本人名下一卡通。更多额度等您来申请！



## 您的信用卡账户信息 Statement Information

| | |
|---|---|
| 账单周期 Statement Cycle | 2014/11/16-2014/12/15 |
| 到期还款日 Payment Due Date | 2015/01/03 |
| 信用额度 Credit Limit | ￥87,000 |
| 预借现金额度 Cash Advance Limit | ￥43,500 |
| 取现提示 | 设定交易密码并保持账户现金功能开通，即可在标有银联标识或卡片标识（银联、VISA、万事达、AE或JCB）的ATM机器取当地币种。若携大额人民币现金，欢迎拨办现金分期服务网站。 |
| **本期还款总额** New Balance | **￥16,462.73** |
| **本期最低还款额** Min.Payment Due | **￥8,676.30** |

账务提示　账单也能分期缴，时间金额自由选。……

★ 如果您已拥有招商银行一卡通，即可通过信用卡网上银行——还款管理——自动还款设置，申请"自动还款"功能，由银行每月于到期还款日自动为您从一卡通还款账户转账还款。

★ 欢迎使用手机还款功能。手机登录http://m.cmbchina.com，下载并登录"手机银行"客户端，即可随时查询信用卡账单、办理还款！
（目前仅支持本一卡通还款）

 招商银行信用卡，领先积分计划

当月您有2324分，还有86分就可以达到2390分换取美国旅行者洗漱包



| 富安娜聚色纯棉�American旅行者退洗包 | |
|---|---|
|  | |







登录信用卡官方客户端掌上生活或信用卡网站进行兑换，也可随拨建理"#DH#兑换码#至95555（联通、电信客户），1065795555（移动客户）进行兑换。兑换编详见卡面。限量兑换，送完即止。

| | 招行信用卡积分 |
|---|---|
| 上期余额 | 1,984 |
| ＋ 本期新增 | 340 |
| ＋ 本期调整 | 0 |
| － 本期奖励 | 0 |
| － 本期兑换总数 | 0 |
| ＝ 当期余额 | 2,324 |

温馨提示：您本期账单所查询到的积分仅截至2014年11月底，敬请留意。

SHUM WAH NIN LARRY

Certified True Copy of the Original

Sign: 29/12/2014



10元风暴　掌上来袭

掌上生活App
10元看大片・10元享美食・10元兑大礼

10元风暴即将来袭，活动期间登录招商银行信用卡掌上生活4.2.0版本，掌上生活APP交易单笔满100元或还款累计满1000元，有机会赢取10元兑双人2D/3D观影券、10元兑100元美食代金券、10元兑新秀丽拉杆箱、9积分等好礼，100%有礼。

 1 笔掌上生活4.2.0 达标交易／还款
＋
 1 次刮奖机会
＝
 2 步立获惊喜

温馨提示：
・须下载招商银行信用卡手机客户端"掌上生活"4.2.0版本方可参加。
・活动时间及详细活动内容敬请关注"掌上生活"4.2.0版本"10元风暴"活动页面。



Confidential pursuant to Securities Exchange Act s.24(d).

# 账户申请表格

中銀國際 證券有限公司
BOCI Securities Limited

A3

**中银国际证券有限公司**
香港中环花园道1号中银大厦20楼
香港中环永后大厦中181号新纪元广场18楼
中央编号：AAC298

For internal use only
Sales / RM Code: ___AEG11___
Referral Code: _____
Account No.: _____
Group ID: _____
Comm Code: _____
Account risk level:
☐ high  ☑ medium  ☐ low

## 第A部份  基本资料

账户名称 (英文)

ZHENG BO

账户号码 (适用于现有客户)

账户种类：

☑ 个人账户

☐ 联名账户 - 请注明联名账户持有人总人数 ☐

☐ 公司账户

| 账户主持有人之身份证 / 护照号码 (适用于个人 / 联名账户) | 公司注册证明书编号 (适用于公司账户) |
|---|---|
| | |

## 第B部份  需要服务种类

本人 / 吾等欲开立及维持交易账户，作为对以下产品交易之用：

☐ 现金证券　　　　　　　　　☑ 开展证券

☐ 期货 / 指数期权 / 商品期权　☐ 股票期权

☐ 杠杆式外汇买卖　　　　　　☐ 投资移民账户

☐ 其他： _____

ESR-059-C/02



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000440

## 第C部份 申请网上交易服务

### C - 1 网上证券交易服务

☑ 需要 (请继续填写余下的C - 1部份)          ☐ 不需要

☐ 本人 / 吾等愿意使用本人 / 吾等现有之网上证券账户登入名称登入本人 / 吾等新开立的证券账户。

☑ 本人 / 吾等愿意申请一个全新的网上证券账户登入名称以登入新开立的证券账户。

请提供三个网上登入名称选择 (6 - 15个数字或字母，不能加入空格和符号，例：paulchan123)

| 第一网上服务用户 | 第二网上服务用户 (联名账户必须填写，公司账户可选择性填写) |
|---|---|
| 1. zhéngbo 1986 | 1. |
| 2. | 2. |
| 3. | 3. |

### C - 2 网上期货及商品交易服务

☐ 需要          ☑ 不需要

### C - 3 网上杠杆式外汇交易服务

☐ 需要          ☑ 不需要

## 第D部份 账户操作

现有客户无须填写此部份。新增产品交易的账户运作会按现有账户设定维持不变。

### D - 1 签署安排 (只适用于联名账户)

有关决定吾等账户操作 (包括提款及资产转移) 之有效文件，吾等决定必须按照以下签署方式处理：

☐ 由任何单一方账户持有人签署          ☐ 由联名账户持有人同时签署

### D - 2 公司通讯 (只适用于证券账户)

阁下是否希望收取有关未以阁下名义登记持有但存放于香港中央结算系统内证券之公司通讯？

☑ 否

☐ 是，本人 / 吾等现授权中银国际证券有限公司，向香港中央结算有限公司及 / 或有关过户登记处披露本人 / 吾等之名称及通讯地址。本人 / 吾等承诺若该等资料有所更改时，必须立即通知中银国际证券有限公司，并知悉就此事宜中银国际证券有限公司只负责向上述机构披露本人 / 吾等之名称及通讯地址。

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-HKSFC-P-0000441

| D - 3 结单寄发 |
|---|

请选择下列 **X 中一种** 方式收取结单：

☑ 电子结单*

电子日结单及月结单将发送至阁下的基本电邮地址

☐ 额外电邮地址以收取电子结单复本（只适用于公司账户）

[                                                        ]

*倘若电邮通讯设备或其传送发生故障，中银国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止透过电邮向阁下发出结单。结单将以邮寄方式发送至阁下最后向贵司提供之通讯地址。

☐ 书面结单

日结单及月结单将以邮寄方式发送至阁下之通讯地址（就联名账户，书面结单将寄至账户主持有人之通讯地址）

语言选择：  ☐ 英文    ☑ 简体中文

| D - 4 即时交易确认短讯 |
|---|

☐ 需要

本人／吾等希望透过手提电话接收证券及／或期货及商品交易的即时确认短讯。请把即时确认短讯发送致账户主持有人已登记的香港手提电话。

☐ 证券账户（申请人须同时申请网上证券交易服务（C-1部分））

☐ 期货／商品／股票期权账户

即时交易确认短讯服务只适用于香港手提电话号码并视乎网络供应商是否提供该等服务。倘若电邮通讯设备或其传送发生故障，中银国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止向阁下发出交易确认短讯。

☑ 不需要

| D - 5 每日成交总结（只适用于公司账户） |
|---|

☐ 需要(请继续填写余下的 D - 5 部份)        ☑ 不需要

请选择下列 **X 中一种** 方式收取每日成交总结：

☐ 传真    ☑ 公司传真号码
         ☐ 额外传真号码以收取交易总结复本  [ |   | - |   | - |         | ]

☐ 电邮    ☑ 基本电邮地址
         ☐ 额外电邮地址以收取交易总结复本  [                        ]

倘若通讯设备或其传送发生故障，中银国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止向阁下发出每日成交总结。

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000442

## 第E部份 申请人之声明

### E-1 申请人确认书

于签署此账户申请表格前，敬请：

- 注意所有与本人 / 吾等通过中银国际证券有限公司进行之交易均受客户协议 (定义请参阅下文) 之条件及条款所限制；及
- 细阅已按照阁下所选择的语言 (英文或中文) 而提供予阅下的客户协议 (包括风险披露声明)，提出问题及征求独立的意见 (如阁下有此意愿)。

**(适用于新客户)**

☑ 本人 / 吾等确认已收取中银国际证券有限公司之客户协议 (包括协议所有部份及附录)、风险披露声明、客户资料声明、账户申请表格及其他与是次开户有关有关的协议及文件 (如适用) (合称「**客户协议**」) 及阅读客户协议 (包括风险披露声明) 是按照本人 / 吾等所选择的语言 (英文或中文) 而提供，并已邀请本人 / 吾等阅读该客户协议 (包括风险披露声明)，提出问题及征求独立的意见 (如本人 / 吾等有此意愿)。本人 / 吾等确认本人 / 吾等已仔细阅读、充分理解并接受载于客户协议内 (包括风险披露声明) 的所有条款和规定，并同意遵守客户协议 (包括风险披露声明) 可能会不时修改的所有条款和规定。

**(适用于现有客户)**

☐ 本人 / 吾等确认已备有早前由中银国际证券有限公司提供之客户协议 (包括协议所有部份及附录)、风险披露声明、账户申请表格及其他与是次开户有关的协议及文件 (如适用) 且中银国际证券有限公司提供一套客户协议 (包括风险披露声明) 及 / 或本人 / 吾等随时可以于中银国际证券有限公司网页内获取一套客户协议 (包括风险披露声明)。本人 / 吾等向客户协议 (包括风险披露声明) 是按照本人 / 吾等所选择的语言 (英文或中文) 而提供，并已邀请本人 / 吾等阅读该客户协议 (包括风险披露声明)，提出问题及征求独立的意见 (如本人 / 吾等有此意愿)。本人 / 吾等确认本人 / 吾等已仔细阅读、充分理解并接受载于客户协议内 (包括风险披露声明) 的所有条款和规定，并同意遵守客户协议 (包括风险披露声明) 可能会不时修改的所有条款和规定。

本人 / 吾等进一步确认及同意，若因：(一) 中银国际证券有限公司之失误而导致本人 / 吾等蒙受损失，责任赔偿将限于根据证券及期货条例成立之投资者赔偿基金规定的范围内 (如适用)；(二) 假若证券存存于中银国际证券有限公司或根据客户协议买入并于香港以外持有，本人 / 吾等便可能不能享有香港法例给予该等证券的同等保障，以及可能不能享有如同在香港持有该等证券的相同权利。

### E-2 申请人声明

就有关是次开新 / 新增账户之申请，本人 / 吾等特此授权中银国际证券有限公司使用本人 / 吾等在客户协议中所提供的资料 (包括本人 / 吾等在本申请现有账户时所提供的资料) (下称「**客户资料**」)。本人 / 吾等确认有关客户资料在任何方面均为属实、完整及正确、及对客户协议中的陈述于下述日期均为依据。中银国际证券有限公司获授权随时联络任何人，包括但不限于本人 / 吾等之银行、经纪、或任何信用机构，以求证实客户资料。

本人 / 吾等承诺如客户资料有任何变更，本人 / 吾等将尽快以书面通知中银国际证券有限公司。除非中银国际证券有限公司接收到本人 / 吾等更改有关内容的书面通知，中银国际证券有限公司有权在任何情况下完全依赖本人 / 吾等的证明及确认。

### E-3 申请人个人资料使用同意书

本人 / 吾等已仔细阅读、完全理解并同意接受并遵守载于客户协议附录一及二 (如适用) 有关个人资料 (私隐) 条例 (香港法例第486章) 的通知及声明。尤其是，

☐ 本人 / 吾等同意使用本人 / 吾等的客户资料作为与本人 / 吾等于中银国际证券有限公司开立或继续维持账户，及中银国际证券有限公司向本人 / 吾等提供金融服务有关的直接促销之用。

☐ 本人 / 吾等同意中银国际证券有限公司、其任何集团公司或其他仔细挑选之金融、保险、电信服务提供商使用本人 / 吾等的客户资料作为直接促销与本人 / 吾等于中银国际证券有限公司开立或继续维持之账户，及中银国际证券有限公司向本人 / 吾等提供金融服务无关的其他金融、保险或电讯产品 / 服务之用。

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000443

**(申请公司账户适用)**

☐ 如吾等在与中银国际证券有限公司进行业务交易过程中向中银国际证券有限公司提供或被中银国际证券有限公司所持有吾等任何
代表 (包括董事、雇员、代理、客户 (直接或间接) 或关联方) 或任何第三方的个人资料或数据，吾等承诺并声明，吾等已经获
得吾等代表的相关同意，准许中银国际证券有限公司根据客户协议附录一和附录二中所述目的和要求使用、处理、处置、分享或
转移这些资料或数据，并且吾等同意将在中银国际证券有限公司提出请求时及时向中银国际证券有限公司提供有关上述同意的证
明。

| E - 4 申请人签署 |
|---|

**个人 / 联名账户适用**

| 账户主持有人签署 | 账户第二/ 其他持有人签署 |
|---|---|
| 姓名　ZHENG BD | 姓名 |
| 日期　20/12/2014 | 日期 |

**公司账户适用**

| 签署 (公司印章 (如适用)) | 获授权人士姓名 |
|---|---|
| | 获授权人士姓名 (如有) |
| | 日期 |

---

| 只供内部使用 |
|---|

**持牌人士声明**
本人在此确认：

☑ 本人已核查上述申请人之身份证明文件或公司注册文件之原本，并见证上述申请人之签名。

☑ 账户申请人已被提供按照其所选择语言 (英文或中文) 的客户协议 (包括风险披露声明)，本人并且已邀请账户申请人阅读该客户
协议 (包括风险披露声明)、提出问题及征求独立的意见 (如账户申请人有此意愿)。

☑ 本人已向账户申请人解释，倘若账户申请人现受庸于任何从事证券及期货条例界定的受规管活动的持牌法团或注册机构，账户
申请人必须向中银国际证券有限公司提供其庸主所发出的同意书以支持此账户之申请。

| 持牌人士签署 | 持牌人士姓名　CARRY SHUM |
|---|---|
| 中央编号　AOC 348 | 日期　20/12/2014 |

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000444

# 客户资料声明 - 个人 / 联名账户



中銀國際 證券有限公司
BOCI Securities Limited

**中银国际证券有限公司**
香港中环花园道1号中银大厦20楼
香港中环皇后大道中181号新纪元广场18楼
中央编号：AAC298

## 账户类别

☑ 个人账户

☐ 联名账户（除账户主持有人外，每名账户持有人均需填写「客户资料声明 - 联名账户持有人」）

## 账户主持有人之个人资料

| 英文姓名 | 中文姓名 |
|---|---|
| ZHENG BO | 郑博 |

| 英文前用姓名 / 别名（如有） | 中文前用姓名 / 别名（如有） |
|---|---|
| | |

| 身份证 / 护照号码 | 性别 |
|---|---|
| ▓▓▓▓▓▓ | ☑ 男  ☐ 女 |

| 国籍 | 其他国籍（如适用） |
|---|---|
| 中国 | |

| 出生日期 | 出生地点 |
|---|---|
| �▓▓▓▓  1986 年 | HUNAN |

| 美国纳税人 | 英国绿卡持有人 |
|---|---|
| ☐ 是  ☑ 否 | ☐ 是  ☑ 否 |

| 住宅电话号码 | 手提电话号码 |
|---|---|
| | 86. 13507400569 |

| 传真号码 | 联络号码（电话或传真）为一个美国号码 |
|---|---|
| | ☐ 是  ☑ 否 |

基本电邮地址： 13507400569@126.com

此电邮地址将会用作账户运作、启动网上交易服务及收取账户通讯包括电子结单之用（如适用）

- 7 -

ESR-060A-C/02



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000445

住宅地址 (不接受邮政信箱)

中国湖南省长沙中芙蓉南路一段578号佳馨园8栋701

(邮政编号： )

永久地址 (如与上述不同) (不接受邮政信箱)

(邮政编号： )

住宅类别

- [✓] 与父母同住
- [ ] 自置 (无按揭)
- [ ] 按揭 / 每月供款$ _____
- [ ] 亲属楼宇
- [ ] 宿舍
- [ ] 租用 / 每月租金$ _____

就业情况

- [ ] 自雇
- [✓] 全职
- [ ] 兼职
- [ ] 现未有就业
- [ ] 退休
- [ ] 全职学生
- [ ] 家庭主妇
- [ ] 其他 (请注明) _____

| 雇主名称 | 业务性质 |
|---|---|
| 珠海中爱家智能系统有限公司 | I.T. |

| 公司电话 | 现职年期 | 职位 |
|---|---|---|
| 86 . 13507400569 | 3 | 经理 |

公司地址

珠海中香洲区银桦路102号9楼901 - 903

通讯地址

- [✓] 住址
- [ ] 永久
- [ ] 公司
- [ ] 其他 _____

与联名账户持有人的关系
(只适用于联名账户)

## 持牌 / 注册人士申报

阁下是否为证券及期货条例 (香港法例第571章) 中所定义的持牌 / 注册人士, 或持牌法团 / 注册机构 (如经纪行 / 银行等) 之雇员?

[✓] 否  [ ] 是, 请列明： _____

阁下的亲属是否中银国际集团 (包括中银国际控股有限公司及其附属公司) 之员工?

[✓] 否  [ ] 是, 请列明： 姓名 _____  关系 _____

- 8 -

ESR-060A-C/02

SEC-HKSFC-P-0000446

## 账户之最终实益拥有人

阁下是否此账户的最终实益拥有人？(此资料是根据香港证券及期货事务监察委员会所制定之「客户身份规则」要求而索取)

☑ 是    ☐ 否，请提供最终实益拥有人的详细资料：

| 英文姓名 | | 中文姓名 | |
|---|---|---|---|
| 英文前用姓名 / 别名(如有) | | 中文前用姓名 / 别名(如有) | |
| 身份证 / 护照号码 | | 性别 | ☐ 男    ☐ 女 |
| 国籍 | | 其他国籍（如适用） | |
| 出生日期　　日　　月　　年 | | 出生地点 | |
| 美国纳税人　☐ 是　☐ 否 | | 美国绿卡持有人　☐ 是　☐ 否 | |
| 联络号码 | | 联络号码（电话或传真）为一个美国号码 ☐ 是　☐ 否 | |
| 地址 | | | |

阁下、阁下之配偶或任何阁下所控制之公司 (持有35%或以上之投票权) 现时是否持有其他中银国际证券有限公司之账户？

☑ 否    ☐ 是，请提供详细资料：

| 账户名称 | | 账户号码 | |
|---|---|---|---|
| 账户名称 | | 账户号码 | |

## 申请人之银行资料

款项将根据客户的提款指示转入以下银行账户

| 银行账户 (香港)　☐ 美金　☑ 港币 | |
|---|---|
| 银行名称 | CHINA MERCHANTS BANK |
| 账户名称 | ZHENG BO |
| 账户号码 | ▨▨▨▨ 2252 |

| 银行账户 (海外) | |
|---|---|
| 银行名称 | |
| 银行地址 | |
| 账户名称 | |
| 账户号码 | 货币 |

ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).    SEC-HKSFC-P-0000447

## 申请人之财务纪录及投资经验

( 此资料是根据香港证券及期货事务监察委员会所制定之「认识你的客户要求」要求而索取)

### 收入及资产

**估计年度收入 (港元)**
- ☐ HK$200,000 以下
- ☑ HK$200,000 - HK$500,000
- ☐ HK$500,001 - HK$1,000,000
- ☐ HK$1,000,001 - HK$5,000,000
- ☐ HK$5,000,000以上
- ☐ 其他收入来源: _____

**估计资产净值 (港元) (总资产- 总负债)**
- ☐ HK$500,000 以下
- ☐ HK$500,000 - HK$3,000,000
- ☑ HK$3,000,001 - HK$5,000,000
- ☐ HK$5,000,001 - HK$30,000,000
- ☐ HK$30,000,000 以上

### 教育程度

☐ 小学　　　☐ 中学　　　☑ 大学或以上　　　☐ 其他: _____

### 账户资金来源 (可选择多项)

☐ 出售物业　　　☑ 收入储蓄 / 奖金　　　☐ 出售投资　　　☐ 退休金

☐ 投资回报　　　☐ 继承 / 馈赠　　　☐ 佣金

☐ 其他, 请注明: _____

### 投资目标及策略 (可选择多项)

☐ 保本　　　☑ 建立财富　　　☐ 投机

☐ 定期收入　　　☐ 对抗通胀　　　☐ 对冲

☐ 退休　　　☐ 子女教育基金　　　☐ 其他: _____

### 投资期限

☐ 短期 (即不足1年)　　　☑ 中短期 (即1至5年)　　　☐ 中期 (即6至10年)　　　☐ 长期 (即10年以上)

### 投资经验

| 产品 | 每年交易次数 | | | 投资经验 (年) | | | |
|---|---|---|---|---|---|---|---|
| 上市股票 | ☐ < 20 | ☐ 20 - 50 | ☑ > 50 | ☐ 无 | ☐ < 1 | ☑ 1 - 5 | ☐ > 5 |
| 债务证券 / 债券 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| 杠杆式外汇 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| 商品 / 金银 / 贵金属 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |

ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000448

| 场外结构性产品 | | | | | | | |
|---|---|---|---|---|---|---|---|
| · 保本产品 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| · 非保本产品 | | | | | | | |
| 常规衍生产品 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| 特殊衍生产品 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☐ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| 交易所买卖衍生产品 (于香港或其他地方买卖) | | | | | | | |
| · 认股权证<br>☐ 香港<br>☐ 其他交易所 (请注明)<br>_____ | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| · 牛熊证<br>☐ 香港<br>☐ 其他交易所 (请注明)<br>_____ | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| · 期货及期权合约<br>☐ 香港<br>☐ 其他交易所 (请注明)<br>_____ | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| · 股票挂钩票据 / 股票挂钩工具<br>☐ 香港<br>☐ 其他交易所 (请注明)<br>_____ | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| · 其他产品 (请注明)<br>_____<br>☐ 香港<br>☐ 其他交易所 (请注明) | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☐ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |

- 11 -

ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000449

| 投资基金 | | | | | | | |
|---|---|---|---|---|---|---|---|
| · 互惠基金 / 单位信托 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| · 对冲 / 私募基金 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| · 杠杆及特设交易所买卖基金 | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| · 其他基金 (请注明) | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ 无 | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |

其他相关投资经验：

## 申请人声明

本人兹声明在此客户资料声明内的资料均为属实、完整及正确。中银国际证券有限公司获授权随时联络任何人，包括但不限于本人之银行、经纪或任何信用机构，以求证实客户资料声明内所载之内容。

本人确认本人现时并非受雇于任何持牌法团或注册机构从事证券及期货条例（香港法例第571章）界定的受规管活动，否则本人明白本人须向中银国际证券有限公司提供本人雇主所发出的同意书书方可以于中银国际证券有限公司开立及使用本人的账户。本人并承诺如将受雇或不再受雇于任何持牌法团或注册机构从事受规管活动时，立即通知中银国际证券有限公司。

本人承诺如有任何致于此客户资料声明内的资料有任何变更，本人将尽快以书面通知中银国际证券有限公司。除非中银国际证券有限公司接收到本人更改有关内容的书面通知，中银国际证券有限公司有权在任何情况下完全依赖本人的证明及确认。

## 申请人签署
## (此签署将被视作签署式样)

| 申请人签署： | 日期： |
|---|---|
| | 20/12/2014 |

ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000450

People's Republic of China Resident Identity Card
Issued by Changsha City Public Security Bureau Yuhua Branch
Valid from August 1, 2008 to August 1, 2018

Name: Zheng Bo
Gender: Male
Ethnicity: Han Chinese
Date of birth: [redacted] 1986
Address: Apartment 101, Building 4, No. 247 Shuguang Middle Road, Yuhua District,
Changsha City
Citizen's ID number: [redacted]

Certified True Copy of the Original

······································

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date : 29 / 12 / 2014

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000437

[bilingual text]

中华人民共和国外交部请各国军政机关对持照人予以通行
的便利和必要的协助

*The Ministry of Foreign Affairs of the People's Republic of China
requests all civil and military authorities of foreign countries to allow the
bearer of this passport to pass freely and afford assistance in case of need.*

[bilingual text]



Certified True Copy of the Original

SHUM WAH NIN LARRY

SFC Licensed Person (CE No:AOL348)

Date: 29/12/2014

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000438

招商銀行 信用卡
CHINA MERCHANTS BANK  Credit Card

| | | |
|---|---|---|
| Mr. Zheng Bo<br>Apartment 701,<br>Building 8,<br>Jiaxinyuan, No. 578<br>Furong South Road<br>Section 1, Changsha<br>City, Hunan<br>Province 410004 | Friendly reminder<br>Repayment reminder<br>Your last day for repayment is Jan. 3rd. Please do not miss your repayment deadline. The total amount you need to pay during this period is RMB 16,462.73.<br>All-new cash installments!<br>Credit card cash installments. We provide the most convenient circulation of personal funds under RMB 50,000. No need for guarantee, collateral, or waiting. Funds are released after real-time examination. Make repayments in 24 installments at most to completely support you to rent an apartment after graduation, get further training or education, remodel your house, remodel your store, or fix your car....<br>You can easily transfer your credit line to your All-In-One Card. Higher credit lines are waiting for you! | Download Life in Your Hand:<br>check bills at any time, quickly make payments, accumulate and redeem points, get discounts |

[bilingual text]

您的信用卡账户信息 Statement Information

| | |
|---|---|
| 账单周期<br>Statement Cycle | 2014/11/16-2014/12/15  ✓ |
| 到期还款日<br>Payment Due Date | 2015/01/03 |
| 信用额度<br>Credit Limit | ￥87,000 |
| 预借现金额度<br>Cash Advance Limit | ￥43,500 |

Cash withdrawal reminder: By setting up transaction password and maintaining pre-borrowing cash function access, you can withdraw local currency from ATMs that show the same symbol (UnionPay, Visa, MasterCard, AE, or JCB) with your card: If withdrawing RMB in large amounts, please apply for cash installments. See our website for details.

[bilingual text]

| | |
|---|---|
| 本期应还金额<br>New Balance | ￥16,462.73 |
| 本期最低还款额<br>Min. Payment | ￥8,676.30 |

Account reminder: Bills can also be paid in installments. You can choose the time and amounts. Log into the China Merchants Bank official app, Life in Your Hand, or follow the China Merchants Bank credit card official WeChat account to apply for bill installment payments. Application approval will be based on the results of the overall credit assessment by the China Merchants Bank Credit Card Center. See our website for details on this service.

• If you already have a China Merchants Bank "All-in-One Card", then you can use the credit card online banking – repayment management – automatic repayment setting. Apply for the "automatic repayment" function. The bank will automatically transfer money from your All-in-One deposit account to your credit card on the payment day each month.

• You're welcome to use the mobile repayment function. Use your cell phone to log into http://m.cmbchina.com, and download and log into the "Mobile Banking" app. Then you can look up your credit card bills and make payments at any time! (currently, we only support repayments with our bank's All-in-One Card.)

China Merchants Bank Credit Card, the Leading Reward Point Program

You have 2324 points this month, so you only need 66 more points to reach 2390 points and get a USA toiletry bag

| Towel set<br>Points needed: 3290<br>Redeem code: 5576<br>[Description of gift] | USA toiletry bag<br>Points needed: 3290<br>Redeem code: 5679<br>[Description of gift] |
|---|---|
| Toiletry bag<br>Points needed: 4890<br>Redeem code: 5571<br>[Description of gift] | German colander<br>Points needed: 7980<br>Redeem code: 5433<br>[Description of gift] |

Log into credit card official app—Life in Your Hand—or the credit card website to redeem points. You can also send a text with the message "#DH#redeemcode" to 95555 (Unicom and China Telecom customers) or 1065795555 (China Mobile customers) to redeem points. See our website for details of redeeming points and deadlines.

| | China Merchants Bank points |
|---|---|
| Balance carried over | 1,984 |
| New points this period | 340 |
| Adjustments this period | 0 |
| Rewards this period | 0 |
| Total points redeemed this period | 0 |
| [illegible] | 2,324 |

Friendly reminder: The points that can be seen on this period's bill are as of the end of November 2014. Please be aware of this.

| | |
|---|---|
| Get a Surprise for RMB 10: Life in Your Hand app | [handwriting:] ["Dec. 29. 2014"]<br>During this promotion, you can get a voucher for two 2D or 3D movie tickets for RMB 10 by making a purchase that is at least RMB 100 or by making a payment that is at least RMB 1000 through using the China Merchants Bank "Life in Your Hand" app version 4.2.0. Or you can get a RMB 100 restaurant gift card for 10 RMB, get luggage for RMB 10, or get a gift for 9 points. Everyone can have a prize.<br>1 purchase or payment on Life in Your Hand + 1 chance to win a prize = 2 steps to get a surprise gift<br>Friendly reminder:<br>• You must download the China Merchants Bank Life in Your Hand mobile app version 4.2.0 to be able to participate.<br>• The event period and details can be found on the Bank Life in Your Hand mobile app version 4.2.0 "Get a surprise for RMB 10" promotion page. |

SEC-HKSFC-P-0000439



**A3**

Account Application Form

**BOCI Securities Limited**
20/F, Bank of China Tower, 1 Garden Road, Central, Hong Kong
18/F, Grand Millennium Plaza, 181 Queen's Road Central, Central, Hong Kong
Central number: AAC298

For internal use only
Sales / RM Code: AEGLL
Referral Code: _____
Account No.: _____
Group ID: _____
Comm Code: _____
Account risk level:
☐ high   ☑ medium   ☐ low

Part A: Basic information

| Account name (English) |
|---|
| Zheng Bo |
| Account number (applicable for existing customer) |

| Type of account: |
|---|
| ■ Personal account |
| ☐ Joint account – Indicate the total number of account holders for joint account |
| ☐ Company account |

| Main account holder's ID number / passport number (applicable for personal/joint account) | Company's registration certificate number (applicable for company account) |
|---|---|
| ████████ | |

Part B: Type of services needed

| The reason why I/we plan to open this account is to conduct trades for following types of products: |
|---|
| ☐ Cash securities          ■ Margin securities |
| ☐ Futures/index options/commodity options          ☐ Stock options |
| ☐ Leveraged foreign exchange trading          ☐ Investment-based immigration account |
| ☐ Other: _____ |

- 7 -                    ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-HKSFC-P-0000440

Part C: Application for online trading services

C-1 Online securities trading services
■ Needed (please fill out the rest of section C-1) □ Not needed

□ I/we intend to use my/our current online securities account login name to log into my/our new securities account.
■ I/we intend to apply for a new online securities account login name to log into the new securities account.

Please provide three choices for your online account login name. (6-15 numbers or letters, with no spaces or symbols, such as: paulchan123)
[handwriting:] ["English + Number"]

| First online services user | Second online service user (required for joint account, optional for company account) |
|---|---|
| 1. zhengbo1986 | 1. |
| 2. | 2. |
| 3. | 3. |

C-2 Online futures and commodities trading services
□ Needed ■ Not needed

C-3 Online leveraged foreign exchange trading services
□ Needed ■ Not needed

Part D: Account operation
Existing customers do not have to complete this portion. Account operation for new product trading will follow the setting of the existing account without changes .

D-1 Signature arrangement (only applicable for joint account)
As for valid documents that can determine our account operation (including withdrawal and asset transfer), we have decided that they should be handled according to the following form of signature:
□ Signature from any of the account holders □ Signatures from joint account holders

D-2 Company communications (only applicable for securities accounts)
Do you wish to receive company communications about securities that are not registered under your name but that are placed in the Hong Kong central clearing system?
■ No
□ Yes, I/we authorize BOCI Securities Limited to disclose my/our name and address to the Hong Kong Securities Clearing Company Limited and/or related share registrars. I/we pledge that if there is any change to this information, then I/we will immediately notify BOCI Securities Limited of this. Regarding this matter, I/we also know that BOCI Securities Limited is only responsible for disclosing my/our name and address to the abovementioned organizations.

ESR 059-C202

Confidential pursuant to Securities Exchange Act s 24(d).     SEC-HKSFC-P-0000441

D-3 Statement mailing

Please select one of the following options for receiving statements:

■ Electronic statements*

Electronic daily statements and monthly statements will be sent to your main email address.

□ Additional email address to receive a copy of electronic statements (only applicable for company account)

*If there is a failure in electronic communications equipment or transmission channels, then BOCI Securities Limited reserves the right to suspend or terminate the delivery of your statements via email to you at any time and without prior notice, and statements will be sent via postal mail to the address you have most recently provided to us.

□ Printed statements

Daily and monthly statements will be sent to your address via postal mail (for joint account, printed statements will be sent to the address of the main account holder)

Language selection: □ English ■ Simplified Chinese

D-4 Instant trade confirmation text messages

□ Needed

I/we wish to receive instant confirmation text messages for securities and/or futures and commodities trades sent to a mobile phone number. Please send instant confirmation text messages to the Hong Kong mobile phone number that has already been registered by the main account holder.

□ Securities account (Applicant must also apply for online securities trading services (Part C-1))

□ Futures/commodities/stock options account

The instant trade confirmation text message service is only applicable for Hong Kong mobile phone numbers and depends on whether or not network service provider offers this service. If there is a failure in electronic communications equipment or transmission channels, then BOCI Securities Limited reserves the right to suspend or terminate the delivery of trade confirmation text messages to you at any time and without prior notice.

■ Not needed

D-5 Daily Transaction Summary (only applicable for company account)

□ Needed (please fill out the rest of section D-5)   ■ Not needed

Please select one of the following options for receiving daily transaction summary:

□ Fax        ■ Company's fax number
             □ Additional fax number to receive a copy of daily transaction summary

□ Email      ■ Main email address
             □ Additional email address to receive a copy of daily transaction summary

If there is a failure in electronic communications equipment or transmission channels, then BOCI Securities Limited reserves the right to suspend or terminate the delivery of daily transaction summary to you at any time and without prior notice.

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000442

Part E: Applicant's statement

E-1 Applicant's confirmation letter

Before signing this account application, please read the following information:
• Please note that all trades completed by or conducted through BOCI Securities Limited are restricted by the terms and conditions listed in the customer agreement (please see below for definitions); and
• Please carefully read the customer agreement (including the risk disclosure statement) provided to you with the language you have selected (English or Chinese), present any question, or seek independent advice (if you wish to do so).

(Applicable for new customer)
■ I/we confirm that I/we have received the customer agreement (including all parts and appendices of the agreement), risk disclosure statement, customer's information statement, account application form, and other agreements and documents related to the opening of this account (if applicable) (collectively referred to as the "customer agreement") from BOCI Securities Limited and also confirm that the customer agreement (including the risk disclosure statement) is provided to me/us with the language I/we have selected (English or Chinese). Besides, I/we confirm that I /we have been asked to carefully read the customer agreement (including the risk disclosure statement), present any question, and seek independent advice (if I/we wish to do so). I/we confirm that I/we have carefully read, fully understood, and also accept all the terms and conditions in the customer agreement (including the risk disclosure statement) and also agree to abide by all the terms and rules of the customer agreement (including the risk disclosure statement) that may be revised from time to time.

(Applicable for existing customer)
□ I/we confirm that I/we already have the customer agreement (including all parts and appendices of the agreement), risk disclosure statement, customer's information statement, account application form, and other agreements and documents related to the opening of this account (if applicable) provided by BOCI Securities Limited (collectively referred to as the "customer agreement") and that there is no need to provide another copy of the customer agreement (including the risk disclosure statement) to me/us. I/we understand that I/we have the right to require BOCI Securities Limited to provide another copy of the customer agreement (including the risk disclosure statement) at any time and/or that I/we can obtain another copy of the customer agreement (including the risk disclosure statement) from the website of BOCI Securities Limited at any time. I/we confirm that the customer agreement (including the risk disclosure statement) is provided with the language I/we have selected (English or Chinese), and I /we have been asked to carefully read the customer agreement (including the risk disclosure statement), present any question, and seek independent advice (if I/we wish to do so). I/we confirm that I/we have carefully read, fully understood, and also accept all the terms and conditions in the customer agreement (including the risk disclosure statement) and also agree to abide by all the terms and rules of the customer agreement (including the risk disclosure statement) that may be revised from time to time.
I/we further confirm and agree that: (1) if an error made by BOCI Securities Limited leads to any loss faced by me/us, then compensation liability will be limited to the scope

specified by investor compensation rules in the Securities and Futures Ordinance (if applicable); and (2) if the securities are placed with BOCI Securities Limited or are bought and held outside of Hong Kong according to the customer agreement, then I/we may not be able to enjoy equal protection granted by Hong Kong laws to these securities and may not be able to enjoy the same rights as those holding similar securities in Hong Kong.

E-2 Applicant's statement

Regarding this application for a newly opened/added account, I/we hereby authorize BOCI Securities Limited to use the information provided in my/our customer agreement (including the information I/we have provided in the application for existing account) (hereinafter referred to as the "customer's information"). I/we confirm that related customer's information in all areas is true, complete, and accurate and that the statements made in the customer agreement are accurate before the following date. BOCI Securities Limited is authorized to contact anyone at any time, including but not limited to my/our bank, broker, or any credit organization, to verify customer's information.

I/we pledge that if there is any change to customer's information, then I/we will notify BOCI Securities Limited in writing as soon as possible. Unless BOCI Securities Limited receives my/our written notice of the changes to related contents, BOCI Securities Limited has the right to fully rely on my/our attestations and confirmations under any circumstances.

E-3 Consent to use applicant's personal information

I/we have carefully read, fully understood, and also agree to accept and abide by the notice and declaration in Appendix 1 and Appendix 2 of the customer agreement (if applicable) regarding Personal Information (Privacy) Ordinance (Hong Kong Cap. 486). In particular:

☐ I/we agree to use my/our customer's information for the purpose of opening or maintaining an account with BOCI Securities Limited and for the purpose of direct marketing of the financial services provided by BOCI Securities Limited to me/us.

☐ I/we agree that BOCI Securities Limited, any of its companies, or other carefully selected financial, insurance, or telecom service providers can use my/our customer's information for direct marketing of other financial, insurance, and telecom products that are not related with the account I/we have opened with BOCI Securities Limited and the financial services BOCI Securities Limited provides to me/us.

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000443

(Applicable for company account application)

□ If we provide personal information or data of any of our representatives (including board members, employees, agents, customers (direct or indirect), or related parties) or any third party to BOCI Securities Limited in the process of conducting business and trades with BOCI Securities Limited or if this information or data is held by BOCI Securities Limited, then we pledge and declare that we have obtained related consent letters from our representatives and allow BOCI Securities Limited to use, process, handle, share, or transfer this information or data according to the purposes and requirements listed in Appendix 1 and Appendix 2 of the customer agreement. We also agree to promptly provide the evidence of the aforesaid consent letters to BOCI Securities Limited when requested by BOCI Securities Limited.

E-4 Applicant's signature

Applicable for personal/joint account

| Signature of main account holder [signature:] ["Zheng Bo"] | Signature of second/other account holder |
|---|---|
| Name Zheng Bo | Name |
| Date: Dec. 29, 2014 | Date: |

Applicable for company account

| Signature (company seal (if applicable)) | Name of authorized person |
|---|---|
| | Name of other authorized person (if applicable) |
| | Date |

For internal use only

Declaration of licensed person

I hereby confirm that:

■ I have already checked the original copy of the identity document or company registration document of the abovementioned applicant, and I also have seen the abovementioned applicant signing his/her name.

■ Account applicant has already been provided with the customer agreement (including the risk disclosure statement) with the language of his/her choice (English or Chinese), and I also have asked the account applicant to read this customer agreement (including the risk disclosure statement), present any question, and seek independent advice (if the account applicant wishes to do so).

■ I have already explained to account applicant that if account applicant is currently employed by any licensed corporation or registered institution to undertake the activities regulated by the Securities and Futures Ordinance, then account applicant must provide BOCI Securities Limited a consent form from their employer to support the application for this account.

| Signature of licensed person [signature:] [illegible] | Name of licensed person Larry Shum |
|---|---|
| Central number AOL348 | Date Dec. 29, 2014 |

Confidential pursuant to Securities Exchange Act s.24(d).



中銀國際 證券有限公司
BOCI Securities Limited

Customer's information statement – personal/joint account

BOCI Securities Limited
20/F, Bank of China Tower, 1 Garden Road, Central, Hong Kong
18/F, Grand Millennium Plaza, 181 Queen's Road Central, Central, Hong Kong

Account type
■ Personal account
□ Joint account (except for main account holder, all other account holders are required to
fill out "customer's information statement – personal/joint account")
Main account holder's personal information

| English name<br>Zheng Bo | Chinese Name<br>Zheng Bo |
|---|---|
| Former English name (if any) | Former Chinese name (if any) |
| ID/passport number | Gender<br>■ Male □ Female |
| Nationality<br>Chinese | Other nationality (if applicable) |
| Date of birth<br>1986 | Place of birth<br>Hunan |
| U.S. taxpayer?<br>□ Yes ■ No | U.S. Green Card holder?<br>□ Yes ■ No |
| Home phone number | Mobile phone number<br>86-13507400569 |
| Fax number | Is contact number (phone or fax) a U.S.<br>number?<br>□ Yes ■ No |

Main email address: 13507400569 @126.com [handwriting:] ["Number"]
This email address will be used for operating the account, setting up online trading
services, and receiving account notices, including electronic statements (if applicable).

- 7 -
ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000445

| Home address (post office box is not accepted here) Apartment 701, Building 8, Jiaxinyuan Sub-Community, No. 578 Furong South Road Section 1, Changsha City, Hunan Province, China | | | (Postal code: ____ ) |
|---|---|---|---|
| Permanent address (if different from address above) (post office box is not accepted here) | | | (Postal code: ____ ) |
| Residence type: ■ Living with parents | □ Self-purchased (no mortgage) | □Mortgage / monthly amount $____ | |
| □ Relative's building | □ Dormitory | □ Renting / monthly rent: $____ | |
| Employment situation: □ Self-employed | ■ Full-time | □ Part-time | □ Currently unemployed |
| □ Retired | □ Full-time student | □ Housewife | □ Other (explain) |

| Name of employer [illegible handwriting Bo] Zhuhai City Aijia Smart Airflow Co., Ltd. | Type of business IT | |
|---|---|---|
| Company's phone number 86-13507400569 | Years of service with current employer 3 | Position Manager |
| Company's address 901-903, 9/F, No. 102, Yinhua Road, Xiangzhou District, Zhuhai City | | |
| Correspondence address ■ Home □ Other | □ Permanent | □ Company |
| Relationship with joint account holder (only applicable for joint account) | | |

License Holder / Registrant Application

| Are you a licensee/registrant or an employee of a licensed corporation / registered institution (such as brokerage or bank) as defined in the Securities and Futures Ordinance (Hong Kong Cap. 571)? ■ No □ Yes, please explain: Do you have any relative who is an employee of BOCI Securities Limited (including BOCI Holdings and the company's subsidiaries)? ■ No □ Yes, please explain:   Name:                Relationship: |
|---|

- 8 -

ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000446

Account's ultimate beneficiary

| Are you the ultimate beneficiary of this account? (This information is required in accordance with the requirements of the "Customer Identity Rules" set by the Hong Kong Securities and Futures Commission. ■ Yes □ No, please provide detailed information about ultimate beneficiary: | |
|---|---|
| English name | Chinese name |
| Former English name/other name (if any) | Former Chinese name/other name (if any) |
| ID/passport number | Gender<br>□ Male □ Female |
| Nationality | Other nationality (if applicable) |
| Date of birth | Place of birth |
| U.S. taxpayer?<br>□ Yes  □ No | U.S. Green Card holder?<br>□ Yes □ No |
| Home telephone number | Mobile phone number |
| Contact number | Is contact number (phone or fax) a U.S. number?<br>□ Yes □ No |
| Address | |
| Do you, your spouse or any company controlled by you (you hold 35% of equity or more) currently hold other BOCI Securities accounts?<br>■ No  □ yes, please provide details | |
| Account name | Account number |
| Account name | Account number |

Applicant's bank information

| Payments will be transferred to the following bank account according to the customer's withdrawal instructions. | |
|---|---|
| Bank account (Hong Kong) ■ USD ■ HKD | |
| Bank name: China Merchants Bank | |
| Account name: Zheng Bo | Account number: 2232 |
| Bank account (overseas) | |
| Bank name | |
| Bank address | |
| Account name | |
| Account number | Currency |

- 9 -                                                         ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).                              SEC-HKSFC-P-0000447

Applicant's financial record and investment experience

| (This information is required according to "Understanding Your Customer's Requirements" set by the Hong Kong Securities and Futures Commission. |
| --- |

| Income and assets | |
| --- | --- |
| Estimated annual income (in HKD) | Estimated net assets (in HKD) (total assets – total debts) |
| □ Less than HK$200,000<br>■ HK$200,000 to HK$500,000<br>□ HK$500,001 to HK$1,000,000<br>□ HK$1,000,001 to HK$5,000,000<br>□ Higher than HK$5,000,000<br>□ Other source of income:_____ | □ Less than HK$500,000<br>□ HK$500,000 to HK$3,000,000<br>■ HK$3,000,001 to HK$5,000,000<br>□ HK$5,000,001 to HK$30,000,000<br>□ Higher than HK$30,000,000 |

| Education level | | | |
| --- | --- | --- | --- |
| □ Primary school | □ Middle school | ■ College or higher | □ Other: _____ |

| Source of account funds (can choose more than one option) | | | |
| --- | --- | --- | --- |
| □ Sale of property | ■ Income savings / rewards | □ Sale of investment | □ Retirement funds |
| □ Return on investment | □ Inheritance / gifting | □ Commission | |
| □ Other, please explain: _____ | | | |

| Investment goal and strategy (can choose more than one option) | | |
| --- | --- | --- |
| □ Capital preservation | ■ Wealth accumulation | □ Profiting |
| □ Fixed income | □ Protection against inflation | □ Hedging |
| □ Retirement | □ Educational fund for children | □ Other: _____ |

| Investment term | | | |
| --- | --- | --- | --- |
| □ Short-term (less than one year) | ■ Short-term to mid-term (one to five years) | □ Mid-term (six to 10 years) | □ Long-term (more than 10 years) |

| Investment experience | | |
| --- | --- | --- |
| Product | Number of trades annually | Investment experience (years) |
| Listed stocks | □ <20 □ 20-50 ■ >50 | □ None □ <1 ■ 1-5 □ >5 |
| Debt securities/Bonds | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5 □ >5 |
| Leveraged foreign exchange | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5 □ >5 |
| Commodities/Gold and silver/Precious metals | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5 □ >5 |

ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000448

| Over-the-counter structural products | | |
|---|---|---|
| • Capital preservation products | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5  □ >5 |
| • Non capital preservation products | | |
| Conventional derivatives | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5  □ >5 |
| Special derivatives | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5  □ >5 |
| Derivative products traded at exchange (transactions in Hong Kong or other places) | | |
| • Warrants<br>□ Hong Kong<br>□ Other exchanges (please explain) | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5  □ >5 |
| • Callable bull/bear contracts<br>□ Hong Kong<br>□ Other exchanges (please explain) | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5  □ >5 |
| • Futures and futures contracts<br>□ Hong Kong<br>□ Other exchanges (please explain) | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5  □ >5 |
| • Equity-linked note/equity-linked instrument<br>□ Hong Kong<br>□ Other exchanges (please explain) | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5  □ >5 |
| • Other products<br>□ Hong Kong<br>□ Other exchanges (please explain) | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5  □ >5 |

- 11 -

ESR-080A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000449

| Investment funds | | |
|---|---|---|
| • Mutual fund/unit trust | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5 □ >5 |
| • Hedge fund / privately offered fund | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5 □ >5 |
| • Leveraged and special exchange-traded fund | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5 □ >5 |
| Other funds (please explain) | □ <20 □ 20-50 □ >50 | ■ None □ <1 □ 1-5 □ >5 |
| Other related investment experience: | | |

Declaration of applicant

I hereby declare that all the information in this customer's information statement is true, complete, and accurate. BOCI Securities Limited is authorized to contact anyone at any time, including but not limited to my bank, broker, or any credit organization, with the purpose of verifying the content recorded in the customer's information statement.

I confirm that currently, I am not employed by any licensed corporation or registered institution to undertake activities regulated by the Securities and Futures Ordinance (Hong Kong Cap. 571). Otherwise, I understand that I must provide a consent form from my employer to BOCI Securities Limited to prove that I am allowed to open an account with BOCI Securities Limited and use this account. I also pledge that if I will be employed or won't be employed by a licensed corporation or registered institution to conduct regulated activities, then I will immediately notify BOCI Securities Limited of that.

I pledge that if there is any change to the information recorded in this customer's information statement, then I will notify BOCI Securities Limited of this in writing as soon as possible. Unless BOCI Securities Limited receives my written notice about the change to related content, BOCI Securities Limited has the right to fully rely on my proof and confirmation under any circumstances.

Applicant's signature
(This signature will be regarded as sample of signature)

| Applicant's Signature: | Date: |
|---|---|
| [signature:] ["Zheng Bo"] | Dec. 29, 2014 |

ESR-060A-C/02

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-HKSFC-P-0000450



**STI**

# CERTIFICATION

This is to certify that the attached <u>English</u> language documents are true and accurate translations of the original <u>Chinese</u> language documents to the best of our knowledge and belief. The documents are identified as below:

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

"_HO_01_00108345",                    "_HO_01_00109413",

"_HO_01_00109414"

Executed this <u>28</u>th day
of <u>June, 2016</u>

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com