# EXHIBIT N



COPY  Appendix 7



招银国际证券有限公司("招银证券")
**CMB International Securities Limited ("CMBIS")**

| 账号 Account No.: 2716 | 户口生效日 Effective Date: 31 JUL 2014 | 客户主任 Name of AE: //-0 |

### 客户资料表格(个人账户) Client Information Form (Individual)

请在签署本表格前仔细阅读现金/保证金客户协议书和相关的文档
**Please read carefully before signing this form of cash/margin client agreement and related documents**

注意: 本客户资料表需附上: 1. 有效身份证明文件(如: 身份证、护照或通行证副本)

　　　　　　　　　　　(如欲认证认人认证客户,须提供两份不同类别的身份证明文件);

　　　　　　　　　 2. 住宅地址证明(如: 3 个月内的水电费单、银行结单)。

Note: this table of client data must submit:

1. Valid proof of identity (such as a Identity Card, Passport or Travel Pass copy)

(Certified clients should provide two different types of identification documents);

2. Proof of residential address (example: utility bill in last 3 months, bank statement).

### 1.　账户类别 Account Type

| ☑现金账户 Cash Account | ☐保证金账户 Margin Account | ☐投资移民现金账户 CIES Account |
|---|---|---|

您是否需要开通港股以外的其他证券交易? ☐ 否。 ☑ 是, 请说明?

☐ 中国 B 股　☑ 美国股票　☐ 加拿大股票　☐ 基金、债券及场外衍生产品

Do you need to open securities trading account other than trading Hong Kong stocks? ☐ No. ☑ Yes, please state:

☐ China B-Shares　☑ United States Stocks　☐ Canada Stock　☐ Funds, Bonds and Over-the-Counter Derivatives

### 2.　个人资料 Personal Information

| ☑ Mr. 先生<br>☐ Miss. 小姐<br>☐ Mrs. 夫人 | 中文姓名 Name in Chinese:<br><br>郑博 | 身份证明文件类别: ☑ 身份证　☐ 护照<br><br>☐ 其他 (请注明): _____<br>Identity document types : ☐ ID card　☐ Passport<br>☐ Others (Please specify): _____ |
|---|---|---|
| | 英文姓名 Name in English:<br><br>Zheng　Bo | 身份证明文件号码 ID/ Passport No.: |
| | 出生日期 Date of birth: 1986 | 出生地点 Place of birth: 长沙 | 国籍 Nationality: 中国 |

教育程度 Education level:　☐小学 Primary　☐中学 Secondary　☐大专 Post-secondary　☑大学或以上 Degree holder or above

阁下是否美国公民或就税务目的而言的居民? Are you a U.S. citizen or a U.S. tax resident?　☐ 是 Yes　☑ 否 No

住宅地址 Residential address: 长沙市天心区新开铺街道湘江社区笑塘南路一段5万号佳馨园小区8栋701房

办公室地址 Business address: 长沙市八一路冲银大厦10楼

电子邮箱 E-mail address: 13507400569@126.com | 手提电话 Mobile: 13507400569

住宅电话 Tel. No.:0731-85775670 | 办公室电话 Tel. No.(Office): | 办公室传真 Fax No. (Office):

邮寄方式 (仅选其一, 所有通讯包括客户结算单将寄往): ☑ E-mail address 电子邮箱(推荐) ☐Residential address 住宅地址
☐Business address 办公室地址　☐ Others 其它: _____

By mail (all communications, including client statements will be sent, choose one only):

如选以电子邮箱收件, 请同时签署后部"客户同意书面电子通讯"部分

if select to E-mail, please also sign on Client's Consent (Electronic Communication)

CMBIS/AccountOpeningForm_individual/6/2014/v-

1

Confidential pursuant to Securities Exchange Act s.24(d).



招银国际
CMB INTERNATIONAL

| 香港银行数据记录（只用于客户本人同名的香港银行账户存款）Hong Kong banking Accounts (bank accounts under client name) |
| 银行名称 Name of Bank / 户口号码 Account No. 1: ~~光大行~~ / ~~_____~~ 2232 |
| 银行名称 Name of Bank / 户口号码 Account No. 2: _____ / _____ |

| 开户目的 Purpose of Account Opening |
| ☑投资 Investment - □其他（请注明）Others (Please specify): _____ |
| 资金来源 Sources of fund |
| ☑本人资产 Assets  □借款 Loans  □其他（请注明）Others (Please specify): _____ |

**3. 电子服务申请 Application for Electronic Service**

您是否需要开通网上交易服务？Do you need online trading service?

港股 Hong Kong stocks: ☑是 Yes.  □否 No.

美股 US stocks: ☑是 Yes.（如申请，需另填写《美股网上交易申请》表格. If Yes , please fill in US Stock Electronic Online Trading Services Application Form ）

（账户号码及密码，可选择以下一种方式收取）(Client account code and password receiving method, please choose one only)

□电邮地址 E-mail address: _____

□邮寄地址 Mailing address: _____

您是否需要开通银证转账服务 Do you require internet trading services？ ☑No 否  □ Yes 是,

指定转账银行账户数据 Information of Designed Transfer Banking Account:

招商银行香港分行 China Merchants Bank Hong Kong Branch  银行账号号码 Account Number _____ 2232

**4. 财务资料简要 Financial Information**

| 公司名称 Name of Company: | 行业 Occupation: | 职位 Position: | 服务年数 Years of service: |
|---|---|---|---|
| 彭�877美堉中小企业投资担保有限公司 | 金融类 | 总经理助理 | 3 |

每年总收入 Annual income:  □ below $200,000 或以下  ☑ $200,001 至 $500,000

□ $500,001 至 $1,000,000  □ $1,000,001 or above 或更多

资产净值 Total Asset: _____ 200万

| 住屋 Residential Status: |
| ☑自置物业 Owned Property  □按揭物业 Mortgaged  □租用物业 Rented  □宿舍 Quarters |
| □其它 Others: _____ |

**5. 投资经验及目的 Investment Experience and Objective**

投资经验 Investment Experience: □没有 Nil  ☑有 Yes, 年资 Years of Experience 1

投资种类 Investment Category: ☑证券 Stock  □认购权证 Warrants  □期权 Options  ☑期货 Futures

□其它 Others _____

投资目的 Investment Objective: ☑资本增值 Capital gains  □股息回报 Dividends-returns  □对冲 Hedging  □投机 Speculation

□其它 Others _____

**6. 账户最终权益拥有人身份 Ultimate Beneficial Owner**

| 阁下是否此账户的最终受益人 Are you the ultimate beneficial owners of this Account? ☑是 Yes  □否 |
| 若不是，该账户的最终受益人情况如下 No，if not, please provide the ultimate beneficial owner details as follows: |
| 姓名 Name: _____  身份证/护照/签发地 ID/ Passport/ Issuing country: _____ / _____ |
| 电话 Tel. No.: _____  地址 Address: _____ |
| 最终受益人是否美国公民或就税务目的而言的居民 □是 ☑否 |
| Ultimate beneficial owners are U.S. citizen or a U.S. tax resident. □Yes  □No |

CMBIS/AccountOpeningForm_individual/62014/sc

2

Confidential pursuant to Securities Exchange Act s.24(d).


招银国际
CMB INTERNATIONAL

**7.** 就此帐户进行交易的最终负责发出指示人士的身份 (若与账户最终权益拥有人相同，则不用填写此栏)

**Please provide details of the person ultimately responsible for giving instructions for the Account if they are different from the above information** (please ignore this column, if same as the account holder)

| | |
|---|---|
| 姓名 Name: _____ | 身份证/护照/签发地 ID/ Passport/ Issuing country: _____ / _____ |
| 电话 Tel. No.: _____ | 地址 Address: _____ |

"如填写此栏，需另外填写《授权第三者操作账户授权书》表格，而且要提供被授权人的身份证明文件。

Please complete the following form and provide the identity documents of the authorized person

**8.** 相关身份披露 **Disclosure of Identity**

i) 阁下，此账户最终权益拥有人及/或就此帐户进行交易的最终负责人士，是否是香港证监会的持牌或注册人士，或任何持牌法团或注册
机构的董事或职员？ Is Client a director or an employee of a person registered or licensed with HK Securities and Futures Commission?

   ☑不是 No     ☐是 Yes，牌牌或注册人名称/中央编号 Name/CE No. : _____ / _____

ii) 阁下是否招商银行的雇员 Are you an employee of China Merchants Bank?

   ☑不是 No     ☐是 Yes

iii) 阁下是否招银国际集团的雇员 Are you an employee of CMBI Group?

   ☑不是 No     ☐是 Yes

iv) 阁下是否招银国际集团雇员的亲属 Are you related to any employee of CMBI Group?

   ☑不是 No     ☐是 Yes，　Name and relation 雇员姓名及关系 _____

**9.** 客户同意书(电子通讯)　**Client's Consent (Electronic Communication)**

本人/吾等，以下签署之客户，兹此同意贵公司通过电子通讯向本人/吾等以本人/吾等于下列所指定之电子邮箱地址发放发单据，交易确认文件及其它通讯（该等通讯）。I/We the undersigned client, hereby consent to the Company providing all notices, statements, trade confirmations and other communications by the Company to me/us through electronic communication and I/We hereby request instruct and authorize the Company to transmit, release and send all notices, statements, contract notes, trade confirmations and other communications (the "Communications") to me/us at my/our designated e-mail address as specified below.

本人/吾等指定电子邮箱地址 My/our Designated E-mail Address: ___135074005690 126.com___

本人/吾等确认及接受通过电子通讯的风险，包括但不限于载于现金/保证金客户协议中所列的风险。并同意及承诺免除贵公司因贵公司通过电子服务提供该等通讯而令本人/吾等产生、蒙受及/或承受的一切亏损、损失、利息、费用、开支、法律诉讼、付款要、索偿等等的责任。本人/吾等明白本人/吾等只可从邮寄账单或经电子通讯选择其一，一经选用电子通讯，本人/吾等将不会收到邮件形式或发文之成交单及月结单。本人/吾等亦须遵用电子通讯期间，本人/吾等将第一时间通知贵公司有关本人/吾等电子邮箱地址的变更。假若贵公司寄发电子账单后连续两次收到错误之通讯，贵公司可选择以邮寄形式取代电子通讯。如本同意书中、英文本之解释或意思有不相同，客户同意以英文本为准。　贵公司已同本人/吾等解释本同意书，本人/吾等声明本人/吾等完全明白本同意书之内容。I/We, acknowledge and accept the risks of receiving the Communications via electronic communications, including but not limited to the risks as set out in the Cash / Margin Client Agreement and agree and undertake to hold the Company harmless from and against all losses, damages, interests, costs, expenses, actions, demands, claims or proceedings of whatsoever nature which I/We may incur, suffer and/or sustain as a result of the Company's provision of Communications via electronic communication. I/We understand I/We can only choose either receiving the Account statement via physical mail or via electronic communication. Once choosing electronic communication service, I/We will not receive and physical Account statement by mail. I/We undertake to notify the Company of any change in my/our email address. If the Company got two successive messages in relation to failure of sending the statement to my/our email address electronically, the Company has the right to send the statement to me/us via physical mail instead. In the event of any difference in interpretation or meaning between the English and Chinese version of this Consent, the Client agrees that the English version shall prevail.

| | | |
|---|---|---|
| X ___(signature)___ | ___郑博___ | ___30/7/14___ |
| **Signature 客户签名** | **Name 客户姓名** | **Date 日期** |

**Confidential pursuant to Securities Exchange Act s.24(d).**　　　　　　　　**SEC-HKSFC-P-0000177**



招银国际
CMB INTERNATIONAL

**10. 声明**

本人在此确认在客户数据表格所提供的数据全部为真实、完整和正确，以及附上的协议中的陈述均属准确。除非招银国际接到更改有关本数据表格内容的书面通知，否则招银国际可完全依赖这些资料及陈述做一切用途。客户授权招银国际可随时联络任何人包括客户的银行、经纪或任何信贷机构等，核实本数据表内的资料及陈述。I/We confirm and represent that the information on this Client Information Form is true, complete and correct and that the representations in the attached agreement are accurate. CMB International Securities Limited (The Company) is entitled to rely fully on such information and representations for all purposes, unless it receives notice in writing of any change. The Company is authorized at any time to contact anyone, including client's banks, brokers or any credit agency, for the purpose of verifying the information provided on this Client Information Form.

根据 FATCA 或相关当地法律，本人同意向招银国际披露我的个人资料到美国或适用的当地监管机构或税务机关，并在必要时为符合 FATCA 或适用的当地法律。Pursuant to FATCA or applicable local laws, I hereby consent to the Company to report my personal data to the U.S. or applicable local regulators or tax authorities where necessary in order to comply with FATCA or applicable local laws.

本人/吾等为下述签署客户,已阅读过、明白及接受贵公司附上的客户协议书（该协议书）(内含风险披露声明) 及个人资料收集声明书，并已获展示客户协议书内中英文本的风险披露声明及获以下职员按照本人/吾等所选择的语言解释明白；及已获邀阅读该风险披露声明、提出问题及征求独立的意见(如本人/吾等有此意愿)。（该客户签署式样亦被用作核证任何账账户运作之书面指示）I/We, the undersigned Client, acknowledge and confirm that I/We have read and understood and accepted the provisions of the Client Account Agreement, including (inter alia) the Risk Disclosure Statement and Personal Data Protection Statement. I/We have been referred to the Risk Disclosure Statement in the Client Account Agreement in both English and Chinese and have been explained by a staff named below in a language of my/our choice and that I am /We are invited to read the Risk Disclosure Statement, ask questions and take independent advice if I/We wish.

X _____   _____   30/7/14
**客户签名 Signature**            **客户姓名 Name**            **日期 Date**

---

**11  见证人 Witness**

见证人的见证 Witness:   本人已见证及验证上述客户之签署及有关其身份证明文件之正本

I, the undersigned, have witnessed the signature and inspected the original identity document of the above-named client

见证人签署 Witness Signature: _____ X   日期 Date: ____30/7/14____

见证人姓名 Name of Witness: ____Lam Ka Yan____   见证人职业 Occupation: ____ORM____

见证人地址 Address: ____美纸龙港____

---

**12  职员/持牌代表的声明 Declaration By Staff/ Licensed Representative**

本人确认已按照客户所选择的言语提供及解释上述之风险披露声明, 及邀请客户阅读该风险披露声明、提出问题及征求独立的意见(如客户有此意愿)。I confirm that I have provided the Risk Disclosure Statements in the language of the client's choice (English or Chinese) and that I have invited the client to read the Risk Disclosure Statements, to ask questions and advice to take independent advice if the customer wishes.

职员/持牌代表名称 Name of Staff/ Licensed Representative: ____Lam Ka Yan____

中央编号 CE. No.: ____AXS593____   职员/持牌代表签署及日期 Signature and Date: ____ 30/7/14 X

---

**13.  招银证券接纳及授权代表签署**

授权签署/公司印章

---

**Confidential pursuant to Securities Exchange Act s.24(d).**                    **SEC-HKSFC-P-0000178**



招银国际
CMB INTERNATIONAL

(内部专用)

**介绍人资料**

☐ 行外　介绍人姓名：＿＿＿＿＿　联系电话：＿＿＿＿＿　备注：＿＿＿＿＿
☐ 行内　介绍人(姓名/核心系统号)＿＿＿＿＿ / _661000110_ 业务条线：(四选一) 零售 P/ 公司 C
　　　　　　　　　　　　　　　　　　　　　　　　　　　　国际 I/ 其他 O
分行 (分行名称/分行号) ＿＿＿＿＿ / _001_ 网点 (网点名称/网点号) ＿＿＿ / _001001_
若为行内客户请提供客户招行银行卡数据：一卡通 ＿＿＿＿＿　客户经理确认签名 ＿＿＿＿＿

**客户主任**

i)　佣金：☑标准　☐招行员工　☐职员　☐其他 (请注明)＿＿＿　(审批签署：＿＿＿＿＿)
ii)　文件复核

| 所需文件 | 请在空格内 ✓ |
|---|---|
| 1) 完整及签妥的客户资料表格 | ☑ |
| 2) 身份证明文件 (经核实副本) (如经认证人认证客户，须提供两份不同类别的身份证明文件) | ☑ |
| 3) 地址证明 (经核实副本) | ☑ |

签署：＿＿＿＿＿

| | |
|---|---|
| 账号类别：☑ 保管 (CUST)　☐ 保证金 (MRGN)　☐ 投资移民 (CIES) | |
| 证券账号： | 716 |
| 经纪号码： | 110 |
| 佣金率 (电话/网上)： | 0.25%, 0.2% |
| 开通服务：☑ 网上交易密码　☑ 网上交易报价　☐ 银证转账 | |
| 检查文件及资料输入/日期： | 31 JUL 2014 |
| 资料复核/日期： | P 31.7 |
| 密码/日期： | 8/5 |
| 备注： | |

**Use for FATCA Compliance 美国「外国账户税收遵从法」**

☐ Opt to be recalcitrant　　　　　　☐ Situation resolved
原因：＿＿＿＿＿　　　　　　　　　　原因：＿＿＿＿＿
检查文件及资料输入/日期：＿＿＿＿＿　检查文件及资料输入/日期：＿＿＿＿＿
资料复核/日期：＿＿＿＿＿　　　　　资料复核/日期：＿＿＿＿＿

CMBIS/AccountOpeningForm_individual/6/2014/sc

5

Confidential pursuant to Securities Exchange Act s.24(d).



**CMB INTERNATIONAL**

**Remark:**

1.  U.S. citizen includes an  individual who is born in the U.S. territory or possession of the U.S. (i.e., American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, or the U.S. Virgin Islands), while a U.S. tax resident refers to U.S. Green Card holder (i.e. holder of U.S. Permanent Resident card) or individual who meets the substantial presence test (i.e. he/she has been present in the U.S. for at least 31 actual days in the current tax year and 183 equivalent days during a three year period)

    美國公民，包括出生在美國領土或屬地，美國（即美屬薩摩亞，關島，北馬里亞納群島，波多黎各和美國維爾京群島），而美國稅務居民是指美國個人綠卡持有人（美國永久居民卡，即持有人）或個人滿足實際天數測試（即他/她已經在三年至少 31 天實際的納稅年度和相當於 183 天身在美國）

2.  Clients should seek for their own tax advisors regarding the substantial presence test if necessary.

    客戶應尋求適合自己的稅務顧問以進行有關的實際天數測試

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-HKSFC-P-0000180

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)** | |
|---|---|---|
| (Rev. February 2014) | ▶ For use by individuals. Entities must use Form W-8BEN-E. | OMB No. 1545-1621 |
| Department of the Treasury<br>Internal Revenue Service | ▶ Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben*.<br>▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

| **Do NOT use this form if:** | **Instead, use Form:** |
|---|---|
| • You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8BEN-E |
| • You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S.<br>(other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . | 8233 or W-4 |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

## Part I  Identification of Beneficial Owner (see instructions)

| 1 | Name of individual who is the beneficial owner | 2 | Country of citizenship |
|---|---|---|---|
| | 邓 程 | | P.R.C |

| 3 | Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address. |
|---|---|
| | 长沙市天心区湘开铺体育新村 今心社区幸福局路一段578号信泰园 J座栋 701房 |

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

| 4 | Mailing address (if different from above) |
|---|---|
| | |

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

| 5 | U.S. taxpayer identification number (SSN or ITIN), if required (see instructions) | 6 | Foreign tax identifying number (see instructions) |
|---|---|---|---|
| | | | |

| 7 | Reference number(s) (see instructions) | 8 | Date of birth (MM-DD-YYYY) (see instructions) |
|---|---|---|---|
| | | | |

## Part II  Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9   I certify that the beneficial owner is a resident of ____PRC____ within the meaning of the income tax treaty
between the United States and that country.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article
of the treaty identified on line 9 above to claim a ____ % rate of withholding on (specify type of income): ____

Explain the reasons the beneficial owner meets the terms of the treaty article: ____

## Part III  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income to which this form relates or am using this form to document myself as an individual that is an owner or account holder of a foreign financial institution,

• The person named on line 1 of this form is not a U.S. person,

• The income to which this form relates is:

  (a) not effectively connected with the conduct of a trade or business in the United States,

  (b) effectively connected but is not subject to tax under an applicable income tax treaty, or

  (c) the partner's share of a partnership's effectively connected income,

• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and

• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

| **Sign Here** ▶ | | |
|---|---|---|
| | Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY)  30·7·14 |
| | Print name of signer | Capacity in which acting (if form is not signed by beneficial owner) |

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2014)

Confidential pursuant to Securities Exchange Act s.24(d).

## 登记事项变更和更正记载

### 登记事项变更和更正记载

| 项　　　　目 | 变　更　、　更　正　后 | 变动日期 | 承办人签章 |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## 常 住 人 口 登 记 卡

非农业家庭户口

| 姓　　　　名 | 郑博 | 户 主 或 与户 主 关 系 | 郑钢　子 |
|---|---|---|---|
| 曾　用　名 |  | 性　　　别 | 男 |
| 出　生　地 | 长沙市 | 民　　　族 | 汉 |
| 籍　　　贯 | 湖南省株洲县 | 出 生 日 期 | 1986 ▮▮▮ |
| 本市(县)其他住址 | 长沙市天心区新开铺派出所金汇社区美巷南段一段578号住零四十四01房 | 宗教信仰 |  |
| 公 民 身 份证 件 编 号 | ▮▮▮▮▮ |  | 血　型 |
| 文 化 程 度 | 研究生 | 婚姻状 |  |
| 服 务 处 所 | 无 | 职　　　业 | 不便分类的其他从 |
| 何 时 由 何 地迁 来 本 市 (县) | 2008-07-16 | 北京理工大学 |  |
| 何时由何地迁来本址 | 2010-09-29 | 长沙市雨花区左家塘派出所曹家坡社区曙光中 |  |
| 承办人签章： | 邓璐 | 登记日期：　20▮▮　0▮　2▮ |  |



SEC-HKSFC-P-0000183



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000184

CEU

30/7/14.

Confidential pursuant to Securities Exchange Act s.24(d).



中华人民共和国往来港澳通行证   No.

姓名
郑 博
ZHENG BO

性别
男

出生地
湖南

签发日期
2013年12月17日

出生日期
1986

有效期至
2018年12月16日

签发地点
湖南

W<CHNNGKDLCKJ<<<<<<<<<<<<<<<<<<<<<<<<<<<<DAC

Search court

 Save your copy

P10-00910                                                                 30 Jul 2014

Search by DEFENDANT(ENGLISH) **"ZHENG BO"**

All years on All Courts

### *Credit Check Report (Court Leads)*

| | |
|---|---|
| Case No. | ST1085 |
| Defendant | **ZHENG BO**<br>鄭波 |
| Defendant Ref. 1 | HE QIONG QIONG 何瓊瓊 / ZHENG BO 鄭波 / XUE FENG XI 薛鋒<br>熙 /XUE MING 薛明 |
| Defendant Ref. 3 | STCC1085/2007 |
| Plaintiff | **Government of HKSAR**<br>香港特別行政區 |
| Amount | HKD 0 |
| Cause | Possession of an unlawfully obtained travel document 管有非法取得的<br>旅行證件 (Mention 提堂) |
| Action Date | 15 Feb 2007 |

Total **1 subject(s)** found in our database. This submission was counted as **one search**.
Short Form :   TA - Trading As    AKA - Also Known As    FKA - Formerly Known As

Note:
Ref. 1: Other parties of the case, either Plaintiff or Defendant
Ref. 2: Address / Name of solicitors representing the Plaintiff or the Defendant
Ref. 3: Full Case No. / Name of solicitors representing the Plaintiff or the Defendant

The composition of this report is subject to the terms and conditions of usage of the service provided by ECREDIT
MANAGEMENT LIMITED and http://www.creditcheck.com.hk or http://www.creditcheck.hk and the Disclaimer and Notice so
contained in the said website.

**End of Report**

Confidential pursuant to Securities Exchange Act s.24(d).                              SEC-HKSFC-P-0000187

Search court

💾 Save your copy

P10-00910

30 Jul 2014

Search by DEFENDANT(CHINESE) "鄭博"

All years on All Courts

### Credit Check Report (Court Leads)

| | |
|---|---|
| Case No | KT12534 |
| Defendant | **CHENG POK** |
| | 鄭博 |
| Defendant Ref. 3 | KTS12534/2004 |
| Plaintiff | **Government of HKSAR** |
| | 香港特別行政區 |
| Amount | HKD 0 |
| Cause | Distribution of article |
| Action Date | 9 Dec 2004 |
| Case No. | NK7382 |
| Defendant | **CHEUNG POK** |
| | 鄭博 |
| Defendant Ref. 3 | NKS7382/2000 |
| Plaintiff | **Government of HKSAR** |
| | 香港特別行政區 |
| Amount | HKD 0 |
| Cause | 行人不遵照紅色交通燈號的指示 Pedestrian Disobeying red light signal |
| Action Date | 13 Mar 2001 |
| Case No. | NK7382 |
| Defendant | **CHEUNG POK** |
| | 鄭博 |
| Defendant Ref. 3 | NKS7382/2000 |
| Plaintiff | **Government of HKSAR** |
| | 香港特別行政區 |
| Amount | HKD 0 |
| Cause | 行人不遵照紅色交通燈號的指示 Pedestrian Disobeying red light signal |
| Action Date | 30 Jan 2001 |
| Case No. | NK7382 |
| Defendant | **CHEUNG POK** |
| | 鄭博 |
| Defendant Ref. 3 | NKS7382/2000 |
| Plaintiff | **Government of HKSAR** |
| | 香港特別行政區 |
| Amount | HKD 0 |
| Cause | 行人 不遵照紅色交通燈號的指示 Pedestrian Disobeying red light signal |
| Action Date | 21 Nov 2000 |
| Case No. | NK7382 |
| Defendant | **CHEUNG POK** |
| | 鄭博 |
| Defendant Ref. 3 | NKS7382/2000 |
| Plaintiff | **Government of HKSAR** |
| | 香港特別行政區 |
| Amount | HKD 0 |
| Cause | 行人 不遵照紅色交通燈號的指示 Pedestrian Disobeying red light signal |
| Action Date | 10 Oct 2000 |
| Case No. | NK7382 |
| Defendant | **CHEUNG POK** |
| | 鄭博 |

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000188

Search court                                                                                        頁 2 / 2

| | |
|---|---|
| Plaintiff | Government of HKSAR |
| Amount | HKD 0 |
| Cause | Pedestrian Disobeying red light signal |
| Action Date | 1 Aug 2000 |

Total **6 subject(s)** found in our database. This submission was counted as **one search**.
Short Form :  TA - Trading As    AKA - Also Known As    FKA - Formerly Known As

Note:
Ref. 1: Other parties of the case, either Plaintiff or Defendant
Ref. 2: Address / Name of solicitors representing the Plaintiff or the Defendant
Ref. 3: Full Case No. / Name of solicitors representing the Plaintiff or the Defendant

The composition of this report is subject to the terms and conditions of usage of the service provided by ECREDIT
MANAGEMENT LIMITED and http://www.creditcheck.com.hk or http://www.creditcheck.hk and the Disclaimer and Notice so
contained in the said website.

## End of Report

Confidential pursuant to Securities Exchange Act s.24(d).          SEC-HKSFC-P-0000189

2014年7月30日                    HKSFC - Public Register of Licensed Persons and Registered Institutions

Eng 繁 　如何作出查詢　有關我們

持牌人及註冊機構的公眾紀錄冊

主頁　持牌人及註冊機構的紀錄冊　按名字搜尋　按受規管活動搜尋　保薦人名單

牌照狀況

活躍　　　全部

選擇下列搜查選項：

名稱搜尋
英文名　　　　中文名
公司　　　個人
纽编

中央編號搜尋

搜尋

| 中央編號 | 英文名字 | 中文名 | | 持牌法團的代表 (包括負責人員) | 註冊機構的主管人員 | 持有貨倉的牌照? (有/沒有) |
|---|---|---|---|---|---|---|
| AZR979 | CHENG Po Jen | 鄭寶仁 | X | 詳細資料 | | 有 |
| AAE457 | CHENG Pok Him | 鄭博謙 | X | 詳細資料 | | 否 |

| Page 1 of 1 |                                        2個中的 1 至 2 個

如有疑問，請電郵至enquiry@sfc.hk或致電監管熱線。
請依照示從視窗閱覽本紀錄冊 內的中文字符。

最後更新日期：2014年07月29日

FUNG WAT

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-HKSFC-P-0000190

2014年7月30日                                    World-Check



## WORLD CHECK
### REDUCING RISK THROUGH INTELLIGENCE

法律声明

严禁将本服务内容披露或复制给除司法机关外的第三方。

请注意

(1) 法律声明
(2) 类别法律声明
(3) 联系报导法律声明

| 评论： |
| --- |
| |

| 用户名：hkcmbn0001 | 打印完毕：30-07-2014 09:24 UTC |
| --- | --- |
| 名字：郑博 | |
| 方式： Exact Match | |
| 国家： CHINA | |
| There are no entries matching the above search criteria. | |

**1) 法律声明**                                        *FUNG WAT*

\* 所有由本资料认定或与本资料相关的信息均载于所列来源。我们对第三方网站或来源的内容概不负责。相关信息简明摘要，用户应在相关外部来源阅读其详细内容，对相关外部来源已提供超文本链接。用户亦应自行核对相关信息。

**2) 类别法律声明**

以所提供来源包含的信息为基础分类。

**3) 联系报导法律声明**

当个人或实体列为"与其它档案有关联后，其链接性质有不同幅度变化，用户不应仅因此关联而得出负面结论。

Confidential pursuant to Securities Exchange Act s.24(d).                SEC-HKSFC-P-0000191

**CMB International Securities Limited** Client Due Diligence **for Client Code:** ▉2716

| Checking items | | | Remarks |
|---|---|---|---|
| 1 | Credit check | ☑ | |
| 2 | Company Registry check *(for hk limited company only)* | ☐ | |

Prepared by: _(signature)_          Date: 3 0 JUL 2014

| Checking items | | | Remarks |
|---|---|---|---|
| 1 | World check | ☑ | |
| 2 | SFC Licensed Persons check | ☑ | |
| 3 | AE address check | ☑ | |

Prepared by: *FUNG WAT*          Date: 3 0 JUL 2014

| | Factors | Low | Medium | High |
|---|---|---|---|---|
| **Risk Assessment** | Background | ☐ Listed in $FATF_1$ or exchanges specified under SFO ☐ Referred by $FATF_1$ members ☐ Supervised by HKMA, OCI, SFC or equivalent authority. | ☑ Not with suspicious background but unrelated to any $FATF_1$ members or regulators | ☐ Terrorist Suspects ☐ PEPs |
| | Origin of the client | ☑ $FATF_1$ | ☐ Originated from any place not falling into high or low risk categories | ☐ $NCCTs_1$ ☐ Omnibus accounts with FIs incorporated in $NCCTs_1$ |
| | Means of payment | ☑ Own source of fund | ☐ Any means not falling into high or low risk categories | ☐ Cash ☐ 3rd party cheque(the drawer has no apparent connection with) |
| | ***for corporate client only*** Nature of client's business | ☐ Pension, Superannuation or similar schemes ☐ Banking ☐ Regulated activities | ☐ Any natures not falling into high or low risk categories | ☐ Money Charger ☐ Casinos ☐ Remittance agencies ☐ Account with staff secretarial companies as authorized signatories ☐ Law Firm client accounts |
| | ***for corporate client only*** Structure of ownership | ☐ The beneficial owner is clearly identified: | ☐ Any structures not falling into high or low risk categories | The ultimate beneficial owner is not clearly identified or affirmable fixed: ☐ Complex legal arrangement ☐ With nominee shareholders ☐ With significant amount of bearer shares |
| **Result** | | ☐ Low-Risk *(all low)* | ☑ Medium-Risk *(One medium)* | ☐ High-Risk* *(one high)* |

| ☐ Non face-to-face Client Enhanced CDD | ☐ Verify client's identity on the basis of documents that not previously used. |
|---|---|
| | ☐ Check the details of the true copy from the certifier. <br> • Date <br> • Name & Position of certifier <br> • Declare the document is a true copy of the original <br> ☐ Check the first payment made into client's account is received from a bank account in client's name. (optional) |

| Prepared by: *FUNG WAT* | Date: 3 0 JUL 2014 |
|---|---|
| Checked by: _(signature)_ | Date: 3 0 JUL 2014 |

1 List of member countries and organizations of the Financial Action Task Force (FATF) and Non-Cooperative Countries and Territories (NCCT) is updated and published at http://www.FATF-gafi.org/ from time to time.
* *If client is determined as high-risk, Please also complete the Enhanced CDD form.*

CMBIS/CDD/4/2012

**Confidential pursuant to Securities Exchange Act s.24(d).**

SEC-HKSFC-P-0000192

CONFIDENTIAL





Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date: 29/12/2014



中华人民共和国外交部请各国军政机关对持照人予以通行
的便利和必要的协助。

*The Ministry of Foreign Affairs of the People's Republic of China
requests all civil and military authorities of foreign countries to allow the
bearer of this passport to pass freely and afford assistance in case of need.*

| 护照 PASSPORT | 类型 / Type P | 国家码 / Country Code CHN | 护照号 / Passport No. |
|---|---|---|---|

姓 / Surname
郑 / ZHENG

名 / Given names
博 / BO

性别 / Sex
男 / M

出生地点 / Place of birth
湖南 / HUNAN

出生日期 / Date of birth
1986

签发地点 / Place of issue
北京 / BEIJING

签发日期 / Date of issue
17 APR 2008

有效期至 / Date of expiry
16 APR 2018

签发机关 / Authority
公安部出入境管理局

Exit & Entry Administration
Ministry of Public Security

POCHNZHENG<<BO<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
<<<<<06

Certified True Copy of the Original

-------------------------------------------------

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date: 29/12/2014

Confidential pursuant to Securities Exchange Act s.24(d).

# 招商银行 信用卡
CHINA MERCHANTS BANK　*Credit Card*

COPY

G2



湖南省长沙市

郑博　先生

## 温馨提示

还款提醒
您的最晚还款日是1月3日，请勿错过您的还款期限。本期需要还款的总计全额为￥16,462.73元。

现金分期 全新登场！
信用卡现金分期，5万以内个人资金周转没有比更更方便了，无担保、无抵押。不等待，实时审核快捷，最长24期分期还款，全力支您毕业赠房、培训深造、家居装修、店铺翻新、周车保养……等各类资金需求，轻松将信用额度转至本人名下一卡通。更多额度等您来申请！



### 招商银行信用卡，领先积分计划

当月消费满2324分，还有86分就可以达到2390分换取美国旅行者旅洗包

## 您的信用卡账户信息 Statement Information

| | |
|---|---|
| 账单周期 Statement Cycle | 2014/11/16-2014/12/15 |
| 到期还款日 Payment Due Date | 2015/01/03 |
| 信用额度 Credit Limit | ￥87,000 |
| 预借现金额度 Cash Advance Limit | ￥43,500 |
| 本期还款总额 New Balance | ￥16,462.73 |
| 本期最低还款额 Min.Payment | ￥8,676.30 |

  
 

| | 招行信用卡积分 |
|---|---|
| 上期余额 | 1,984 |
| + 本期新增 | 340 |
| + 本期调整 | 0 |
| + 本期奖励 | 0 |
| - 本期兑换积数 | 0 |
| = Certified True Copy of the Original | 2,324 |

SHUM WAH NIN LARRY

29/12/2014



10元风暴 掌上来袭
掌上生活App
10元看大片・10元享美食・10元兑大礼

