# EXHIBIT O

# "香港一卡通"賬戶開戶申請書

招商銀行 香港分行
CHINA MERCHANTS BANK   Hong Kong Branch

申請人個人資料

| 稱謂 | ☑先生 | □女士 | *出生日期 | 月 4 日 | 婚姻狀況 □未婚 ☑已婚 □離異 □喪偶 |
| *中文姓名 | 郑博 | *英文姓名 | Bo1 Zheng | | 教育程度 □中學以下 □中學 ☑大專或以上 |
| *國籍/地區 | ☑中國內地 □香港 □澳門 □台灣 □外國 | | | | |

*香港開戶證件： 證件類型：□香港身份證 ☑通行證（內地往港澳） □護照 □其他：_____
證件號碼： 5676     有效期至 2018年12月16日

*內地身份證件： 證件類型：☑大陸身份證 □通行證（港澳台往內地） □護照 □其他：_____
證件號碼： 0810     有效期至 2018年8月1日

就業情況

就業情況： 非在職 □①學生 □⑤退休 □⑥退休 □⑥其他（請具體填寫）
在職 □①自僱 ☑②全職僱員（職位：是 经理助理級 ） □③兼職受僱（職位：）

*個人公司名稱 长沙英磐中小企业投资担保有限公司     工作年期 3 年

*公司地址 湖南省长沙市 湘郡恒大厦 10楼     郵編 410000

*公司電話 5670     傳真號碼 _____

*所屬行業 □①製造 □②進出口 □③金融/保險 □④建築 □⑤通訊 □⑥軟件 □⑦商用服務 □⑧運輸
□⑨地產 □⑩餐飲 □⑪社會公共服務 □⑫商店/超市 □⑬私人家居 □⑭政府 □⑮其他

*月均收入（等值港元） □①2千以下 ☑②5千以下 □③1萬至2萬以下 □④2萬至5萬以下 □⑤5萬至8萬以下 □⑥8萬以上 □⑦10萬或以上

聯絡情況

*住宅地址 长沙市天心区新开浦派出所金汇社区英磐商路一段57号佳誉园小区 8栋7单元 郵編 410004
（須與證件證明地址相符）

住宅電話 _____ *香港號碼（國外） 0569   （香港/其他地區）
註：指定業務之知信需由此適用於國內及香港半機號碼

電子郵箱 13507400569@126.com     註：如有效資料有所更改請向指定業務之電郵通知如未及時更改賬戶資料

*通訊地址 ☑住宅地址 □公司地址 □其他地址：_____     郵編 _____

銀行服務選擇

*銀通/JETCO提款機密碼函寄送語言： □英文 ☑中文 賬單類型：□紙張 ☑電子  銀行卡領取方式：☑郵遞 □本人到香港櫃台取
*開通網上銀行 ☑是 □否  網上滙款每日限額：等值港幣 100 000
*賬戶每日最高賬額：等值港幣 20000

賬戶目的和理由

*賬戶目的 □儲蓄/投資 ☑轉帳/收款 □收款消費 □收取薪金 □境內匯款
*月均交易金額 □10萬以下 ☑10萬至500萬以下 □500萬至1千萬以下 □1千萬或以上
*主要資金來源 ☑薪金 □餘金 □退休金 □投資

申請人聲明

本人聲明本人在以下任何方格內沒有選擇，即代表本人不同意...

X 郑博     日期 30 JUL 2014

銀行專用欄位

香港 一卡通號碼 _____2222     經辦人 97554     授權人員 _____ 開啟日期 2014年07月30日
推廣人員代碼 971534 _____2232     備註 只用作个人使用



中华人民共和国往来港澳通行证 No.

姓名
郑 博
ZHENG BO

性别
男

出生日期
月04日

签发地点
湖南

有效期至
2018年12月16日

签发日期
2013年12月17日

签发地点
湖南

W<CHNNGKDLCKJ<<<<<<<<<<<<<<<<<<<<<<<<<<<<DAC
W846656766CHN8602042M181216519204301<<<<<<48

姓 名  郑 博

性别 男  年龄

出生

住址 长沙市开福区伍家岭街道
247号4栋1门101店

#141873-
#1418732
#141873 4

Certified True Copy
for China Merchants Bank
Authorized Signature

Confidential pursuant to Securities Exchange Act sec. 24(d)



常住人口登记卡

Certified True Copy
for China Merchants Bank

Authorized Signature

Confidential pursuant to Securities Exchange Act sec. 24(d)

## 登记事项变更和更正记载

| 项 | 日 | 变 更 、 更 正 后 | 变动日期 | 承办人签章 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Certified True Copy
for China Merchants Bank

Authorised Signature

## 常住人口登记卡

| 姓 名 | 郑博 | 户主或与户主关系 | 郑钢 |
|---|---|---|---|
| 曾用名 | | 性 别 | 男 |
| 出 生 地 | 长沙市 | 民 族 | |
| 籍 贯 | 湖南省长沙市 | 出生日期 | ████ |
| 本市（县）其他住址 | | 宗教信仰 | |
| 公民身份证件编号 | 43011████████████ | | 血 型 |
| 文化程度 | 研究生 | 婚姻状况 | 兵役状况 |
| 服务处所 | 无 | | 职 业 |
| 何时由何地迁来本市(县) | 2008-07-16 | | |
| 何时由何地迁来本址 | 2013-09-20 | | |

承办人签章：　　　　郑博　　　　　　登记日期：20██ 0█ 2█

Confidential pursuant to Securities Exchange Act sec. 24(d).



往来港澳通行证（个人旅游G）2/8106028

2/8106020

郑博

壹次（1）

湖南长沙4001

CHINA

HGGJLNGKDLCKJ<<<<<<<<<<<<<<<<<<<<AZZ



中华人民共和国
居民身份证

签发机关　长沙市公安局雨花分局

有效期限　2008 08 01 — 2018 08 01

Certified True Copy
for China Merchants Bank

Authorised Signature

Confidential pursuant to Securities Exchange Act and Set 34 nature

# 招商銀行 香港分行
## CHINA MERCHANTS BANK  Hong Kong Branch

All-in-One Personal Account
一卡通戶口月結單

ZHENG BO
鄭博
湖南省長沙市天心區
新開鋪派出所金匯社區
芙蓉南路一段578號
佳馨園小區8棟701房

Account Number 戶口號碼
████████2232

Statement Date 日期
2014-08-31

## Current Account Summary 活期戶口總覽

| | | | | | |
|---|---|---:|---|---|---:|
| Closing Balance in HKD A/C | 港幣結餘 | 433.62 | Closing Balance in HKD INV A/C | 港幣投資戶結餘 | 0.00 |
| Closing Balance in USD A/C | 美元結餘 | 50,000.81 | Closing Balance in RMB INV A/C | 人民幣投資戶結餘 | 0.00 |
| Closing Balance in RMB A/C | 人民幣結餘 | 0.00 | OverDue Fees Balance in HKD | 港幣欠費總額 | 0.00 |
| | | | OverDue Fees Balance in RMB | 人民幣欠費總額 | 0.00 |

## Current Account Activities 活期賬戶往來

| Date 日期 | Sub-account 子賬戶 | Transaction Details 交易明細 | Deposit 存入 | Withdrawal 支出 | Balance 餘額 |
|---|---|---|---:|---:|---:|
| 2014-08-15 | HKD 港幣活期 | 貨幣兌換 | 77,438.00 | | 77,438.00 |
| 2014-08-15 | | 銀證轉賬轉入轉出 | | 10,000.00 | 67,438.00 |
| 2014-08-18 | | 貨幣兌換 | | 67,000.00 | 438.00 |
| 2014-08-18 | | 代發款項 | 10,000.00 | | 10,438.00 |
| 2014-08-18 | | 貨幣兌換 | | 10,000.00 | 438.00 |
| 2014-08-26 | | 貨幣兌換 | | 438.00 | 0.00 |
| 2014-08-26 | | 貨幣兌換 | 433.62 | | 433.62 |
| 2014-08-15 | USD 美元活期 | 內地一卡通匯入 | 48,000.00 | | 48,000.00 |
| 2014-08-15 | | 貨幣兌換 | | 10,000.00 | 38,000.00 |
| 2014-08-18 | | 貨幣兌換 | 8,636.36 | | 46,636.36 |
| 2014-08-18 | | 香港本地轉賬██9199 | | 46,000.00 | 636.36 |
| 2014-08-18 | | 內地一卡通匯入 | 50,000.00 | | 50,636.36 |
| 2014-08-18 | | 貨幣兌換 | 1,288.99 | | 51,925.35 |
| 2014-08-19 | | 香港本地轉賬██9199 | | 51,925.00 | 0.35 |
| 2014-08-26 | | 貨幣兌換 | 56.46 | | 56.81 |
| 2014-08-26 | | 貨幣兌換 | | 56.00 | 0.81 |
| 2014-08-29 | | 內地一卡通匯入 | 50,000.00 | | 50,000.81 |

Certified True Copy
*for* China Merchants Bank

*Authorized Signature*

香港銀證業務已經推出，推廣期內提供多項優惠。詳情請留意本行網站http://hk.cmbchina.com
AIO e-Securities trading services have been launched. Exclusive offers are provided during the promotion period.
For more details, please visit our website http://hk.cmbchina.com

Please check the statement carefully. Any errors or discrepancies must be reported to the bank within 90 days, failing which this statement is deemed to be conclusive. For any inquiry, please call 852-3119-5555 in Hong Kong or 86-755-95555 in Mainland. 請仔細核對結單。如發現任何錯漏或不符，請於90日內通知本行，否則本行會視該結單為無誤。如有查詢，請致電香港：852-3119-5555，中國內地：86-755-95555。   Confidential pursuant to Securities Exchange Act sec. 24(d).

21/F, Bank of America Tower, 12 Harcourt Road, Central, Hong Kong.   香港中環夏愨道 12 號美國銀行中心 21 樓

| 序号 | 卡号 | 转账方向 | 交易日期 | 对手账户 | 对手户名 | 交易金额 | 币种 | 摘要码 | 交易时间 |
|---|---|---|---|---|---|---|---|---|---|
| | 2232 | D：转出 | 2014-8-15 | ...188 | CMB INT'L Securities LTD - Clients A/C | 10,000.00 | 21：港币 | TBST：银证转账 | 15:49:56 |
| | 2232 | C：转入 | 2014-8-15 | 0204 | 郑桐 | 48,000.00 | 32：美元 | TN2H：内地汇香港 | 15:41:46 |
| | 2232 | C：转入 | 2014-8-18 | 2076 | 陈光灿 | 50,000.00 | 32：美元 | TN2H：内地汇香港 | 16:07:19 |
| | 2232 | D：转出 | 2014-8-18 | 9199 | CMB International Securities Limited Client ac | 46,000.00 | 32：美元 | TH2A：本地行内对公转账 | 9:38:19 |
| | 2232 | D：转出 | 2014-8-19 | 9199 | CMB International Securities Limited Client ac | 51,925.00 | 32：美元 | TN2H：内地汇香港 | 9:52:28 |
| | 2232 | C：转入 | 2014-8-29 | .597 | 郑桐 | 50,000.00 | 32：美元 | TN2H：内地汇香港 | 16:33:24 |
| | 2232 | D：转出 | 2014-9-1 | 7002 | Scottrade Inc. | 500.00 | 32：美元 | TH2E：本地行他行转账 | 15:13:32 |
| | 2232 | D：转出 | 2014-9-1 | 9199 | CMB International Securities Limited ac | 49,000.00 | 32：美元 | TH2A：本地行内对公转账 | 15:44:34 |
| | 2232 | D：转出 | 2014-9-2 | 5228 | 朱玉婷 | 35,000.00 | 32：美元 | TN2H：内地汇香港 | 13:10:00 |
| | 2232 | D：转出 | 2014-9-2 | 9199 | CMB International Securities Limited Client ac | 107,000.00 | 32：美元 | TH2A：本地行内对公转账 | 13:24:29 |
| | 2232 | C：转入 | 2014-9-2 | 838 | ZHONGLONG HIGHTECH LIMITEDHU NAN SHENG CHA | 244,998.00 | 32：美元 | TH2A：本地行内对公转账 | 12:36:52 |
| | 2232 | D：转出 | 2014-9-3 | 916 | HONGKONG JIAN MING TRADING CO., LIMITED | 24,998.00 | 32：美元 | TE2H：他行汇香港 | 11:59:41 |
| | 2232 | C：转入 | 2014-9-3 | 9199 | CMB International Securities Limited Client ac | 100,000.00 | 32：美元 | TH2A：本地行内对公转账 | 12:57:32 |
| | 2232 | D：转出 | 2014-9-4 | 7002 | Scottrade Inc. | 98,500.00 | 32：美元 | TH2E：本地行他行转账 | 9:41:59 |
| | 2232 | C：转入 | 2014-9-19 | 162 | BO ZHENGRM 701 BLDG 8 JIAXINYUAN NO 578 FU | 3,470.00 | 32：美元 | TE2H：他行汇香港 | 12:59:23 |
| | 2232 | D：转出 | 2014-9-22 | 9199 | CMB International Securities Limited Client ac | 80,000.00 | 32：美元 | TH2A：本地行内对公转账 | 11:06:03 |
| | 2232 | C：转入 | 2014-9-22 | 838 | ZHONGLONG HIGHTECH LIMITEDHU NAN SHENG CHA | 80,998.00 | 32：美元 | TH2A：本地行内对公转账 | 11:00:22 |
| | 2232 | D：转出 | 2014-9-23 | 838 | ZHONGLONG HIGHTECH LIMITEDHU NAN SHENG CHA | 159,998.00 | 32：美元 | TE2H：他行汇香港 | 15:43:59 |
| | 2232 | D：转出 | 2014-9-23 | 9199 | CMB International Securities Limited Client ac | 120,000.00 | 32：美元 | TH2A：本地行内对公转账 | 15:46:56 |
| | 2232 | C：转入 | 2014-10-27 | 9199 | CMB International Securities Limited Client ac | 40,000.00 | 32：美元 | TH2A：本地行内对公转账 | 11:38:35 |
| | 2232 | C：转入 | 2014-10-27 | 838 | ZHONGLONG HIGHTECH LIMITEDHU NAN SHENG CHA | 154,898.00 | 32：美元 | TE2H：他行汇香港 | 13:32:01 |
| | 2232 | D：转出 | 2014-10-27 | 9199 | CMB International Securities Limited Client ac | 120,000.00 | 32：美元 | TH2A：本地行内对公转账 | 15:09:33 |
| | 2232 | C：转入 | 2014-10-28 | 9199 | CMB International Securities Limited Client ac | 34,900.00 | 32：美元 | TH2A：本地行内对公转账 | 13:30:31 |
| | 2232 | D：转出 | 2014-11-10 | 9199 | 103086 | 15,000.00 | 32：美元 | TE2H：他行汇香港 | 14:52:43 |
| | 2232 | C：转入 | 2014-12-19 | 2833 | xiao shengsheng | 100,000.00 | 32：美元 | TH2E：本地行他行转账 | 19:19:35 |
| | 2232 | C：转入 | 2014-12-21 | 162 | BO ZHENGRM 701 BLDG 8 JIAXINYUAN NO 578 FU | 53,970.00 | 32：美元 | TE2H：他行汇香港 | 12:59:58 |
| | 2232 | D：转出 | 2015-1-8 | 2833 | xiao shengsheng | 50,000.00 | 32：美元 | TH2E：本地行他行转账 | 10:11:09 |
| | 2232 | D：转出 | 2015-1-9 | 6749 | BOCI Securities Limited - Clients' Account | 120,000.00 | 32：美元 | TH2E：本地行他行转账 | 16:04:24 |
| | 2232 | D：转出 | 2015-1-14 | 6749 | BOCI Securities Limited - Clients' Account | 120,000.00 | 32：美元 | TH2E：本地行他行转账 | 2:44:36 |
| | 2232 | D：转出 | | 6749 | BOCI Securities Limited - Clients' Account | 120,000.00 | 32：美元 | TH2E：本地行他行转账 | 11:03:58 |



Certified True Copy
for China Merchants Bank

Authorized Signature

. 24(d).

[Page 1 of 34]

| Hong Kong All-In-One Card  Account Opening Application Form Mark the boxes with the correct information by making a check (√). Items marked with a (*) symbol are re uired to be filled out. Items marked with a ( ) symbol are re uired to be filled out by employed persons. | | China Merchants Bank Hong Kong Branch |
|---|---|---|
| Applicant Information  (Please fill out neatly and completely.) | | |
| Title: √ Mr.  □ Ms. | Date of birth:  1986 | Marital status: □ Single, √ Married, □ Divorced, □ Widowed |
| Chinese name: Zheng Bo | English Name: Zheng Bo | Education: □ Secondary school or below, □ Secondary school, √ College or higher |
| Nationality/region: √ Mainland China, □ Hong Kong, □ Macau, □ Taiwan, □ Foreign (specify foreign country/region:            ) | | |
| Hong Kong identity documents used for account opening | Document type: □ Hong Kong ID, √ Exit-Entry Permit (for Mainland traveling to Hong Kong and Macau),  □ Passport, □ Other: | Valid until: December 16, 2018 |
| | Document number: | |
| China identity documents used for account opening | Document type: √ China ID, □ Exit-Entry Permit (for Hong Kong, Macau, and Taiwan traveling to Mainland), □ Passport, □ Other: | Valid until: August 1, 2018 |
| | Document number: | |
| Employment status   (If the following employment statuses do not apply to you, then check Other and specify the details in the space provided.) | | |
| Employment status | Unemployed: □ (4) Student, □ (5) Housewife, □ (6) Retired □ (7) Other (Please specify:          ) | |
| | Employed: □ (1) Self-employed, √ (2) Employed full-time (position: Assistant to the general manager), □ (3) Employed part-time (position:     ) | |
| Employer's company name: Changsha Furong Small and Medium-Sized Enterprise Investment Guarantee Company, Ltd. | | Years of employment: 3 |
| Company's address: 10th Floor, Xiangyin Building, Changsha City, Hunan Province | | Postal code: 410000 |
| Company's phone number: 0731-85775670 | Fax number: | |
| Company's industry | □ (1) Manufacturing,  □ (2) Import/export, √ (3) Finance/insurance, □ (4) Construction, □ (5) Telecommunications, □ (6)Retail trade, □ (7) Commercial services, □ (8) Transportation, □ (9) Real estate, □ (10) Food and beverages, □ (11) Public services, □ (12) Hotel/travel □ (13)  illegible , □ (14) Government, □ (15) Other: | |
| Average monthly income (e uivalent to HKD) □ (1) 5,000 or less √ (2) 5,000 to 10,000 □ (3) 10,000 to 20,000 □ (4) 20,000 to 50,000 □ (5) 50,000 to 100,000 □ (6) 100,000 or more | | |
| Contact information | | |
| Residential address (must match with ID): Room 701, Building 8, Jiaxingyuan Neighborhood, No. 578 Furong South Road Section 1, | | |

| Jinhui Community, Xinkaipu Police Station, Tianxin District, Changsha City, Hunan Province (Postal Code: 410004) | | |
|---|---|---|
| Residence telephone: ------ | Cell phone number (domestic): 13507400569 | (Other Hong Kong region) ----- Note: Text messages containing important information will only be sent to Chinese and Hong Kong cell phone numbers. |
| Email address: 13507400569   126.com   Note: You must fill out this section in order to receive information about account services. | | |
| Contact address: √ Residence address, □ Company address, □ Other address: ( Postal code:  ) | | |
| Bank service selection  Default account opening method: HKD and USD sub-accounts, HK residents must open HKD sub-account | | |
| Language on JETCO ATM screen: □ English, √ Chinese | Contact method: □ X, √ Electronic | How bank card is to be provided: □ By mail, √ Pick up at HK bank counter |
| Use online banking  √ Yes □ No | Maximum daily online transaction amount allowed (e uivalent to HKD): 1,000,000 (Maximum amount is 2,000,000 HKD e uivalent) | |
| Maximum individual online transaction allowed (e uivalent to HKD): 20,000 (Maximum amount is 300,000 HKD e uivalent) | | |
| Purpose or reason for account | | |
| Account purpose | □ Savings, √ Securities transactions, □ Withdrawals/purchases, □ Direct deposit, □Bill payment, □ Other: | |
| Average monthly transaction amount | □ 100,000 or less √ 100,000 to 1,000,000 □ More than 1,000,000 (Specify amount:  ) | |
| Main source of funds | □ Savings, □ Salary, □ Pension, □ Account under same name, □ Investment, √ Family, □ Other: | |
| Declaration of applicant (If you do not check any of the options below, it means that you do not oppose any promotional materials in any format being sent to you by the bank.) | | |
| 1. I certify that I have read and understood the  Important Information for Opening a New Account,  the  Important Information for Hong Kong All-In-One Card Customers,  the  Hong Kong All-In-One Card Manual,  the  Important Notice for Deposit Account Insurance,  the  Service Guide,  and the  Notice for Customers  issued by the China Merchants Bank Hong Kong Branch and agree to abide by these guidelines. I confirm that the information provided above is complete and accurate, and I agree to authorize the China Merchants Bank to use my account information at all its branches. 2. I √ agree / □ refuse to accept the promotional information in any format sent by China Merchants Bank Hong Kong Branch. 3. I □ am / √ am not a British citizen or U.S. taxpayer. | | Signature of Applicant: X Zheng Bo illegible  Date: Jul 30, 2014 |
| Hong Kong All-In-One Card number: ------   Completed by: ------   Authorized by:      Date completed: July 30, 2014 | | |
| Referer number:   Notes: For personal use only Zheng Bo. Customer chooses to use domestic branch.  Illegible | | |

[Page 2 of 34]

Stamp: Exit    Entry Administration, Ministry of Public Security of the People's Republic of China

People's Republic of China Exit-Entry Permit for Travelling to and from Hong Kong and Macau

| Name: Zheng Bo | |
|---|---|
| Gender: Male | Date of birth: ■■■■■ 1986 |
| Place of birth: Hunan | Valid until: December 16, 2018 |
| Date of issuance: December 17, 2013 | Place of issuance: Hunan |

| √ [illegible]<br>√ [illegible]<br>√ Checked black list<br>√ Checked residence certificate<br>Checked by: | Name: Zheng Bo<br>Gender: Male, Ethnicity: Han<br>Date of birth: ■■■■■ 1986<br>Address: illegible  Yuhua District, Changsha City<br>ID number: ■■■■■40810 |
|---|---|

[Page 3 of 34]

| Household type:  Non-farming household | Name of head of household:  illegible |
|---|---|
| Household number: | Address:  illegible |
| Stamp: Hunan Province Public Security Bureau (Household Registry Use Only) | Stamp: Household Registry Administration |
| illegible | illegible |

Permanent Residence Household Registration Card
Household type: Non-farming household
  Any part not filled in is illegible

| Name: Zheng Gang | | | | Head of household and relationship to head of household: Zheng Gang, head of household | | |
|---|---|---|---|---|---|---|
| Names previously used: | | | | Gender: Male | | |
| Place of birth:  illegible | | | | Ethnicity:  illegible | | |
| Place of origin:  illegible | | | | Date of birth:  illegible | | |
| Other residence in the city | | | | Religious affiliation: | | |
| ID number: | illegible | | | Height: | | Blood type: |
| Education level: | | Marital Status | | | Military Service | |
| Employment Information | illegible | | | | Occupation:  illegible | |
| When and from Where moved to the City (County): | | | | | | |
| When and from Where moved into current residence: | | illegible | | | | |

Seals of undertaker:  illegible                              Date of Registration:  illegible

[Page 4 of 34]

Changes to Registry Items and Recordation of Corrections

| Item | Changed to (after correction) | Date of change | Approved by |
|------|------|------|------|
|  |  |  |  |

Permanent Residence Household Registration Card
Household type: Non-farming household

| Name: Zheng Bo | | | Head of household and relationship to head of household: Zheng Gang | |
|------|------|------|------|------|
| Names previously used: | | | Gender: Male | |
| Place of birth: Changsha City | | | Ethnicity: Han | |
| Place of origin: | | | Date of birth: ▓▓▓▓ 1986 | |
| Other residence in the city | | | Religious affiliation: | |
| ID number: | | Height: | | Blood type: |
| Education level: | Graduate Study | Marital Status | Military Service | |
| Employment Information | N/A | | Occupation: | |
| When and from Where moved to the City (County): | | | | |
| When and from Where moved into current residence: | | | | |

Seals of undertaker:  illegible          Date of Registration:  illegible

[Page 5 of 34]

Rules for the holders of this permit to follow
1. This permit is only good for travel to and from Hong Kong and Macau.
2. This permit can only be used during its period of validity.
3. This permit is not to be used for fraudulent purposes and shall not be damaged, altered, transferred, or counterfeited.
4. If this permit is lost, the holder should immediately report it to the issuing agency.

Permit for Travelling to and from Hong Kong and Macau (Individual Traveler G)

| Name: Zheng Bo | |
|---|---|
| Permit number: | Destination: Hong Kong |
| Illegible : December 16, 2014 | Number of uses: One (1) |
| Illegible : February 7, 2013 | Place of issuance: Changsha, Hunan |
| Notes:  illegible  no more than seven days. | |

  Stamp: illegible

People's Republic of China
Resident Identification Card

Issued by: Yuhua Branch, Changsha Public Security Bureau
Period of validity: August 1, 2008 – August 1, 2018

**[Page 6 of 34]**

| China Merchants Bank Hong Kong Branch | Statement of All-in-One Card Account |
|---|---|

| Zheng Bo<br>Room 701, Building 8, Jiaxingyuan Neighborhood, No. 578 Furong South<br>Road Section 1, Jinhui Community, Xinkaipu Police Station, Tianxin<br>District, Changsha City, Hunan Province | Account Number<br>█████████2232<br>Statement Date<br>August 31, 2014 |
|---|---|

| Current Account Summary | |
|---|---|
| Closing Balance in HKD Account 433.62 | Closing Balance in HKD Investment Account  0.00 |
| Closing Balance in USD Account 50,000.81 | Closing Balance in RMB Investment Account  0.00 |
| Closing Balance in RMB Account 0.00 | Overdue Fees Balance in HKD                           0.00 |
| | Overdue Fees Balance in RMB                           0.00 |

| Current Account Activities | | | | | |
|---|---|---|---|---|---|
| Date | Sub-account | Transaction Details | Deposit | Withdrawal | Balance |
| 2014-08-15 | HKD | Currency exchange | 77,438.00 | | 77,438.00 |
| 2014-08-15 | Current | Bank securities transfer in/out | | 10,000.00 | 67,438.00 |
| 2014-08-18 | Account | Currency exchange | | 67,000.00 | 438.00 |
| 2014-08-18 | | Funds paid by proxy | 10,000.00 | | 10,438.00 |
| 2014-08-18 | | Currency exchange | | 10,000.00 | 438.00 |
| 2014-08-26 | | Currency exchange | | 438.00 | 0.00 |
| 2014-08-26 | | Currency exchange | 433.62 | | 433.62 |
| 2014-08-15 | USD | Inward remittance from China All-In-One Card | 48,000.00 | | 48,000.00 |
| 2014-08-15 | Current | Currency exchange | | 10,000.00 | 38,000.00 |
| 2014-08-18 | Account | Currency exchange | 8,636.36 | | 46,636.36 |
| 2014-08-18 | | Local transfer made in Hong Kong | | 46,000.00 | 636.36 |
| 2014-08-18 | | Inward remittance from China All-In-One Card █████9199 | 50,000.00 | | 50,636.36 |
| 2014-08-18 | | Currency exchange | 1,288.99 | | 51,925.35 |
| 2014-08-19 | | Local transfer made in Hong Kong █████9199 | | 51,925.00 | 0.35 |
| 2014-08-26 | | Currency exchange | 56.46 | | 56.81 |
| 2014-08-26 | | Currency exchange | | 56.00 | 0.81 |
| 2014-08-29 | | Inward remittance from China All-In-One Card | 50,000.00 | | 50,000.81 |

**AIO e-Securities trading services have been launched. Exclusive offers are provided** during **the promotion period. For more details, please visit our website http://hk.cmbchina.com**

Please check the statement carefully. Any errors or discrepancies must be reported to the bank within 90 days, failing which this statement is deemed to be conclusive. For any in uiry, please call 852-3119-5555 in Hong Kong or 86-755-95555 in Mainland China.

21/F, Bank of America Tower, 12 Harcourt Road, Central, Hong Kong

[Page 24 of 34]

| Card number | Transfer direction | Transaction date | Counterpart account | Counterpart name | Transaction amount | Currency | Summary code | Transaction time |
|---|---|---|---|---|---|---|---|---|
| 2232 | D: Out | 2014-8-15 | 9188 | CMB INT'L Securities LTD – Clients A/C | 10,000.00 | 21: HKD | TBST: Bank securities transfer | 15:49:56 |
| 2232 | C: In | 2014-8-15 | 0204 | Zheng Bo | 48,000.00 | 32: USD | TN2H: China to HK remittance | 15:41:46 |
| 2232 | C: In | 2014-8-18 | 2076 | Chen Guangcan | 50,000.00 | 32: USD | TN2H: China to HK remittance | 16:07:19 |
| 2232 | D: Out | 2014-8-18 | 9199 | CMB International Securities Limited Client ac | 46,000.00 | 32: USD | TH2A: Local intra-bank transfer to corporate account | 9:38:19 |
| 2232 | D: Out | 2014-8-19 | 9199 | CMB International Securities Limited Client ac | 51,925.00 | 32: USD | TH2A: Local intra-bank transfer to corporate account | 9:52:28 |
| 2232 | C: In | 2014-8-29 | 0597 | Zheng Bo | 50,000.00 | 32: USD | TN2H: China to HK remittance | 16:33:24 |
| 621299860501 2232 | D: Out | 2014-9-1 | 7002 | Scottrade Inc. | 500.00 | 32: USD | TH2E: Local transfer to other bank | 15:13:32 |
| 621299860501 2232 | D: Out | 2014-9-1 | 9199 | CMB International Securities Limited Client ac | 49,000.00 | 32: USD | TH2A: Local intra-bank transfer to corporate account | 15:44:34 |
| 2232 | C: In | 2014-9-2 | 5228 | Zhu Yuting | 35,000.00 | 32: USD | TN2H: China to HK remittance | 13:10:00 |
| 2232 | D: Out | 2014-9-2 | 9199 | CMB International Securities Limited Client ac | 107,000.00 | 32: USD | TN2H: Local intra-bank transfer to corporate account | 13:24:29 |
| 2232 | C: In | 2014-9-2 | 1838 | ZHONGLONG | 244,998.00 | 32: USD | TH2A: Other bank to HK | 12:36:52 |

| Account | Type | Date | Ref | Name | Amount | Currency | remittance | Time |
|---|---|---|---|---|---|---|---|---|
| 2232 | C: In | 2014-9-2 | 9916 | HIGHTECH LIMITED HU NAN SHENG CHA HONGKONG JIAN MING TRADING CO., LIMITED | 24,998.00 | 32: USD | TE2H: Other bank to HK remittance | 11:59:41 |
| 2232 | D: Out | 2014-9-3 | 9199 | CMB International Securities Limited Client ac | 100,000.00 | 32: USD | TE2H: Local intra-bank transfer to corporate account | 12:57:32 |
| 2232 | D: Out | 2014-9-4 | 7002 | Scottrade, Inc. | 98,500.00 | 32: USD | TH2A: Local transfer to other bank | 9:41:59 |
| 2232 | C: In | 2014-9-19 | 6162 | BO ZHENGRM 701 BLDG B JIAXINYUAN NO 578 FU | 3,470.00 | 32: USD | TH2E: Other bank to HK remittance | 12:59:23 |
| 2232 | D: Out | 2014-9-22 | 9199 | CMB International Securities Limited Client ac | 80,000.00 | 32: USD | TE2H: Local intra-bank transfer to corporate account | 11:06:03 |
| 2232 | C: In | 2014-9-22 | 1838 | ZHONGLONG HIGHTECH LIMITED HU NAN SHENG CHA | 80,998.00 | 32: USD | TE2H: Other bank to HK remittance | 11:00:02 |
| 2232 | C: In | 2014-9-23 | 1838 | ZHONGLONG HIGHTECH LIMITED HU NAN SHENG CHA | 159,998.00 | 32: USD | TE2H: Other bank to HK remittance | 15:43:59 |
| 2232 | D: Out | 2014-9-23 | 89199 | CMB International Securities Limited Client ac | 120,000.00 | 32: USD | TH2A: Local intra-bank transfer to corporate account | 15:46:56 |

| Account | D/C | Date | Ref | Name | Amount | Currency | Description | Time |
|---|---|---|---|---|---|---|---|---|
| 2232 | D: Out | 2014-9-25 | 9199 | CMB International Securities Limited Client ac | 40,000.00 | 32: USD | TH2A: Local intra-bank transfer to corporate account | 11:38:35 |
| 2232 | C: In | 2014-10-27 | 1838 | ZHONGLONG HIGHTECH LIMITED HU NAN SHENG CHA | 154,898.00 | 32: USD | TE2H: Other bank to HK remittance | 13:32:01 |
| 2232 | D: Out | 2014-10-27 | 9199 | CMB International Securities Limited Client ac | 120,000.00 | 32: USD | TH2A: Local intra-bank transfer to corporate account | 15:09:33 |
| 2232 | D: Out | 2014-10-28 | 9199 | CMB International Securities Limited Client ac | 34,900.00 | 32: USD | TH2A: Local intra-bank transfer to corporate account | 13:30:31 |
| 2232 | C: In | 2014-11-10 | 9199 | 103086 | 15,000.00 | 32: USD | TE2H: Other bank to HK remittance | 14:52:43 |
| 2232 | D: Out | 2014-11-27 | 2833 | xiao shengsheng | 100,000.00 | 32: USD | TH2E: Local transfer to other bank | 19:19:35 |
| 2232 | C: In | 2014-12-19 | 6162 | BO ZHENGRM 701 BLDG B JIAXINYUAN NO 578 FU | 53,970.00 | 32: USD | TE2H: Other bank to HK remittance | 12:59:58 |
| 2232 | D: Out | 2014-12-21 | 2833 | xiao shengsheng | 50,000.00 | 32: USD | TH2E: Local transfer to other bank | 10:11:09 |
| 2232 | D: Out | 2015-1-8 | 6749 | BOCI Securities Limited – Clients' Account | 120,000.00 | 32: USD | TH2E: Local transfer to other bank | 16:04:24 |
| 2232 | D: Out | 2015-1-9 | 6749 | BOCI Securities Limited – Clients' | 120,000.00 | 32: USD | TH2E: Local transfer to other bank | 2:44:36 |

| 2232 | D: Out | 2015-1-14 | 6749 | Account BOCI Securities Limited – Clients' Account | 120,000.00 | 32: USD | Local transfer to other bank | 11:03:58 |
|---|---|---|---|---|---|---|---|---|



# CERTIFICATION

This is to certify that the attached English language document, identified as Bo Zheng_China Merchants Bank Account Statements, is a true and accurate translation of the original Chinese language document to the best of our knowledge and belief.

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

Executed this 27th day
Of October, 2015

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com