# EXHIBIT P

ITEM ①



3

Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date:  15 - 10 - 2014





Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date:

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000355



**中國銀行(香港)有限公司**
BANK OF CHINA (HONG KONG) LIMITED

COPY

G2

Mr HUNG CHIN
FLAT C 46/F BLOCK 2
THE ZENITH 258 QUEEN'S RD EAST
WANCHAI HK

012-926 -1

| 香港花園道一號 | |
|---|---|
| 客戶號 | ████969-7 |
| 月結單日期 | 2014/08/29 |
| 頁數 | 1 |
| 綜合月結單 | |

## 往來 / 儲蓄存款帳戶

| 戶口種類 | 賬戶號碼 | 貨幣 | 原幣結餘 | 等值港幣結餘（結欠 DR）#1 |
|---|---|---|---|---|
| 往來帳戶 港元 | ████6R4-4 | HKD | 6,738.39 | 6,738.39 |

## 往來 / 儲蓄存款帳戶交易紀錄

| 日期／貨幣 | 交易摘要 | 提取 | 存入 | 原幣結餘（結欠 DR） |
|---|---|---|---|---|
| 往來帳戶 港元 | ████84-4 | | | |
| HKD | B/F BAL. | | | 5,500.00 |
| 2014/08/25 TRS | CHATS/12140825BKR11155 | | 2,321,238.39 | 2,326,738.39 |
| 2014/08/27 CCQ 222571 | | 2,320,000.00 | | 6,738.39 |

## #1 今日參考牌價（港元兌換）

| 種類 | 參考牌價 | 種類 | 參考牌價 | 種類 | 參考牌價 | 種類 | 參考牌價 |
|---|---|---|---|---|---|---|---|
| AUD | 7.2470250 | BCU | 3.8568552 | CAD | 7.1382518 | CHF | 8.4736497 |
| CNY | 1.2814648 | DKK | 1.3715600 | EUR | 10.2222500 | GBP | 12.8665500 |
| HKD | 1.0000000 | INR | 0.1280886 | JPY | 0.0745910 | MOP | 0.9699625 |
| MYR | 2.4579765 | NOK | 1.2538019 | NZD | 6.5030250 | SEK | 1.1131219 |
| SGD | 6.2124248 | THB | 0.2426425 | TWD | 0.2593014 | USD | 7.7500000 |

如欲查詢本月結單內並未列印的其他貨幣參考牌價，請聯絡本行職員。
如欲選印往後取結單的英文版，請致電凡客戶熱線：3988 2288 或企業客戶熱線：3988 2288 辦理申請。
If you wish to receive future statements in the English Version, please feel free to contact our
Personal Customer Hotline at 39882388 / Corporate Customer Hotline at 39882288 for application.
南洋商業銀行有限公司（「南商」）、集友銀行有限公司及中銀信用卡（國際）有限公司是中國銀行（香
港）有限公司（「中銀香港」）的附屬機構。南洋商業銀行（中國）有限公司（「南商中國」）是中銀香
港透過其全資附屬機構而由本行間接持有的一家商業銀行。客戶服務熱線：(86)800-830-2086(於
於中國內地以固網電話撥打）或 (852)2929-2888（於中國內地以外撥打。） 網址：www.ncbchina.cn。

\***    完    ***

Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date : 15- 10- 2014

使用人民幣相關服務的非香港居民客戶，（包括其賬戶的被授權簽字人）在領取香港身份證明、旅遊證件及中銀香港的
存摺（如適用）親臨中銀香港任何一家分行辦理更新個人資料申請手續。如有查詢，請致電本行個人客戶服務熱線(852)3988 2388。
Non-Hong Kong resident customers using the RMB-related services (including the authorised signatories of their accounts) should
bring along their Hong Kong identity cards, travel documents and BOCHK passbook(s) (if applicable) to any of BOCHK's branches
in person to update their personal particulars as soon as practicable should they have obtained Hong Kong identity cards.
Please call our Personal Customer Service Hotline at (852) 3988 2388 for any enquiry.

Confidential pursuant to Securities Exchange Act s.24(d).

A5

致： 中银国际证券有限公司
　　 业务营运部

**加开附属账户**

本人/吾等为中银国际证券有限公司之客户，现在持有之账户资料如下：

账户名称： HUNG CHIN

账户号码： ▮▮▮ 6696 - ▮▮▮

1. 请取消表格 A 内之本人/吾等现持之附属账户（「取消附属账户」）并继续持有及/或加开表格 B 内之附属账户（「附属账户」）

| 表格 A:取消附属账户 | 表格 B:附属账户 |
|---|---|
| ☑ 1000 ☐ 2000 ☐ 1888 | ☐ 1000 ☑ 2000 ☐ 1888 |
| ☐ 8000 ☐ 8200 ☐ 8300 | ☐ 8000 ☐ 8200 ☐ 8300 |
| ☐ 其他 *(请注明)*: | ☐ 其他 *(请注明)*: |

2. 网上服务

　☐ 本人/吾等之附属账户不须要网上服务。

　☑ 本人/吾等同意现有之网上登入名称及密码适用于所有附属账户；如适用。

　☐ 本人/吾等确认未曾申请网上服务。本人/吾等现同意申请网上服务，此服务适用于所有附属账户；如适用。以下为 3 个本人/吾等希望能使用之登入名称。
　　（请提供 6 至 15 个数字或字母，不能加入空格或符号。）

　　　1. _____
　　　2. _____
　　　3. _____

3. 本人/吾等现授权贵公司使用本人/吾等于早前申请账户时所提供之所有开户资料作为开立附属账户之用（「资料」）。本人/吾等确认本人/吾等之资料均与准确无误。

4. 资产组合之调动：

　☑ 本人/吾等现授权贵公司就取消附属账户内之所有持仓（包括现金、证券及/或合约(如有)）转移至下列之附属账户：

　　☐ 1000 ☑ 2000 ☐ 1888 ☐ 8000 ☐ 8200 ☐ 8300 ☐其他 *(请注明)*: _____

Signature Verified By _____

客户签署

29/12/2014
日期

| For Internal Use Only | |
|---|---|
| AE / RM Name (Closed Sub-account(s)) (Code: 611 ) LARRY SHUM | AE/ RM Name (Sub-account(s)) (Code: 611 ) LARRY SHUM |
| AE / RM Signature (Closed Sub-account(s)) | AE/ RM Signature (Sub-account(s)) |
| Team Head Signature (Closed Sub-account(s)) Frankl Lai 30 DEC 2014 | Team Head Signature (Sub-account(s)) Frankl Lai 30 DEC 2014 |

ISD 083-C/01

Confidential pursuant to Securities Exchange Act s.24(d).

# 账户申请表格

 中银國際證券有限公司
BOCI Securities Limited

A3

**中银国际证券有限公司**
香港中环花园道1号中银大厦20楼
香港中环皇后大道中181号新纪元广场18楼
中央编号：AAC296

For internal use only
Sales / RM Code: __AE611__
Referral Code: _____
Account No.: _____
Group ID: _____
Comm Code: _____
Account risk level:
☑ high   ☑ medium   ☐ low

## 第A部份 基本资料

账户名称 (英文)

HUNG CHIN

账户号码 (适用于现有客户)

6696 -

账户种类：

☑ 个人账户

☐ 联名账户 - 请注明联名账户持有人总人数

☐ 公司账户

账户主持有人之身份证 / 护照号码 (适用于个人 / 联名账户)　　　　公司注册证明书编号 (适用于公司账户)

## 第B部份 需要服务种类

本人 / 吾等欲开立及维持交易账户，作为对以下产品交易之用：

☐ 现金证券　　　　　　　　　　　☑ 孖展证券

☐ 期货 / 指数期权 / 商品期权　　　☐ 股票期权

☐ 杠杆式外汇买卖　　　　　　　　☐ 投资移仓账户

☐ 其他：_____

- 7 -

ESR-059-C/02



**Confidential pursuant to Securities Exchange Act s.24(d).**                     SEC-HKSFC-P-0000358

## 第C部份  申请网上交易服务

### C - 1 网上证券交易服务

☑需要 (请继续填写余下的C - 1部份)　　☐不需要

☑本人 / 吾等愿意使用本人 / 吾等现有之网上证券账户登入名称登入本人 / 吾等新开立的证券账户。

☐本人 / 吾等愿意申请一个全新的网上证券账户登入名称以登入新开立的证券账户。

请提供三个网上账户登入名称选择 (6 - 15个数字或字母，不能加入空格和符号。例：paulchan123)

| 第一网上服务用户 | 第二网上服务用户 (联名账户必须填写，公司账户可选择性填写) |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |

### C - 2 网上期货及商品交易服务

☐需要　　☑不需要

### C - 3 网上杠杆式外汇交易服务

☐需要　　☑不需要

## 第D部份  账户操作

现有客户不须填写此部份。新增产品交易的账户运作会按现有账户设定维持不变。

### D - 1 签署安排 (只适用于*联名账户*)

有关决定吾等账户操作 (包括提款及资产转移) 之有效文件，吾等应必须按照以下签署方式处理：

☐由任何单一方账户持有人签署　　☐由联名账户持有人同时签署

### D - 2 公司通讯 (只适用于*证券账户*)

阁下是否希望收取有关本以阁下名义登记持有但存放于香港中央结算系统内证券之公司通讯？

☑否

☐是。本人 / 吾等现授权中银国际证券有限公司，向香港中央结算有限公司及 / 或有关过户登记处披露本人 / 吾等之名称及通讯地址。本人 / 吾等承诺该等资料有所更改时，必须立即通知中银国际证券有限公司，并知悉就此事宜中银国际证券有限公司只会实向上述机构披露本人 / 吾等之名称及通讯地址。

- 8 -

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000359

## D - 3 结单寄发

请选择下列**其中一种**方式收取结单：

☑ **电子结单\***

电子日结单及月结单将发送至阁下的基本电邮地址

    ☐ 额外电邮地址以收取电子结单复本（只适用于公司账户）

```
┌────────────────────────────────────────────────────────┐
│                                                          │
└────────────────────────────────────────────────────────┘
```

\*倘若电邮通讯设备或其传送发生故障，中国国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止通过电邮向阁下发出结单。结单将以邮寄方式发送至阁下最后向我司提供之通讯地址。

☐ **书面结单**

日结单及月结单将以邮寄方式发送至阁下之通讯地址（就联名账户，书面结单将寄至账户主持有人之通讯地址）

语言选择：  ☐ 英文   ☑ 简体中文

## D - 4 即时交易确认短讯

☐ **需要**

本人／吾等希望通过手提电话接收证券及／或期货及商品交易的即时确认短讯。请把即时确认短讯发送致账户主持有人已登记的香港手提电话。

    ☐ 证券账户（申请人须同时申请网上证券交易服务（C-1部分））

    ☐ 期货／商品／股票期权账户

即时交易确认短讯服务只适用于香港手提电话号码并获学同提供应商是否提供该写短讯服务。倘若电邮通讯设备或其传送发生故障，中国国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止向阁下发出交易确认短讯。

☑ **不需要**

## D - 5 每日成交总结（只适用于公司账户）

☐ 需要（请继续填写余下的D - 5部份）          ☑ 不需要

请选择下列**其中一种**方式收取每日成交总结：

☐ 传真   ☑ 公司传真号码
       ☐ 额外传真号码以收取交易总结复本   `|__|__|__|-|__|__|__|__|-|__|`

☐ 电邮   ☑ 基本电邮地址
       ☐ 额外电邮地址以收取交易总结复本   `┌──────────────────┐`

倘若通讯设备或其传送发生故障，中国国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止向阁下发出每日成交总结。

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000360

## 第E部份 申请人之声明

### E - 1 申请人确认书

于签署此账户申请表格前，敬请：

- 注意所有与中银国际证券有限公司完成或通过中银国际证券有限公司进行之交易均受客户协议 (定义请参阅下文) 之条件及条款所限制；及
- 细阅已按照阁下所选择的语言 (英文或中文) 而提供予阁下的客户协议 (包括风险披露声明)，提出问题及征求独立的意见 (如阁下有此意愿)。

**(适用于新客户)**

☐ 本人／吾等确认已收取中银国际证券有限公司之客户协议 (包括协议所有部份及附录)、风险披露声明、客户资料声明、账户申请表格及其他与是次开户有关的协议及文件 (如适用) (合称「**客户协议**」) 及确认客户协议 (包括风险披露声明) 是按照本人／吾等所选择的语言 (英文或中文) 而提供，并已邀请本人／吾等阅读该客户协议 (包括风险披露声明)，提出问题及征求独立的意见 (如本人／吾等有此意愿)。本人／吾等确认本人／吾等已仔细阅读，充分理解并接受载于客户协议内 (包括风险披露声明) 的所有条款和规定，并同意遵守客户协议 (包括风险披露声明) 可能会不时修改的所有条款和规定。

**(适用于现有客户)**

☑ 本人／吾等确认已已备有早前由中银国际证券有限公司提供之客户协议 (包括协议所有部份及附录)、风险披露声明、客户资料声明、账户申请表格及其他与是次开户有关的协议及文件 (如适用) (合称「**客户协议**」) 及不需要另一套客户协议 (包括风险披露声明)。本人／吾等明白本人／吾等有权随时到访中银国际证券有限公司提供另一套客户协议 (包括风险披露声明) 及／或本人／吾等随时可于中银国际证券有限公司网页内获取一套客户协议 (包括风险披露声明)。本人／吾等确认客户协议 (包括风险披露声明) 是按照本人／吾等所选择的语言 (英文或中文) 而提供。本人／吾等并已被邀请仔细阅读该客户协议 (包括风险披露声明)，提出问题及征求独立的意见 (如本人／吾等有此意愿)。本人／吾等仔细阅读，充分理解并接受载于客户协议内 (包括风险披露声明) 的所有条款和规定，并同意遵守客户协议 (包括风险披露声明) 可能会不时修改的所有条款和规定。

本人／吾等进一步确认及同意，若因: (一) 中银国际证券有限公司之失误而导致本人／吾等需要更换、责任随后所属于提取证券及期货条例成立之投资者赔偿基金的范围内 (如适用)；(二) 假若证券寄存于中银国际证券有限公司或根据客户协议买入并于香港以外持有，本人／吾等便可能不能享有香港法例给予该等证券的同等保障，以及可能不能享有如同在香港持有该证券的相同权利。

### E - 2 申请人声明

就有关是次新开／新增账户之申请，本人／吾等特此授权中银国际证券有限公司使用本人／吾等在客户协议中所提供的资料 (包括本人／吾等在申请现有账户时所提供的资料) (下称「**客户资料**」)。本人／吾等确认有关客户资料在任何方面均为真实、完整且正确，及对客户协议中的陈述于下述日期均为准确。中银国际证券有限公司获授权随时联络任何人，包括但不限于本人／吾等之银行、经纪、经纪或信用机构，以求证实客户资料。

本人／吾等承诺如客户资料有任何变更，本人／吾等将尽快以书面通知中银国际证券有限公司。除非中银国际证券有限公司接收到本人／吾等更改有关内容的书面通知，中银国际证券有限公司有权在任何情况下完全依赖本人／吾等的证明及确认。

### E - 3 申请人个人资料使用同意书

本人／吾等已仔细阅读，完全理解并同意接受并遵守载于客户协议附录一及二 (如适用) 有关个人资料 (私隐) 条例 (香港法例第486章) 的通知及声明。尤其是：

☐ 本人／吾等同意使用本人／吾等的客户资料作为与本人／吾等中银国际证券有限公司或继续维持账户，以及中银国际证券有限公司向本人／吾等提供金融服务有关的直接促销之用。

☐ 本人／吾等同意将中银国际证券有限公司、其任何集团公司或其他们可推选之金融、保险、电信服务提供商使用本人／吾等的客户资料作为与直接促销有关本人／吾等于中银国际证券有限公司开立或继续维持之账户，及中银国际证券有限公司向本人／吾等提供金融服务无关的其他金融、保险或电讯产品／服务之用。

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000361

(申请公司账户适用)

☐ 如吾等在与中银国际证券有限公司进行业务交易过程中向中银国际证券有限公司提供或被中银国际证券有限公司所持有吾等任何代表（包括董事、雇员、代理、客户（直接或间接）或关联方）或任何第三方的个人资料或数据，吾等承诺并声明。吾等已经获得吾等代理的相关同意，准许中银国际证券有限公司根据客户协议附录一和附录二中所述目的和要求使用、处理、处置、分享或转移这些资料或数据，并且吾等同意将会持在中银国际证券有限公司提出请求时及时向中银国际证券有限公司提供有关上述同意的证明。

E - 4 申请人签署

**个人 / 联名账户适用**

| 账户主持有人签署 | | 账户第二／其他持有人签署 |
|---|---|---|
| *(signature)* Signature Verified By ____ *(signature)* | | |
| 姓名  HUNG CHIN | | 姓名 |
| 日期  29/12/2014 | | 日期 |

**公司账户适用**

| 签署 (公司印鉴 (如适用)) | 获授权人士姓名 |
|---|---|
| | |
| | 获授权人士姓名 (如有) |
| | |
| | 日期 |

---

**只供内部使用**

**持牌人士声明**
本人在此确认：

☑ 本人已核查上述申请人之身份证明文件或公司注册文件之原本，并见证上述申请人之签名。

☑ 账户申请人已被提供按照其选择语言（英文或中文）的客户协议（包括风险披露声明），本人并且已邀请账户申请人阅读该客户协议（包括风险披露声明），提出问题及征求独立的意见（如客户申请人有此意愿）。

☑ 本人已向账户申请人解释，倘若账户申请人现受制于任何从事证券及期货条例界定的受规管活动的持牌法团或注册机构，账户申请人必须向中银国际证券有限公司提供其雇主所发出的同意书以支持此账户之申请。

| 持牌人士签署 | 持牌人士姓名 |
|---|---|
| *(signature)* | LARRY SHUM |
| 中央编号  AUC348 | 日期  29/12/2014 |

ESR-059-C/02

---

**Confidential pursuant to Securities Exchange Act s.24(d).**          SEC-HKSFC-P-0000362

# CUSTOMER INFORMATION STATEMENT - INDIVIDUAL / JOINT ACCOUNT



中銀國際證券有限公司
BOCI Securities Limited

**BOCI Securities Limited ("BOCIS")**
20 / F, Bank of China Tower, 1 Garden Road, Hong Kong
18 / F, Grand Millennium Plaza, 181 Queen's Road Central, Hong Kong
CE No.: AAC298

Please complete in BLOCK letters.

## TYPE OF ACCOUNT

☑ Individual Account

☐ Joint Account (Each of the joint account holders (other than the principal account holder) shall complete the Customer Information Statement - Joint Account Holder)

## PRINCIPAL / SOLE ACCOUNT HOLDER'S PERSONAL INFORMATION

| Name in English | Name in Chinese |
|---|---|
| HUNG CHIN | 熊戰 |

| Former Name / Alias in English (if any) | Former Name / Alias in Chinese (if any) |
|---|---|
| | |

| I.D. / Passport No. | Gender |
|---|---|
| | ☑ Male  ☐ Female |

| Nationality | Other Nationality (if applicable) |
|---|---|
| CHINESE | |

| Date of Birth | Place of Birth |
|---|---|
| 1966 yyyy | GUANGDONG |

| U.S. Tax Resident | U.S. Green Card Holder |
|---|---|
| ☐ Yes  ☑ No | ☐ Yes  ☑ No |

| Home Phone No. | Mobile Phone No. |
|---|---|
| | 66601729  853 666077 |

| Fax No. | Contact No. (phone or fax) contains U.S. Country Code |
|---|---|
| | ☐ Yes  ☑ No |

Primary Email Address  hungchin@126.com

This email address shall be used for accounts' operation, activation of online trading service and receipt of all correspondence, including electronic statement (if applicable)

- 1 -

ESR-060A-E/02



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000363

Residential Address (P.O. Box not accepted)

FLAT C 46/F BLOCK 2
THE ZENITH 258 QUEEN'S RD EAST WANCHAI HK     (Postal Code:          )

Permanent Address (if different from above) (P.O. Box not accepted)

(Postal Code:          )

Nature of Occupancy

☐ With Parents     ☐ Owned (No mortgage)     ☑ Mortgaged / Monthly Installment $ ___20K___
☐ Relative's       ☐ Staff Quarters           ☐ Rented / Monthly Rental $ _____

Employment Status

☐ Self-employed    ☑ Full-time Employed    ☐ Part-time Employed    ☐ Not Currently Employed
☐ Retired          ☐ Full-time Student     ☐ Housewife             ☐ Others (Please specify)_____

| Employer's Name | Nature of Business |
|---|---|
| 媽猛網絡安全咨詢有限公司 媽猛網絡安全咨詢有限公司 | IT |

| Office Phone No. | Year(s) with Existing Employer | Position |
|---|---|---|
| 853...66601729 | 20 year | CEO |

Office Address
香 七灣公路 荷末花园
北港七灣公路荷末花園 12樓E

Correspondence Address

☑ Residential ✓    ☐ Permanent    ☐ Office

☐ Others _____

Relationship with Joint Account Holder(s)
(for joint account only)

### LICENSED / REGISTERED PERSON DECLARATION

Are you, a licensed / registered person, or an employee of a licensed corporation / registered institution (e.g. employee of a brokerage firm / bank) as defined under the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)?

☑ No  ☐ Yes, please specify: _____

Do you have any relative(s) working in BOCI Group (which includes BOC International Holdings Limited and its subsidiaries)?

☑ No  ☐ Yes, please specify:

| Name | Relationship |
|---|---|
|  |  |

- 2 -

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

## ULTIMATE BENEFICIAL OWNER(S) OF THE ACCOUNT

Are you the ultimate beneficial owner(s) of the Account? (This information is required under the Client Identity Rule Policy of the Securities and Futures Commission.)

☑ Yes   ☐ No, please provide details of the ultimate beneficial owner(s):

| Name in English | Name in Chinese |
|---|---|
| Former Name / Alias in English (if any) | Former Name / Alias in Chinese (if any) |
| I.D. / Passport No. | Gender   ☐ Male   ☐ Female |
| Nationality | Other Nationality (if applicable) |
| Date of Birth   dd  mm  yyyy | Place of Birth |
| U.S. Tax Resident   ☐ Yes   ☐ No | U.S. Green Card Holder   ☐ Yes   ☐ No |
| Contact No. | Contact No. (phone and/or fax) contains U.S. Country code   ☐ Yes   ☐ No |
| Address | |

Do you, your spouse or any company controlled by you (with 35% or more voting rights) maintain any other account(s) with BOCIS?
☑ No   ☐ Yes, please provide details:

| Account Name | Account No. |
|---|---|
| Account Name | Account No. |

## APPLICANT'S BANK DETAILS

Funds will be transferred to the following bank accounts pursuant to your fund withdrawal instruction.

Bank Account (Hong Kong)   ☐ USD   ☑ HKD

| Bank Name | BOC (HK) | | |
|---|---|---|---|
| Account Holder's Name | HUNG CHIN | Account No. | 684-4 |

Bank Account (Overseas)

| Bank Name | |
|---|---|
| Bank Address | |
| Account Holder's Name | |
| Account No. | Currency |

- 3 -   ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).   SEC-HKSFC-P-0000365

## APPLICANT'S FINANCIAL PROFILE AND INVESTMENT EXPERIENCE

(This information is required under the "know-your-client requirements" of the Securities and Futures Commission.)

### Income and Asset

**Estimated Annual Income (HK$)**

- ☐ Under HK$200,000
- ☐ HK$200,000 - HK$500,000
- ☑ HK$500,001 - HK$1,000,000
- ☐ HK$1,000,001 - HK$5,000,000
- ☐ Above HK$5,000,000
- ☐ Other Income Source: _____

**Approximate Net Asset Value (HK$)(Total Assets - Total Liabilities)**

- ☐ Under HK$500,000
- ☐ HK$500,000 - HK$3,000,000
- ☑ HK$3,000,001 - HK$5,000,000
- ☐ HK$5,000,001 - HK$30,000,000
- ☐ Above HK$30,000,000

### Educational Background

- ☐ Primary School
- ☐ Secondary School
- ☑ University or above
- ☐ Others: _____

### Source(s) of Funds for This Account (you may choose more than one option)

- ☐ Sale of Property
- ☑ Savings from Earnings / Bonus
- ☐ Sale of Investments
- ☐ Pension
- ☐ Return on Investments
- ☐ Inheritance / Gift
- ☐ Commission
- ☐ Others, please specify: _____

### Investment Objective(s) and Strategy(ies) (you may choose more than one option)

- ☐ Capital Preservation
- ☑ Building Wealth
- ☐ Speculation
- ☐ Regular Income
- ☐ Beat Inflation
- ☐ Hedging
- ☐ Retirement
- ☐ Children Education Fund
- ☐ Others: _____

### Investment Period

- ☐ Short Term (i.e. less than 1 year)
- ☑ Short to Medium Term (i.e. 1 to 5 years)
- ☐ Medium Term (i.e. 6 to 10 years)
- ☐ Long Term (i.e. over 10 years)

### Investment Experience

| Products | Frequency of Transactions Per Annum | | | Investment Experience (year) | | | |
|---|---|---|---|---|---|---|---|
| | < 20 | 20 – 50 | > 50 | Nil | < 1 | 1 – 5 | > 5 |
| Listed Shares | ☐ < 20 | ☑ 20 – 50 | ☐ > 50 | ☐ Nil | ☐ < 1 | ☐ 1 – 5 | ☑ > 5 |
| Debt Securities / Bonds | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| Leveraged Foreign Exchange | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| Commodities / Bullion / Precious Metals | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| OTC Structured Products | | | | | | | |
| · Principal Protected Products | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |

- 4 -

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000366

· Non-Principal Protected Products

| | < 20 | 20 – 50 | > 50 | Nil | < 1 | 1 – 5 | > 5 |
|---|---|---|---|---|---|---|---|
| Vanilla Derivatives | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Exotic Derivatives | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Exchange Traded Derivative Products (traded in Hong Kong or elsewhere)

| | < 20 | 20 – 50 | > 50 | Nil | < 1 | 1 – 5 | > 5 |
|---|---|---|---|---|---|---|---|
| · Warrants ☐ Hong Kong ☐ other exchanges (please specify) | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| · Callable Bull / Bear Contracts ☐ Hong Kong ☐ other exchanges (please specify) | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| · Futures and Options Contracts ☐ Hong Kong ☐ other exchanges (please specify) | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| · Equity Linked Notes / Equity Linked Instruments ☐ Hong Kong ☐ other exchanges (please specify) | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| · Other Products (please specify) _____ ☐ Hong Kong ☐ other exchanges (please specify) | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Investment Funds

| | < 20 | 20 – 50 | > 50 | Nil | < 1 | 1 – 5 | > 5 |
|---|---|---|---|---|---|---|---|
| · Mutual Funds / Unit Trusts | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| · Hedge Funds / Private Equity Funds | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| · Leveraged and Specialty Exchange Traded Funds | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| · Other Funds (please specify) | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Other relevant investment experience:

- 5 -

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000367

## APPLICANT'S DECLARATION

I represent that all information contained in this Customer Information Statement is in all respects true, complete and correct. BOCIS is authorized at any time to contact any person, including but without limitations to my banks, brokers or any credit agency, for purposes of verifying the customer information contained herein.

I declare that I am not currently employed by any entity licensed or registered to carry on regulated activities as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong). Otherwise, I understand that I am required to provide BOCIS written consent from my employer before I open and operate any account with BOCIS. I undertake to promptly notify BOCIS if I become or cease to be employed by any entity licensed or registered to carry out regulated activities.

I undertake to notify BOCIS in writing forthwith upon any changes to any of the information contained in this Customer Information Statement. BOCIS is entitled to rely fully on any of my certification and confirmation contained herein for all purposes, unless BOCIS receives notice in writing of any changes thereof.

## APPLICANT'S SIGNATURE
(THIS SIGNATURE WILL BE TREATED AS SPECIMEN SIGNATURE)

| Applicant's Signature: | Date: |
|---|---|
|  | 15 - 10 - 2014 |

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000368

# ACCOUNT APPLICATION FORM



中銀國際證券有限公司
BOCI Securities Limited    A3

**BOCI Securities Limited ("BOCIS")**
20 / F, Bank of China Tower, 1 Garden Road, Hong Kong
18 / F, Grand Millennium Plaza, 181 Queen's Road Central, Hong Kong
CE No.: AAC298

For internal use only
Sales / RM Code: ___AE611___
Referral Code: _____
Account No.: _____
Group ID: _____
Comm Code: _____
Account risk level:
☑ high   ☒ medium   ☐ low

Please complete in BLOCK letters.

## SECTION A  GENERAL INFORMATION

Account Name

HUNG   CHIN

Account No. (for existing customer)

Type of Account:
☑ Individual Account
☐ Joint Account - Please state the total number of joint account holders: [    ]
☐ Corporate Account

| I.D. / Passport No. of Principal Account Holder (for individual / joint account) | Certificate of Incorporation No. (for corporate account) |
|---|---|
| | |

## SECTION B  TYPE OF SERVICE REQUIRED

I / We would like to open and maintain trading account(s) to trade the following product(s):

☑ Cash Securities                               ☐ Margin Securities

☐ Futures / Index Options / Commodity Options    ☐ Stock Options

☐ Leveraged Foreign Exchange Trading             ☐ Designated Account for Capital Investment Entrant Scheme

☐ Others: _____

- 1 -

ESR-059-E/02



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000369

## SECTION C  SUBSCRIPTION OF ONLINE TRADING SERVICE

### C – 1 Online Trading Service for Securities Trading

☑ Required (Please continue to complete the rest of C-1)     ☐ Not Required

☐ I / We wish to use my / our existing online securities account login ID for my / our new securities trading account.

☑ I / We wish to subscribe a new online securities account login ID for my / our new securities trading account.

Please provide 3 choices for online account login ID (6-15 alphanumeric, no space and symbol, e.g. paulchan123)

| First Online Service User | Second Online Service User (Mandatory for joint account and optional for corporate account) |
|---|---|
| 1. USer8199 | 1. |
| 2. | 2. |
| 3. | 3. |

### C – 2 Online Trading Service for Futures and Commodities Trading

☐ Required     ☑ Not Required

### C – 3 Online Leveraged Foreign Exchange Trading

☐ Required     ☑ Not Required

## SECTION D  OPERATION OF ACCOUNT

Existing customer is not required to complete this section. The operation of account for new additional product(s) shall be same as the existing settings.

### D – 1 Signing Arrangement (for joint account only)

We decide that the valid document in connection with the operation (including fund withdrawal and asset transfer) of our account must be signed in the following manner:

☐ Singly by either account holder     ☐ Jointly by joint account holders

### D – 2 Corporate Communication (for securities account only)

Do you wish to receive the corporate communication for securities held in the CCASS Depositary in Hong Kong of which you are the non-registered underlying owner(s)?

☑ No

☐ Yes, I / we hereby authorize BOCIS to disclose my / our name and correspondence address to the Hong Kong Securities Clearing Company Limited and / or the relevant registrars of the listed issuers. I / We undertake to advise BOCIS immediately of any change of such particulars and acknowledge that the sole duty of BOCIS in this respect is to dispatch my / our name and correspondence address to the aforesaid entities.

ESR-059-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000370

## D – 3 Delivery of Statements

Please choose one of the following media for the delivery of statements:

☑ Electronic Statement*
Daily and monthly electronic statements will be sent to your primary email address

☐ Additional email address for duplicate statements (for corporate account only)

_____

*BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of statements by email resulting from the breakdown or failure of the transmission of email communication facilities. Statements will be sent to your latest correspondence address provided to BOCIS.

☐ Physical Statement
Daily and monthly statements will be sent to your correspondence address by mail. (for joint account, statements will be sent to the correspondence address of the principal account holder)

Choice of Language:   ☐ English   ☐ Simplified Chinese

## D – 4 SMS Instant Trade Confirmation

☐ Required
I / We wish to receive execution results of the securities and / or futures and commodities orders via mobile phone's Short Message Service ("Instant Trade Confirmation"). Please send Instant Trade Confirmation to the registered Hong Kong mobile number of the principal account holder.

☐ Securities Account (applicant has to subscribe online trading service for securities trading (Section C-1) simultaneously)

☐ Futures/ Commodities/ Stock Options Account(s)

Instant Trade Confirmation service is only available to Hong Kong mobile number only, subject to service availability of network providers. BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of Instant Trade Confirmation resulting from the breakdown or failure of the transmission or communation facilities.

☐ Not Required

## D – 5 Daily Trade Summary (for corporate account only)

☐ Required (Please continue to complete the rest of D-5)         ☐ Not Required

Please choose one of the following media for receiving daily trade summary:

☐ Fax   ☑ Office fax no.
☐ Additional fax no. for duplicate trade summary   |__|__|__|-|__|__|__|__|-|_____

☐ Email   ☑ Primary email address
☐ Additional email address for duplicate trade summary   _____

BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of daily trade summary resulting from the breakdown or failure of the transmission or communication facilities.

ESR-059-E/02

Confidential pursuant to Securities Exchange Act s.24(d).   SEC-HKSFC-P-0000371

## SECTION E  APPLICANT'S DECLARATION

### E - 1 Applicant's Acknowledgement and Confirmation

Prior to signing this Account Application Form, please:

- note that all transactions to be concluded with or through BOCIS shall be subject to the terms and conditions of the Customer Agreement (as defined below) ; and
- read the Customer Agreement (including Risk Disclosure Statement) which you have been provided in a language (English or Chinese) of your choice carefully, ask questions and take independent advice if you so wish.

(For New Customer)

☑ I / We acknowledge my / our receipt of the Customer Agreement of BOCIS (including all Sections thereunder and Appendices thereto), the Risk Disclosure Statement, the Customer Information Statement, the Account Application Form and any other agreements or documents related to the opening of the account(s), whenever applicable (collectively the "Customer Agreement") and confirm that the Customer Agreement (including Risk Disclosure Statement) were provided to me / us in a language (English or Chinese) of my / our choice and I / we was / were invited to read the Customer Agreement (including Risk Disclosure Statement) carefully, ask questions and take independent advice if I / we so wish. I / We confirm that I / we have carefully read, fully understood and accepted all the terms and provisions contained in the Customer Agreement (including Risk Disclosure Statement) and shall be bound by the Customer Agreement (including Risk Disclosure Statement) as it may be amended from time to time.

(For Existing Customer)

☐ I / We confirm that I / we have the Customer Agreement of BOCIS (including all Sections thereunder and Appendices thereto), the Risk Disclosure Statement, the Customer Information Statement, the Account Application Form and any other agreements or documents related to the opening of the account(s), whenever applicable (collectively the "Customer Agreement") which I / we have previously been provided with and do not require another copy of the Customer Agreement (including Risk Disclosure Statement). I / We understand that I am / we are entitled to request a further copy of the Customer Agreement (including Risk Disclosure Statement) at any time from BOCIS and / or I / we can access the Customer Agreement (including Risk Disclosure Statement) at any time on the website of BOCIS. I / We confirm that the Customer Agreement (including Risk Disclosure Statement) were provided to me / us in a language (English or Chinese) of my / our choice and I / we was / were invited to read the Customer Agreement (including Risk Disclosure Statement) carefully, ask questions and take independent advice if I / we so wish. I / We confirm that I / we have carefully read, fully understood and accepted all the terms and provisions contained in the Customer Agreement (including Risk Disclosure Statement) and shall be bound by the Customer Agreement (including Risk Disclosure Statement) as it may be amended from time to time.

I / We further acknowledge and agree that: (a) in the event of BOCIS' default and me / us having incurred a loss as a result thereof, the liability of the Investor Compensation Fund established under the Securities and Futures Ordinance (where applicable) will be restricted to the extent provided for therein, and (b) where securities are deposited with BOCIS or purchased pursuant to the Customer Agreement and held outside Hong Kong, I / we may not be afforded equivalent protection in respect of those securities as that afforded under Hong Kong law and I / we may not have the same rights as I / we have in respect of securities held in Hong Kong.

### E - 2 Applicant's Declaration

For the purpose of opening any new / additional Account(s), I / we hereby authorize BOCIS to use the information provided by me / us in the Customer Agreement (including information previously provided by me / us for the existing Account(s)) to BOCIS ("Customer Information"). I / We represent that all Customer Information is in all respects true, complete and correct and that the representations in the Customer Agreement are accurate as at the date hereof. BOCIS is authorized at any time to contact any person, including but without limitations to my / our banks, brokers or any credit agency, for purposes of verifying the Customer Information.

I / We undertake to notify BOCIS in writing forthwith upon any changes in any such Customer Information. BOCIS is entitled to rely fully on any of my / our certification and confirmation contained for all purposes, unless BOCIS receives prior notice in writing of any changes thereof.

### E - 3 Applicant's Consent to Use of Personal Data

I / We have carefully read, fully understood and agreed to accept and be bound by the Notice and Statement Relating to the Personal Data (Privacy) Ordinance (Cap. 486 of the Laws of Hong Kong) as set out in Appendix I and II (as applicable) to the Customer Agreement. In particular,

☐ I / We hereby consent to the use of my / our Customer Information for direct marketing directly related to the opening or continuation of my / our accounts with BOCIS and the provision of financial services by BOCIS to me / us.

☐ I / We hereby consent to the use of my / our Customer Information for direct marketing by BOCIS, any Group Company or other carefully selected financial, insurance, telecommunications service providers of other financial, insurance or telecommunications products and / or services not directly related to the opening or continuation of my / our accounts with BOCIS and the provision of financial services by BOCIS to me / us.

- 4 -

ESR-059-E/02

(Corporate account applicant only)

☐ Where personal data or information relating to any of our representatives (including directors, employees, agents, customer (direct or indirect) or affiliates) or any third party is provided to or held by BOCIS in the course of its business dealings with BOCIS, we undertake and represent that we have obtained the relevant consent of our representatives to enable BOCIS to use, process, deal, share or transfer such data or information in accordance with the purposes and requirements of Appendix I and II (as applicable) of the Customer Agreement and we agree that we will promptly provide evidence of such consents as and when requested by BOCIS.

**E - 4 Applicant's Signature**

*For Individual / Joint Account*

| Principal Account Holder's Signature | Second / Other Account Holder's Signature |
|---|---|
| Print Name    HUNG CHIN | Print Name |
| Date    15/10/2014 | Date |

*For Corporate Account*

| Signature (company chop (if any)) | Print Name of Authorized Person |
|---|---|
| | Print Name of Authorized Person (if any) |
| | Date |

---

**FOR INTERNAL USE ONLY**

Licensed Person's Declaration
I hereby solemnly swear that:

☑ I have witnessed the signature and inspected the original identity or company establishment documents of the above-named applicant.

☑ The applicant has been provided with the Customer Agreement (including Risk Disclosure Statement) in the language of the applicant's choice (English or Chinese); and the applicant has been invited to read the Customer Agreement (including Risk Disclosure Statement), ask questions and take independent advice if he / she so wishes.

☑ I have already explained to the applicant that if he / she is currently employed by any registered institution or licensed corporation to carry on regulated activities, the applicant is required to provide BOCIS a written consent from his / her employer in support of this account application.

| Signature of Licensed Person | Print Name of Licensed Person    LARRY SHUM |
|---|---|
| CE No.    AOL 348 | Date    15 - 10 - 2014 |

- 5 -

ESR-059-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

CONFIDENTIAL



Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No: AOL348)
Date: 15-10-2014



3

Certified True Copy of the Original

.........................................
SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date: 15 - 10 , 2014



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000452





 G2

中國銀行(香港)有限公司
BANK OF CHINA (HONG KONG) LIMITED

Mr HUNG CHIN
FLAT C 46/F BLOCK 2
THE ZENITH 258 QUEEN'S RD EAST
WANCHAI HK

012-926 -1

香港花園道一號

| 客戶號 | ████969-7 |
| 月結單日期 | 2014/08/29 |
| 頁數 | 1 |

綜合月結單

往來／儲蓄存款賬戶

| 戶口種類 | 賬戶號碼 | 貨幣 | 原幣結餘 | 等值港幣結餘 （結欠 DR）#1 |
|---|---|---|---|---|
| 往來賬戶 港元 | ████684-4 | HKD | 6,738.39 | 6,738.39 |

往來／儲蓄存款賬戶交易記錄

| 日期／貨幣　交易摘要 | 提取 | 存入 | 原幣結餘 （結欠 DR） |
|---|---|---|---|
| 往來賬戶 港元 | | ████684-4 | |
| HKD    B/F BAL. | | | 5,500.00 |
| 2014/08/25 TRS | | 2,321,238.39 | 2,326,738.39 |
| CHATS/12140825BKR11155 | | | |
| 2014/08/27 CCQ 222571 | 2,320,000.00 | | 6,738.39 |

#1 今日參考牌價（港元兌換）

| 種類 | 參考牌價 | 種類 | 參考牌價 | 種類 | 參考牌價 | 種類 | 參考牌價 |
|---|---|---|---|---|---|---|---|
| AUD | 7.2470250 | BCU | 3.8568552 | CAD | 7.1382518 | CHF | 8.4736497 |
| CNY | 1.2614548 | DKK | 1.3715600 | EUR | 10.2222500 | GBP | 12.8665500 |
| HKD | 1.0000000 | INR | 0.1280886 | JPY | 0.0745910 | MOP | 0.9699625 |
| MYR | 2.4579765 | NOK | 1.2538019 | NZD | 6.5030250 | SEK | 1.1131219 |
| SGD | 6.2124248 | THB | 0.2426425 | TWD | 0.2593014 | USD | 7.7500000 |

如欲查詢本月結單內並未列印的其他貨幣參考牌率，請聯絡本行職員。
如欲選擇日後收取結單的英文版，請致電個人客戶熱線：3988 2388，或企業客戶熱線：3988 2288 辦理申請。
If you wish to receive future statements in the English Version, please feel free to contact our
Personal Customer Hotline at 39882388 / Corporate Customer Hotline at 39882288 for application.
南洋商業銀行有限公司（「南商」）、集友銀行有限公司及中銀信用卡（國際）有限公司是中銀香港（香港）有限公司（「中銀香港」）的附屬機構。南洋商業銀行（中國）有限公司（「南商中國」）是中銀香港通過其全資附屬機構南商在中國內地成立並全資擁有的一家商業銀行。客戶服務熱線：(86)800-830-2066（於中國內地以固網電話撥打）或 (852)2929-2988（於中國內地以外撥打）。網址：www.ncbchina.cn。

\* \* \*　　完　　\* \* \*

Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date : 15-10-2014

使用人民幣相關服務的非香港居民客戶（包括其賬戶的被授權簽署人），在被發香港身份證後，須盡快攜同香港身份證、旅遊證件及中銀香港的存摺（如適用）親臨中銀香港任何一家分行辦理更新個人資料申請事項。如有查詢，請致電本行個人客戶服務熱線 (852) 3988 2388。
Non-Hong Kong resident customers using the RMB-related services (including the authorised signatories of their accounts) should bring along their Hong Kong identity cards, travel documents and BOCHK passbook(s) (if applicable) to any of BOCHK's branches in person to update their personal particulars as soon as practicable should they have obtained Hong Kong identity cards. Please call our Personal Customer Service Hotline at (852) 3988 2388 for any enquiry.

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000454

A5

致：　中银国际证券有限公司
　　　业务营运部

__加开附属账户__

本人/吾等为中银国际证券有限公司之客户，现在持有之账户资料如下：

账户名称　HUNG CHIN

账户号码　6696-

1. 请取消表格 A 内之本人/吾等现持之附属账户（「取消附属账户」）并继续持有及/或加开表格 B 内之附属账户（「附属账户」）

| ☑ 表格 A：取消附属账户 | ☑ 表格 B：附属账户 |
|---|---|
| ☑ 1000 ☐ 2000 ☐ 1888 | ☐ 1000 ☑ 2000 ☐ 1888 |
| ☐ 8000 ☐ 8200 ☐ 8300 | ☐ 8000 ☐ 8200 ☐ 8300 |
| ☐ 其他 (请注明)： | ☐ 其他 (请注明)： |

2. 网上服务

☐ 本人/吾等之附属账户不须要网上服务。

☑ 本人/吾等同意现有之网上登入名称及密码适用于所有附属账户；如适用。

☐ 本人/吾等确认未曾申请网上服务。本人/吾等现同意申请网上服务，此服务适用于所有附属账户；如适用。以下为 3 个本人/吾等希望能使用之登入名称。
　　（请提供 6 至 15 个数字或字母，不能加入空格或符号。）

　　1. _____
　　2. _____
　　3. _____

3. 本人/吾等现授权贵公司使用本人/吾等于早前申请账户时所提供之所有开户资料作为开立附属账户之用（「资料」）。本人/吾等确认本人/吾等之资料均与准确无误。

4. 资产组合之调动：

☑ 本人/吾等现授权贵公司就取消附属账户内之所有持仓 (包括现金、证券及/或合约(如有))转移至下列之附属账户：

☐ 1000 ☑ 2000 ☐ 1888 ☐ 8000 ☐ 8200 ☐ 8300 ☐ 其他 (请注明)： _____



Signature
Verified By _____

客户签署

29/12/2014
日期

| For Internal Use Only | |
|---|---|
| AE/ RM Name (Closed Sub-account(s)) (Code: 611 ) LARRY SHUM | AE/ RM Name (Sub-account(s)) (Code: 611 ) LARRY SHUM |
| AE/ RM Signature (Closed Sub-account(s)) | AE/ RM Signature (Sub-account(s)) |
| Team Head Signature (Closed Sub-account(s)) Frankl Lai 30 DEC 2014 | Team Head Signature (Sub-account(s)) Frankl Lai 30 DEC 2014 |

ISD 083-C/01

A3

# 账户申请表格

中銀國際證券有限公司
BOCI Securities Limited

**中银国际证券有限公司**
香港中环花园道1号中银大厦20楼
香港中环皇后大道中181号新纪元广场18楼
中央编号：AAC298

For internal use only
Sales / RM Code: __AE611__
Referral Code: _____
Account No.: _____
Group ID: _____
Comm Code: _____
Account risk level:
☑ high  ☒ medium  ☐ low

## 第A部份 基本资料

账户名称 (英文)

HUNG  CHIN

账户号码 (适用于现有客户)

6696 -

账户种类：

☑ 个人账户

☐ 联名账户 - 请注明联名账户持有人总人数 [  ]

☐ 公司账户

| 账户主持有人之身份证 / 护照号码 (适用于个人 / 联名账户) | 公司注册证明书编号 (适用于公司账户) |
|---|---|
|  |  |

## 第B部份 需要服务种类

本人 / 吾等欲开立及维持交易账户，作为对以下产品交易之用：

☐ 现金证券                    ☑ 开展证券

☐ 期货 / 指数期权 / 商品期权    ☐ 股票期权

☐ 杠杆式外汇买卖              ☐ 投资移民账户

☐ 其他：_____

- 7 -

ESR-059-C/02



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000456

**第C部份　申请网上交易服务**

C - 1 网上证券交易服务

☑ 需要 (请继续填写余下的C - 1部份)　　　☐ 不需要

☑ 本人 / 吾等愿意使用本人一个现有之网上证券账户登入名称登入本人 / 吾等新开立的证券账户。

☐ 本人 / 吾等愿意申请一个全新的网上证券账户登入名称以登入新开立的证券账户。

请提供三个网上账户登入名称选择 (6 - 15个数字或字母，不能加入空格和符号，例：paulchan123)

| 第一网上服务用户 | 第二网上服务用户 (联名账户必须填写，公司账户可选择填写) |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |

C - 2 网上期货及商品交易服务

☐ 需要　　☑ 不需要

C - 3 网上杠杆式外汇交易服务

☐ 需要　　☑ 不需要

**第D部份　账户操作**

现有客户不须填写此部份。新增产品交易的账户运作会按现有账户设定维持不变。

D - 1 签署安排 (只适用于*联名账户*)

有关决定吾等账户操作 (包括提款及资产转移) 之有效文件，吾等决定必须按照以下签署方式处理：

☐ 由任何单一方账户持有人签署　　☐ 由联名账户持有人同时签署

D - 2 公司通讯 (只适用于*证券账户*)

阁下是否希望收取有关本人/阁下名义登记持有但存放于香港中央结算系统内证券之公司通讯？

☑ 否

☐ 是，本人 / 吾等现授权中银国际证券有限公司，向香港中央结算有限公司及 / 或有关过户登记处披露本人 / 吾等之名称及通讯地址。本人 / 吾等承诺若该等资料有所更改时，必须立即通知中银国际证券有限公司，并知悉就此事宜中银国际证券有限公司只负责向上述机构披露本人 / 吾等之名称及通讯地址。

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000457

**D - 3 结单寄发**

请选择下列**其中一种**方式收取结单：

☑ 电子结单*
电子日结单及月结单将会发送至阁下的基本电邮地址

　　☐ 额外电邮地址以收取电子结单复本（只适用于公司账户）

　　[                                                                ]

*倘若电邮通讯设备或其传送发生故障，中银国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止透过电邮向阁下发出结单。结单将以邮寄方式发送至阁下最后向我司提供之通讯地址。

☐ 书面结单
日结单及月结单将会以邮寄方式发送至阁下之通讯地址（就联名账户，书面结单将寄至账户主持有人之通讯地址）

语言选择：　☐ 英文　　☑ 简体中文

**D - 4 即时交易确认短讯**

☐ 需要
本人 / 吾等希望透过手提电话接收证券及 / 或期货及商品交易的即时确认短讯。 请把即时确认短讯发送致账户主持有人已登记的香港手提电话。

　　☐ 证券账户（申请人须同时申请网上证券交易服务（C-1部分）

　　☐ 期货 / 商品 / 股票期权账户

即时交易确认短讯服务只适用于香港手提电话号码并视乎网络供应商是否提供该等服务。倘若电邮通讯设备或其传送发生故障，中银国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止向阁下发出交易确认短讯。

☑ 不需要

**D - 5 每日成交总结 (只适用于公司账户)**

☐ 需要(请继续填写余下的D - 5部份)　　　☑ 不需要

请选择下列**其中一种**方式收取每日成交总结

☐ 传真　　☑ 公司传真号码
　　　　　☐ 额外传真号码以收取交易总结复本　[ | | | ]-[ | | | | ]-[ | | | ]

☐ 电邮　　☑ 基本电邮地址
　　　　　☐ 额外电邮地址以收取交易总结复本　[                                    ]

倘若通讯设备或其传送发生故障，中银国际证券有限公司保留权利，在不时及无需作任何事先通知的情况下，暂停或终止向阁下发出每日成交总结。

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000458

## 第E部份 申请人之声明

### E - 1 申请人确认书

于签署此账户申请表格前，敬请：

* 注意所有与中银国际证券有限公司完成或透过中银国际证券有限公司进行之交易均受客户协议 (定义请参阅下文) 之条件及条款所限制；及
* 细阅已按照阁下所选择的语言 (英文或中文) 而提供予阁下的客户协议 (包括风险披露声明)，提出问题及寻求独立的意见 (如阁下有此意愿)。

**(适用于新客户)**

☐ 本人／吾等确认已收取中银国际证券有限公司之客户协议 (包括协议所有部份及附录)、风险披露声明、客户资料声明、账户申请表格及其他与是次开户有关的协议及文件 (如适用) (合称「客户协议」) 及确认客户协议 (包括风险披露声明) 是按照本人／吾等所选择的语言 (英文或中文) 而提供，并已邀请本人／吾等阅读该客户协议 (包括风险披露声明)，提出问题及征求独立的意见 (如本人／吾等有此意愿)。本人／吾等确认本人／吾等已仔细阅读：充分理解并接受载于客户协议内 (包括风险披露声明) 的所有条款和规定，并同意遵守客户协议 (包括风险披露声明) 可能会不时修改的所有条款和规定。

**(适用于现有客户)**

☑ 本人／吾等确认已备有早前由中银国际证券有限公司提供之客户协议 (包括协议所有部份及附录)、风险披露声明、客户资料声明、账户申请表格及其他与是次开户有关的协议及文件 (如适用) (合称「客户协议」) 及并不需要另一套客户协议 (包括风险披露声明)。本人／吾等明白本人／吾等有权随时要求中银国际证券有限公司另提供另一套客户协议 (包括风险披露声明) 及／或本人／吾等随时可以于中银国际证券有限公司网页内获取一套客户协议(包括风险披露声明)。本人／吾等确认客户协议 (包括风险披露声明) 是按照本人／吾等所选择的语言 (英文或中文) 而提供，本人／吾等并已被邀请仔细阅读该客户协议 (包括风险披露声明)，提出问题及征求独立的意见 (如本人／吾等有此意愿)。本人／吾等确认本人／吾等已仔细阅读，充分理解并接受载于客户协议内 (包括风险披露声明) 的所有条款和规定，并同意遵守客户协议 (包括风险披露声明) 可能会不时修改的所有条款和规定。

本人／吾等进一步确认及同意，若因：(一) 中银国际证券有限公司之失误而导致本人／吾等蒙受损失，责任赔偿将限于根据证券及期货条例成立之投资者赔偿基金规定的范围内 (如适用)；(二) 假若证券寄存于中银国际证券有限公司或经客户协议以买入并于香港以外持有，本人／吾等便可能不能享有香港法例给予该等证券的同等保障，以及可能不能享有如同在香港持有该等证券的相同权利。

### E - 2 申请人声明

就有关是次开新增账户之申请，本人／吾等特此授权中银国际证券有限公司使用本人／吾等在客户协议中所提供的资料 (包括本人／吾等在申请现有账户时所提供的资料) (下称「客户资料」)。本人／吾等确认有关客户资料在任何方面均为属实、完整及正确，及对客户协议中的陈述于下述目的均为准确。中银国际证券有限公司获授权随时联络任何人，包括但不限于本人／吾等之银行、经纪、或任何信用机构，以求证实客户资料。

本人／吾等承诺如客户资料有任何变更，本人／吾等将尽快以书面通知中银国际证券有限公司。除非中银国际证券有限公司接收到本人／吾等更改有关内容的书面通知，中银国际证券有限公司有权在任何情况下完全依赖本人／吾等的证明及确认。

### E - 3 申请人个人资料使用同意书

本人／吾等已仔细阅读，完全理解并同意接受并遵守载于客户协议附录一及二 (如适用) 有关个人资料 (私隐) 条例 (香港法例第486章) 的通知及声明。尤其是，

☐ 本人／吾等同意使用本人／吾等的客户资料作为与本人／吾等于中银国际证券有限公司开立或继续维持账户，及中银国际证券有限公司向本人／吾等提供金融服务有关的直接促销之用。

☐ 本人／吾等同意中银国际证券有限公司、其任何集团公司或其他仔细挑选之金融、保险、电信营运商提供商使用本人／吾等的客户资料作为直接促销与本人／吾等于中银国际证券有限公司开立或继续维持之账户，及中银国际证券有限公司向本人／吾等提供金融服务无关的其他金融、保险或电讯产品／服务之用。

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000459

**（申请公司账户适用）**

☐ 如吾等有与中银国际证券有限公司进行业务交易过程中向中银国际证券有限公司提供或被中银国际证券有限公司所持有吾等任何代表（包括董事、雇员、代理、客户（直接或间接）或任何第三方的个人资料或数据，吾等承诺并声明，吾等已经获得吾等代表的相关同意，准许中银国际证券有限公司根据客户协议附录一和附录二中所述目的和要求使用、处理、处置、分享或转移这些资料或数据。并且吾等同意将在中银国际证券有限公司提出请求时及时向中银国际证券有限公司提供有关上述同意的证明。

---

**E - 4 申请人签署**

**个人／联名账户适用**

| 账户主持有人签署 | 账户第二／其他持有人签署 |
|---|---|

账户主持有人签署区域（签名）

Signature Verified By _（签名）_

| 姓名  HUNG CHIN | 姓名 |
|---|---|
| 日期  29/12/2014 | 日期 |

**公司账户适用**

| 签署 (公司印章 (如适用)) | 获授权人士姓名 |
|---|---|
| | 获授权人士姓名 (如有) |
| | 日期 |

---

**只供内部使用**

**持牌人士声明**
本人在此确认：

☑ 本人已核查上述申请人之身份证明文件或公司注册文件之原本，并见证上述申请人之签名。

☑ 账户申请人已被提供按照其选择语言 (英文或中文) 的客户协议 (包括风险披露声明)，本人并且已邀请账户申请人阅读该客户协议 (包括风险披露声明)、提出问题及征求独立的意见 (如账户申请人有此意愿)。

☑ 本人已向账户申请人解释，倘若账户申请人现受雇于任何从事证券及期货条例界定的受规管活动的持牌法团或注册机构，账户申请人必须向中银国际证券有限公司提供其雇主所发出的同意书以支持此账户之申请。

| 持牌人士签署 | 持牌人士姓名  LARRY SHUM |
|---|---|
| 中央编号  AUL348 | 日期  29/12/2014 |

- 11 -

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000460

# CUSTOMER INFORMATION STATEMENT - INDIVIDUAL / JOINT ACCOUNT



中銀國際證券有限公司
BOCI Securities Limited

**BOCI Securities Limited ("BOCIS")**
20 / F, Bank of China Tower, 1 Garden Road, Hong Kong
18 / F, Grand Millennium Plaza, 181 Queen's Road Central, Hong Kong
CE No.: AAC298

Please complete in BLOCK letters.

## TYPE OF ACCOUNT

☑ Individual Account

☐ Joint Account (Each of the joint account holders (other than the principal account holder) shall complete the Customer Information Statement - Joint Account Holder)

## PRINCIPAL / SOLE ACCOUNT HOLDER'S PERSONAL INFORMATION

| Name in English | Name in Chinese |
|---|---|
| HUNG CHIN | 熊戰 |

| Former Name / Alias in English (if any) | Former Name / Alias in Chinese (if any) |
|---|---|
| | |

| I.D. / Passport No. | Gender |
|---|---|
| | ☑ Male ☐ Female |

| Nationality | Other Nationality (if applicable) |
|---|---|
| CHINESE | |

| Date of Birth | Place of Birth |
|---|---|
| 1966 yyyy | GUANGDONG |

| U.S. Tax Resident | U.S. Green Card Holder |
|---|---|
| ☐ Yes ☑ No | ☐ Yes ☑ No |

| Home Phone No. | Mobile Phone No. |
|---|---|
| | 66601729 853- 666077 |

| Fax No. | Contact No. (phone or fax) contains U.S. Country Code |
|---|---|
| | ☐ Yes ☑ No |

Primary Email Address  hungchin@126.com

This email address shall be used for accounts' operation, activation of online trading service and receipt of all correspondence, including electronic statement (if applicable)

-1-

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

Residential Address (P.O. Box not accepted)

FLAT C 46/F BLOCK 2
THE ZENITH 258 QUEEN'S RD EAST WANCHAI HK (Postal Code:                )

Permanent Address (if different from above) (P.O. Box not accepted)

(Postal Code:                )

**Nature of Occupancy**

☐ With Parents   ☐ Owned (No mortgage)   ☑ Mortgaged / Monthly Installment $  20k

☐ Relative's   ☐ Staff Quarters   ☐ Rented / Monthly Rental $ _____

**Employment Status**

☐ Self-employed   ☑ Full-time Employed   ☐ Part-time Employed   ☐ Not Currently Employed

☐ Retired   ☐ Full-time Student   ☐ Housewife   ☐ Others (Please specify)_____

| Employer's Name 驾猛网络安全咨询有限公司 驾猛网络安全咨询有限公司 | Nature of Business IT | |
|---|---|---|
| Office Phone No. 853.iiii.6660 1729 | Year(s) with Existing Employer 20 year | Position CEO |
| Office Address 西 七澤公路 葡京花园 坯48七澤公路葡京花园 12栋E | | |

**Correspondence Address**

☑ Residential ✓   ☐ Permanent   ☐ Office

☐ Others _____

Relationship with Joint Account Holder(s)
(for joint account only)

---

## LICENSED / REGISTERED PERSON DECLARATION

Are you a licensed / registered person, or an employee of a licensed corporation / registered institution (e.g. employee of a brokerage firm / bank) as defined under the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)?

☑ No   ☐ Yes, please specify: _____

Do you have any relative(s) working in BOCI Group (which includes BOC International Holdings Limited and its subsidiaries)?

☑ No   ☐ Yes, please specify:   Name   Relationship

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000462

## ULTIMATE BENEFICIAL OWNER(S) OF THE ACCOUNT

Are you the ultimate beneficial owner(s) of the Account? (This information is required under the Client Identity Rule Policy of the Securities and Futures Commission.)

☑ Yes  ☐ No, please provide details of the ultimate beneficial owner(s):

| Name In English | Name in Chinese |
|---|---|
| Former Name / Alias in English (if any) | Former Name / Alias in Chinese (if any) |
| I.D. / Passport No. | Gender   ☐ Male   ☐ Female |
| Nationality | Other Nationality (if applicable) |
| Date of Birth   dd  mm  yyyy | Place of Birth |
| U.S. Tax Resident   ☐ Yes   ☐ No | U.S. Green Card Holder   ☐ Yes   ☐ No |
| Contact No. | Contact No. (phone and/or fax) contains U.S. Country code   ☐ Yes   ☐ No |
| Address | |

Do you, your spouse or any company controlled by you (with 35% or more voting rights) maintain any other account(s) with BOCIS?

☑ No  ☐ Yes, please provide details:

| Account Name | Account No. |
|---|---|
| Account Name | Account No. |

## APPLICANT'S BANK DETAILS

Funds will be transferred to the following bank accounts pursuant to your fund withdrawal instruction.

Bank Account (Hong Kong)   ☐ USD   ☑ HKD

| Bank Name | BOC (HK) | | |
|---|---|---|---|
| Account Holder's Name | HUNG CHIN | Account No. | 684-4 |

Bank Account (Overseas)

| Bank Name | |
|---|---|
| Bank Address | |
| Account Holder's Name | |
| Account No. | Currency |

- 3 -

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

## APPLICANT'S FINANCIAL PROFILE AND INVESTMENT EXPERIENCE

(This information is required under the "know-your-client requirements" of the Securities and Futures Commission.)

### Income and Asset

**Estimated Annual Income (HK$)**
- ☐ Under HK$200,000
- ☐ HK$200,000 - HK$500,000
- ☑ HK$500,001 - HK$1,000,000
- ☐ HK$1,000,001 - HK$5,000,000
- ☐ Above HK$5,000,000
- ☐ Other Income Source: _____

**Approximate Net Asset Value (HK$)(Total Assets - Total Liabilities)**
- ☐ Under HK$500,000
- ☐ HK$500,000 - HK$3,000,000
- ☑ HK$3,000,001 - HK$5,000,000
- ☐ HK$5,000,001 - HK$30,000,000
- ☐ Above HK$30,000,000

### Educational Background

- ☐ Primary School      ☐ Secondary School      ☑ University or above      ☐ Others: _____

### Source(s) of Funds for This Account (you may choose more than one option)

- ☐ Sale of Property       ☑ Savings from Earnings / Bonus       ☐ Sale of Investments       ☐ Pension
- ☐ Return on Investments       ☐ Inheritance / Gift       ☐ Commission
- ☐ Others, please specify: _____

### Investment Objective(s) and Strategy(ies) (you may choose more than one option)

- ☐ Capital Preservation       ☑ Building Wealth       ☐ Speculation
- ☐ Regular Income       ☐ Beat Inflation       ☐ Hedging
- ☐ Retirement       ☐ Children Education Fund       ☐ Others: _____

### Investment Period

- ☐ Short Term (i.e. less than 1 year)       ☑ Short to Medium Term (i.e. 1 to 5 years)
- ☐ Medium Term (i.e. 6 to 10 years)       ☐ Long Term (i.e. over 10 years)

### Investment Experience

| Products | Frequency of Transactions Per Annum | | | Investment Experience (year) | | | |
|---|---|---|---|---|---|---|---|
| | < 20 | 20 – 50 | > 50 | Nil | < 1 | 1 – 5 | > 5 |
| Listed Shares | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ |
| Debt Securities / Bonds | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Leveraged Foreign Exchange | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Commodities / Bullion / Precious Metals | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| OTC Structured Products | | | | | | | |
| · Principal Protected Products | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

- 4 -

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000464

| · Non-Principal Protected Products | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vanilla Derivatives | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| Exotic Derivatives | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |

| Exchange Traded Derivative Products (traded in Hong Kong or elsewhere) | | | | | | | |
|---|---|---|---|---|---|---|---|
| · Warrants<br>☐ Hong Kong<br>☐ other exchanges (please specify)<br>_____ | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| · Callable Bull / Bear Contracts<br>☐ Hong Kong<br>☐ other exchanges (please specify)<br>_____ | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| · Futures and Options Contracts<br>☐ Hong Kong<br>☐ other exchanges (please specify)<br>_____ | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| · Equity Linked Notes /<br>Equity Linked Instruments<br>☐ Hong Kong<br>☐ other exchanges (please specify)<br>_____ | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| · Other Products (please specify)<br>_____<br>☐ Hong Kong<br>☐ other exchanges (please specify)<br>_____ | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |

| Investment Funds | | | | | | | |
|---|---|---|---|---|---|---|---|
| · Mutual Funds / Unit Trusts | ☑ < 20 | ☐ 20 – 50 | ☐ > 50 | ☐ Nil | ☐ < 1 | ☐ 1 – 5 | ☑ > 5 |
| · Hedge Funds / Private Equity Funds | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| · Leveraged and Specialty Exchange<br>Traded Funds | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| · Other Funds (please specify)<br>_____ | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |

Other relevant investment experience:

- 5 -

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

## APPLICANT'S DECLARATION

I represent that all information contained in this Customer Information Statement is in all respects true, complete and correct. BOCIS is authorized at any time to contact any person, including but without limitations to my banks, brokers or any credit agency, for purposes of verifying the customer information contained herein.

I declare that I am not currently employed by any entity licensed or registered to carry on regulated activities as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong). Otherwise, I understand that I am required to provide BOCIS written consent from my employer before I open and operate any account with BOCIS. I undertake to promptly notify BOCIS if I become or cease to be employed by any entity licensed or registered to carry out regulated activities.

I undertake to notify BOCIS in writing forthwith upon any changes to any of the information contained in this Customer Information Statement. BOCIS is entitled to rely fully on any of my certification and confirmation contained herein for all purposes, unless BOCIS receives notice in writing of any changes thereof.

## APPLICANT'S SIGNATURE
## (THIS SIGNATURE WILL BE TREATED AS SPECIMEN SIGNATURE)

| Applicant's Signature: | Date: |
|---|---|
|  | 15 - 10 - 2014 |

ESR-060A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000466

# ACCOUNT APPLICATION FORM

中銀國際證券有限公司
BOCI Securities Limited    A3

**BOCI Securities Limited ("BOCIS")**
20 / F, Bank of China Tower, 1 Garden Road, Hong Kong
18 / F, Grand Millennium Plaza, 181 Queen's Road Central, Hong Kong
CE No.: AAC298

For internal use only
Sales / RM Code: __AE611__
Referral Code: _____
Account No.: _____
Group ID: _____
Comm Code: _____
Account risk level:
☑ high  ☒ medium  ☐ low

Please complete in BLOCK letters.

## SECTION A  GENERAL INFORMATION

Account Name

HUNG  CHIN

Account No. (for existing customer)

Type of Account:

☑ Individual Account

☐ Joint Account - Please state the total number of joint account holders: ☐

☐ Corporate Account

I.D. / Passport No. of Principal Account Holder
(for individual / joint account)

Certificate of Incorporation No.
(for corporate account)

## SECTION B  TYPE OF SERVICE REQUIRED

I / We would like to open and maintain trading account(s) to trade the following product(s):

☑ Cash Securities                         ☐ Margin Securities

☐ Futures / Index Options / Commodity Options    ☐ Stock Options

☐ Leveraged Foreign Exchange Trading      ☐ Designated Account for Capital Investment Entrant Scheme

☐ Others: _____

- 1 -

ESR-059-E/02



Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000467

## SECTION C  SUBSCRIPTION OF ONLINE TRADING SERVICE

### C – 1 Online Trading Service for Securities Trading

☑ Required (Please continue to complete the rest of C-1)      ☐ Not Required

☐ I / We wish to use my / our existing online securities account login ID for my / our new securities trading account.

☑ I / We wish to subscribe a new online securities account login ID for my / our new securities trading account.

Please provide 3 choices for online account login ID (6-15 alphanumeric, no space and symbol, e.g. paulchan123)

| First Online Service User | Second Online Service User (Mandatory for joint account and optional for corporate account) |
|---|---|
| 1. *USer 8199* | 1. |
| 2. | 2. |
| 3. | 3. |

### C – 2 Online Trading Service for Futures and Commodities Trading

☐ Required      ☑ Not Required

### C – 3 Online Leveraged Foreign Exchange Trading

☐ Required      ☑ Not Required

## SECTION D  OPERATION OF ACCOUNT

Existing customer is not required to complete this section. The operation of account for new additional product(s) shall be same as the existing settings.

### D – 1 Signing Arrangement *(for joint account only)*

We decide that the valid document in connection with the operation (including fund withdrawal and asset transfer) of our account must be signed in the following manner:

☐ Singly by either account holder      ☐ Jointly by joint account holders

### D – 2 Corporate Communication *(for securities account only)*

Do you wish to receive the corporate communication for securities held in the CCASS Depositary in Hong Kong of which you are the non-registered underlying owner(s)?

☑ No

☐ Yes, I / we hereby authorize BOCIS to disclose my / our name and correspondence address to the Hong Kong Securities Clearing Company Limited and / or the relevant registrars of the listed issuers. I / We undertake to advise BOCIS immediately of any change of such particulars and acknowledge that the sole duty of BOCIS in this respect is to dispatch my / our name and correspondence address to the aforesaid entities.

ESR-059-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000468

## D – 3 Delivery of Statements

*Please choose one of the following media for the delivery of statements:*

☑ **Electronic Statement\***
   Daily and monthly electronic statements will be sent to your primary email address

   ☐ Additional email address for duplicate statements (for **corporate account** only)

   [                                                                 ]

\*BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of statements by email resulting from the breakdown or failure of the transmission of email communication facilities. Statements will be sent to your latest correspondence address provided to BOCIS.

☐ **Physical Statement**
   Daily and monthly statements will be sent to your correspondence address by mail. *(for joint account, statements will be sent to the correspondence address of the principal account holder)*

Choice of Language:   ☐ English   ☐ Simplified Chinese

## D – 4 SMS Instant Trade Confirmation

☐ Required

   I / We wish to receive execution results of the securities and / or futures and commodities orders via mobile phone's Short Message Service ("Instant Trade Confirmation"). Please send Instant Trade Confirmation to the registered Hong Kong mobile number of the principal account holder.

   ☐ Securities Account (applicant has to subscribe online trading service for securities trading (Section C-1) simultaneously)

   ☐ Futures/ Commodities/ Stock Options Account(s)

   Instant Trade Confirmation service is only available to Hong Kong mobile number only, subject to service availability of network providers. BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of Instant Trade Confirmation resulting from the breakdown or failure of the transmission or communation facilities.

☐ Not Required

## D – 5 Daily Trade Summary *(for corporate account only)*

☐ Required (Please continue to complete the rest of D-5)      ☐ Not Required

*Please choose one of the following media for receiving daily trade summary:*

☐ Fax      ☑ Office fax no.
            ☐ Additional fax no. for duplicate trade summary   [ | | | ]-[ | | | ]-[                    ]

☐ Email    ☑ Primary email address
            ☐ Additional email address for duplicate trade summary   [                    ]

BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of daily trade summary resulting from the breakdown or failure of the transmission or communication facilities.

ESR-059-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000469

## SECTION E  APPLICANT'S DECLARATION

### E - 1 Applicant's Acknowledgement and Confirmation

Prior to signing this Account Application Form, please:

- note that all transactions to be concluded with or through BOCIS shall be subject to the terms and conditions of the Customer Agreement (as defined below) ; and
- read the Customer Agreement (including Risk Disclosure Statement) which you have been provided in a language (English or Chinese) of your choice carefully, ask questions and take independent advice if you so wish.

(For New Customer)

☑ I / We acknowledge my / our receipt of the Customer Agreement of BOCIS (including all Sections thereunder and Appendices thereto), the Risk Disclosure Statement, the Customer Information Statement, the Account Application Form and any other agreements or documents related to the opening of the account(s), whenever applicable (collectively the "**Customer Agreement**") and confirm that the Customer Agreement (including Risk Disclosure Statement) were provided to me / us in a language (English or Chinese) of my / our choice and I / we was / were invited to read the Customer Agreement (including Risk Disclosure Statement) carefully, ask questions and take independent advice if I / we so wish. I / We confirm that I / we have carefully read, fully understood and accepted all the terms and provisions contained in the Customer Agreement (including Risk Disclosure Statement) and shall be bound by the Customer Agreement (including Risk Disclosure Statement) as it may be amended from time to time.

(For Existing Customer)

☐ I / We confirm that I / we have the Customer Agreement of BOCIS (including all Sections thereunder and Appendices thereto), the Risk Disclosure Statement, the Customer Information Statement, the Account Application Form and any other agreements or documents related to the opening of the account(s), whenever applicable (collectively the "**Customer Agreement**") which I / we have previously been provided with and do not require another copy of the Customer Agreement (including Risk Disclosure Statement). I / We understand that I am / we are entitled to request a further copy of the Customer Agreement (including Risk Disclosure Statement) at any time from BOCIS and / or I / we can access the Customer Agreement (including Risk Disclosure Statement) at any time on the website of BOCIS. I / We confirm that the Customer Agreement (including Risk Disclosure Statement) were provided to me / us in a language (English or Chinese) of my / our choice and I / we was / were invited to read the Customer Agreement (including Risk Disclosure Statement) carefully, ask questions and take independent advice if I / we so wish. I / We confirm that I / we have carefully read, fully understood and accepted all the terms and provisions contained in the Customer Agreement (including Risk Disclosure Statement) and shall be bound by the Customer Agreement (including Risk Disclosure Statement) as it may be amended from time to time.

I / We further acknowledge and agree that: (a) in the event of BOCIS' default and me / us having incurred a loss as a result thereof, the liability of the Investor Compensation Fund established under the Securities and Futures Ordinance (where applicable) will be restricted to the extent provided for therein, and (b) where securities are deposited with BOCIS or purchased pursuant to the Customer Agreement and held outside Hong Kong, I / we may not be afforded equivalent protection in respect of those securities as that afforded under Hong Kong law and I / we may not have the same rights as I / we have in respect of securities held in Hong Kong.

### E - 2 Applicant's Declaration

For the purpose of opening any new / additional Account(s), I / we hereby authorize BOCIS to use the information provided by me / us in the Customer Agreement (including information previously provided by me / us for the existing Account(s)) to BOCIS ("**Customer Information**"). I / We represent that all Customer Information is in all respects true, complete and correct and that the representations in the Customer Agreement are accurate as at the date hereof. BOCIS is authorized at any time to contact any person, including but without limitations to my / our banks, brokers or any credit agency, for purposes of verifying the Customer Information.

I / We undertake to notify BOCIS in writing forthwith upon any changes in any such Customer Information. BOCIS is entitled to rely fully on any of my / our certification and confirmation contained for all purposes, unless BOCIS receives prior notice in writing of any changes thereof.

### E - 3 Applicant's Consent to Use of Personal Data

I / We have carefully read, fully understood and agreed to accept and be bound by the Notice and Statement Relating to the Personal Data (Privacy) Ordinance (Cap. 486 of the Laws of Hong Kong) as set out in Appendix I and II (as applicable) to the Customer Agreement. In particular,

☐ I / We hereby consent to the use of my / our Customer Information for direct marketing directly related to the opening or continuation of my / our accounts with BOCIS and the provision of financial services by BOCIS to me / us.

☐ I / We hereby consent to the use of my / our Customer Information for direct marketing by BOCIS, any Group Company or other carefully selected financial, insurance, telecommunications service providers of other financial, insurance or telecommunications products and / or services **not** directly related to the opening or continuation of my / our accounts with BOCIS and the provision of financial services by BOCIS to me / us.

ESR-059-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000470

(Corporate account applicant only)

☐ Where personal data or information relating to any of our representatives (including directors, employees, agents, customer (direct or indirect) or affiliates) or any third party is provided to or held by BOCIS in the course of its business dealings with BOCIS, we undertake and represent that we have obtained the relevant consent of our representatives to enable BOCIS to use, process, deal, share or transfer such data or information in accordance with the purposes and requirements of Appendix I and II (as applicable) of the Customer Agreement and we agree that we will promptly provide evidence of such consents as and when requested by BOCIS.

**E - 4 Applicant's Signature**

*For Individual / Joint Account*

| Principal Account Holder's Signature | Second / Other Account Holder's Signature |
|---|---|
| | |
| Print Name   HUNG CHIN | Print Name |
| Date   15/10/2014 | Date |

*For Corporate Account*

| Signature (company chop (if any)) | Print Name of Authorized Person |
|---|---|
| | Print Name of Authorized Person (if any) |
| | Date |

---

**FOR INTERNAL USE ONLY**

Licensed Person's Declaration
I hereby solemnly swear that:

☑ I have witnessed the signature and inspected the original identity or company establishment documents of the above-named applicant.

☑ The applicant has been provided with the Customer Agreement (including Risk Disclosure Statement) in the language of the applicant's choice (English or Chinese); and the applicant has been invited to read the Customer Agreement (including Risk Disclosure Statement), ask questions and take independent advice if he / she so wishes.

☑ I have already explained to the applicant that if he / she is currently employed by any registered institution or licensed corporation to carry on regulated activities, the applicant is required to provide BOCIS a written consent from his / her employer in support of this account application .

| Signature of Licensed Person | Print Name of Licensed Person   LARRY SHUM |
|---|---|
| CE No.   AOL 348 | Date   15 - 10 - 2014 |

- 5 -

ESR-059-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

ITEM ①

Hung, Chin
J574 2069
HUNG, CHIN





1966

J, 73.
[illegible]
04-09-2016·   11-05-1993      29-01-1966 M

04-09-2006

CSM

Macau Special Administrative Region
Permanent Resident ID Card



[illegible]

                    <<<<<<0609045
6601292M1609042<<<<<<<<<<<<<P3
HUNG<<CHIN<<<<<<<<<<<<<<<<<<<<

Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date: 15 - 10 - 2014

Confidential pursuant to Securities Exchange Act s.24(d).

3

Certified True Copy of the Original

..................................................

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date: 15 - 10 , 2014



[illegible]

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000354



Certified True Copy of the Original

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)
Date : 15 - 10 - 2014

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000355

Bank of China (Hong Kong) Limited    COPY

Mr HUNG CHIN
FLAT C 46/F BLOCK 2
THE ZENITH 258 QUEEN'S RD EAST
WANCHAI HK

012-926 -1

1 Garden Road, Hong Kong

| Customer number | 69-7 |
| --- | --- |
| Monthly statement date | 2014/08/29 |
| Number of pages | 1 |

Comprehensive monthly statement

### Current / savings account

| Account type | Account No | Currency | Original currency balance | HKD equivalent (DR) #1 |
| --- | --- | --- | --- | --- |
| Current account (HKD) | 684 4 | HKD | 6,738.39 | 6,738.39 |

### Current / savings account transaction record

| Date / currency | Transaction summary | Withdrawal | Deposit | Original currency balance (DR) |
| --- | --- | --- | --- | --- |
| Current account | : 684-4 | | | |
| HKD | B/F BAL. | | | 5,500.00 |
| 2014/08/25 TRS | | | 2,321,238.39 | 2,326,738.39 |
| | CHATS/121408259HKR11155 | | | |
| 2014/08/27 CCQ 222571 | | 2,320,000.00 | | 6,738.39 |

### #1 Today's reference prices (converting other currencies to HKD)

| Type | Reference price | Type | Reference price | Type | Reference price | Type | Reference price |
| --- | --- | --- | --- | --- | --- | --- | --- |
| AUD | 7.2470250 | BCU | 3.8568552 | CAD | 7.1382518 | CHF | 8.4736497 |
| CNY | 1.2814548 | DKK | 1.3715600 | EUR | 10.2222500 | GBP | 12.8665500 |
| HKD | 1.0000000 | INR | 0.1280886 | JPY | 0.0745910 | MOP | 0.9699625 |
| MYR | 2.4579765 | NOK | 1.2538019 | NZD | 6.5030250 | SEK | 1.1131219 |
| SGD | 6.2124248 | THB | 0.2426425 | TWD | 0.2593014 | USD | 7.7500000 |

If you would like to find out the reference exchange rates for other currencies that are not included in this monthly statement -- please contact the bank.

If you choose to receive future statements in English, please contact our personal customer hotline **3988 2388** or business customer hotline **3988 2288** to request that.

Nanyang Commercial Bank Ltd. ("Nanyang Commercial"), Chiyu Banking Corp. Ltd. and BOC Credit Card (International) Ltd. are subsidiaries of Bank of China (Hong Kong) Ltd. ("BOC Hong Kong").

Nanyang Commercial Bank (China) Ltd. ("Nanyang China") is a commercial bank established in mainland China and wholly held by BOC Hong Kong through its wholly owned subsidiary Nanyang Commercial.

Customer service hotline: **(86)800-830-2066** (please use a landline to dial this number if you are in mainland China) or **(852)2929-2988** (please dial this number if you are not in mainland China)

Website: **www.ncbchina.cn**

*** End ***

Certified True Copy of the Original

---

SHUM WAH NIN LARRY
SFC Licensed Person (CE No:AOL348)

Date: 15-10-2014

Non-Hong Kong resident customers using the KMS-related services (including the authorised signatories of their accounts) should bring along their Hong Kong identity cards, travel documents and BOCHK passbook(s) (if applicable) to any of BOCHK's branches in person to update their personal particulars as soon as practicable should they have obtained Hong Kong identity cards. Please call our Personal Customer Service Hotline at (852) 3988 2388 for any enquiry.

**Confidential pursuant to Securities Exchange Act s.24(d).**

**SEC-HKSFC-P-0000356**

To: BOCI Securities Ltd.                                                        A5
   Business Operations Department

Opening of adjunct accounts

I am / We are a customer of BOCI Securities Ltd. and hold the following account:

   Account name: _HUNG CHIN_____

   Account number: ____6696-____ ✓

1. Please cancel my/our current adjunct accounts in Form A ([Cancel adjunct accounts}) and continue and/or add the adjunct accounts in Form B ([Adjunct accounts])

| Form A: Cancel adjunct accounts | Form B: Adjunct accounts |
|---|---|
| ☑ 1000  □ 2000  □ 1888 | □ 1000  ☑ 2000  □ 1888 |
| □ 8000  □ 8200  □ 8300 | □ 8000  □ 8200  □ 8300 |
| □ Other (please specify): | □ Other (please specify): _____ |

2. Online services
   □ My/Our adjunct accounts do not require online services.
   ■ I/We agree to use the current online login name and password for all adjunct accounts: if applicable.
   □ I/We confirm that no application has been made for online services. I/We agree to apply for online services; these services apply to all adjunct accounts: if applicable. The following are three login names I/we wish to use. (Please provide 6 to 15 numbers or letters; spaces or symbols are not allowed.)
      1. _____
      2. _____
      3. _____

3. I/We authorize you to use the account opening information provided by me/us when I/we applied for an account earlier for opening adjunct accounts ([information]). I/We confirm that all of my/our information is correct.

4. Asset portfolio transfer
   ■ I/We authorize you to cancel all holdings in adjunct accounts (including cash, securities, and/or contracts (if applicable)) and transfer them to the following adjunct accounts:
      □ 1000  ☑ 2000  □ 1888  □ 8000  □ 8200  □ 8300  □ Other (please specify): _____

                        Signature
                        Verified By _____

                                                  29/12/2014
   Customer's signature                           Date

| For Internal Use Only | |
|---|---|
| AE / RM Name (Closed Sub-account(s)) (Code: 611 ) LARRY SITURI ✓ | AE / RM Name (Sub-account(s)) (Code: 611 ) LARRY SITURI ✓ |
| AE / RM Signature (Closed Sub-account(s)) | AE / RM Signature (Sub-account(s)) |
| Team Head Signature (Closed Sub-account(s)) Frankl Lai  30 DEC 2014 | Team Head Signature (Sub-account(s)) Frankl Lai  30 DEC 20 |

                                                  ISD 083-C/01

Confidential pursuant to Securities Exchange Act s.24(d).                          SEC-HKSFC-P-0000357

Account application form  BOC International Securities Limited A3

BOC International Securities Limited
20th Floor, Bank of China Tower, 1 Garden Road Central, Hong Kong
18th Floor, Grand Millennium Plaza, 181 Queen's Road Central, Hong Kong
CE Number: AAC298

For internal use only
Sales / RM Code: AF 611
Referral Code: _____
Account No.: _____
Group ID: _____
Comm Code: _____
Account risk level:
☑ high ☑ medium ☐ low

## Section A: General Information

**Account Name (English)**

HUNG CHIN

**Account Number (for existing account)**

6696

**Type pf Account:**

■ Individual account
☐ Joint account. Please state total number of joint account holders: ☐
☐ Corporate account

| ID / Passport number of principal account holder (for individual/joint account) | Certificate of incorporation No. (for corporate account) |
|---|---|
|  |  |

## Section B: Type of service required

I/We would like to open and maintain trading account(s) to trade the following product(s):

☐ Cash securities                                    ■ Margin securities
☐ Futures / Index Options / Commodity Options        ☐ Stock options
☐ Leveraged Foreign Exchange Trading                 ☐ Designated account for capital investment entrant scheme
☐ Others: _____

- 2 -

BSR-069-C02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000358

## Section C: Subscription of online trading service

**C-1 Online trading service for securities trading**

■ Required (please continue to complete the rest of C-1   □ Not required

■ I/We wish to use my/our existing online securities account login ID for my/our new securities trading account.

□ I/We wish to subscribe a new online securities account login ID for my/our new securities trading account.

Please provide 3 choices for online account login ID (6 - 15 numbers or letters; no space and symbol. For example: paulchan123)

| First online service user | Second online service user (mandatory for joint account and optional for corporate account) |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |

**C-2 Online trading service for futures and commodities trading**

□ Required    ■ Not required

**C-3 Online leveraged foreign exchange trading**

□ Required    ■ Not required

## Section D: Operation of account

Existing customer is not required to complete this section. The operation of account for new additional product(s) shall be same as the existing settings.

**D-1 Signing arrangement (for *joint account* only)**

We decide that the valid document in connection with the operation (including fund withdrawal and asset transfer) of our account must be signed in the following manner:

□ Signed by either account holder        □ Jointly by joint account holders

**D-2 Corporate communication (for *securities account* only)**

Do you wish to receive the corporate communication for securities held in the CCASS Depositary in Hong Kong of which you are the non-registered underlying owner(s)?

■ No

□ Yes, I/we hereby authorize BOCIS to disclose my/our name and correspondence address to the Hong Kong Securities Clearing Company Limited and/or the relevant registrars of the listed issuers. I/We undertake to advise BOCIS immediately of any change of such particulars and acknowledge that the sole duty of BOCIS in this respect is to dispatch my/our name and correspondence address to the aforesaid entities.

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000359

| D-3 Delivery of statements |
|---|

Please choose **one** of the following media for the delivery of statements:
■ Electronic statement*
 Daily and monthly electronic statements will be sent to your primary email address
  □ Additional email address for duplicate statements (for corporate account only)

> [blank field]

\* BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of statements by email resulting from the breakdown or failure of the transmission of email communication facilities. Statements will be sent to your latest correspondence address provided to BOCIS.

□ Physical statement
Daily and monthly electronic statements will be sent to your correspondence address by mail. (For joint account, statements will be sent to the correspondence address of the principal account holder)

| Choice of language: □ English   ■ Simplified Chinese |
|---|
| D-4 SMS instant trade confirmation |

□ Required

I/We wish to receive execution results of the securities and/or futures and commodities orders via mobile phone's short message service ("instant trade confirmation"). Please send instant trade confirmation to the registered Hong Kong mobile number of the principal account holder.

□ Securities account (applicant has to subscribe online trading service for securities trading (Section C-1) simultaneously)

□ Futures/commodities/stock options account(s)

Instant trade confirmation service is available to Hong Kong mobile number only, subject to service availability of network providers. BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of instant trade confirmation resulting from the breakdown or failure of the transmission or communications facilities.

| ■ Not required |
|---|
| D-5 Daily trade summary (for **corporate account** only) |
| □ Required (Please complete the rest of D-5)      ■ Not required |

Please choose **one** of the following media for receiving daily trade summary:

□ Fax  ■ Office fax no.

      □ Additional fax no. for duplicate trade summary   [blank field]

□ Email  ■ Primary email address

        □ Additional email address for duplicate trade summary   [blank field]

BOCIS reserves the right from time to time and without prior notification to suspend or discontinue the delivery of daily trade summary resulting from the breakdown or failure of the transmission or communications facilities.

ESR-059-C/02

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-HKSFC-P-0000360

## Section E: Applicant's declaration

### E-1 Applicant's acknowledgement and confirmation

**Prior to signing this account application form, please:**

· note that all transactions to be concluded with or through BOCIS shall be subject to the terms and conditions of the Customer Agreement (as defined below); and

· read the Customer Agreement (including Risk Disclosure Statement) which you have been provided in a language (English or Chinese) of your choice carefully, ask questions and take independent advice if you so wish.

**(For new customer)**

□ I/We acknowledge my/our receipt of the Customer Agreement of BOCIS (including all sections thereunder and appendices thereto), the Risk Disclosure Statement, the Customer Information Statement, the Account Application Form and any other agreements or documents related to the opening of the account(s), whenever applicable (collectively the "**Customer Agreement**") and confirm that the Customer Agreement (including Risk Disclosure Statement) were provided to me/us in a language (English or Chinese) of my/our choice and I/we was/were invited to read the Customer Agreement (including Risk Disclosure Statement) carefully, ask questions and take independent advice if I/we so wish. I/We confirm that I/we have carefully read, fully understood and accepted all the terms and provisions contained in the Customer Agreement (including Risk Disclosure Statement) and shall be bound by the Customer Agreement (including Risk Disclosure Statement) as it may be amended from time to time.

**(For existing customer)**

■ I/We confirm that I/we have the Customer Agreement of BOCIS (including all sections thereunder and appendices thereto), the Risk Disclosure Statement, the Customer Information Statement, the Account Application Form and any other agreements or documents related to the opening of the account(s), whenever applicable (collectively the "**Customer Agreement**") which I/we have previously been provided with and do not require another copy of the Customer Agreement (including Risk Disclosure Statement). I/We understand that I am/we are entitled to request a further copy of the Customer Agreement (including Risk Disclosure Statement) at any time from BOCIS and/or I/we can access the Customer Agreement (including Risk Disclosure Statement) at any time on the website of BOCIS. I/We confirm that the Customer Agreement (including Risk Disclosure Statement) were provided to me/us in a language (English or Chinese) of my/our choice and I was/ we were invited to read the Customer Agreement (including Risk Disclosure Statement) carefully, ask questions, and take independent advice if I/we so wish. I/We confirm that I/we have carefully read, fully understood, and accepted all the terms and provisions contained in the Customer Agreement (including Risk Disclosure Statement) and shall be bound by the Customer Agreement (including Risk Disclosure Statement) as it may be amended from time to time.

I/We further acknowledge and agree that: (a) in the event of BOCIS' default and me/us having incurred a loss as a result thereof, the liability of the Investor Compensation Fund established under the Securities and Futures Ordinance (where applicable) will be restricted to the extent provided for therein, and (b) where securities are deposited with BOCIS or purchased pursuant to the Customer Agreement and held outside Hong Kong, I/we may not be afforded equivalent protection in respect of those securities as that afforded under Hong Kong law and I/we may not have the same rights as I/we have in respect of securities held in Hong Kong.

### E-2 Applicant's declaration

For the purpose of opening any new/additional account(s), I/we hereby authorize BOCIS to use the information provided by me/us in the Customer Agreement (including information previously provided by me/us for the existing account(s)) to BOCIS ("Customer Information"). I/We represent that all customer information is in all respects true, complete, and correct and that the representations in the Customer Agreement are accurate as at the date hereof. BOCIS is authorized at any time to contact any person, including but without limitations to my/our banks, broker, or any credit agency, for purposes of verifying the customer information.

I/We undertake to notify BOCIS in writing forthwith upon any changes in any such customer information. BOCIS is entitled to rely fully on any of my/our certification and confirmation contained for all purposes, unless BOCIS receives prior notice in writing of any changes thereof.

### E-3 Applicant's consent to use of personal data

I/We have carefully read, fully understood and agreed to accept and be bound by the Notice and Statement Relating to the Personal Data (Privacy) Ordinance (Cap. 486 of the Laws of Hong Kong) as set out in Appendix I and II (as applicable) to the Customer Agreement. In particular,

□ I/We hereby consent to the use of my/our customer information for direct marketing directly related to the opening or continuation of my/our accounts with BOCIS and the provision of financial services by BOCIS to me/us.

□ I/We hereby consent to the use of my/our customer information for direct marketing by BOCIS, any Group Company or other carefully selected financial, insurance, telecommunications service providers of other financial, insurance or telecommunications products and/or services not directly related to the opening or continuation of my/our accounts with BOCIS and the provision of financial services by BOCIS to me/us.

ESR-068-C/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000361

**(Corporate account applicant only)**

□ Where personal data or information relating to any of our representatives (including directors, employees, agents, customers (direct or indirect) or affiliates) or any third party is provided to or held by BOCIS in the course of its business dealings with BOCIS, we undertake and represent that we have obtained the relevant consent of our representatives to enable BOCIS to use, process, deal, share or transfer such data or information in accordance with the purposes and requirements of Appendix I and II (as applicable) of the Customer Agreement and we agree that we will promptly provide evidence of such consents as and when requested by BOCIS.

**E-4 Applicant's signature**

*For individual / joint account*

| Principal account holder's signature | Second/other account holder's signature |
|---|---|
| Signature Verified By _____ | |
| Print name | Print name |
| HUNG CHIN | |
| Date | Date |
| 29/12/2014 | |

*For corporate account*

| Signature (company seal (if any)) | Print name of authorized person |
|---|---|
| | Print name of authorized person |
| | Date |

---

For internal use only

**Licensed person's declaration**

I hereby solemnly swear that:

■ I have witnessed the signature and inspected the original identity or company establishment documents of the above-named applicant.

■ The applicant been provided with the Customer Agreement (including Risk Disclosure Statement) in the language of the applicant's choice (English or Chinese); and the applicant has been invited to read the Customer Agreement (including Risk Disclosure Statement), ask questions and take independent advice if he/she so wishes.

■ I have already explained to the applicant that if he/she is currently employed by any registered institution or licensed corporation to carry on regulated activities, the applicant is required to provide BOCIS a written consent from his/her employer in support of this account application.

| Signature of licensed person | Printed name of licensed person |
|---|---|
| | LARRY SHUM |
| CE No. | Date |
| QVC348 | 29/12/2014 |

Confidential pursuant to Securities Exchange Act s.24(d).

## CUSTOMER INFORMATION STATEMENT - INDIVIDUAL / JOINT ACCOUNT


中銀國際 證券有限公司
BOCI Securities Limited

**BOCI Securities Limited ("BOCIS")**
20/F, Bank of China Tower, 1 Garden Road, Hong Kong
1/F, Grand Millennium Plaza, 181 Queen's Road Central, Hong Kong
CE No : AAC298

Please complete in BLOCK letters.

### TYPE OF ACCOUNT

☑ Individual Account

☐ Joint Account (Each of the joint account holders (other than the principal account holder) shall complete the Customer Information Statement - Joint Account Holder)

### PRINCIPAL / SOLE ACCOUNT HOLDER'S PERSONAL INFORMATION

| Name In English | Name In Chinese |
|---|---|
| HUNG CHIN | 熊戰 |
| | Hung Chin |

| Former Name / Alias in English (if any) | Former Name / Alias in Chinese (if any) |
|---|---|
| | |

| I.D. / Passport No. | Gender |
|---|---|
| [redacted] | ☑ Male   ☐ Female |

| Nationality: | Other Nationality (if applicable) |
|---|---|
| CHINESE | |

| Date of Birth | Place of Birth |
|---|---|
| [redacted] 1966 | GUANGDONG |
| dd   mm   yyyy | |

| U.S. Tax Resident: | U.S. Green Card Holder |
|---|---|
| ☐ Yes   ☑ No | ☐ Yes   ☑ No |

| Home Phone No. | Mobile Phone No. |
|---|---|
| | 85 3 666 0172 9 |

| Fax No. | Contact No. (phone or fax) contains U.S. Country Code |
|---|---|
| | ☐ Yes   ☑ No |

Primary Email Address : hungchin@126.com

This email address shall be used for accounts' operation, activation of online trading service and receipt of all correspondence, including electronic statement (if applicable)

- 1 -

ESR-061A-E/02

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-000036

Residential Address (P.O. Box not accepted)

FLAT C 46/F BLOCK 2
THE ZENITH 258 QUEEN'S RD EAST WANCHAI  HK  (Postal Code:   )

Permanent Address (if different from above) (P.O. Box not accepted)

(Postal Code:   )

**Nature of Occupancy**

☐ With Parents  ☐ Owned (No mortgage)  ☑ Mortgaged / Monthly Instalment $  20k
☐ Relative's  ☐ Staff Quarters  ☐ Rented / Monthly Rental $ _____

**Employment Status**

☐ Self-employed  ☑ Full-time Employed  ☐ Part-time Employed  ☐ Not Currently Employed
☐ Retired  ☐ Full-time Student  ☐ Housewife  ☐ Others (Please specify) _____

Employer's Name                          Nature of Business
MaMeng Network Security Consultants Ltd.      IT

| Office Phone No. | Year(s) with Existing Employer | Position |
|---|---|---|
| 8.5.3.1.1.1.6660 1729 | 20 year | CEO |

Office Address  運上號　招商局
E, 12th Floor, Lisboa Garden, Estrada de Sete Tanques, Taipa

**Correspondence Address**
☑ Residential  ☐ Permanent  ☐ Office
☐ Others _____

Relationship with Joint Account Holder(s)
(for joint account only)

**LICENSED / REGISTERED PERSON DECLARATION**

Are you a licensed / registered person, or an employee of a licensed corporation / registered institution (e.g. employee of a brokerage firm / bank) as defined under the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)?
☑ No  ☐ Yes, please specify. _____

Do you have any relative(s) working in BOCI Group (which includes BOC International Holdings Limited and its subsidiaries)?
☑ No  ☐ Yes, please specify.  Name _____  Relationship _____

- 2 -                                                                BSM-050A-E/03

Confidential pursuant to Securities Exchange Act s.24(d).                    SEC-HKSFC-P-0000364

## ULTIMATE BENEFICIAL OWNER(S) OF THE ACCOUNT

Are you the ultimate beneficial owner(s) of the Account? (This information is required under the Client Identity Rule Policy of the Securities and Futures Commission.)

☑ Yes  ☐ No, please provide details of the ultimate beneficial owner(s).

| Name in English | Name in Chinese | | |
|---|---|---|---|
| Former Name / Alias in English (if any) | Former Name / Alias in Chinese (if any) | | |
| I.D. / Passport No. | Gender | ☐ Male | ☐ Female |
| Nationality | Other Nationality (if applicable) | | |
| Date of Birth __ dd __ mm __ yyyy | Place of Birth | | |
| U.S. Tax Resident  ☐ Yes  ☐ No | U.S. Green Card Holder  ☐ Yes  ☐ No | | |
| Contact No. | Contact No. (please enter this number U.S. Country code) | | |
| | ☐ Yes  ☐ No | | |
| Address | | | |

Do you, your spouse or any company controlled by you (with 35% or more voting rights) maintain any other account(s) with BOCI?
☑ No  ☐ Yes, please provide details:

| Account Name | Account No. |
|---|---|
| Account Name | Account No. |

## APPLICANT'S BANK DETAILS

Funds will be transferred to the following bank accounts pursuant to your fund withdrawal instruction.

| Bank Account (Hong Kong) | ☐ USD  ☑ HKD | |
|---|---|---|
| Bank Name | BOC (HK) | |
| Account Holder's Name | HUNG CHIN | Account No. ___684-4 |
| Bank Account (Overseas) | | |
| Bank Name | | |
| Bank Address | | |
| Account Holder's Name | | |
| Account No. | Currency | |

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000365

## APPLICANT'S FINANCIAL PROFILE AND INVESTMENT EXPERIENCE

(This information is required under the "know-your-client requirements" of the Securities and Futures Commission.)

### Income and Asset

**Estimated Annual Income (HK$)**
- ☐ Under HK$200,000
- ☐ HK$200,000 - HK$500,000
- ☑ HK$500,001 - HK$1,000,000
- ☐ HK$1,000,001 - HK$5,000,000
- ☐ Above HK$5,000,000
- ☐ Other Income Source

**Approximate Net Asset Value (HK$)(Total Assets - Total Liabilities)**
- ☐ Under HK$500,000
- ☐ HK$500,000 - HK$3,000,000
- ☑ HK$3,000,001 - HK$5,000,000
- ☐ HK$5,000,001 - HK$30,000,000
- ☐ Above HK$30,000,000

### Educational Background

- ☐ Primary School
- ☐ Secondary School
- ☑ University or above
- ☐ Others _____

### Source(s) of Funds for This Account (you may choose more than one option)

- ☐ Sale of Property
- ☑ Savings from Earnings / Bonus
- ☐ Sale of Investments
- ☐ Pension
- ☐ Return on Investments
- ☐ Inheritance / Gift
- ☐ Commission
- ☐ Others, please specify: _____

### Investment Objective(s) and Strategy(ies) (you may choose more than one option)

- ☐ Capital Preservation
- ☑ Building Wealth
- ☐ Speculation
- ☐ Regular Income
- ☐ Debt Inflation
- ☐ Hedging
- ☐ Retirement
- ☐ Children Education Fund
- ☐ Others: _____

### Investment Horizon

- ☐ Short Term (i.e. less than 1 year)
- ☑ Short to Medium Term (i.e. 1 to 5 years)
- ☐ Medium Term (i.e. 5 to 10 years)
- ☐ Long Term (i.e. over 10 years)

### Investment Experience

| Products | Frequency of Transactions Per Annum | | | Investment Experience (year) | | | |
|---|---|---|---|---|---|---|---|
| Listed Shares | ☐ < 20 | ☑ 20 - 50 | ☐ > 50 | ☐ nil | ☐ < 1 | ☐ 1 - 5 | ☑ > 5 |
| Debt Securities / Bonds | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ nil | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| Leveraged Foreign Exchange | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ nil | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| Commodities / Bullion / Precious Metals | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ nil | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |
| OTC Structured Products | | | | | | | |
| • Principal Protected Products | ☐ < 20 | ☐ 20 - 50 | ☐ > 50 | ☑ nil | ☐ < 1 | ☐ 1 - 5 | ☐ > 5 |

- 4 -

B&R AAAA B56

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000366

| Non-Principal Protected Products | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vanilla Derivatives | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| Exotic Derivatives | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |

**Exchange Traded Derivative Products (traded in Hong Kong or elsewhere)**

| - Warrants ☐ Hong Kong ☐ other exchanges (please specify) | ☐ < 50 | ☐ 50 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
|---|---|---|---|---|---|---|---|
| - Callable Bull / Bear Contracts ☐ Hong Kong ☐ other exchanges (please specify) | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| - Futures and Options Contracts ☐ Hong Kong ☐ other exchanges (please specify) | ☐ < 50 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| - Equity Linked Notes / Equity Linked Instruments ☐ Hong Kong ☐ other exchanges (please specify) | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| - Other Products (please specify) ☐ Hong Kong ☐ other exchanges (please specify) | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |

**Investment Funds**

| Mutual Funds / Unit Trusts | ☑ < 20 | ☐ 20 – 50 | ☐ > 50 | ☐ Nil | ☐ < 1 | ☐ 1 – 5 | ☑ > 5 |
|---|---|---|---|---|---|---|---|
| - Hedge Funds / Private Equity Funds | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| - Leveraged and Specialty Exchange Traded Funds | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |
| - Other Funds (please specify) | ☐ < 20 | ☐ 20 – 50 | ☐ > 50 | ☑ Nil | ☐ < 1 | ☐ 1 – 5 | ☐ > 5 |

Other relevant information (please specify):

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000367

## APPLICANT'S DECLARATION

I represent that all information contained in this Customer Information Statement is in all respects true, complete and correct. BOCIS is authorized at any time to contact any person, including but without limitations to my banks, brokers or any credit agency, for purposes of verifying the customer information contained herein.

I declare that I am not currently employed by any entity licensed or registered to carry on regulated activities as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong). Otherwise, I understand that I am required to provide BOCIS written consent from my employer (when I open and operate any account with BOCIS. I undertake to promptly notify BOCIS if I become or cease to be employed by any entity licensed or registered to carry out regulated activities.

I undertake to notify BOCIS in writing forthwith upon any changes to any of the information contained in this Customer Information Statement. BOCIS is entitled to rely fully on any of any certification and confirmation contained herein for all purposes, unless BOCIS receives notice in writing of any changes thereof.

## APPLICANT'S SIGNATURE
(THIS SIGNATURE WILL BE TREATED AS SPECIMEN SIGNATURE)

| APPLICANT'S SIGNATURE | Date |
|---|---|
|  | 15 - 10 - 2014 |

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000368

# ACCOUNT APPLICATION FORM

中銀國際證券有限公司 A3
BOCI Securities Limited

**BOCI Securities Limited ("BOCIS")**
20/F, Bank of China Tower, 1 Garden Road, Hong Kong
18/F, Grand Millennium Plaza, 181 Queen's Road Central, Hong Kong
CE No : ADL358

For internal use only
Sales / RM Code: AE611
Referral Code:
Account No:
Group ID:
Comm Code:
Account risk level:
☑ high ☐ medium ☐ low

Please complete in BLOCK letters.

## SECTION A  GENERAL INFORMATION

Account Name

HUNG  CHIN

Account No. (for existing member)

Type of Account

☑ Individual Account

☐ Joint Account - Please state the total number of joint account holders ☐

☐ Corporate Account

I.D. / Passport No. of Principal Account Holder
(for individual / joint account)

Certificate of Incorporation No.
(for corporate account)

## SECTION B  TYPE OF SERVICE REQUIRED

I / We would like to open and maintain trading account(s) to trade the following products):

☑ Cash Securities

☐ Margin Securities

☐ Futures / Index Options / Commodity Options

☐ Stock Options

☐ Leveraged Foreign Exchange Trading

☐ Designated Account for Capital Investment Entrant Scheme

☐ Others: _____

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000369

SECTION C: SUBSCRIPTION OF ONLINE TRADING SERVICE

C - 1 Online Trading Service for Securities Trading

☑ Required (Please continue to complete the rest of C-1)   ☐ Not Required

☐ I / We wish to use my / our existing online securities account login ID for my / our new securities trading account

☑ I / We wish to authorize a new online securities account login ID for my / our new securities trading account

Please provide 3 choices for online account login ID (6-15 alphanumeric, no space and symbol, e.g. paulchan1234)

| First Online Service User | Second Online Service User (Mandatory for joint account and optional for corporate account) |
|---|---|
| 1. user8199 | 1. |
| 2. | 2. |
| 3. | 3. |

C - 2 Online Trading Service for Futures and Commodities Trading

☐ Required   ☑ Not Required

C - 3 Online Leveraged Foreign Exchange Trading

☐ Required   ☑ Not Required

SECTION D: OPERATION OF ACCOUNT

Existing customers not required to complete this section. The operation of account for new additional product(s) shall be same as the existing settings.

D - 1 Signing Arrangement (for joint account only)

We decide that the valid document in connection with the operation (including fund withdrawal and asset transfer) of our account must be signed in the following manner:

☐ Singly by either account holder       ☐ Jointly by joint account holders

D - 2 Corporate Communication (for securities account only)

Do you wish to receive the corporate communication for securities held in the CCASS Depositary in Hong Kong of which you are the registered underlying owner(s)?

☐ No

☐ Yes, I / we hereby authorise BOCIS in respect my / our name and correspondence address in the Hong Kong Securities Clearing Company Limited and / or the relevant registrars of the listed issuers. I / We undertake to advise BOCIS immediately of any change of such particulars and acknowledge that the sole duty of BOCIS in this respect is to dispatch my / our name and correspondence address to the aforesaid parties.

-2-                                        BSR 060 E/02

Confidential pursuant to Securities Exchange Act s.24(d).                SEC-HKSFC-P-0000370

*Chinese by "First Online Service User": number

**D - 3 Delivery of Statements**

Please choose one of the following media for the delivery of statements:

☑ **Electronic Statement\***
Daily and monthly electronic statements will be sent to your primary email address

☐ Additional email address for duplicate statements (for corporate account only)

\*HKSFB reserves the right from time to time and without prior notification to suspend or discontinue the delivery of statements by email resulting from the breakdown or failure of email communication facilities. Statements will be sent to your latest correspondence address provided by HKSFB.

☐ **Physical Statement**
Daily and monthly statements will be sent to your correspondence address by mail. (for joint account, statements will be sent to the correspondence address of the principal account holder)

Statement Language    ☐ English    ☐ Traditional Chinese

---

**D - 4 SMS Instant Trade Confirmation**

☐ Required
( We wish to receive execution results of the securities and / or futures and commodities orders via mobile phone's Short Message Service ("Instant Trade Confirmation"). Please send instant Trade Confirmation to the registered Hong Kong mobile number of the principal account holder

☐ Securities Account (applicant has subscribed online trading service for securities trading (Section D-1) shall be necessary)

☐ Futures/ Commodities/ Stock Options Account(s)

Instant Trade Confirmation service is only available in Hong Kong mobile number only, subject to service availability of network providers. HKSFB reserves the right from time to time and without prior notification to suspend or discontinue the delivery of Instant Trade Confirmation resulting from the breakdown or failure of the transmission or communication facilities.

☑ Not Required

---

**D - 5 Daily Trade Summary (for corporate account only)**

☐ Required (Please continue to complete the rest of D-5)    ☑ Not Required

Please choose one of the following media for receiving daily trade summary:

☐ Fax    ☑ Office fax no. _____
☐ Additional fax no. for duplicate trade summary [ _ _ _ - _ _ _ _ _ _ _ - _ _ ]

☐ Email    ☑ Primary email address _____
☐ Additional email address for duplicate trade summary _____

HKSFB reserves the right from time to time and without prior notification to suspend or discontinue the delivery of daily trade summary resulting from the breakdown or failure of the transmission or communication facilities.

3

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-HKSFC-P-0000371

## SECTION E APPLICANT'S DECLARATION

### E - 1 Applicant's Acknowledgement and Confirmation

Prior to signing this Account Application Form, please:

- note that all transactions to be concluded with or through BOCIS shall be subject to the terms and conditions of the Customer Agreement (as defined below) ; and
- read the Customer Agreement (including Risk Disclosure Statement) when you have been provided in a language (English or Chinese) of your choice carefully, ask questions and take independent advice if you so wish.

(For New Customer)

I / We acknowledge my / our receipt of the Customer Agreement of BOCIS (including all Sections thereunder and Appendices thereto), the Risk Disclosure Statement, the Customer Information Statement, the Account Application Form and any other agreements or documents related to the opening of the account(s), whenever applicable (collectively the "Customer Agreement") and confirm that the Customer Agreement (including Risk Disclosure Statement) were provided to me / us in a language (English or Chinese) of my / our choice and I / we was / were invited to read the Customer Agreement (including Risk Disclosure Statement) carefully, ask questions and take independent advice if I / we so wish. I / We confirm that I / we have carefully read, fully understood and accepted all the terms and provisions contained in the Customer Agreement (including Risk Disclosure Statement) and shall be bound by the Customer Agreement (including Risk Disclosure Statement) as it may be amended from time to time.

(For Existing Customer)

☐ I / We confirm that I / we have the Customer Agreement of BOCIS (including all Sections thereunder and Appendices thereto), the Risk Disclosure Statement, the Customer Information Statement, the Account Application Form and any other agreements or documents related to the opening of the account(s), whenever applicable (collectively the "Customer Agreement") which I / we have previously been provided with and do not require and copy of the Customer Agreement (including Risk Disclosure Statement). I / We understand that I am / we are entitled to request a further copy of the Customer Agreement (including Risk Disclosure Statement) at any time from BOCIS and I / we can access the Customer Agreement (including Risk Disclosure Statement) at any time on the website of BOCIS. I / We confirm that the Customer Agreement (including Risk Disclosure Statement) were provided to me / us in a language (English or Chinese) of my / our choice and I / we was / were invited to read the Customer Agreement (including Risk Disclosure Statement) carefully, ask questions and take independent advice if I / we so wish. I / We confirm that I / we have carefully read, fully understood and accepted all the terms and provisions contained in the Customer Agreement (including Risk Disclosure Statement) and shall be bound by the Customer Agreement (including Risk Disclosure Statement) as it may be amended from time to time.

I / We further acknowledge and agree that: (a) in the event of BOCIS' default and me / us having incurred a loss as a result thereof, the liability of the Investor Compensation Fund established under the Securities and Futures Ordinance (where applicable) will be restricted to the extent provided for therein; and (b) where securities are deposited with BOCIS or purchased pursuant to the Customer Agreement and held outside Hong Kong, I / we may not be afforded equivalent protection in respect of those securities as that afforded under Hong Kong law and I / we may not have the same rights as I / we have in respect of securities held in Hong Kong.

### E - 2 Applicant's Declaration

For the purpose of opening any new / additional Account(s), I / we hereby authorize BOCIS to use the information provided by the / us in the Customer Agreement (including information previously provided by me / us for the existing Account(s)) to BOCIS ("Customer Information"). I / We represent that all Customer Information is in all respects true, complete and correct and that the representations in the Customer Agreement are accurate as of the date hereof. BOCIS is authorized at any time to contact any person, including but without limitation to my / our banks, brokers or any credit agency, for purposes of verifying the Customer Information.

I / We undertake to notify BOCIS in writing forthwith upon any changes in any such Customer Information. BOCIS is entitled to rely fully on any / our operation for and continuation of reliance for all purposes, unless BOCIS receives prior notice in writing of any changes thereof.

### E - 3 Applicant's Consent to Use of Personal Data

I / We have carefully read, fully understood and agree to accept and be bound by the Notice and Statement Relating to the Personal Data (Privacy) Ordinance (Cap. 486 of the Laws of Hong Kong) as set out in Appendix I and II (as applicable) to the Customer Agreement, in particular,

☐ I / We hereby consent to the use of my / our Customer Information for direct marketing directly related to the opening or continuation of my / our accounts with BOCIS and the provision of financial services by BOCIS to me / us.

☐ I / We hereby consent to the use of my / our Customer Information for direct marketing by BOCIS, any Group Company of other company selected financial, insurance, telecommunications service providers of other financial, insurance or telecommunications products and / or services not directly related to the opening or continuation of my / our account with BOCIE and the provision of financial services by BOCIS to me / us.

ESR 069 8/09

Confidential pursuant to Securities Exchange Act s.24(d).

(Commercial account applicant only)

[ ] Where personal data or information relating to any of our representatives (including directors, employees, agents, customers (direct or indirect) or affiliates) or any third party is provided to or held by BOCIS in the course of its business dealings with BOCIS, we undertake and represent that we have obtained the relevant consent of our representatives to enable BOCIS to use, process, deal, share or transfer such data or information in accordance with the purposes and requirements of Appendix I and II (as applicable) of the Customer Agreement and we agree that we will promptly provide evidence of such consents as and when requested by BOCIS.

## E - 4 Applicant's Signature

*For Individual / Joint Account*

| Principal Account Holder's Signature | Second / Other Account Holder's Signature |
|---|---|
| Print Name   HUNG CHIN | Print Name |
| Date   15/10/2014 | Date |

*For Corporate Account*

| Signature (company chop if any) | Print Name of Authorized Person |
|---|---|
| | Print Name of Authorized Person (if any) |
| | Date |

## FOR INTERNAL USE ONLY

**Licensed Person's Declaration**
I hereby solemnly swear that:

[✓] I have witnessed the signature and inspected the original identity or company documents of the above-named applicant

[✓] The applicant has been provided with the Customer Agreement (including Risk Disclosure Statement) in the language of the applicant's choice (English or Chinese); and the applicant has been invited to read the Customer Agreement (including Risk Disclosure Statement), ask questions and take independent advice if he / she so wishes.

[✓] I have already explained to the applicant that if he / she is currently employed by any registered member of licensed corporation to carry on regulated activities, the applicant is required to provide BOCIS a written consent from his / her employer in account of this account application .

| Signature of Licensed Person | Print Name of Licensed Person |
|---|---|
| | LARRY SHUM |
| CE No   ADL 348 | Date   15 - 10 - 2014 |

- 5 -



# CERTIFICATION

This is to certify that the attached <u>English</u> language documents are true and accurate translations of the original <u>Chinese</u> language documents to the best of our knowledge and belief. The documents are identified as below:

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

"20141031_2_8176696-1000_1_1_1415142843210",             "20141130_2_8176696-1000_1_1_1417556783307",        "20141231_2_8176696-1000_1_1_1420472457188", "20150131_2_8176696-1000_1_1_1422921400287",             "20150131_2_8176696-2000_1_1_1422921400849",        "20150228_2_8176696-2000_1_1_1425319776925", "20150331_2_8176696-2000_1_1_1428160938182",             "20150430_2_8176696-2000_1_1_1430773110781",        "20150531_2_8176696-2000_1_1_1433203014065", "20150831_2_8176696-2000_1_1_1441342950659",    "SEC-HKSFC-P-0000353",    "SEC-HKSFC-P-0000358", "SEC-HKSFC-P-0000363", "SEC-HKSFC-P-0000369", "SEC-HKSFC-P-0000374",    "20150630_2_8176696-2000_1_1_1436374398049",    "20150731_2_8176696-2000_1_1_1438663193411",        "20150930_2_8176696-2000_1_1_1443924586959", "20151031_2_8176696-2000_1_1_1446499570183",             "20151130_2_8176696-2000_1_1_1449219975285", "20151231_2_8176696-2000_1_1_1451873835587"

Executed this <u>13</u><sup>th</sup> day
of <u>April, 2016</u>

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com