# EXHIBIT Z

USTrader
A SUN HUNG KAI FINANCIAL SERVICE

# Activity Statement

February 1, 2015 - February 28, 2015

## Account Information

| | |
|---|---|
| Name | SOU CHENG LAI |
| Account Alias | [redacted] 2615-1[redacted]3506-lscmar824-marg |
| Account | [redacted] 2615 |
| Master Name | Sun Hung Kai Investment Services Limited |
| Account Type | Broker Client |
| Customer Type | Individual |
| Account Capabilities | Reg T Margin |
| Trading Permissions | Stocks,Warrants,Forex |
| Base Currency | USD |

## Net Asset Value

| | January 31, 2015 | February 28, 2015 | | | |
|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change |
| Cash | 0.00 | 0.00 | -402,376.48 | **-402,376.48** | -402,376.48 |
| Stock | 0.00 | 795,624.00 | 0.00 | **795,624.00** | 795,624.00 |
| Interest Accruals | 0.00 | 0.00 | -98.90 | **-98.90** | -98.90 |
| **Total** | **0.00** | **795,624.00** | **-402,475.38** | **393,148.62** | **393,148.62** |
| **Time Weighted Rate of Return** | | | | | **5.68%** |

| Change in NAV | Total |
|---|---|
| Starting Value | 0.00 |
| Mark-to-Market | 16,124.31 |
| Deposits & Withdrawals | 377,776.62 |
| Change in Interest Accruals | -98.90 |
| Commissions | -653.41 |
| Ending Value | 393,148.62 |

## Mark-to-Market Performance Summary

| | Quantity | | Price | | Mark-to-Market P/L | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Symbol | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total |
| **Stocks** | | | | | | | | | |
| ALTR | 0 | 8,400 | -- | 37.0100 | 4,070.00 | 1,070.30 | -253.41 | 0.00 | 4,886.89 |
| FSL | 0 | 9,000 | -- | 36.1100 | 15,120.00 | 684.01 | -255.00 | 0.00 | 15,549.01 |
| SYF | 0 | 5,000 | -- | 31.9500 | -5,800.00 | 980.00 | -145.00 | 0.00 | -4,965.00 |
| **Total** | | | | | **13,390.00** | **2,734.31** | **-653.41** | **0.00** | **15,470.90** |
| **Forex** | | | | | | | | | |
| USD | 0.00 | -402,376.48 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total (All Assets)** | | | | | **13,390.00** | **2,734.31** | **-653.41** | **0.00** | **15,470.90** |

## Realized & Unrealized Performance Summary

| Symbol | Cost Adj. | Realized | | | | | Unrealized | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | |
| **Stocks** | | | | | | | | | | | | |
| ALTR | 0.00 | 572.59 | 0.00 | 0.00 | 0.00 | 572.59 | 4,316.30 | -2.00 | 0.00 | 0.00 | 4,314.30 | 4,886.89 |
| FSL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,549.01 | 0.00 | 0.00 | 0.00 | 15,549.01 | 15,549.01 |
| SYF | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -4,965.00 | 0.00 | 0.00 | -4,965.00 | -4,965.00 |
| **Total** | **0.00** | **572.59** | **0.00** | **0.00** | **0.00** | **572.59** | **19,865.31** | **-4,967.00** | **0.00** | **0.00** | **14,898.31** | **15,470.90** |
| **Total (All Assets)** | **0.00** | **572.59** | **0.00** | **0.00** | **0.00** | **572.59** | **19,865.31** | **-4,967.00** | **0.00** | **0.00** | **14,898.31** | **15,470.90** |

## Cash Report

| | Total | Securities | Futures |
|---|---|---|---|
| **Base Currency Summary** | | | |
| Starting Cash | 0.00 | 0.00 | 0.00 |
| Commissions | -653.41 | -653.41 | 0.00 |
| Account Transfers | 377,776.62 | 377,776.62 | 0.00 |
| Net Trades (Sales) | 22,194.00 | 22,194.00 | 0.00 |
| Net Trades (Purchase) | -801,693.69 | -801,693.69 | 0.00 |
| Ending Cash | -402,376.48 | -402,376.48 | 0.00 |
| Ending Settled Cash | -240,170.48 | -240,170.48 | 0.00 |

## Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | |
| **USD** | | | | | | | | |
| ALTR | 8,400 | 1 | 36.496393 | 306,569.70 | 37.0100 | 310,884.00 | 4,314.30 | |
| FSL | 9,000 | 1 | 34.382332 | 309,440.99 | 36.1100 | 324,990.00 | 15,549.01 | |
| SYF | 5,000 | 1 | 32.9430 | 164,715.00 | 31.9500 | 159,750.00 | -4,965.00 | |
| **Total** | | | | **780,725.69** | | **795,624.00** | **14,898.31** | |

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | |
| **USD** | | | | | | | | | | |
| ALTR | 2015-02-17, 14:22:29 | 1,000 | 36.0000 | 36.2400 | -36,000.00 | -30.00 | 36,030.00 | 0.00 | 240.00 | O |
| ALTR | 2015-02-23, 10:27:28 | 3,000 | 35.8459 | 35.9100 | -107,537.70 | -85.00 | 107,622.70 | 0.00 | 192.30 | P;O |
| ALTR | 2015-02-27, 13:01:01 | 5,000 | 36.8800 | 37.0100 | -184,400.00 | -135.00 | 184,535.00 | 0.00 | 650.00 | P;O |
| ALTR | 2015-02-27, 15:51:27 | -600 | 36.9900 | 37.0100 | 22,194.00 | -3.41 | -21,618.00 | 572.59 | -12.00 | P;L;C |
| **Total ALTR** | | **8,400** | | | **-305,743.70** | **-253.41** | **306,569.70** | **572.59** | **1,070.30** | |
| FSL | 2015-02-11, 12:06:08 | 3,000 | 34.411997 | 34.4300 | -103,235.99 | -85.00 | 103,320.99 | 0.00 | 54.01 | P;O |
| FSL | 2015-02-11, 12:14:51 | 3,000 | 34.3500 | 34.4300 | -103,050.00 | -85.00 | 103,135.00 | 0.00 | 240.00 | O |
| FSL | 2015-02-11, 12:22:12 | 3,000 | 34.3000 | 34.4300 | -102,900.00 | -85.00 | 102,985.00 | 0.00 | 390.00 | P;O |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total FSL** | | 9,000 | | | **-309,185.99** | **-255.00** | **309,440.99** | 0.00 | **684.01** | |
| SYF | 2015-02-10, 13:06:04 | 2,000 | 32.8000 | 33.1100 | -65,600.00 | -60.00 | 65,660.00 | 0.00 | 620.00 | P;O |
| SYF | 2015-02-10, 14:51:05 | 3,000 | 32.9900 | 33.1100 | -98,970.00 | -85.00 | 99,055.00 | 0.00 | 360.00 | O |
| **Total SYF** | | 5,000 | | | -164,570.00 | **-145.00** | 164,715.00 | 0.00 | 980.00 | |
| **Total** | | | | | -779,499.69 | **-653.41** | 780,725.69 | 572.59 | 2,734.31 | |

## Interest Accruals

| **Base Currency Summary** | |
|---|---|
| Starting Accrual Balance | 0.00 |
| Interest Accrued | -98.90 |
| Accrual Reversal | 0.00 |
| Ending Accrual Balance | -98.90 |

## Deposits & Withdrawals

| Date | Description | Amount |
|---|---|---|
| **USD** | | |
| 2015-02-09 | Internal Transfer In From Account I764640 | 253,573.60 |
| 2015-02-18 | Internal Transfer In From Account I764640 | 124,203.02 |
| **Total** | | **377,776.62** |

## Contract Information

| Symbol | Description | Conid | Security ID | Multiplier |
|---|---|---|---|---|
| **Stocks** | | | | |
| ALTR | ALTERA CORP | 266088 | | 1 |
| FSL | FREESCALE SEMICONDUCTOR LTD | 88424482 | BMG3727Q1015 | 1 |
| SYF | SYNCHRONY FINANCIAL | 162231797 | | 1 |

## Codes

| Code | Meaning | Code (Cont.) | Meaning (Cont.) |
|---|---|---|---|
| A | Assignment | LT | Long Term P/L |
| AEx | Automatic exercise for dividend-related recommendation. | Lo | Direct Loan |
| Adj | Adjustment | M | Entered manually by Broker |
| Al | Allocation | MEx | Manual exercise for dividend-related recommendation. |
| Aw | Away Trade | ML | Maximize Losses tax basis election |
| B | Automatic Buy-in | MLG | Maximize Long Term Gain tax basis election |
| Bo | Direct Borrow | MLL | Maximize Long Term Loss tax basis election |
| C | Closing Trade | MSG | Maximize Short Term Gain tax basis election |
| CD | Cash Delivery | MSL | Maximize Short Term Loss tax basis election |
| Ca | Cancelled | O | Opening Trade |
| Co | Corrected Trade | P | Partial Execution |
| Cx | Part or all of this transaction was a Crossing executed as dual agent by IB for two IB customers | PI | Price Improvement |
| ETF | ETF Creation/Redemption | Po | Interest or Dividend Accrual Posting |
| Ep | Resulted from an Expired Position | Pr | Part or all of this transaction was executed by the Exchange as a Crossing by IB against an IB affiliate and is therefore classified as a Principal and not an agency trade |
| Ex | Exercise | R | Dividend Reinvestment |
| G | Trade in Guaranteed Account Segment | RED | Redemption to Investor |
| HC | Highest Cost tax basis election | Re | Interest or Dividend Accrual Reversal |

## Codes

| Code | Meaning | Code (Cont.) | Meaning (Cont.) |
|---|---|---|---|
| HFI | Investment Transferred to Hedge Fund | Ri | Reimbursement |
| HFR | Redemption from Hedge Fund | SI | This order was solicited by Interactive Brokers |
| I | Internal Transfer | SL | Specific Lot tax basis election |
| IA | This transaction was executed against an IB affiliate | SO | This order was marked as solicited by your Introducing Broker |
| INV | Investment Transfer from Investor | SS | Customer designated this trade for shortened settlement and so is subject to execution at prices above the prevailing market |
| L | Ordered by Broker (Margin Violation) | ST | Short Term P/L |
| LD | Adjusted by Loss Disallowed from Wash Sale | T | Transfer |
| LI | Last In, First Out (LIFO) tax basis election | | |

## Notes/Legal Notes

**Legal Notes**

Interactive Brokers LLC, member Securities Investor Protection Corporation (SIPC), provides execution, clearing and carrying services for your account pursuant to an agreement with Sun Hung Kai Investment Services Limited.

## Notes/Legal Notes

1)Explanations of Abbreviations shown on this statement:

a)NYSE = New York Stock Exchange;
b) NYSE AMEX = American Stock Exchange;
c) ATD = Automated Trading Desk;
d) BTRADE = Bloomberg Tradebook;
e) BOX = Boston Options Exchange;
f) CBSX = CBOE Stock Exchange;
g) CBOE = Chicago Board Options Exchange;
h) CHX = Chicago Stock Exchange;
i) VWAP = IB VWAP Dealing Network;
j) Island = INET;
k) NSX = National Stock Exchange;
l) PSE = Pacific Exchange;
m)PHLX = Philadelphia Stock Exchange.

2) Settlement date:
- for US Stocks = Trade date + 3 days
- for US Stock Options = Trade date + 1 day

3) Interest Calculation Method
a) Interest Charged on the following Debit (Negative) Cash Balances:
(i) Balance
(ii) Balance >Tier I : BM+2%;
(iii) Balance > Tier II (i.e. US$1,000,000) : BM+1.5%;
(iv) Balance > Tier III (i.e. US$3,000,000) : Greater of 1.5% or (BM + 1.25%) where BM for US$ is the Fed Funds Effective(Overnight Rate), or the relevant market benchmark rate for other currencies.

b)Interest paid on long cash balances and short sales (cash) proceeds = BM)

4)Normal Margin Ratio (i.e. the % of the value of the collateral up to which a client is permitted to borrow):
a)Long stocks position:
Initial and Maintenance Margin = 25% x Stock Value.
Reg T End of Day Margin = 50% x Stock Value;
b)Short stocks position:
(i) Initial Margin = 30% x Stock Value;
(ii) Maintenance Margin :
Stock Price>= USD 5 : Maximum (Minimum (30% x Leverage Factor (Note), 100%) x Price, USD 5);
Stock Price

(iii) Reg T End of Day Margin = 50% x Stock Value.

Note: Leverage Factor = 1/Margin Ratio

c) Special margin ratio may be applied to a specific security due to small market capitalization or small issue size, low liquidity in the collective primary/ secondary exchanges or involvement in tenders and other corporate action. Please contact Sun Hung Kai Investment Services Limited.(SHKIS) for special margin stocks.

5) This statement also serves as a receipt by SHKIS of client assets which have been deposited into the account shown at the (Account Information) section of this statement.

6) Credit Limit: the credit limit of each client account is US$250,000 by default (and is subject to revision by SHKIS from time to time), or other amount as approved by SHKIS.

7) Please examine this statement immediately. Unless errors are reported within seven days, this statement will be considered as correct.

8) If you suspect that fraudulent activity or any irregularity has occurred with respect to your account(s), you can call our Anti-Fraud Helpline at (852)3920 2980.

9) This statement also serves as a receipt required by Securities and Futures (Contract Notes, Statement of Account and Receipts) Rules.

Address and principal place of business of Sun Hung Kai Investment Services Limited (CE. No.: AAC153)

42/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong Tel: (852) 2822 5001

Special Notes for Monthly Statements of Margin Accounts

(a) You have provided SHKIS with a Standing Authority as defined in section 2 of the Securities and Futures (Client Securities) Rules (Cap. 571 sub. Leg. H), which has not been revoked, authorizing SHKIS to repledge securities collateral provided by you or on your behalf; and

(b) SHKIS has repledged its securities collateral during this monthly accounting period.

**SIPC Member**



# Activity Statement

March 1, 2015 - March 31, 2015

## Account Information

?

| | |
|---|---|
| Name | SOU CHENG LAI |
| Account Alias | █2615-█3506-lscmar824-marg |
| Account | █2615 |
| Master Name | Sun Hung Kai Investment Services Limited |
| Account Type | Broker Client |
| Customer Type | Individual |
| Account Capabilities | Reg T Margin |
| Trading Permissions | Stocks,Warrants,Forex |
| Base Currency | USD |

## Net Asset Value

?

| | February 28, 2015 | March 31, 2015 | | | |
|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change |
| Cash | -402,376.48 | 0.00 | -1,198,643.74 | -1,198,643.74 | -796,267.26 |
| Stock | 795,624.00 | 2,381,505.00 | 0.00 | 2,381,505.00 | 1,585,881.00 |
| Interest Accruals | -98.90 | 0.00 | -742.20 | -742.20 | -643.30 |
| Total | 393,148.62 | 2,381,505.00 | -1,199,385.94 | 1,182,119.06 | 788,970.44 |

| Time Weighted Rate of Return | 43.34% |
|---|---|

| Change in NAV | Total |
|---|---|
| Starting Value | 393,148.62 |
| Mark-to-Market | 331,701.31 |
| Deposits & Withdrawals | 459,826.15 |
| Interest | -129.16 |
| Change in Interest Accruals | -643.30 |
| Commissions | -1,784.56 |
| Ending Value | 1,182,119.06 |

## Mark-to-Market Performance Summary

?

| | Quantity | | Price | | Mark-to-Market P/L | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Symbol | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total |
| Stocks | | | | | | | | | |
| ALTR | 8,400 | 55,500 | 37.0100 | 42.9100 | 294,329.00 | 7,161.84 | -1,434.56 | 0.00 | 300,056.28 |
| FSL | 9,000 | 0 | 36.1100 | -- | 38,250.00 | -5,940.00 | -215.00 | 0.00 | 32,095.00 |
| SYF | 5,000 | 0 | 31.9500 | -- | -3,750.00 | 1,650.47 | -135.00 | 0.00 | -2,234.53 |
| Total | | | | | 328,829.00 | 2,872.31 | -1,784.56 | 0.00 | 329,916.75 |
| Forex | | | | | | | | | |
| USD | -402,376.48 | -1,198,643.74 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total (All Assets) | | | | | 328,829.00 | 2,872.31 | -1,784.56 | 0.00 | 329,916.75 |
| Broker Interest Paid and Received | | | | | | | | | -129.16 |
| Total P/L for Statement Period | | | | | | | | | 329,787.59 |

## Realized & Unrealized Performance Summary

?

| | | Realized | | | | | Unrealized | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Cost Adj. | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | Total |
| Stocks | | | | | | | | | | | | |
| ALTR | 0.00 | 70.27 | -2,301.74 | 0.00 | 0.00 | -2,231.47 | 307,239.20 | -637.15 | 0.00 | 0.00 | 306,602.05 | 304,370.58 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FSL | 0.00 | 47,644.01 | 0.00 | 0.00 | 0.00 | 47,644.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47,644.01 |
| SYF | 0.00 | 0.00 | -7,199.53 | 0.00 | 0.00 | -7,199.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -7,199.53 |
| Total | 0.00 | 47,714.28 | -9,501.27 | 0.00 | 0.00 | 38,213.01 | 307,239.20 | -637.15 | 0.00 | 0.00 | 306,602.05 | 344,815.06 |
| Total (All Assets) | 0.00 | 47,714.28 | -9,501.27 | 0.00 | 0.00 | 38,213.01 | 307,239.20 | -637.15 | 0.00 | 0.00 | 306,602.05 | 344,815.06 |

## Cash Report ?

| | Total | Securities | Futures |
|---|---|---|---|
| Base Currency Summary | | | |
| Starting Cash | -402,376.48 | -402,376.48 | 0.00 |
| Commissions | -1,784.56 | -1,784.56 | 0.00 |
| Account Transfers | 459,826.15 | 459,826.15 | 0.00 |
| Broker Interest Paid and Received | -129.16 | -129.16 | 0.00 |
| Net Trades (Sales) | 620,419.42 | 620,419.42 | 0.00 |
| Net Trades (Purchase) | -1,874,599.11 | -1,874,599.11 | 0.00 |
| Ending Cash | -1,198,643.74 | -1,198,643.74 | 0.00 |
| Ending Settled Cash | -714,209.09 | -714,209.09 | 0.00 |

## Open Positions ?

| Symbol | Open | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|---|
| Stocks | | | | | | | | | |
| USD | | | | | | | | | |
| +ALTR | - | 55,500 | 1 | 37.385639 | 2,074,902.95 | 42.9100 | 2,381,505.00 | 306,602.05 | |
| Total | | | | | 2,074,902.95 | | 2,381,505.00 | 306,602.05 | |

## Trades ?

| Symbol | Date/Time | Exchange | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stocks | | | | | | | | | | | |
| USD | | | | | | | | | | | |
| +ALTR | 2015-03-03, 09:42:14 | - | 5,000 | 37.1000 | 36.5500 | -185,500.00 | -135.00 | 185,635.00 | 0.00 | -2,750.00 | O |
| +ALTR | 2015-03-03, 11:08:34 | - | 5,000 | 36.9000 | 36.5500 | -184,500.00 | -135.00 | 184,635.00 | 0.00 | -1,750.00 | O |
| +ALTR | 2015-03-03, 11:34:08 | - | 3,000 | 36.7000 | 36.5500 | -110,100.00 | -85.00 | 110,185.00 | 0.00 | -450.00 | O |
| +ALTR | 2015-03-06, 11:43:11 | - | 5,000 | 35.591574 | 35.7800 | -177,957.87 | -135.00 | 178,092.87 | 0.00 | 942.13 | P;O |
| +ALTR | 2015-03-12, 13:27:06 | - | 3,000 | 34.8500 | 34.9400 | -104,550.00 | -85.00 | 104,635.00 | 0.00 | 270.00 | O |
| +ALTR | 2015-03-13, 12:52:47 | - | 2,065 | 34.849099 | 35.0600 | -71,963.39 | -61.62 | 72,025.02 | 0.00 | 435.51 | P;O |
| +ALTR | 2015-03-13, 13:02:27 | - | 2,935 | 34.890562 | 35.0600 | -102,403.80 | -83.38 | 102,487.18 | 0.00 | 497.30 | P;O |
| +ALTR | 2015-03-13, 15:51:49 | - | -2,700 | 35.050241 | 35.0600 | 94,635.65 | -13.16 | -96,924.23 | -2,301.74 | -26.35 | P;L;C |
| +ALTR | 2015-03-18, | - | 2,000 | 35.4500 | 36.1900 | -70,900.00 | -60.00 | 70,960.00 | 0.00 | 1,480.00 | O |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12:01:38 | | | | | | | | | | |
| +ALTR | 2015-03-18, 13:48:44 | - | 2,000 | 35.3000 | 36.1900 | -70,600.00 | -60.00 | 70,660.00 | 0.00 | 1,780.00 | P;O |
| +ALTR | 2015-03-18, 15:51:03 | - | -300 | 36.1110 | 36.1900 | 10,833.30 | -1.40 | -10,761.63 | 70.27 | -23.70 | L;C |
| +ALTR | 2015-03-23, 11:10:36 | - | 2,460 | 36.652683 | 36.3850 | -90,165.60 | -71.50 | 90,237.10 | 0.00 | -658.50 | P;O |
| +ALTR | 2015-03-23, 11:14:24 | - | 2,140 | 36.6400 | 36.3850 | -78,409.60 | -63.50 | 78,473.10 | 0.00 | -545.70 | P;O |
| +ALTR | 2015-03-24, 14:28:55 | - | 4,000 | 35.77855 | 35.7700 | -143,114.20 | -110.00 | 143,224.20 | 0.00 | -34.20 | P;O |
| +ALTR | 2015-03-30, 10:41:04 | - | 1,000 | 42.0700 | 42.8200 | -42,070.00 | -30.00 | 42,100.00 | 0.00 | 750.00 | P;O |
| +ALTR | 2015-03-30, 10:44:35 | - | 3,000 | 42.273133 | 42.8200 | -126,819.40 | -85.00 | 126,904.40 | 0.00 | 1,640.60 | P;O |
| +ALTR | 2015-03-30, 10:45:43 | - | 2,000 | 42.11905 | 42.8200 | -84,238.10 | -60.00 | 84,298.10 | 0.00 | 1,401.90 | P;O |
| +ALTR | 2015-03-30, 10:48:10 | - | 1,000 | 41.8500 | 42.8200 | -41,850.00 | -30.00 | 41,880.00 | 0.00 | 970.00 | O |
| +ALTR | 2015-03-30, 10:53:13 | - | 3,000 | 41.5000 | 42.8200 | -124,500.00 | -85.00 | 124,585.00 | 0.00 | 3,960.00 | P;O |
| +ALTR | 2015-03-30, 11:16:27 | - | 1,500 | 43.304767 | 42.8200 | -64,957.15 | -45.00 | 65,002.15 | 0.00 | -727.15 | P;O |
| Total ALTR | | | 47,100 | | | -1,769,130.16 | -1,434.56 | 1,768,333.25 | -2,231.47 | 7,161.84 | |
| +FSL | 2015-03-02, 10:49:41 | - | -9,000 | 39.7000 | 40.3600 | 357,300.00 | -215.00 | -309,440.99 | 47,644.01 | -5,940.00 | P;C |
| Total FSL | | | -9,000 | | | 357,300.00 | -215.00 | -309,440.99 | 47,644.01 | -5,940.00 | |
| +SYF | 2015-03-06, 11:41:06 | - | -5,000 | 31.530094 | 31.2000 | 157,650.47 | -135.00 | -164,715.00 | -7,199.53 | 1,650.47 | P;C |
| Total SYF | | | -5,000 | | | 157,650.47 | -135.00 | -164,715.00 | -7,199.53 | 1,650.47 | |
| Total | | | | | | -1,254,179.69 | -1,784.56 | 1,294,177.26 | 38,213.01 | 2,872.31 | |

## Deposits & Withdrawals ?

| Date | Description | Amount |
|---|---|---|
| USD | | |
| 2015-03-02 | Internal Transfer In From Account █4640 | 152,526.47 |
| 2015-03-17 | Internal Transfer In From Account █4640 | 65,383.03 |
| 2015-03-19 | Internal Transfer In From Account █4640 | 218,333.26 |
| 2015-03-5 | Internal Transfer In From Account █4640 | 23,583.39 |
| Total | | 459,826.15 |

## Interest ?

| Date | Description | Amount |
|---|---|---|
| USD | | |
| 2015-03-04 | USD Debit Interest for Feb-2015 | -129.16 |
| Total | | -129.16 |

## Interest Accruals ?

| Base Currency Summary | |
|---|---|
| Starting Accrual Balance | -98.90 |
| Interest Accrued | -772.46 |
| Accrual Reversal | 129.16 |
| FX Translation | 0.00 |
| Ending Accrual Balance | -742.20 |

## Contract Information

| Symbol | Description | Conid | Security ID | Multiplier |
|---|---|---|---|---|
| Stocks | | | | |
| ALTR | ALTERA CORP | 266088 | | 1 |
| FSL | FREESCALE SEMICONDUCTOR LTD | 88424482 | BMG3727Q1015 | 1 |
| SYF | SYNCHRONY FINANCIAL | 162231797 | | 1 |

## Codes

| Code | Meaning | Code (Cont.) | Meaning (Cont.) |
|---|---|---|---|
| A | Assignment | LT | Long Term P/L |
| AEx | Automatic exercise for dividend-related recommendation. | Lo | Direct Loan |
| Adj | Adjustment | M | Entered manually by Broker |
| Al | Allocation | MEx | Manual exercise for dividend-related recommendation. |
| Aw | Away Trade | ML | Maximize Losses tax basis election |
| B | Automatic Buy-in | MLG | Maximize Long Term Gain tax basis election |
| Bo | Direct Borrow | MLL | Maximize Long Term Loss tax basis election |
| C | Closing Trade | MSG | Maximize Short Term Gain tax basis election |
| CD | Cash Delivery | MSL | Maximize Short Term Loss tax basis election |
| Ca | Cancelled | O | Opening Trade |
| Co | Corrected Trade | P | Partial Execution |
| Cx | Part or all of this transaction was a Crossing executed as dual agent by IB for two IB customers | PI | Price Improvement |
| ETF | ETF Creation/Redemption | Po | Interest or Dividend Accrual Posting |
| Ep | Resulted from an Expired Position | Pr | Part or all of this transaction was executed by the Exchange as a Crossing by IB against an IB affiliate and is therefore classified as a Principal and not an agency trade |
| Ex | Exercise | R | Dividend Reinvestment |
| G | Trade in Guaranteed Account Segment | RED | Redemption to Investor |
| HC | Highest Cost tax basis election | Re | Interest or Dividend Accrual Reversal |
| HFI | Investment Transferred to Hedge Fund | Ri | Reimbursement |
| HFR | Redemption from Hedge Fund | SI | This order was solicited by Interactive Brokers |
| I | Internal Transfer | SL | Specific Lot tax basis election |
| IA | This transaction was executed against an IB affiliate | SO | This order was marked as solicited by your Introducing Broker |
| INV | Investment Transfer from Investor | SS | Customer designated this trade for shortened settlement and so is subject to execution at prices above the prevailing market |
| L | Ordered by Broker (Margin Violation) | ST | Short Term P/L |
| LD | Adjusted by Loss Disallowed from Wash Sale | T | Transfer |
| LI | Last In, First Out (LIFO) tax basis election | | |

## Notes/Legal Notes

Legal Notes

Interactive Brokers LLC, member Securities Investor Protection Corporation (SIPC), provides execution, clearing and carrying services for your account pursuant to an agreement with Sun Hung Kai Investment Services Limited.

1)Explanations of Abbreviations shown on this statement:

a)NYSE = New York Stock Exchange;

b) NYSE AMEX = American Stock Exchange;

c) ATD = Automated Trading Desk;

d) BTRADE = Bloomberg Tradebook;

e) BOX = Boston Options Exchange;

f) CBSX = CBOE Stock Exchange;

g) CBOE = Chicago Board Options Exchange;

h) CHX = Chicago Stock Exchange;

i) VWAP = IB VWAP Dealing Network;

j) Island = INET;

k) NSX = National Stock Exchange;

l) PSE = Pacific Exchange;

m)PHLX = Philadelphia Stock Exchange.

2) Settlement date:

- for US Stocks = Trade date + 3 days

- for US Stock Options = Trade date + 1 day

3) Interest Calculation Method

a) Interest Charged on the following Debit (Negative) Cash Balances:

(i) Balance <=Tier I (i.e. US$100,000) : Benchmark Rate (BM)+2.5%;

(ii) Balance >Tier I : BM+2%;

(iii) Balance > Tier II (i.e. US$1,000,000) : BM+1.5%;

(iv) Balance > Tier III (i.e. US$3,000,000) : Greater of 1.5% or (BM + 1.25%) where BM for US$ is the Fed Funds Effective(Overnight Rate), or the relevant market benchmark rate for other currencies.

b)Interest paid on long cash balances and short sales (cash) proceeds = BM)

4)Normal Margin Ratio (i.e. the % of the value of the collateral up to which a client is permitted to borrow):

a)Long stocks position:

Initial and Maintenance Margin = 25% x Stock Value,

Reg T End of Day Margin = 50% x Stock Value;

b)Short stocks position:

(i) Initial Margin = 30% x Stock Value;

(ii) Maintenance Margin :

Stock Price>= USD 5 : Maximum (Minimum (30% x Leverage Factor (Note), 100%) x Price, USD 5);

Stock Price <= 5 USD : Maximum(100 x Stock Value, USD 2.50 x number of shares;

(iii) Reg T End of Day Margin = 50% x Stock Value.

Note: Leverage Factor = 1/Margin Ratio

c) Special margin ratio may be applied to a specific security due to small market capitalization or small issue size, low liquidity in the collective primary/ secondary exchanges or involvement in tenders and other corporate action. Please contact Sun Hung Kai Investment Services Limited. (SHKIS) for special margin stocks.

5) This statement also serves as a receipt by SHKIS of client assets which have been deposited into the account shown at the (Account Information) section of this statement.

6) Credit Limit: the credit limit of each client account is US$250,000 by default (and is subject to revision by SHKIS from time to time), or other amount as approved by SHKIS.

7) Please examine this statement immediately. Unless errors are reported within seven days, this statement will be considered as correct.

8) If you suspect that fraudulent activity or any irregularity has occurred with respect to your account(s), you can call our Anti-Fraud Helpline at (852)3920 2980.

9) This statement also serves as a receipt required by Securities and Futures (Contract Notes, Statement of Account and Receipts) Rules.

Address and principal place of business of Sun Hung Kai Investment Services Limited (CE. No.: AAC153)

42/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong Tel: (852) 2822 5001

Special Notes for Monthly Statements of Margin Accounts

(a) You have provided SHKIS with a Standing Authority as defined in section 2 of the Securities and Futures (Client Securities) Rules (Cap. 571 sub. Leg. H), which has not been revoked, authorizing SHKIS to repledge securities collateral provided by you or on your behalf; and

(b) SHKIS has repledged its securities collateral during this monthly accounting period.

SIPC Member

Generated: 2015-04-09, 12:08:36 EDT