# EXHIBIT LL





Search

Upload Sign in

Home
Trending
History

BEST OF YOUTUBE

Music
Sports
Gaming
Movies
TV Shows
News
Live
Spotlight
360° Video

Browse channels

Sign in now to see your channels and recommendations!

Sign in

YouTube Red

## IAT HONG

Subscribe 0

### Uploads

ROBOT 160406
15 views 5 months ago

NEO Robot Demo -Operating
18 views 6 months ago

NEO Robot Demo -Walking
8 views • 6 months ago

NEO Robot Demo-Video Call
... views 6 months ago

Language: English ▾ Content location: United States ▾ Restricted Mode: Off ▾ History Help

About Press Copyright Creators Advertise Developers +YouTube

Terms Privacy Policy & Safety Send feedback Try something new!

## U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # HO-12648

### DECLARATION OF Russell Castillo

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties I am tasked to conduct a Website Capture.

3. In support of investigation number HO-12648, and at the direction of my supervisor, I was tasked to conduct Website/video capture of the following URL's.

    https://www.youtube.com/channel/UCjsGQCPxg1U-E5AG6f5fmTQ

    https://www.youtube.com/watch?v=xvSoEzLb6KY

    https://www.youtube.com/watch?v=PZ-fDLFXt28

    https://www.youtube.com/watch?v=Ma9K3ZxjLgI

    https://www.youtube.com/watch?v=9BGtiGMovDE

4. To complete the above mentioned website/video capture the following tools were used:

    Adobe Acrobat Pro, Download YouTube Chrome

5. After each website/video was captured, an email containing the identified web capture was produced to
    or
    After each website/video was captured for the above criteria, It was stored on a network share in which the location was provided by Devon Staren. The location that was provided is as follows:

    J:\HO-12501 to HO-13000\HO-12648\INVESTIGATIVE FILES\WEB CAPTURES

6. Any additional comments related to this Website/video capture are provided below:

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Russell Castillo
[Analyst Name]                                                Executed on this 6th day of October 2016.