UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
WASHINGTON, D.C. 20549-4010

|  |  |
|---|---|
| DIVISION OF<br>ENFORCEMENT | Britt Whitesell Biles<br>Assistant Chief Litigation Counsel<br>Telephone:  (202) 551-4779<br>bilesb@sec.gov |

January 6, 2017

**By ECF**

January 6, 2017

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re: *Securities and Exchange Commission v. Hong, et al.*, Case No. 16-CV-9947-VEC

Dear Judge Caproni,

I write on behalf of the Securities and Exchange Commission ("Commission") concerning docket entry number 9 in the above-referenced case.

Docket entry number 9 is the Local Rule 6.1 Declaration of Ricky Sachar in Support of Securities and Exchange Commission's *Ex Parte* Application for Temporary Restraining Order and Ancillary Equitable Relief and its supporting exhibits, which were electronically filed on December 28, 2016.  After making this filing, Commission staff discovered that — in their haste to obtain emergency relief, put in place asset freezes, and serve the Defendants and Relief Defendant —the Commission inadvertently filed draft versions of the supporting exhibits.  Although the draft exhibits were redacted to conceal the Defendants' and Relief Defendant's personal identifying information, some of those redactions were incomplete.  To correct the error, the Declaration was refiled with a corrected set of supporting exhibits on December 30, 2016, which appear on the docket as entry number 13.  Commission staff also alerted ECF that docket entry number 9 was filed in error and had the filing so marked.

The Commission respectfully requests that the hyperlinks to the exhibits in docket entry number 9 be disabled so that the draft exhibits are no longer accessible through ECF or PACER.  Thank you in advance for your consideration.  Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Britt Biles*

Britt Biles
Assistant Chief Litigation Counsel
Division of Enforcement