# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Securities and Exchange Commission,** *Plaintiff,* v. **Iat Hong, Bo Zheng, and Hung Chin,** *Defendants,* and **Sou Cheng Lai,** *Relief Defendant.* | Case No. 16-cv-9947 (VEC) |

**[PROPOSED] ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT**

Upon the affidavit of Ricky Sachar, sworn to the 20th day of March 2017, the exhibits appended thereto, the January 6, 2017 Declaration of Service for the pleadings to which the above-named Defendants and Relief Defendant failed to respond, and the Clerk's Certificate of Default,

IT IS HEREBY ORDERED, that the Defendants, Relief Defendant, or their attorneys show cause before this Court, in Courtroom 443, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____, at _____ o'clock in the _____ thereof, or as soon thereafter as they can be heard, why an order for entry of default judgment against Defendants and Relief Defendant should not be issued pursuant to Federal Rules of Civil Procedure 55(b);

IT IS HEREBY FURTHER ORDERED that service upon Defendants and Relief Defendant of a copy of this Order, the Affidavit of Ricky Sachar, and the documents filed in

conjunction therewith shall be deemed good and sufficient if service is effected by the alternative means authorized by this Court in its December 27, 2016 Order Granting *Ex Parte* Application For Temporary Restraining Order And Ancillary Equitable Relief And Order To Show Cause On A Preliminary Injunction.

                                                                     _____

                                                                     HONORABLE VALERIE E. CAPRONI