# EXHIBIT 17



BO ZHENG
RM 701 BLDG 8 JIAXINYUAN
NO 578 FURONGNANLU
YIDUAN CHANGSHA
HUNAN 410004 CHINA

| Branch Office | |
|---|---|
| SCOTTRADE, INC. | |
| CHINA | |
| (314) 543-6188 | |
| **Account Number** | **Office** |
| 0256 | 60C |
| **Period Beginning** | **Period Ending** |
| 02/01/2017 | 02/28/2017 |

## INFORMATION UPDATE

We appreciate your business. Thank you for choosing Scottrade.

All brokerage products and services offered by Scottrade, Inc. – Member FINRA/SIPC.

## ACCOUNT SUMMARY

| | VALUE THIS PERIOD |
|---|---|
| MONEY BALANCES : | |
| BROKERAGE ACCOUNT BALANCE | 143,282.89 |
| TOTAL MONEY BALANCE | 143,282.89 |
| **TOTAL ACCOUNT VALUE** | **143,282.89** |

## ACTIVITY SUMMARY

| | | |
|---|---|---|
| OPENING TOTAL MONEY BALANCE | | 143,281.79 |
| CREDITS: | | |
| DIVIDEND/INTEREST INCOME | 1.10 | |
| OTHER CREDITS | 0.00 | |
| TOTAL CREDITS | | 1.10 |
| DEBITS: | | |
| DIVIDEND/INCOME EXPENSE | 0.00 | |
| OTHER DEBITS | 0.00 | |
| TOTAL DEBITS | | 0.00 |
| CLOSING TOTAL MONEY BALANCE | | 143,282.89 |

**Current Tax Strategy**
Stocks, Options & Bonds: FIFO
Funds: FIFO

## CASH ACCOUNT ACTIVITY

| Date | Transaction | Symbol / Cusip | Quantity | Tax Lot Method** | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | OPENING BALANCE | | | 143,281.79 |
| 02/28/17 | INTEREST EARNED | | | | CR INT 28 DAYS @ .01% | | 1.10 | 143,282.89 |

## CASH ACCOUNT ACTIVITY

| Date | Transaction | Symbol / Cusip | Quantity | Tax Lot Method** | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | OPENING BALANCE | | | 143,281.79 |
| | | | | | APY EARNED .01% | | | |
| | | | | | CLOSING BALANCE | | | 143,282.89 |

** You can review cost basis information for your account by clicking on the My Account tab after logging into your account and then clicking on "Gain/Loss & Tax Center". Unless you instruct otherwise, Scottrade will use the first in, first out (FIFO) method to calculate your gains and losses. When determining cost basis, Scottrade's default method of tax lot selection is First In, First Out (FIFO). Cost basis educational material can be found in the Knowledge Center, accessible through your account online.

The About Your Statement document can be accessed online by logging into your Scottrade account and going to My Account>Statements & History>Account Statements.

# DECLARATION OF SCOTTRADE INC. CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Jesse Kahlon, pursuant to 28 U.S.C. §1746, declare that:

I am employed by Scottrade Inc. as Regulatory Analyst L2. By reason of my position, I am authorized and qualified to make this declaration.

I further certify that the documents submitted herewith are true and accurate copies of records that were:

    a. made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matter;

    b. kept in the course of regularly conducted business activity; and

    c. made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14th day of March, 2017.

_____
Jesse Kahlon