# EXHIBIT 20



# U.S. Securities and Exchange Commission
# Division of Enforcement
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $582,343.49 |
| 05/01/2015-06/30/2015 | 3% | 0.5% | $2,919.69 | $585,263.18 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $4,425.55 | $589,688.73 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $4,459.02 | $594,147.75 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $4,431.76 | $598,579.51 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $5,953.09 | $604,532.60 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $6,078.36 | $610,610.96 |
| 10/01/2016-11/30/2016 | 4% | 0.67% | $4,070.74 | $614,681.70 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 05/01/2015-11/30/2016 | | | $32,338.21 | $614,681.70 |