**EXHIBIT 24**



# Activity Statement
December 27, 2016

## Account Information

| | |
|---|---|
| Name | SOU CHENG LAI |
| Account Alias | 2615-16453506-lscmar824-marg |
| Account | 2615 |
| Master Name | Sun Hung Kai Investment Services Limited |
| Account Type | Broker Client |
| Customer Type | Individual |
| Account Capabilities | Margin |
| Trading Permissions | Stocks,Warrants,Forex |
| Base Currency | USD |

## Net Asset Value

| | December 26, 2016 | December 27, 2016 | | | | Change in NAV | Total |
|---|---|---|---|---|---|---|---|
| | Total | Long | Short | Total | Change | | |
| Cash | 165,552.33 | 165,552.33 | 0.00 | 165,552.33 | 0.00 | Starting Value | 59,950.00 |
| Stock | -104,350.00 | 0.00 | -104,920.00 | -104,920.00 | -570.00 | Mark-to-Market | -570.00 |
| Interest Accruals | -1,252.33 | 0.00 | -1,510.29 | -1,510.29 | -257.96 | Change in Interest Accruals | -257.96 |
| Total | 59,950.00 | 165,552.33 | -106,430.29 | 59,122.04 | -827.96 | | |
| Time Weighted Rate of Return | | | | | -1.38% | Ending Value | 59,122.04 |

## Mark-to-Market Performance Summary

| | Quantity | | Price | | Mark-to-Market P/L | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | Code |
| **Stocks** | | | | | | | | | | |
| MOMO | -2,000 | -2,000 | 18.8900 | 19.0100 | -240.00 | 0.00 | 0.00 | 0.00 | -240.00 | |
| YRD | -3,000 | -3,000 | 22.1900 | 22.3000 | -330.00 | 0.00 | 0.00 | 0.00 | -330.00 | |
| Total | | | | | -570.00 | 0.00 | 0.00 | 0.00 | -570.00 | |
| **Forex** | | | | | | | | | | |
| USD | 165,552.33 | 165,552.33 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total (All Assets) | | | | | -570.00 | 0.00 | 0.00 | 0.00 | -570.00 | |

## Realized & Unrealized Performance Summary

| | | Realized | | | | | Unrealized | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Cost Adj. | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | Total | Code |
| **Stocks** | | | | | | | | | | | | | |
| MOMO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,070.17 | 0.00 | 0.00 | -3,070.17 | -3,070.17 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YRD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,742.95 | 0.00 | 0.00 | 0.00 | 4,742.95 | 4,742.95 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,742.95 | -3,070.17 | 0.00 | 0.00 | 1,672.78 | 1,672.78 |
| Total (All Assets) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,742.95 | -3,070.17 | 0.00 | 0.00 | 1,672.78 | 1,672.78 |

## Month & Year to Date Performance Summary

| Symbol | Description | Mark-to-Market MTD | Mark-to-Market YTD | Realized S/T MTD | Realized S/T YTD | Realized L/T MTD | Realized L/T YTD |
|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | |
| CCIH | CHINACACHE INTERNAT-SPON ADR | 0.00 | -1,244.29 | 0.00 | -1,244.29 | 0.00 | 0.00 |
| ETE | ENERGY TRANSFER EQUITY LP | 0.00 | 16,191.33 | 0.00 | 15,826.72 | 0.00 | 0.00 |
| FLXN | FLEXION THERAPEUTICS INC | 0.00 | 771.71 | 0.00 | 771.71 | 0.00 | 0.00 |
| GTLS | CHART INDUSTRIES INC | 0.00 | 26,079.58 | 0.00 | -37,717.53 | 0.00 | 0.00 |
| HALO | HALOZYME THERAPEUTICS INC | 0.00 | 460.44 | 0.00 | 460.44 | 0.00 | 0.00 |
| MOMO | MOMO INC-SPON ADR | -4,178.00 | -76,927.85 | -1,107.83 | -73,857.68 | 0.00 | 0.00 |
| YRD | YIRENDAI LTD - ADR | 5,466.99 | 12,103.86 | 2,025.54 | 7,360.91 | 0.00 | 0.00 |
| Total | | 1,288.99 | -22,565.21 | 917.71 | -88,399.72 | 0.00 | 0.00 |
| Total (All Assets) | | 1,288.99 | -22,565.21 | 917.71 | -88,399.72 | 0.00 | 0.00 |

## Cash Report

| | Total | Month to Date | Year to Date |
|---|---|---|---|
| **Base Currency Summary** | | | |
| Starting Cash | 165,552.33 | | |
| Commissions | 0.00 | -630.00 | -6,098.81 |
| Withdrawals | 0.00 | 0.00 | -466.10 |
| Account Transfers | 0.00 | -3,900.00 | -9,150.00 |
| Dividends | 0.00 | 0.00 | 358.24 |
| Broker Interest Paid and Received | 0.00 | -48.25 | -2,286.13 |
| Net Trades (Sales) | 0.00 | 282,038.95 | 2,080,381.89 |
| Net Trades (Purchase) | 0.00 | -203,569.96 | -1,701,035.58 |
| Payment In Lieu of Dividends | 0.00 | 0.00 | 211.76 |
| Withholding Tax | 0.00 | 0.00 | -205.39 |
| Ending Cash | 165,552.33 | | |
| Ending Settled Cash | 165,552.33 | | |

## Open Positions

| Symbol | Open | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | |
| **USD** | | | | | | | | | |
| +MOMO | - | -2,000 | 1 | 17.4749173 | -34,949.83 | 19.0100 | -38,020.00 | -3,070.17 | |
| +YRD | - | -3,000 | 1 | 23.8809833 | -71,642.95 | 22.3000 | -66,900.00 | 4,742.95 | |
| Total | | | | | -106,592.78 | | -104,920.00 | 1,672.78 | |

## Interest Accruals

**Base Currency Summary**

| | |
|---|---:|
| Starting Accrual Balance | -1,252.33 |
| Interest Accrued | -257.96 |
| Accrual Reversal | 0.00 |
| **Ending Accrual Balance** | **-1,510.29** |

## Financial Instrument Information

| Symbol | Description | Conid | Security ID | Multiplier | Code |
|---|---|---|---|---|---|
| **Stocks** | | | | | |
| MOMO | MOMO INC-SPON ADR | 176573143 | | 1 | |
| YRD | YIRENDAI LTD - ADR | 215361221 | | 1 | |

## Codes

| Code | Meaning | Code (Cont.) | Meaning (Cont.) |
|---|---|---|---|
| A | Assignment | LI | Last In, First Out (LIFO) tax basis election |
| AEx | Automatic exercise for dividend-related recommendation. | LT | Long Term P/L |
| Adj | Adjustment | Lo | Direct Loan |
| Al | Allocation | M | Entered manually by Broker |
| Aw | Away Trade | MEx | Manual exercise for dividend-related recommendation. |
| B | Automatic Buy-in | ML | Maximize Losses tax basis election |
| Bo | Direct Borrow | MLG | Maximize Long Term Gain tax basis election |
| C | Closing Trade | MLL | Maximize Long Term Loss tax basis election |
| CD | Cash Delivery | MSG | Maximize Short Term Gain tax basis election |
| CP | Complex Position | MSL | Maximize Short Term Loss tax basis election |
| Ca | Cancelled | O | Opening Trade |
| Co | Corrected Trade | P | Partial Execution |
| Cx | Part or all of this transaction was a Crossing executed as dual agent by Broker for two Broker customers | PI | Price Improvement |
| ETF | ETF Creation/Redemption | Po | Interest or Dividend Accrual Posting |
| Ep | Resulted from an Expired Position | Pr | Part or all of this transaction was executed by the Exchange as a Crossing by Broker against a Broker affiliate and is therefore classified as a Principal and not an agency trade |
| Ex | Exercise | R | Dividend Reinvestment |
| G | Trade in Guaranteed Account Segment | RED | Redemption to Investor |
| HC | Highest Cost tax basis election | Re | Interest or Dividend Accrual Reversal |
| HFI | Investment Transferred to Hedge Fund | Ri | Reimbursement |
| HFR | Redemption from Hedge Fund | SI | This order was solicited by Broker |
| I | Internal Transfer | SL | Specific Lot tax basis election |
| IA | This transaction was executed against a Broker affiliate | SO | This order was marked as solicited by your Introducing Broker |
| INV | Investment Transfer from Investor | SS | |

| | | | |
|---|---|---|---|
| | | | Customer designated this trade for shortened settlement and so is subject to execution at prices above the prevailing market |
| L | Ordered by Broker (Margin Violation) | ST | Short Term P/L |
| LD | Adjusted by Loss Disallowed from Wash Sale | T | Transfer |

## Notes/Legal Notes

### Notes

1. Most stock exchange transactions settle on the trade date plus three business days. Options, futures, and US open-end mutual fund transactions settle on trade date plus one business day. (Some exchanges and other transaction types may have longer or shorter settlement periods. For instance, stock transactions on XETRA settle on trade date plus two business days.) Ending settled cash reflects the cash that has actually settled.
2. Initial and maintenance margin requirements are available within the Account Window of the Trader Workstation or the Margin Report available in Account Management.
3. Quantities preceded by a "-" sign indicate sell transactions. Other transactions are purchases.
4. In case of partial executions, commissions are charged on the total quantity executed on the original order. The commission is displayed on the first partial execution only.
5. Each closed lot indicated above with a reference to note (6) was chosen by the end of the trading day to be sold versus the specific opening purchase identified in that row.
6. Trade execution times are displayed in Eastern Time.
7. Trade execution times are displayed in United States Eastern Time.
8. Borrow Fee Rate represents the cost to borrow stock expressed in percent per annum. It is applied to the cash collateral amount on the stock borrow contract and is separate from any interest earned on credit cash balances. Similarly, Loan Fee Rate represents the benefit to lend stock. A positive rate indicates a cost to the borrower/benefit to the lender and a negative rate indicates a benefit to the borrower/cost to the lender. In general, the fee rates for hard-to-borrow stocks are higher than for normal availability stocks.
9. The closing prices on this Activity Statement are indicative and may come from third-party sources. Interactive Brokers does not warrant the accuracy of the prices provided by third-party sources.

### Fixed Income Notes

1. Call features for bonds or preferred stocks may affect the yield. For zero coupon, compound interest and multiplier securities, there are no periodic payments and securities may be callable below maturity value without notice to holder unless registered. For asset-backed securities, the actual yield may vary depending on the speed at which the underlying note is pre-paid. For additional information regarding bond yield, please contact the IB Help Desk at: help@interactivebrokers.com. If this debt security is unrated by a nationally recognized statistical rating organization, it may pose a high risk of default. You should consult a financial advisor to determine whether unrated bonds are appropriate for your portfolio in light of your goals and your financial circumstances.

### Legal Notes

1. Please promptly report any inaccuracy or discrepancy in this statement, or in your account. Contact the IB Customer Service Department in writing using the form available on the IB website. You may also contact IB by phone, but if you report an error by phone, you should re-confirm such oral communication in writing in order to protect your rights.

    **Interactive Brokers Hong Kong Ltd**, www.interactivebrokers.com.hk, +852 2156 7907 (H.K.)

    **Interactive Brokers LLC**, www.interactivebrokers.com, 877-442-2757 (U.S.)

    **Interactive Brokers (UK) (Ltd)**, www.interactivebrokers.co.uk, 00800-42-276537 (Intl)

    **Interactive Brokers Canada Inc.**, www.interactivebrokers.ca, 877-745-4222 (Can.)

2. Interactive Brokers Hong Kong Ltd is located at Suite 1512, Two Pacific Place, 88 Queensway, Admiralty, Hong Kong.
3.

Unless otherwise noted, Interactive Brokers Hong Kong Ltd acted as agent in the execution of the above transactions. For those exchanges where IB is not a direct clearing member or custodian, IB may use a third party clearing agent or sub-custodians including, but not limited to, one of the following clearing agents or sub-custodians: Interactive Brokers Australia Pty Limited; Interactive Brokers Canada Inc.; Interactive Brokers Securities Japan, Inc.; Interactive Brokers LLC; Interactive Brokers (U.K.) Limited; Timber Hill Europe AG; ABN Amro Clearing Singapore Pte. Ltd.; ABN Amro Clearing Sydney Pty Ltd.; BBVA Bancomer, S.A.; BNP Securities Services, Milan Branch; BMO Harris Bank N.A.; Citibank International plc; Euroclear Bank S.A./N.V.; Shinhan Securities Co., Ltd.; Skandinaviska Enskilda Banken AB.

4. IB acts as agent or riskless principal in foreign currency exchange transactions. Such transactions are executed against an IB affiliate or a third party, which acts as principal in such transactions and may have a long or short position and may have profited or lost in connection with the transaction. Foreign currency exchange transactions executed by Customer through IB are not regulated or overseen by the SFC.

5. Trades marked with the exchange indicator of TMBR were effected by IB as agent through a market making affiliate, which acted as principal in the transaction and may have a long or short position in the security and may have profited or lost in connection with the transaction.

6. All VWAP trades are effected pursuant to an average price formula based on a reference price provided by a third-party data provider. Additional information and reference prices are available upon request. IB, as agent, effects VWAP transactions through a market making affiliate, which acts as principal in such transactions and may have a long or short position in the security and may have profited or lost in connection with the transaction.

7. IB accepts liquidity rebates or other order flow payments from Alternative Trading Systems, market makers and exchanges for certain orders in stocks. IB receives payment for some option orders pursuant to exchange-mandated marketing fee programs or other arrangements. To the extent permissible under exchange rules, IB may direct customer option orders for execution against its market making affiliate Timber Hill LLC, which acts as principal and may earn a profit or incur a loss. The source and nature of any compensation received by IB in connection with any transaction is available upon written request of the customer. For further information, check the IB website and the Order Routing and Payment for Order Flow Disclosure provided when you opened your account and annually or email help@interactivebrokers.com.

8. For security futures trades, if not already indicated on this statement, information about the time of any transaction, the identity of the counterparty to the transaction, and whether IB is acting as agent or principal, as agent for the counterparty, as agent for both parties to the contract, or as principal, and if acting as principal, whether the transaction was a block transaction or an exchange for physicals transaction, will be available upon written request of the customer.

9. Customer is requested to promptly advise Sun Hung Kai Investment Services Limited of any material change in Customer's investment objectives or financial situation.

10. Interactive Brokers LLC, member Securities Investor Protection Corporation (SIPC), provides execution, clearing and carrying services for your account pursuant to an agreement with Sun Hung Kai Investment Services Limited.

11. For trades executed on either the Australian Stock Exchange Ltd ("ASX") or Chi-X Australia Pty Ltd ("Chi-X"), this confirmation is issued subject to: (i) the directions, decisions and requirements of the Market Operator, the relevant Market Integrity Rules, the relevant Market Operating Rules, the Clearing Rules and where relevant, the Settlement Rules; (ii) the customs and usages of the relevant Market; and (iii) the correction of errors and omissions. Interactive Brokers LLC (ARBN: 091191141, AFSL: 245574, Participant on Chi-X Australia)("IB") is not a participant on the ASX, and will route orders to the ASX through its affiliate, Timber Hill Australia Pty Ltd (ABN 25079993534, AFSL: 244380, Participant on the ASX)("THA") who executes such orders. Your ASX and Chi-x Australia trades will be cleared through ABN Amro Clearing Sydney Pty Ltd, an ACH participant. If your transaction was a crossing transaction, IB may have either acted on behalf of (i) both the buyer and seller of this transaction, or (ii) on behalf of the buyer or seller on one side of the transaction and act as Principal on the other side. Under the Corporations Act 2001, where IB enters into an exchange traded derivatives on a customer's behalf, IB is regarded as having issued the derivative to the customer.

12. For All Options Trades Executed on the Stock Exchange of Hong Kong ("SEHK"): (a) Options can involve a high degree of risk and may not be suitable for every investor. Investors should ensure they understand those risks before participating in the options market. (b) All options contracts executed on the SEHK were executed by Interactive Brokers Hong Kong Limited. (c) In the event of a default committed by Interactive Brokers resulting in the client suffering any pecuniary loss, the client shall have a right to claim under the Investor Compensation Fund established under the Hong Kong Securities and Futures Ordinance, subject to the terms of the Investor Compensation Fund from time to time. (d) All Exchange Traded Options Business made for or on behalf of a client shall be subject to the relevant provisions of the constitution, Rules of The Stock Exchange of Hong Kong Limited ("SEHK Rules"), regulations, the Articles, customs and usages of SEHK, the Options Trading Rules, the Clearing Rules

of SEOCH, the CCASS Rules and the laws of Hong Kong, which shall be binding on both Interactive Brokers and the client.

1) Explanations of Abbreviations shown on this statement:

a) NYSE = New York Stock Exchange;

b) NYSE AMEX = American Stock Exchange;

c) ATD = Automated Trading Desk;

d) BTRADE = Bloomberg Tradebook;

e) BOX = Boston Options Exchange;

f) CBSX = CBOE Stock Exchange;

g) CBOE = Chicago Board Options Exchange;

h) CHX = Chicago Stock Exchange;

i) VWAP = IB VWAP Dealing Network;

j) Island = INET;

k) NSX = National Stock Exchange;

l) PSE = Pacific Exchange;

m) PHLX = Philadelphia Stock Exchange.

2) Settlement date:

– for US Stocks = Trade date + 3 days

– for US Stock Options = Trade date + 1 day

3) Interest Calculation Method

a) Interest Charged on the following Debit (Negative) Cash Balances:

(i) Balance <=Tier I (i.e. US$100,000) : Benchmark Rate (BM)+2.5%;

(ii) Balance >Tier I : BM+2%;

(iii) Balance > Tier II (i.e. US$1,000,000) : BM+1.5%;

(iv) Balance > Tier III (i.e. US$3,000,000) : Greater of 1.5% or (BM + 1.25%) where BM for US$ is the Fed Funds Effective (Overnight Rate), or the relevant market benchmark rate for other currencies.

b) Interest paid on long cash balances and short sales (cash) proceeds = BM)

4) Normal Margin Ratio (i.e. the % of the value of the collateral up to which a client is permitted to borrow):

a) Long stocks position:

Initial and Maintenance Margin = 25% x Stock Value,

Reg T End of Day Margin = 50% x Stock Value;

b) Short stocks position:

(i) Initial Margin = 30% x Stock Value;

(ii) Maintenance Margin :

Stock Price>= USD 5 : Maximum (Minimum (30% x Leverage Factor (Note), 100%) x Price, USD 5);

Stock Price <= 5 USD : Maximum(100 x Stock Value, USD 2.50 x number of shares;

(iii) Reg T End of Day Margin = 50% x Stock Value.

Note: Leverage Factor = 1/Margin Ratio

c) Special margin ratio may be applied to a specific security due to small market capitalization or small issue size, low liquidity in the collective primary/ secondary exchanges or involvement in tenders and other corporate action. Please contact Sun Hung Kai Investment Services Limited.(SHKIS) for special margin stocks.

5) This statement also serves as a receipt by SHKIS of client assets which have been deposited into the account shown at the (Account Information) section of this statement.

6) Credit Limit: the credit limit of each client account is US$250,000 by default (and is subject to revision by SHKIS from time to time), or other amount as approved by SHKIS.

7) Please examine this statement immediately. Unless errors are reported within seven days, this statement will be considered as correct.

8) If you suspect that fraudulent activity or any irregularity has occurred with respect to your account(s), you can call our Anti-Fraud Helpline at (852)3920 2980.

9) This statement also serves as a receipt required by Securities and Futures (Contract Notes, Statement of Account and Receipts) Rules.

Address and principal place of business of Sun Hung Kai Investment Services Limited (CE. No.: AAC153)

42/F, The Lee Gardens, 33 Hysan Avenue, Causeway Bay, Hong Kong Tel: (852) 2822 5001

Special Notes for Monthly Statements of Margin Accounts

(a) You have provided SHKIS with a Standing Authority as defined in section 2 of the Securities and Futures (Client Securities) Rules (Cap. 571 sub. Leg. H), which has not been revoked, authorizing SHKIS to repledge securities collateral provided by you or on your behalf; and

(b) SHKIS has repledged its securities collateral during this monthly accounting period.

Generated: 2016-12-28, 11:59:26 EST

# DECLARATION OF MARTIN J. WARD CERTIFYING RECORDS
# OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Martin J. Ward, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Interactive Brokers LLC as Compliance Counsel and by reason of my position am authorized and qualified to make this declaration. In the course of my employment with Interactive Brokers LLC, I regularly produce documents and records of Interactive Brokers LLC customer accounts to securities industry regulators and law enforcement agencies. It is my responsibility in my capacity as Compliance Counsel to ensure that the records produced are legally produced to the requesting agency, accurate and complete. I have done so with Interactive Brokers LLC's production in this matter.

2. I further certify that the documents submitted herewith are true copies of records that were:

    (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

    (b) kept in the course of regularly conducted business activity; and

    (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2017.

_____
Martin J. Ward