# EXHIBIT 27



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $415,356.47 |
| 06/01/2015-06/30/2015 | 3% | 0.25% | $1,024.17 | $416,380.64 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $3,148.52 | $419,529.16 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $3,172.33 | $422,701.49 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $3,152.94 | $425,854.43 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $4,235.27 | $430,089.70 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $4,324.40 | $434,414.10 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $4,367.88 | $438,781.98 |
| 01/01/2017-02/28/2017 | 4% | 0.65% | $2,837.06 | $441,619.04 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 06/01/2015-02/28/2017 | $26,262.57 | $441,619.04 |